AO 91 (Rev. 11/11) Criminal Complaint                                              AUSA Windom_2019R00010

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. GLS-19-63 |
| | ) | |
| Christopher Paul Hasson | ) | FEB 1 4 2019 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/14/2016 - 2/5/2019__ in the county of __Montgomery__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | possession of firearm and ammunition by unlawful user or addict of any controlled substance |
| 21 U.S.C. § 844 | simple possession of Tramadol, a Schedule IV controlled substance |

This criminal complaint is based on these facts:
See the attached Affidavit of Special Agent Alexandria M. Thoman dated February 14, 2019.

☑ Continued on the attached sheet.

_____
Complainant's signature

Alexandria M. Thoman, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.
Date: 2/14/19 2:58pm

_____
Judge's signature

City and state: Greenbelt, MD                    Gina L. Simms, U.S. Magistrate Judge
Printed name and title