FILED ——— ENTERED
LOGGED ——— RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FEB 2 1 2019

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | AT GREENBELT |
| | : | CLERK, U.S. DISTRICT COURT |
| | : | DISTRICT OF MARYLAND |
| **v.** | : | BY |
| | : | **CASE NO. GLS-19-063** |
| **CHRISTOPHER PAUL HASSON,** | : | DEPUTY |
| | : | |
| **Defendant.** | : | |
| | : | |

...oOo...

### GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | FEB 2 1 2019 | FEB 2 1 2019 | Photograph of firearms, ammunition, firearms-related items, and tactical gear |
| 2 | FEB 2 1 2019 | FEB 2 1 2019 | Photograph of opened locked box |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |