**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA  
FEDERAL PUBLIC DEFENDER

ELIZABETH G. OYER  
ASSISTANT FEDERAL PUBLIC DEFENDER

March 13, 2019

The Honorable George J. Hazel
United States District Judge
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland  20770

    Re:    *United States v. Christopher Paul Hasson*
            Crim. No.  GJH-19-0096

Dear Judge Hazel:

    I am writing with the consent of the government to respectfully request that the Court extend the deadline for filing motions in this matter. The defendant, Christopher Hasson, was arraigned on the Indictment on March 11, 2019. At the arraignment, the parties were advised of a motions deadline of April 1 and a status call on April 3 at 5:00 p.m.

    Discovery in this case is expected to be voluminous. The government made an initial discovery production this week, and additional productions are expected to follow. Defense counsel believes that additional time will be needed to review these materials before motions can be filed.

    We, therefore, respectfully request that the Court continue the April 1 motions deadline and set a new deadline after discussing the matter with counsel on the April 3 status call. At that time, we anticipate having more information about the amount of time that will be needed to review discovery and prepare motions. Counsel for the government consents to this request.

                Respectfully,

                /s/

                Elizabeth G. Oyer
                Assistant Federal Public Defender

EGO:sdf