United States of America

vs.

**Christopher Paul Hasson**



_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 2 5 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

Criminal No. GJH 19-cr-00096

**Government's Exhibits**

## BAIL REVIEW HEARING

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | April 25, 2019 | April 25, 2019 | Colored Photos |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |