## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. GJH-19-96** |
| | * | |
| **CHRISTOPHER PAUL HASSON,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| ******** | | |

### GOVERNMENT'S MOTION TO REVIEW RELEASE ORDER

On May 7, 2019, United States Magistrate Judge Charles B. Day entered an order releasing the defendant on conditions. Magistrate Judge Day stayed the release order pending this Government motion. The Government now moves under 18 U.S.C. § 3145(a) to revoke the release order. The Court's consideration is *de novo*.

Respectfully submitted,

Robert K. Hur
United States Attorney

/s/
Thomas P. Windom
Assistant United States Attorney