# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. GJH-19-0096** |
| : | |
| **CHRISTOPHER PAUL HASSON** : | |
| : | |
| **Defendant** : | |

## CONSENT MOTION TO TEMPORARILY SEAL DOCUMENTS

The Defendant, Christopher Paul Hasson, through his undersigned counsel, hereby moves this Honorable Court for an order directing the Clerk of Court to temporarily place under seal certain documents pertaining to the release conditions set by this Court, until personal identifying information of nonparties can be redacted from those documents. As the Court is aware, the release paperwork contains names and addresses of multiple family members of Mr. Hasson who are not parties to this case. In order to protect the personal identifying information of those individuals, the parties are in agreement that the documents should be placed temporarily under seal until redacted copies can be provided to the Clerk of Court for public filing. Counsel for the government consents to this motion. A proposed order is attached.

JAMES WYDA
Federal Public Defender

_____/s/_____
ELIZABETH G. OYER, #95458
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland  21201
Telephone:  (410) 962-3962

Facsimile: (410) 962-0872
Email: liz_oyer@fd.org