**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

ELIZABETH G. OYER
ASSISTANT FEDERAL PUBLIC DEFENDER

May 28, 2019

<u>Via ECF Filing</u>
Honorable George J. Hazel
United States District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:    *United States v. Christopher Hasson*, Criminal Case No. 19-cr-0096-GJH

Dear Judge Hazel:

    I am writing on behalf of the defendant, Christopher Hasson, to respectfully request that the Court grant a further extension of the deadline for filing motions in this matter. Motions are currently due on June 3 and a status call is scheduled for June 4 at 9:30 a.m. One previous extension of the motions deadline has been granted.

    A further extension of time is needed for two reasons. First, the parties agree that additional time will be helpful in determining whether there is a possibility of resolving this matter, without the need for litigating motions or trial. Second, voluminous discovery has been provided and defense counsel requires additional time to thoroughly review those materials prior to filing motions.

    For these reasons, we respectfully request that the Court grant an additional three-week extension of the motions deadline. Under the proposed new schedule, defense motions would be due on June 24. Counsel for the government consents to this request.

    Respectfully submitted,

    /s/

    Elizabeth G. Oyer
    Assistant Federal Public Defender

EGO:sdf
cc: Thomas Windom, AUSA
    Jennifer Sykes, AUSA