=================================================================

# UNITED STATES DISTRICT COURT
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. GJH-19-0096** |
| **CHRISTOPHER PAUL HASSON** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### <u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Christopher Paul Hasson.   I certify that I am admitted to practice in this court.


| June 24, 2019 | /s/ |
|---|---|
| Date | CULLEN O. MACBETH (#810923) |
| | Assistant Federal Public Defender |
| | 100 South Charles Street |
| | Tower II, 9th Floor |
| | Baltimore, Maryland 21201 |
| | Phone: (410) 962-3962 |
| | Fax: (410) 962-0872 |
| | Cullen_Macbeth@fd.org |