

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
George Jarrod Hazel
United States District Judge

6500 Cherrywood
Greenbelt, MD 20770
301-344-0637
301-344-3910- FAX

July 24, 2019

RE: *United States of America v. Hasson*
GJH-19-cr-00096

**Scheduling Order**

Dear Counsel:

Pursuant to the Scheduling Conference held on June 26, 2019, the Court hereby issues the following schedule:

| | |
|---|---|
| Opposition to Pending Motions: | August 2, 2019 |
| Reply Memorandum: | August 23, 2019 |
| Motion Hearing: | September 9, 2019 at 9:30am |
| Jury Trial: | October 21, 2019 at 9:30am (6 Days) |

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

George J. Hazel
United States District Judge