USA

vs.

**CHRISTOPHER HASSON**

**FILED**
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DATE: **September 10, 2019**
TIME: **1:16 p.m.**
CLERK'S OFFICE
AT GREENBELT
BY DEPUTY: KLS

**Criminal # GJH-19-0096**                                **Government's Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description |
|:---:|:---:|:---:|:---:|:---|
| 1 | 9/9/19 | 9/9/19 | Gary Schaible | CV of Gary Schaible |
| 2 | 9/9/19 | 9/9/19 | Gary Schaible | Application to make and register firearm |
| 3 | 9/9/19 | 9/9/19 | Daniel O'Kelly | PVC Pipe |
| 4 | 9/9/19 | 9/9/19 | Daniel O'Kelly | Red flashlight |
| 5 | 9/9/19 | 9/9/19 | Daniel O'Kelly | Oil filter |
| 6 | 9/9/19 | 9/9/19 | Daniel O'Kelly | Over ear hearing protection |
| 7 | 9/9/2019 | 9/9/2019 | Elizabeth Gillis | CV of Elizabeth Gillis |
| 8 | 9/9/2019 | 9/9/2019 | Ted Clutter | CV of Ted Clutter |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Exhibit List (Rev. 3/1999)