USA

vs.

**CHRISTOPHER HASSON**

**FILED**
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DATE: September 10, 2019
TIME: 1:16 p.m.
CLERK'S OFFICE
AT GREENBELT
BY DEPUTY: KLS

**Criminal # GJH-19-0096**                    **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 9/9/19 | 9/9/19 | Gary Schaible | Application to make and register firearm |
| 2 | 9/9/19 | 9/9/19 | Gary Schaible | Application for tax paid transfer registration of firearm |
| 3 | 9/9/2019 | 9/9/2019 | N/A | Binder with cited source materials |
| 4 | 9/9/2019 | 9/9/2019 | Ted Clutter | Number of registered silencers in the U.S. 2010-2018 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |