# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | \* | |
| **Plaintiff,** | \* | |
| v. | | **Case No.: GJH-19-96** |
| | \* | |
| **CHRISTOPHER PAUL HASSON,** | | |
| | \* | |
| **Defendant.** | | |
| | \* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

It is hereby ordered, by the United States District Court for the District of Maryland, that:

1. Defendant Christopher Paul Hasson's Motion to Dismiss Counts I and II on Second Amendment Grounds, ECF No. 62, is **DENIED**;

2. Defendant's Motion to Dismiss Count III on Void-for-Vagueness Grounds, ECF No. 63, is **DENIED**; and,

3. Defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrants, ECF No. 66, is **DENIED**.

Dated: September   20 , 2019                         /s/_____
                                                                            GEORGE J. HAZEL
                                                                            United States District Judge