AO 442 (Rev. 11/11) Arrest Warrant

AUSA Windom_2019R00010

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

Christopher Paul Hasson
*Defendant*

Case No. GLS-19-63

FILED _____ ENTERED
LOGGED _____ RECEIVED

JAN - 3 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Paul Hasson,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(3) - possession of firearm and ammunition by unlawful user or addict of any controlled substance
21 U.S.C. § 844 - simple possession of Tramadol, a Schedule IV controlled substance

See the attached Affidavit of Special Agent Alexandria M. Thoman dated February 14, 2019.

Date: 2/14/19

*Issuing officer's signature*

City and state: Greenbelt, MD

Gina L. Simms, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/14/19, and the person was arrested on *(date)* 2/15/19
at *(city and state)* Washington, D.C.

Date: 2/24/19

*Arresting officer's signature*

Rachid T. Harrison, Special Agent, FBI
*Printed name and title*