COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | DATES TO — | SIGNATURE | |
|---|---|---|---|---|---|
| 910123 | Participated in Op Desert Shield, Shaikh Isa Air Base, Bahrain | 900821 | 910116 | [signed] | Bydir |
| 910123 | Participated in Op Desert Storm, Shaikh Isa Air Base, Bahrain | 910117 | 910322 | [signed] | Bydir |
| 930412 | Participated in Operation Provide Promise and Deny Flight (Adriatic Sea); Sharp Guard | 930325 | 930626 | R.E. Palencia | Bydir |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE | |
|---|---|---|---|---|---|
| NDSM | | | ~~910223~~ | | |
| SSDR | | | 910305 | | |
| LETTER OF APPRECIATION | | | 910305 | [signed] | Bydir |
| SASM | | | ~~910607~~ | | |
| SASM | 1 | | ------ | | |
| SASM | 2 | | ------ | [signed] | Bydir |
| *LETTER OF APPRECIATION | | | 890907 | SSShort | Bydir |
| NUC (MAG-40 900810 - 900915) | | | 911031 | [signed] | Bydir |
| KLM | | | 920516 | [signed] | Bydir |
| MERITORIOUS MAST | | | 920305 | [signed] | Bydir |
| GCM | | | 920130 | [signed] | Bydir |
| LETTER OF COMMENDATION | | | 931001 | R.E. Palencia | Bydir |

* DENOTES LATE ENTRY

HASSON     CHRISTOPHE P     182 60 55 61
NAME (LAST, FIRST, MIDDLE)     SSN

NAVMC 118 (9) (REV. 4-80)     (9)     CONT ON SUPP PAGE

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | DATES TO- | SIGNATURE |
|---|---|---|---|---|
| 930701 | Participated in Operation Southern Watch (Red Sea) | 930629 | 930715 | R.E. Palencia Bydir |
| 930731 | Participated in Operation Provide Promise Deny Flight and Sharp Guard (Adriatic Sea) | 930729 | | R.E. Palencia Bydir |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| SD | 1 | | ------ | R.E. Palencia Bydir |
| SW | 3 | | ------ | R.E. Palencia Bydir |
| LETTER OF APPRECIATION | | | 930701 | R.E. Palencia Bydir |
| *LETTER OF APPRECIATION | | | 930624 | R.E. Palencia Bydir |

| NAME (Last) | (First) | (Middle) | SSN |
|---|---|---|---|
| HASSON | CHRISTOPHER | P | 182 60 5561 |

NAVMC 118 (9) (Rev. 4-80) (Previous editions will be used) SN: 0000-00-000-2607 U/I: SH

☆ U.S. GOVERNMENT PRINTING OFFICE: 1980—640-197/4

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| # | Field | Value |
|---|---|---|
| 1 | NAME (Last, First, Middle) | HASSON CHRISTOPHER PAUL |
| 2 | DEPARTMENT, COMPONENT AND BRANCH | USMC-11 |
| 3 | SOCIAL SECURITY NO. | 182 60 5561 |
| 4.a | GRADE, RATE OR RANK | CORPORAL |
| 4.b | PAY GRADE | E4 |
| 5 | DATE OF BIRTH (YYMMDD) | 690424 |
| 6 | RESERVE OBLIG. TERM. DATE | Year 96 Month 08 Day 30 |
| 7.a | PLACE OF ENTRY INTO ACTIVE DUTY | PHOENIX AZ 85034 |
| 7.b | HOME OF RECORD AT TIME OF ENTRY | 3027 W PHELPS RD PHOENIX AZ 85034 |
| 8.a | LAST DUTY ASSIGNMENT AND MAJOR COMMAND | USS THEODORE ROOSEVELT RUC 50097 MCC 587 |
| 8.b | STATION WHERE SEPARATED | MCSFBN NORVA 23511-2598 RUC 53530 |
| 9 | COMMAND TO WHICH TRANSFERRED | MCRSC 10950 EL MONTE OVERLAND PARK KS 66211 RUC 36005 |
| 10 | SGLI COVERAGE | Amount: $200,000 |

