# COAST GUARD MEMBER INFORMATION

## Competencies Summary

| Eff Date | Code | Competency | Eval Type | Proficiency |
|---|---|---|---|---|
| 2017-05-15 | CGPM | Program/ Project Manager | Approved/Official | Tier 1 |
| 2004-01-09 | COMSEC | (Obsolete) COMSEC Tech | Approved/Official | Good |
| 2003-11-07 | HF114 | (Obsolete) HF114 | Approved/Official | Good |
| 2002-03-29 | LOR45 | (OBSOLETE) LOR45 | Approved/Official | Good |
| 1997-09-05 | MILSAT | NAVMACS II/SATCOM TECH | Approved/Official | Good |
| 2010-11-03 | PERJR | Senior Enlisted Service Academ | Approved/Official | Good |
| 2001-09-14 | SSR73 | AN/SPS-73 Maint Tech | Approved/Official | Good |

## Officer Specialties Summary

| Eff Date | Code | Specialty |
|---|---|---|
| 2019-02-14 | CG-C4I10 | C4IT (OSC) |

## Honors and Awards Summary

| Issue Date | Code | Honor and Award |
|---|---|---|
| 2016-06-18 | CGFC | CG Commendation Medal |
| 2012-05-30 | CGFC | CG Commendation Medal |
| 2005-01-30 | CGGWOTS | Global War Terror Service Medl |
| 2010-07-01 | CGHC | CG Achievement Medal |
| 2008-08-01 | CGHC | CG Achievement Medal |
| 1991-01-01 | CGKL | Kuwait Liberation Medal-Kuwait |
| 2019-05-09 | CGMA | CG Unit Commendation Ribbon |
| 2014-06-19 | CGMB | CG Meritorious Unit Comm Ribbo |
| 2009-04-10 | CGMB | CG Meritorious Unit Comm Ribbo |
| 2008-04-11 | CGMB | CG Meritorious Unit Comm Ribbo |
| 2005-04-28 | CGMB | CG Meritorious Unit Comm Ribbo |
| 2016-04-30 | CGMT | CG Meritorious Team Comm Ribbo |
| 2008-03-03 | CGMT | CG Meritorious Team Comm Ribbo |
| 2006-06-12 | CGMT | CG Meritorious Team Comm Ribbo |
| 2005-02-14 | CGMT | CG Meritorious Team Comm Ribbo |
| 2001-05-30 | CGMT | CG Meritorious Team Comm Ribbo |
| 1998-11-18 | CGMT | CG Meritorious Team Comm Ribbo |
| 2007-12-14 | CGNA | CG Comdt Ltr of Comm Ribbon |
| 2006-03-23 | CGNA | CG Comdt Ltr of Comm Ribbon |
| 2002-03-14 | CGNA | CG Comdt Ltr of Comm Ribbon |
| 2001-03-11 | CGNA | CG Comdt Ltr of Comm Ribbon |
| 2009-08-28 | CGNB | CG "E" Ribbon |
| 2002-05-15 | CGNH | National Defense Service Medal |
| 1999-04-01 | CGNQ | CG Special Ops Service Ribbon |
| 2006-04-02 | CGNR | CG Restricted Duty Ribbon |
| 1991-01-01 | CGNV | Southwest Asia Service Medal |
| 2006-05-25 | CGPUC | CG Presidential Unit Citation |
| 1992-11-27 | CGPV | MC Good Conduct Medal |
| 2009-08-07 | CGRE | CG Sea Service Ribbon |
| 2011-03-05 | CGSD | CG Good Conduct Medal |
| 2008-03-05 | CGSD | CG Good Conduct Medal |
| 2005-03-05 | CGSD | CG Good Conduct Medal |
| 2002-03-05 | CGSD | CG Good Conduct Medal |
| 1999-03-05 | CGSD | CG Good Conduct Medal |