**11. PRIMARY SPECIALTY**
6017 - AIRCRAFT MECHANIC F/A-18
4 YEARS 4 MONTHS

**12. RECORD OF SERVICE**

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 88 | 12 | 15 |
| b. Separation Date This Period | 94 | 01 | 14 |
| c. Net Active Service This Period | 05 | 01 | 00 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 03 | 15 |
| f. Foreign Service | 00 | 07 | 02 |
| g. Sea Service | 01 | 09 | 07 |
| h. Effective Date of Pay Grade | 92 | 02 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED**
RIFLE QUALIFICATION BADGE (MARKSMAN), PISTOL QUALIFICATION BADGE (SHARPSHOOTER), SEA SERVICE DEPLOYMENT RIBBON (2AWD), LETTER OF COMMENDATION, NATIONAL DEFENSE SERVICE MEDAL, LETTER OF APPRECIATION (4AWD), SOUTHWEST ASIA SERVICE MEDAL (3AWD), NAVY UNIT COMMENDATION, KUWAIT

**14. MILITARY EDUCATION**
AVIATION MACHINIST MATE J TURBO JET COURSE 9WKS (89/05), F/A-18 INDOCTRINATION 4WKS (89/08), F/A-18 POWER PLANTS AND RELATED SYSTEMS ORGANIZATIONAL MAINTENANCE COURSE 4WKS (89/09), DRIVER IMPROVEMENT COURSE (90/01), BASIC CORROSION CONTROL COURSE 1WK (91/05), BASIC SECURITY GUARD

15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: No (X)
15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT: Yes (X)
16. DAYS ACCRUED LEAVE PAID: SLB 00.0 RLB 00.5
17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION...: No (X)

**18. REMARKS:**
GOOD CONDUCT PERIOD COMMENCES: 921127
BLK 13 CONTINUED: LIBERATION MEDAL, MERITORIOUS MAST, GOOD CONDUCT MEDAL
BLK 14 CONTINUED: COURSE 5WKS (92/01) SHIPBOARD FIREFIGHTER TRAINING COURSE 1WK (92/01), HELICOPTER ROPE SUSPENSION TRAINING MASTERS COURSE 1 WK (93/03).
SUBJECT TO ACTIVE DUTY RECALL AND OR ANNUAL SCREENING.
WHILE A MEMBER OF THE MARINE CORPS RESERVE, YOU WILL KEEP THE DIRECTOR, MCRSC (TOLL FREE 1-800-255-5082, OR WITHIN THE STATE OF KANSAS CALL COMMERCIAL (913) 236-3106; IF AUTOVON IS AVAILABLE, CALL 465-3110) INFORMED OF ANY CHANGE OF ADDRESS, MARITAL STATUS, NUMBER OF DEPENDENTS, CIVILIAN EMPLOYMENT, OR PHYSICAL STANDARDS.

19.a. MAILING ADDRESS AFTER SEPARATION: 3027 W PHELPS RD PHOENIX AZ 85023
19.b. NEAREST RELATIVE: SHANNON M. HASSON (WIFE) 3027 W PHELPS RD PHOENIX AZ 85023
20. MEMBER REQUESTS COPY 6 BE SENT TO: AZ DIR. OF VET AFFAIRS — Yes
21. SIGNATURE OF MEMBER BEING SEPARATED: [signature]
22. OFFICIAL AUTHORIZED TO SIGN: [signature] MERRITT, CWO4, USMC

**SPECIAL ADDITIONAL INFORMATION**

23. TYPE OF SEPARATION: RELEASED FROM ACTIVE DUTY
24. CHARACTER OF SERVICE: HONORABLE
25. SEPARATION AUTHORITY: MARCORSEPMAN PAR 1005
26. SEPARATION CODE: MBK1
27. REENTRY CODE: RE-1A
28. NARRATIVE REASON FOR SEPARATION: COMPLETION OF REQUIRED ACTIVE SERVICE (USMC) EAS
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4 Initials: PLH

DD Form 214, NOV 88 S/N 0102-LF-006-5500 Previous editions are obsolete.