THE COMMANDANT OF THE UNITED STATES COAST GUARD
WASHINGTON 20593
**26 MAY 1999**

The Commandant of the Coast Guard takes pleasure in presenting the COAST GUARD MERITORIOUS TEAM COMMENDATION to:

ET2 CHRISTOPHER P. HASSON

USCGC GALLATIN (WHEC 721) ELECTRONICS DIVISION

for services as set forth in the following

CITATION:

"For exceptionally meritorious service from 12 August 1998 to 5 November 1998. Immediately upon returning from a three month deployment, the Electronics Division meticulously tested 51 electronic systems in preparation for GALLATIN's Dockside Availability. One week into the dockside contract, after 25 antennas and 3 radar systems had been disconnected or removed, Hurricane Bonnie threatened the South Carolina coast and GALLATIN was ordered to deploy. With only 24 hours to make the cutter ready for sea, the team reinstalled and tested these systems, ensuring GALLATIN's safe passage out of Charleston Harbor and subsequent evasion of the Hurricane. Upon return to homeport, the ET Division completed SHIPALTS and projects that included an upgrade to the Uninterruptible Power Supplies in the Shipboard Command and Control System, an upgrade to CMPlus and the overhaul of both HF Mini-Loop antennas. The team also spent over 200 hours assisting contractors with testing and aligning the AN/URN-25 TACAN, SATCOM and completed an Electronic System Readiness evaluation. In preparation for the Chief Financial Officer's Audit, the team completed a comprehensive inventory and serial number verification of over 1500 electronic components and computer systems, assisting GALLATIN in becoming only one of three Atlantic Area Units to achieve an initial "Ready for Audit". The dedication, pride, and professionalism displayed by GALLATIN's Electronics Division reflects credit upon each team member, USCGC GALLATIN, and the United States Coast Guard."

The Operational Distinguishing Device is authorized.

For the Commandant,

J. A. CONROY
Captain, U. S. Coast Guard
Commanding Officer, USCGC GALLATIN (WHEC 721)



THE COMMANDANT OF THE UNITED STATES COAST GUARD
WASHINGTON 20593
24 April, 2001

From: Commandant
To: ET2 Christopher P. Hasson, USCG

Subj: LETTER OF COMMENDATION

1. I note with pride and am pleased to commend you for your performance of duty while assigned to Electronic Systems Support Detachment (ESD) Cape May, New Jersey from February 2000 to April 2000. By spending extensive hours in a confined space successfully troubleshooting Ultra High Frequency (UHF) and High Frequency (HF) system casualties, you played an instrumental role in the identification and correction of several wiring and connector discrepancies associated with USCGC Mako's UHF and HF systems. Your individual efforts brought USCGC Mako's secure communications suite to a fully operational status. Additionally, utilizing USCGC Mako as the prototype, you worked closely with the Telecommunications and Information Systems Command to produce a superior set of HF transceiver system wiring diagrams and connectors that lead to correction of an 87' Patrol Boat class-wide cutter installation deficiency.

2. You are commended for your outstanding performance of duty. By your meritorious service you have upheld the highest traditions of the United States Coast Guard.

3. You are hereby authorized to wear the Commandant's Letter of Commendation Ribbon Bar.

For the Commandant,

James E. Bussey, III
Commander, U. S. Coast Guard
Commanding Officer, ESU Portsmouth



THE COMMANDANT OF THE UNITED STATES COAST GUARD
WASHINGTON 20593

OCT 26 2001

The Commandant of the Coast Guard takes pleasure in presenting the Coast Guard Meritorious Unit Commendation to:

**ELECTRONIC SYSTEMS SUPPORT UNIT
PORTSMOUTH, VIRGINIA**

for service as set forth in the following

CITATION:

"For meritorious service from July 1998 to December 2000 while engaged in major computer, communications and electronic systems renovations and support to Coast Guard units in all 6 states of the Fifth Coast Guard District. Tasked with migrating units from Coast Guard Headquarters, Atlantic Area, Maintenance and Logistics Command Atlantic, Groups and their subordinate units, to the new Standard Workstation III (SWIII) computer system, Electronic Systems Support Unit (ESU) Portsmouth accomplished this mission well within Commandant mandated deadlines. ESU Portsmouth technicians installed high-speed state-of-the-art local area network cabling at 135 units and coordinated the installation of all wide area network cabling and devices in advance of migration, thus saving the Coast Guard more than $270,000 in contract labor costs. The ESU migration team worked over 50,000 man-hours to install a new 'turnkey' system of modern computers to each desktop with just-in-time training. Furthermore, personnel assigned to ESU Portsmouth expertly planned and led the Year 2000 rollover effort through successful remediation of 42 mission critical systems resulting in no Y2K-related system casualties. In addition to ESU Portsmouth's major accomplishments during this period, personnel assigned to ESU Portsmouth responded to an excess of 26,000 casualties while maintaining a 98 percent 30-minute call back and 98 percent three-hour on-scene response time. The outstanding teamwork and superior performance displayed by the personnel of ESU Portsmouth, the only ESU in the Coast Guard to merit the 1998 'Bronze' Commandant's Quality Award, brings great credit upon themselves, their unit and the United States Coast Guard."

For the Commandant,

J. A. KINGHORN
Rear Admiral, U. S. Coast Guard
Commander, Maintenance and Logistics Command Atlantic

# U.S. DEPARTMENT OF TRANSPORTATION

# United States Coast Guard

## Good Conduct Award



### CHRISTOPHER P. HASSON
Electronics Technician Second Class

*is issued this certificate in recognition of adherence to our core values of Honor, Respect and Devotion to Duty.*

Second Award

*for service completed on*

the 5th day of March, 2002

ROBIN D. ORR
Commander, U.S. Coast Guard
Commanding Officer
Electronic Systems Support Unit Portsmouth
Portsmouth, Virginia

CG-4178A (9/99)



THE COMMANDANT OF THE UNITED STATES COAST GUARD
WASHINGTON 20593

14 March 2002

From: Commandant
To: ET2 Christopher P. Hasson, USCG

Subj: LETTER OF COMMENDATION

1. I note with pride and am pleased to commend you for your performance of duty from July 2001 through December 2001 while assigned to Electronics Systems Support Detachment (ESD) Cape May, New Jersey. During this period you demonstrated outstanding technical expertise when Coast Guard Group Atlantic City's high frequency (HF) remote site was experiencing problems with tuning. You worked alongside ESD Cape May's telephone technicians and the local telephone company to ensure all phone lines were connected according to proper specifications required by the HF system manufacturer - Sunair. Additionally, you worked directly with Sunair to fabricate an extender card, constructed solely from drawings provided by the manufacturer, to complete system tests. As a result of your ingenuity and ability to "think outside the box", you discovered broadband interference within the HF frequency bandwidth. Furthermore, you contacted contractors, local commercial electronic shops, other Coast Guard units and local radio operators to eliminate them as a possible source of the interference. Because of your commitment to resolve the problem, you eventually determined the interference to be emanating from a Rutgers University owned transmitter located at LORAN Support Unit Wildwood, NJ. Lastly, you assisted Rutgers University with eliminating the problem in order to preclude further incidents. Once the interference was eliminated, the Group's HF remote site was again operational.

2. You are commended for your outstanding performance of duty. By your meritorious service you have upheld the highest traditions of the United States Coast Guard.

3. You are hereby authorized to wear the Commandant's Letter of Commendation Ribbon Bar (gold star in lieu of second).

For the Commandant,

R.D. ORR
Commander, U. S. Coast Guard
Commanding Officer ESU Portsmouth

1059/63



THE COMMANDANT OF THE UNITED STATES COAST GUARD
WASHINGTON 20593

FEB 14 2005

The Commandant of the Coast Guard takes pleasure in presenting the COAST GUARD MERITORIOUS TEAM COMMENDATION to:

MAINTENANCE AND LOGISTICS COMMAND ATLANTIC (MLCA)
2004 HURRICANE SEASON CRISIS ACTION TEAM

for service as set forth in the following

CITATION:

"For exceptionally meritorious service from 3 August 2004 to 28 September 2004 in response to the impacts of five major hurricanes, four concentrated in a six-week period from mid-August through late September. The 2004 Atlantic Hurricane Season brought extensive and intensive impacts to Coast Guard facilities and operations throughout the state of Florida and surrounding geographic communities, with hurricanes CHARLEY, FRANCES, IVAN and JEANNE producing repeated and compounding impacts throughout the Districts Seven and Eight area of operations. Through your initiative, dedication and perseverance, you ensured Coast Guard operations were sustained before, during, and after the 2004 hurricanes made landfall. Whether serving on Damage Assessment Teams (DATs), Reconstruction Teams (RTs), Legal Assistance Teams, the Hurricane Evacuation Assist Team (HEAT), Housing Assistance Team (HAT), or the MLCA Logistics Command Center (LCC) watch, you were an integral part of the MLCA 2004 HURRIANCE SEASON CRISIS ACTION TEAM that mitigated impacts to Coast Guard operations, minimized damage to assets and infrastructure, and provided timely relief for affected members and their families. The teamwork and efforts exhibited by this diverse support team representing ISCs Boston, Portsmouth, Miami, New Orleans and St. Louis, Support Center Elizabeth City, CEUs Cleveland, Miami and Providence, Facilities Design and Construction Center Atlantic, ESUs Portsmouth, Miami, and New Orleans and MLCA were critical to the successful and timely restoration of mission critical services. Whether providing on-scene damage assessment reports, coordinating and implementing initial facility and infrastructure restoration efforts, supporting emergent personnel needs or planning for long-term repairs, your efforts were truly noteworthy. Your detailed situational reports provided a complete operational picture and full understanding of the impacts of the storms. The dedication, pride, and professionalism displayed by the MLCA 2004 Hurricane Season Crisis Action Team reflect great credit upon each team member, their units, and the United States Coast Guard."

For the Commandant,

C. I. PEARSON
Rear Admiral, U. S. Coast Guard
Commander, Maintenance and Logistics Command Atlantic



THE COMMANDANT OF THE UNITED STATES COAST GUARD
WASHINGTON 20593

MAR 23 2009

From: Commandant
To:   ET1 Christopher P. Hasson, USCG

Subj. LETTER OF COMMENDATION

1. I note with pride and am pleased to commend you for your performance of duty while assigned as the Leading Electronics Technician at Coast Guard Long Range Aids to Navigation (LORAN) Station Attu, Alaska from April 2005 to April 2006. Exhibiting exceptional professionalism and technical expertise, you led the Operations Division in the overall maintenance and operation of the communication and LORAN equipment onboard ensuring the station provided a LORAN signal that surpassed the "Gold Standard" level of signal availability and accuracy. Using your previous LORAN knowledge, you provided invaluable input towards the planning and equipment preparation for the nationwide LORAN Consolidated Control System upgrade. You insured that LORAN Station Attu's participation in the System Operational Verification Test was error-free and one of the quickest completed of all 31 U.S. and Canadian LORAN Stations. Your commitment to training the junior personnel in proper LORAN watch-standing and equipment maintenance resulted in the station receiving a score of "Excellent" on two consecutive semi-annual LORAN Operations inspections, the first of which occurred within one month of your arrival to Attu. Taking advantage of the visiting Tall Tower Inspection Team, you volunteered to qualify to climb the station's 625' LORAN tower and to train others in tower safety and climbing procedures. When the station Engineering Department was overwhelmed with a week-long period of 24/7 snow removal and equipment maintenance, you convinced all hands in the Operations Division to assist "Team Attu" and qualify on the snow removal equipment to provide help maintaining the roads and runway for the bi-weekly log flights. Drawing from your past expert knowledge and experience, you established and maintained the division CMplus system, replaced the 35' antenna for the vital HF communication system, and installed a VHF-FM radio and depth sounder in the station morale boat.