MEMBER 4

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| Field | Value |
|---|---|
| 1. NAME (Last, First, Middle) | HASSON CHRISTOPHER PAUL |
| 2. DEPARTMENT, COMPONENT AND BRANCH | USMC-11 |
| 3. SOCIAL SECURITY NO. | 182 60 5561 |
| 4.a. GRADE, RATE OR RANK | CORPORAL |
| 4.b. PAY GRADE | E4 |
| 5. DATE OF BIRTH (YYMMDD) | 690424 |
| 6. RESERVE OBLIG. TERM. DATE | Year 96 Month 08 Day 30 |
| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | PHOENIX AZ 85034 |
| 7.b. HOME OF RECORD AT TIME OF ENTRY | 3027 N PHELPS RD PHOENIX AZ 85034 |
| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | USS THEODORE ROOSEVELT RUC 50097 MCC 587 |
| 8.b. STATION WHERE SEPARATED | MCSFBN NORVA 23511-2598 RUC 53530 |
| 9. COMMAND TO WHICH TRANSFERRED | MCRSC 10950 EL MONTE OVERLAND PARK KS 66211 RUC 36005 |
| 10. SGLI COVERAGE Amount: $ | 200,000 |

### 11. PRIMARY SPECIALTY
6017 - AIRCRAFT MECHANIC F/A-18  4 YEARS 4 MONTHS

### 12. RECORD OF SERVICE

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 88 | 12 | 15 |
| b. Separation Date This Period | 94 | 01 | 14 |
| c. Net Active Service This Period | 05 | 01 | 00 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 03 | 15 |
| f. Foreign Service | 00 | 07 | 02 |
| g. Sea Service | 01 | 09 | 07 |
| h. Effective Date of Pay Grade | 92 | 02 | 01 |

### 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED
RIFLE QUALIFICATION BADGE (MARKSMAN) PISTOL QUALIFICATION BADGE (SHARPSHOOTER) SEA SERVICE DEPLOYMENT RIBBON (2ND) LETTER OF COMMENDATION, NATIONAL DEFENSE SERVICE MEDAL, LETTER OF APPRECIATION (4ND) SOUTHWEST ASIA SERVICE MEDAL (3RD) NAVY UNIT COMMENDATION, KUWAIT

### 14. MILITARY EDUCATION
AVIATION MACHINIST MATE J TURBO JET COURSE 9WKS (89/05) F/A-18 INDOCTRINATION 4WKS (89/08), F/A-18 POWER PLANTS AND RELATED SYSTEMS ORGANIZATIONAL MAINTENANCE COURSE 4WKS (89/09) DRIVER IMPROVEMENT COURSE (90/01), BASIC CORROSION CONTROL COURSE 1WK (91/05), BASIC SECURITY GUARD

15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: No (X)
15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT: Yes (X)
16. DAYS ACCRUED LEAVE PAID: SLB 00.0 RLB 00.5
17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION: No (X)

### 18. REMARKS
GOOD CONDUCT PERIOD COMMENCES 921127
BLK 13 CONTINUED: LIBERATION MEDAL, MERITORIOUS MAST, GOOD CONDUCT MEDAL
BLK 14 CONTINUED: COURSE 5WKS (92/01) SHIPBOARD FIREFIGHTER TRAINING COURSE 1WK (92/01), HELICOPTER ROPE SUSPENSION TRAINING MASTERS COURSE 1 WK (93/03)
SUBJECT TO ACTIVE DUTY RECALL AND OR ANNUAL SCREENING.
WHILE A MEMBER OF THE MARINE CORPS RESERVE, YOU WILL KEEP THE DIRECTOR, MCRSC (TOLL FREE 1-800-255-5082 OR WITHIN THE STATE OF KANSAS CALL COMMERCIAL (913) 236-3108, IF AUTOVON IS AVAILABLE, CALL 465-3110) INFORMED OF ANY CHANGE OF ADDRESS, MARITAL STATUS, NUMBER OF DEPENDENTS, CIVILIAN EMPLOYMENT, OR PHYSICAL STANDARDS.

19.a. MAILING ADDRESS AFTER SEPARATION: 3027 N PHELPS RD PHOENIX AZ 85023
19.b. NEAREST RELATIVE: SHANNON M. HASSON (WIFE) 3027 N PHELPS RD PHOENIX AZ 85023
20. MEMBER REQUESTS COPY 6 BE SENT TO: AZ DIR. OF VET AFFAIRS: Yes (X)
21. SIGNATURE OF MEMBER BEING SEPARATED: [signature]
22. OFFICIAL AUTHORIZED TO SIGN: G. L. MERRILL, GYSGT, SEPSCHF, USMC [signature]