2. You are commended for your outstanding performance of duty. By your meritorious service you have upheld the highest traditions of the United States Coast Guard.

3. You are hereby authorized to wear the Commandant's Letter of Commendation Ribbon Bar.

For the Commandant,

JAMES C. OLSON
Rear Admiral, U. S. Coast Guard
Commander, Seventeenth Coast Guard District

1059163



THE COMMANDANT OF THE UNITED STATES COAST GUARD
WASHINGTON 20593

DEC 14 2007

From: Commandant
To: ET1 Christopher P. Hasson, USCG

Subj: LETTER OF COMMENDATION

1. I note with pride and am pleased to commend you for your performance of duty while assigned to the LORAN Operations Branch, Coast Guard Navigation Center Detachment Petaluma California from April 2007 to September 2007. During this period you were instrumental in supporting the CG Navigation Center's 2007 LORAN Commanding Officer/Officer-in-Charge Operations Conference. This bi-annual conference was attended by over 100 field and support personnel and this year included high profile visits by Coast Guard Commandant, the Assistant Commandant for Operations, Commander Seventeenth Coast Guard District, the Command Master Chief of Headquarters units, a executive-level Federal Aviation Administration Program Manager, a variety of international partners, LORAN support personnel, and command representatives from 23 of 24 LORAN Stations, an astonishing 96% participation rate for field units. You expertly prepared the conference facilities ensuring a wide range of details were flawlessly handled. Using exceptional initiative, you partnered with CG TRACEN Petaluma to organize, copy, bind, and deliver well over 1000 printed documents saving hundreds of dollars in printing charges. Additionally, you set-up and operated the conference's video and audio equipment suites, ensuring public address systems throughout the conference were always in top condition. Furthermore, you spent countless hours documenting the entire four day operations conference in both video and still photo formats providing a professional photo record of conference activities that will be used as training aids for all 25 Coast Guard Loran Stations and their respective support units for years to come. These efforts required arriving early in the morning, well before conference attendees, and staying late into the evening to ensure the myriad of details were professionally completed. Your outstanding commitment, resourcefulness, and professionalism were essential to the success of NAVCEN's 2007 LORAN CO/OIC Operations Conference.

2. You are commended for your outstanding performance of duty. By your meritorious service you have upheld the highest traditions of the United States Coast Guard.

3. You are authorized to wear the Commandant's Letter of Commendation Ribbon Bar (gold star in lieu of a fourth).

For the Commandant,

M. M. BLIZARD
Captain, U. S. Coast Guard
Commanding Officer, USCG Navigation Center



# UNITED STATES COAST GUARD

THIS IS TO CERTIFY THAT
THE COMMANDANT OF THE UNITED STATES COAST GUARD
HAS AWARDED THE

## COAST GUARD ACHIEVEMENT MEDAL

TO
CHRISTOPHER P. HASSON
ELECTRONICS TECHNICIAN FIRST CLASS
UNITED STATES COAST GUARD

FOR

OUTSTANDING ACHIEVEMENT FROM JUNE 2006 TO AUGUST 2008

GIVEN THIS    27th    DAY OF    August, 2008

For The Commandant
E. B. THIEDEMAN
Captain, U. S. Coast Guard
USCG Navigation Center

CITATION TO ACCOMPANY THE AWARD OF

THE COAST GUARD ACHIEVEMENT MEDAL
(GOLD STAR IN LIEU OF A SECOND)