### SPECIAL ADDITIONAL INFORMATION

| Field | Value |
|---|---|
| 23. TYPE OF SEPARATION | RELEASED FROM ACTIVE DUTY |
| 24. CHARACTER OF SERVICE | HONORABLE |
| 25. SEPARATION AUTHORITY | MARCORSEPMAN PAR 1005 |
| 26. SEPARATION CODE | MBK1 |
| 27. REENTRY CODE | RE-1A |
| 28. NARRATIVE REASON FOR SEPARATION | COMPLETION OF REQUIRED ACTIVE SERVICE (USMC) EAS |
| 29. DATES OF TIME LOST DURING THIS PERIOD | NONE |
| 30. MEMBER REQUESTS COPY 4 | CPH Initials |

DD Form 214, NOV 88  S/N 0102-LF-006-5500  Previous editions are obsolete

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| HASSON CHRISTOPHER PAUL | USMC-11 | 152 60 5561 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM DATE |
|---|---|---|---|
| CORPORAL | E4 | 690424 | Year 98 Month 08 Day 30 |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| PHOENIX AZ 85034 | 3027 W PHELPS RD PHOENIX AZ 85034 |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| USS THEODORE ROOSEVELT RUC 50097 MCC 587 | MCSFBN NORVA 23511-2596 RUC 53530 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| MCRSC 10950 EL MONTE OVERLAND PARK KS 66211 RUC 36005 | Amount $ 200,000  None |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 6017 - AIRCRAFT MECHANIC F/A-18  4 YEARS 4 MONTHS | a. Date Entered AD This Period | 88 | 12 | 15 |
| | b. Separation Date This Period | 94 | 01 | 14 |
| | c. Net Active Service This Period | 05 | 01 | 00 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 05 | 15 |
| | f. Foreign Service | 00 | 07 | 02 |
| | g. Sea Service | 01 | 09 | 07 |
| | h. Effective Date of Pay Grade | 92 | 02 | 01 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
RIFLE QUALIFICATION BADGE (MARKSMAN) PISTOL QUALIFICATION BADGE (SHARPSHOOTER) SEA SERVICE DEPLOYMENT RIBBON (2ND) LETTER OF COMMENDATION NATIONAL DEFENSE SERVICE MEDAL LETTER OF APPRECIATION (4RD) SOUTHWEST ASIA SERVICE MEDAL (3AND) NAVY UNIT COMMENDATION KUWAIT

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)
AVIATION MACHINIST MATE J TURBO JET COURSE 9WKS (89/05) F/A-18 INDOCTRINATION 4WKS (89/08) F/A-18 POWER PLANTS AND RELATED SYSTEMS ORGANIZATIONAL MAINTENANCE COURSE 4WKS (89/09) DRIVER IMPROVEMENT COURSE (90/01) BASIC CORROSION CONTROL COURSE 1WK (91/05) BASIC SECURITY GUARD

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID SLB 00.0 RLB 00.5 |
|---|---|---|---|---|---|---|

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | No X |
|---|---|---|

18. REMARKS
GOOD CONDUCT PERIOD COMMENCES: 921127
BLK. 13 CONTINUED: LIBERATION MEDAL, MERITORIOUS MAST GOOD CONDUCT MEDAL
BLK. 14 CONTINUED: COURSE 5WKS (92/01) SHIPBOARD FIREFIGHTER TRAINING COURSE 1WK (92/01)
HELICOPTER ROPE SUSPENSION TRAINING MASTERS COURSE 1 WK (93/03)
SUBJECT TO ACTIVE DUTY RECALL AND OR ANNUAL SCREENING.
WHILE A MEMBER OF THE MARINE CORPS RESERVE, YOU WILL KEEP THE DIRECTOR MCRSC (TOLL FREE 1-800-255-5082 OR WITHIN THE STATE OF KANSAS CALL COMMERCIAL (913) 236 3108, IF AUTOVON IS AVAILABLE CALL 465-3110) INFORMED OF ANY CHANGE OF ADDRESS MARITAL STATUS NUMBER OF DEPENDENTS CIVILIAN EMPLOYMENT, OR PHYSICAL STANDARDS

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 3027 W PHELPS RD PHOENIX AZ 85023 | SHANNON M. HASSON (WIFE) 3027 W PHELPS RD PHOENIX AZ 85023 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | DIR. OF VET AFFAIRS Yes X No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | G. G. MERRILL GYSGT SEPSCHP USMC |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASED FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MARCORSEPMAN PAR 1005 | MBK1 | RE-1A |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE (USMC) EAS |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | SH Initials |

DD Form 214, NOV 88    S/N 0102-LF-006-5500   Previous editions are obsolete.    SERVICE 8