TO

CHRISTOPHER P. HASSON

CHIEF ELECTRONICS TECHNICIAN

UNITED STATES COAST GUARD

Chief Petty Officer HASSON is cited for superior performance of duty while serving onboard CGC MORGENTHAU (WHEC-722) from September 2008 to July 2010. Demonstrating exceptional leadership and sound technical skill, he ensured that the Electronics Division kept all navigation and communications equipment ready for operations while sailing over 37,000 nautical miles to patrol off the coast of South America, the Bering Sea and the Caribbean. During a winter Alaskan Patrol, extreme weather caused complete failure of the X-band radar pedestal. Chief Petty Officer HASSON devised rigging to safely remove and re-install the 150 pound pedestal from the mount on the foremast, 80 feet above the water. His creative solution allowed MORGENTHAU to remain on station to perform Living Marine Resources and Search and Rescue missions. When casualties occurred to MORGENTHAU's tactical aircraft navigation and identification system, communications gear and radio direction finders Chief Petty Officer HASSON worked with dogged tenacity and unwavering zeal to ensure systems were brought back online with minimal delay. He served as a mentor and coach for eight junior technicians. Chief Petty Officer HASSON served in a key role on the Combat Systems Training Team (CSTT), planning and executing dozens of drills to hone the emergency response skills of Electronics Repair Locker personnel. His efforts enhanced the overall readiness of MORGENTHAU and contributed to earning the Pacific Area Operational Readiness Award. Chief Petty Officer HASSON's diligence, perseverance and devotion to duty are most heartily commended and are in keeping with the highest traditions of the United States Coast Guard.

The Operational Distinguishing Device is authorized.





# UNITED STATES COAST GUARD

THIS IS TO CERTIFY THAT
THE COMMANDANT OF THE UNITED STATES COAST GUARD
HAS AWARDED THE

## COAST GUARD ACHIEVEMENT MEDAL

TO

CHIEF ELECTRONICS TECHNICIAN CHRISTOPHER P. HASSON
UNITED STATES COAST GUARD

FOR

SUPERIOR PERFORMANCE OF DUTY FROM SEPTEMBER 2008 TO JULY 2010



GIVEN THIS   1ST   DAY OF   July  2010

For the Commandant,
D. J. SMITH
CAPTAIN, U. S. COAST GUARD
USCGC MORGENTHAU (WHEC 722)

# U.S. DEPARTMENT OF HOMELAND SECURITY

# United States Coast Guard

## Good Conduct Award



ETC Christopher P. Hasson

*is issued this certificate in recognition of adherence to our core values of Honor, Respect and Devotion to Duty.*

Fifth Award
for service completed on
the 5th day of March, 2011

Christopher J. Hall
Captain, U. S. Coast Guard
Commanding Officer
Training Center Petaluma

CITATION TO ACCOMPANY THE AWARD OF
THE COAST GUARD COMMENDATION MEDAL
TO
CHRISTOPHER P. HASSON
CHIEF ELECTRONICS TECHNICIAN
UNITED STATES COAST GUARD

Chief Petty Officer HASSON is cited for outstanding achievement while serving as an Electronics Technician School "C" School Course Chief at Training Center Petaluma, CA from July 2010 through June 2012. Chief Petty Officer HASSON provided outstanding leadership and expert guidance to a staff of 14 instructors for eight distinct "C" Schools, qualifying over 700 students with competencies to perform preventive and corrective maintenance on diverse Coast Guard field electronics equipment including surface search radars, satellite communications, differential global positioning system transmitters, and identification friend or foe interrogators and transponders. Chief Petty Officer HASSON's schools maintained an impressive ninety-six percent laboratory availability and a ninety-nine percent successful graduation rate in spite of heavy instructor staff turnover and the stand-up of two new courses. As the Human Relations Council Chairperson, Chief Petty Officer HASSON organized 7 cultural luncheons, where he helped arrange guest speakers, develop menus, and serve as master of ceremonies. His efforts significantly contributed to the celebration of diversity and increased awareness of equal rights for all. Additionally, Chief Petty Officer HASSON was instrumental in the review of the command's Defense Equal Opportunity Management Institute's organizational climate survey and subsequent plan of action to address issues raised. His efforts helped significantly improve the workplace climate at the Training Center. Chief Petty Officer HASSON's community involvement was inspirational. He willingly volunteered on a weekly basis as a driver for the Committee on the Shelterless food delivery program, he assisted the Rebuilding Petaluma program on six house renovation projects, and assisted with basic English instruction for second graders via the Partnership in Education program at Roseland Elementary School. Chief Petty Officer HASSON's dedication, judgment, and devotion to duty are most heartily commended and are in keeping with the highest traditions of the United States Coast Guard.





# UNITED STATES COAST GUARD

THIS IS TO CERTIFY THAT
THE COMMANDANT OF THE UNITED STATES COAST GUARD
HAS AWARDED THE

## COAST GUARD COMMENDATION MEDAL

TO

CHRISTOPHER P. HASSON
CHIEF ELECTRONICS TECHNICIAN
UNITED STATES COAST GUARD
FOR

OUTSTANDING ACHIEVEMENT FROM JULY 2010 TO JUNE 2012

GIVEN THIS   30TH   DAY OF   MAY 2012



FOR THE COMMANDANT
R. ERIN BROGAN
CAPTAIN, U. S. COAST GUARD
TRAINING CENTER PETALUMA

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-9556 (Rev. 8-05) | **ACCEPTANCE AND OATH OF OFFICE** |
|---|---|

To: Commandant

I accept this appointment in the United States Coast Guard / Coast Guard Reserve (strike out one) In the grade of __LIEUTENANT__

_____ with rank as such from (date of rank) __1 MAY 2016__. This information was transmitted by Commandant's letter/message (ssic/dtg) __1426 /__ ------- dated __18 FEB 16__.

Having accepted this appointment, I, __Christopher P Hasson__, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic, that I will bear true faith and allegiance to the same, that I take this obligation freely, without any mental reservation or purpose of evasion, and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

| Name (Last, First, Middle) | EMPLID | Legal Residence (City and State) |
|---|---|---|
| Hasson, Christopher, P. | 1059163 | Glendale Arizona |

| Grade | DOR | Signature of Appointee |
|---|---|---|
| LT | 1 MAY 2016 | /s/ CTPHasson |

Oath taken on __1ST__ day of __MAY__ __2016__

Signature of Officer Administering Oath: _Scott A Beauregard, CAPT, USCG_

Officer's Name and Title (Print): _SCOTT A. BEAUREGARD, CAPT, USCG_

NOTE: The above oath should be executed before one of the following officials: any commissioned officer of the Armed Forces; a United States Commissioner; a Judge of a Court of Record; a Clerk of a Court of Record; a Notary Public; or a Justice of the Peace. Reference: 5 USC 3331/332.

---

PRIVACY ACT STATEMENT

IN ACCORDANCE WITH 5 USC 552a(e) (3), THE FOLLOWING INFORMATION IS PROVIDED TO YOU WHEN SUPPLYING PERSONAL INFORMATION TO THE U. S. COAST GUARD.

1. AUTHORITY WHICH AUTHORIZED THE SOLICITATION OF THE INFORMATION: 14 USC 211-722.

2. PRINCIPAL PURPOSE(S) FOR WHICH INFORMATION IS INTENDED TO BE USED: TO ESTABLISH AN OFFICIAL RECORD OF ACCEPTANCE OF COMMISSION IN THE U. S. COAST GUARD OR U. S. COAST GUARD RESERVE.

3. THE ROUTINE USES WHICH MAY BE MADE OF THE INFORMATION: TO PROVIDE VERIFICATION OF DATE OF RANK OF OFFICERS OF THE U.S. COAST GUARD OR U. S. COAST GUARD RESERVE.

4. WHETHER OR NOT DISCLOSURE OF SUCH INFORMATION IS MANDATORY OR VOLUNTARY (REQUIRED BY LAW OR OPTIONAL) AND THE EFFECTS ON THE INDIVIDUAL, IF ANY, OF NOT PROVIDING ALL OR ANY PART OF THE REQUESTED INFORMATION: DISCLOSURE OF THIS INFORMATION IS VOLUNTARY, BUT FAILURE TO DISCLOSE THE INFORMATION RESULTS IN NON ISSUANCE OF COMMISSION.