# Letters of Support

| Name | Exhibit Page |
|---|---|
| Matthew Hasson | 2 |
| Killian Hasson | 5 |
| Maura Harper | 7 |
| Jeffrey Cavallo | 8 |
| Jerome Brown | 10 |
| James Fagnant | 12 |
| David Donahue | 13 |
| Drew Buechley | 14 |
| Father Charles Canterna | 16 |
| Dr. Patrick Walsh | 18 |
| Laura Johnston | 19 |
| Shannon Marie Hasson (with photos) | 21 |
| Craig and Maureen Hasson | 24 |
| Daniel Coleman | 27 |
| Granville Coleman, Jr. | 28 |
| Monica Flores | 29 |
| Jean Coleman | 30 |
| Emily Warmingham | 31 |
| Ashley Cannon | 32 |
| Marc Triglia | 34 |
| Janet Triglia | 35 |
| Lucas Triglia | 36 |
| Victoria Triglia | 37 |
| Ryan Smith | 38 |
| Spencer Steckman | 39 |
| Kelly Elgas | 42 |

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Honorable Judge Hazel,

I am Christopher P. Hasson's younger brother and am writing you in an effort to share my perspective on him and hopefully shed light on who he is and what he means to me. I never thought I'd ever have to sit down and draft a letter to a judge on behalf of someone, let alone my brother. This letter might turn into a rambling mess of emotions but that's only because of the love and respect I have for Chris and the hurt I feel for what has transpired. My sincere apologies if this is all over the place.

We grew up in what I can only describe as an extremely "normal" family. Like most siblings, Chris and I had quite different interests growing up. We fought like brothers do - A lot. But no one had my back like my brother did. He stood up for me and loved me like only a big brother could. I was into sports and he was into books and music. Our parents were extremely normal people working extremely normal jobs. We had a very good childhood with incredibly loving parents. Our parents are extremely kind people who didn't have any 'fringe' views on life and taught us to treat others as we wanted to be treated. It was a simple life. We were fortunate not to want for anything and to have a stable and loving home. Our parents are still they most incredible and supportive people on earth.

To say I was shaken with the charges against my brother is an understatement I can't truly put into words. The Christopher I know is, without question, the most intelligent person I've ever known. Chris has always been an avid reader. Growing up, our parents had a shelf of encyclopedias and Chris was always reading them. To this day, he reads everything he can get his hands on. Throughout our lives, Chris would get fixated on various topics or ideas and would consume everything he could on the topic. Over the Christmas holiday in 2018, he was sharing his latest passion of piston-engine aircraft. He was reading books and watching videos of how they were built and how different manufacturers designed various engines and the "why" behind them. He was also fascinated by "smart cars" and the technology behind them. He wanted to know how they worked and was reading everything he could on what was next and where that technology was going. He was encouraging his son to explore that industry as a possible future profession. That's who Chris is, and who he's always been.

Chris knew from a very early age that he wanted to join the military. I honestly don't remember a time that he didn't know exactly what his plan for life was, even when were 10-12-year old's. He knew his plan, and as soon as he was able, he joined the military and excelled from day one. I'll never forget his drill instructor talking to my family about Chris at his graduation from Marine Corps boot camp. He was a very tall and powerful African American

man and I was quite intimidated by his presence. Here was this incredible "US Marine" standing (no, towering) over me telling us how proud he was of my brother and how impressed he was with his success during basic training. I can still see this man's face when I recall this story… but more than that, I can still feel the pride I had in my big brother on becoming a US Marine. He achieved his dream. As his career unfolded I watched and listened to Chris develop into someone I wanted to emulate. He was proud, confident, successful, and doing something that truly mattered. I joined the US Air Force to be like my brother. He was my biggest supporter and gave me advice on what to do, how to excel, what NOT to do, and encouraged me in every way imaginable.

As I'm sure you've been made aware, Chris was named Volunteer of the Year when he served in Petaluma, CA for his work with homeless veterans. He also spent a great deal of time reading to inner-city children there in the Washington DC area. That's the man he is. He truly enjoyed helping others. And while I am very proud of my military record, my success pales in comparison to my brother's military career. I know very well what it takes to rise through the ranks from enlisted to a commissioned officer as I was able to make that advancement in my own career. But it is critical to understand how incredibly difficult that is to do without a bachelor's degree. My brother was enlisted for most of his career but was so good at his job that he earned a post as a warrant officer. After serving successfully and rising through the warrant officer ranks, he earned a commission… again, without a bachelor's degree. He is the only person I have known to be able to do that. That kind of success and achievement is not just "given out" … that is earned through superior service, dedication, commitment, and an impeccable record. In the military service we are always focused on promoting the "whole-person" concept. While I did not serve in the Coast Guard, I am confident they share the same expectations of their service members to be, not only excellent at their particular job, but to be excellent people as well. I am to this day baffled by his extraordinary service record. As a commissioned officer in the Air Force, I had the "authority" to recommend individuals for a commission should their service record warrant the recommendation. I recommended three people for such an appointment and all three were denied at the higher-level commands. Not because they didn't deserve it, but because the standards were so high and selection was so competitive they simply did not get selected. The fact that my brother earned both a warrant officer appointment and then later a commission, should not be lost on the court.

In 2012, I went through a very difficult divorce. My kids moved out of state and I was devasted. To say it was an especially hard time for me is an understatement. I was leaving in Washington DC at the time and Chris was living in North Carolina. He knew I was having a very difficult time and, without being asked, showed up at my house every weekend for nearly 6 months to just spend time with me and simply be there. At the risk of being overly dramatic, Chris saved my life. I had slipped into an extremely deep depression and had started drinking far more than I should. Chris' love and support are the reason I was able to get back on my feet. His compassion and selflessness didn't stop at me. He treats every person he encounters the same way. He is kind, engaging, and respectful. My brother will do anything for anyone. If he sees someone in need he'll be the first to offer a hand.

The fact that he was struggling with a drug problem causes me great personal frustration. He has never been the type of person to ask for help or even admit he has a problem or can't solve a problem. But he knew when I was in a dark place, and the fact that I didn't notice he was struggling is personally devastating. Could I have helped? Could I have talked him through whatever was going on? I will always struggle with those questions. My brother is a good person. My brother made mistakes and is taking accountability for his mistakes.

While the media has taken what he wrote on his work computer and demonized him for his thoughts, we live in a country where thoughts can't be criminalized. They don't know my brother. As disturbing as those writings appear to have been, those are NOT Christopher. As someone who spent a significant amount of time talking to him during my own personal troubles, I know this man's heart. It's very clear to me that whatever he was dealing with in his life, whatever mental battles he was fighting, were exacerbated by his drug use. He is a very gentle man. In fact, it became a running joke between he and I because in our "older" age, I was more aggressive and confrontational than he was. I don't know the facts about the amount drugs he was using, but if the media reports are even somewhat accurate, it was extreme. I'm sure you see quite a bit of opioid users and have far more experience and understanding of their impact on the minds of the users, but I can't imagine what that amount of drugs for that amount of time does to a person's thinking.

As you consider his sentence, I can only ask that you consider the words of those of us that know his true heart. I don't know how this process works and I don't know the extent of the variables you must consider in making such an important decision. My brother screwed up, I can't say anything else. Whatever caused him to turn to drugs needs to be addressed and I desperately hope he gets the help he needs to work through whatever it is he was battling.

Thank you for taking the time to read my letter. I am available to talk at any time should you have questions or want to clarify anything in this letter.

Sincerely and Respectfully,


Matthew Hasson
███████████

The Honorable George J. Hazel

United States District Judge

c/o Liz Oyer Assistant Federal Public Defender

6411 Ivy Lane, Suite 710 Greenbelt, MD 20770


Dear Judge Hazel,

My name is Killian Paul Hasson, I am Christopher Hasson's oldest child. My father is more than just a dad to me, he is a best friend, and a role model who has not only taught me basic life skills but has taught me things such as compassion and empathy. I served 4 years in the United States Marine Corps and am currently going to school in order to obtain a higher level of education in computer science, something my dad had always wanted for me. Truthfully, if there is anyone that understands my father, I would have to say it would be me.

My father has been a solid platform for my entire family for the 25 years I have been on this earth, he has been the provider for the family, the level head that would help us deal with our problems rationally, and the goofball that helped us feel better regardless of what was going on. When I first saw the articles depicting my father as an evil man with hate in his heart it hurt, that isn't the man he is. When we moved to California, he would spend countless hours helping rebuild neighborhoods in Petaluma and delivering food from the coast guard base to a half way home in town. Prior to California we had lived in Florida and of course got to experience the wonderful hurricane season. Shortly after one hurricane had passed our house caught fire and my father made sure each of us made it out safely, I will never forget my sister crying that her fish was going to die and my dad being the person he is grabbed a towel and ran back in to retrieve the fish. I think back to this often and how dumb it was, albeit funny, that he was literally putting his life in danger for a fish. This wasn't strange for him though; he had always valued all life equally he would pay thousands and thousands of dollars for our pet's surgeries where many of my friend's parents would sooner have them put down. To this day I attempt to be as compassionate and empathetic as humanely possible for all living things because of his guidance.

Looking back my dad had too much on his plate, he was working a job he didn't enjoy, and was just trying to make it to a better retirement plan for my mother. This constantly weighed on him, he had begged me to not join the military and told me to instead go to school, to chase what I was passionate about and pursue a career I would enjoy. My time in the military was good but I can see exactly how he fell into addiction; it plagues the service as many turn to alcohol or drugs and with mental health help being seen as "weak" many do try to self-medicate and repress these feelings in order to get the job done as my father had. My father had put up with over 20 years of service in multiple branches and duty stations for my family, he had never taken his own life into consideration he only did what was best for my family and I. He never once talked about his work life with us and I blame myself for not asking more, he was keeping so much bottled up all to make sure we wouldn't have to be affected by this so we could live normal lives. This incident has given me the courage to overcome the stigma of getting help with mental health something that I am extremely grateful for, and I know my father would be proud of.

My father had agreed to take this plea deal because he knows he messed up, I honestly believe he didn't do any of this to hurt or scare anyone he was simply a man dealing with a lot of mental problems and attempting to self-medicate so he wouldn't have to put it on anyone else. This sort of behavior is something common in a culture rampant with toxic masculinity, he felt as a man he needed to not show these emotions and instead simply bottle them up same as myself and many other men. This case has shown him and many of those close to him why this is so terrible, he has already spoken to my mother about wanting to get counseling and even attend therapy or counseling as a whole family to overcome these issues. Truthfully this case has affected us all in a negative way, but it has also put so much into perspective and brought us closer as a family. I know my father looks forward to nothing more than getting to meet his grandson and spend time with him not through bars or solid glass but on a camping trip.

Lastly, I just want to thank you Judge Hazel for taking the time to read this and for all the work you do. I personally have been raised with the privilege of not having really any encounters with law enforcement or the judicial system but I better understand how these things play out and the importance of all involved after this. This letter has been hard to write, because I know the man I am writing about better than most I am his camping buddy, fishing buddy, and overall best friend and I just want him back.

Respectfully,

Killian P. Hasson

The Honorable George J. Hazel

United States District Judge

c/o Liz Oyer Assistant Federal Public Defender

6411 Ivy Lane, Suite 710 Greenbelt, MD 20770

RE: Christopher Hasson

Dear Judge Hazel:

I am writing this letter on behalf of Christopher Hasson

For the entirety of my life, my father has been my absolute hero. Without a doubt, he has been the most stable, supportive, caring, selfless individual in my life. My father was the one who taught me everything I know: from riding a bike, swimming, academics, to cooking and hiking. My father was the parent who attended my school field trips and pushed the family to attend church on Saturday evenings. He would take my brother and I to the galley on the Coast Guard base that we lived on in Petaluma, California to collect the extra food to bring to the homeless shelters out in town. On several occasions, my father brought my brother and I to help with "Rebuilding Petaluma" projects where we spent all day restoring the landscape around the community. My father has always been a kind and helpful individual to any person he met and always gave me an outstanding person to look up to. He has always been fully welcoming to anyone who has come to our home, no matter their background. My father was supportive in both my brother and I's decision to enlist in the military ourselves and serve this country. This year I became a mother myself, and I am confident the devotion and unconditional love I have for my son is a quality that has always been instilled and shown to me by my father.

I am aware of the charges he has pled guilty to, and understand that he is taking full responsibility for those charges. My father is an honest person and it is important he takes that responsibility, which I know he is. He prays on it a lot. I know my father has overcome his own struggles in life, and with that he has never put his problems or obstacles on anyone else. When he would come home from work the very first thing he would ask is how our day was, and never about how hard his days were: which I knew they were. My father has always been an outstanding citizen and member of his community, no matter what state or town we lived in. The selflessness and caring qualities of my father will never change. To the core of him, my father is a genuinely great man, father, worker, friend, service member, husband, brother, uncle, nephew, cousin, and now grandfather. Since his arrest, my father has become even more humble. I have been able to visit him with my son and he was so focused on how we were and getting to meet his grandson for the first time. I know he loves him just as much as I do. He has a much more positive outlook on everything and never judges anyone, no matter the circumstance. He is very devoted to God and to repenting, which I admire with my entire being. The strength and love he still has is so apparent, and stronger than ever, and I can only hope to be half as good of a person as he has been and always will be.

My regards,

Maura Harper

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770                                          10 December 2019


Dear Judge Hazel:

I am writing to you on behalf of Mr. Christopher Hasson. I have known Chris since 2012,
first as a fellow Coast Guard officer and then as Chris's supervisor for about 4 years. I
first met Chris when he first came to U.S. Coast Guard Command, Control &
Communications Engineering Center (C3CEN) as a newly commissioned Chief Warrant
Officer in 2012. Chris was the Navy-Type Electronic Systems Assistant Section Chief
leading a diverse team of 11 members. I was later honored to serve as Chris's supervisor
in the same division at C3CEN.

I am a US Marine Corps vet having served 6 years on active duty. In addition, I served
22 years on active duty with the Coast Guard. During my military career I rose through
the ranks from an E-1 to E-7 and then was commissioned into the officer corps moving
from a 0-1E to 0-3E. I retired with 28 years of active duty service at the rank of
Lieutenant on December 1st 2013. The primary reason I retired was to take a Government
GS-13 Electrical Engineering Supervisor job with the Department of Homeland Security,
working again with the Coast Guard. I am also a lifelong learner having earned degrees
in engineering, leadership and economics.

During my military/civilian career I had the opportunity to serve alongside exceptional
people. Chris was one of these people and I do not say this lightly. Chris from the
moment I met him always went above and beyond to exemplify the characteristics of a
Servant Leader. A Servant Leader empowers, puts the needs of the employees first and
helps people develop and perform as highly as possible. Chris always put people first and
ensured that they had the tools and training to excel. I pulled several of these examples
from his annual evaluations that I wrote:

> When detached/independent duty E8 had sudden drop in performance, Chris did
> not accept that it was a minor medical issues that was impacting the E-8's
> performance & pushed for additional tests; it was discovered that the E-8 had
> severe head injury requiring brain surgery. Chris cared for family through
> constant phone calls & ensured all logistics done easing burden on family;
> member received proper/full medical attention potentially saving his life & family
> thanked for all support.

> Chris mentored members to help them obtain additional education and help them
> navigate the difficulties of military life.

Instituted weekly meetings during section standup; showed diversity of experience & mix of personnel improved success in tackling fleet issues.

Chris guided member in applying for special needs program & researching the wide range of assistance available for his family needs.

Chris was an amazing leader that gelled a diverse team into a one-stop support section.

Chris always volunteered to help fellow members when in need.

These are just a few examples of how Chris was always there to serve and help our Coast Guard team become better at their jobs and in life. He was very approachable and always had a smile. In my 4 years working with Chris I never heard him speak any ill will about anyone. He was a consummate professional that was dedicated to serving his country and the people he worked with.

Chris always had a positive attitude and always looked for ways to get the job done better. During his tenure at C3CEN his primary duty was to support Coast Guard cutters that were forward deployed. He helped the technicians on these cutters to maintain and repair their Navy-Type electronics equipment to ensure the cutter was always mission ready. To this ends, Chris created and inspection and mentor program to help technicians on the cutter to better maintain and repair their equipment. He worked with technicians one-on-one to properly train them and address any concerns they were having. His efforts were instrumental in the section winning a Navy Excellence Award.

As you ponder Chris's sentence I would like you to consider the 30 years of dedicated active duty military service he provided to our great country. Chris always did his duty. This is reflected in the fact that he climbed the enlisted ranks then received an officer's commission, no easy task. Serving in the military is not always easy and brings along many hardships and burdens; it changes people. I believe that Chris should be in treatment instead of prison. I believe the time he has already served is in line with his crime.

In closing, I would like to thank you for allowing my voice to be heard. Chris is an honorable guy that made some poor choices, however, I have every confidence that he can put this behind him and be a very productive member of society like he always has been.

Very Respectfully,

Jeffrey Cavallo

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770


Dear Judge Hazel:

My name is Jerome Brown Jr. I am a Lieutenant Commander in the United States Coast Guard. I am stationed at the Shore Infrastructure Logistics Center (SILC) in Norfolk VA.  Before arriving to the SILC I was a graduate student at the University of Houston completing my MBA in finance. I currently hold the position of Comptroller Branch Chief where I oversee all aspects of financial management for 18 bases and 6 Civil Engineering Units. The budget for these units usually totals upwards of $500 million. I have a small staff comprised of one warrant officer, five enlisted personnel, and four civilians. I enlisted in the Coast Guard in May of 1999 and worked my way up to E-6 before I was accepted to Officer Candidate School in 2008. I have proficiency as an electronic technician, a maritime safety and security officer, and now a financial manager. I first met Christopher Hasson at the Electronic Support Detachment in Cape May, NJ in 2000 after completing Electronic Technician "A" School (enlisted member training for their assigned specialty). I was an E-3 and Chris was an E-5.

 In early 2000 I was a very young boy trying to find my way. I was barely 20 years old with a full family; a wife and three small children. The military was simply a way for me to feed and house my family at the time and I had held no significant jobs before entering which meant I had no real skills. Although I had just completed "A" school, I had no experience applying those skills in the real world. Chris IMMEDIATELY helped me fill that knowledge gap. Chris took me in like I was a little cousin. We spent many days together and even some nights. He taught me everything that I know about being an electronic technician. He was my first mentor, providing me with invaluable advice and guidance when no other superior would. The first time I applied for Officer Candidate School I was denied and Chris told me to keep applying and stay positive. There were several times I was defeated by a complicated electronic problem in the early morning hours during a duty call. I called on Chris and he would leave the comforts of his home to meet me on the dock and help fix the issue. He was never angry or disappointed. Chris was a very loving and dedicated man. There were many times that I would go to his home for lunch. He taught me how to work out and would train me in the gym. I knew his wife and son very well and would sometimes eat dinner at his house. I can remember one day in particular when Chris bought a Suzuki GSX-R. I was interested in buying a motorcycle, but I didn't know how to ride. Chris took me on his brand-new motorcycle and taught me how to ride in his front yard in front of his wife. He was a family man, a great friend, and a mentor. When I got married in January of 2001 Chris was one of my groomsmen. He had a great time and interacted with everyone like

they were his family. I think it's pretty safe to say that I felt as though I had made a lifelong friend.

When I first heard about a Coast Guard Officer plotting a mass killing and hoarding a stockpile of weapons in his home I was saddened and disappointed. I hold my service in the highest regard and I sometimes think that because of our small size, we are immune to the evils of society. When I read that Chris was that Coast Guard Officer, I was in total shock, disbelief and confusion. These feelings have not subsided despite the passage of time. I didn't mention that I am an African American male but as such, I am very sensitive and in tune with the inequalities, prejudices, and injustice that plagues so many people of color. To hear that a person that I considered a close and dear friend, a person that was in my wedding, a person that helped mold me into the person I am today would plan such things is unbelievable. I can't say why or how Chris is accused of these horrible acts but I can say that the Chris I know has NOT been a racist for over 20 years. I can say that Chris has never been anything but honorable and respectful to all that have had the pleasure of working with him. He has served his country with dignity and respect and has an impeccable record so far as I have known him. I do not know what the future holds for Chris but I do believe that he has been and will be a productive member of this society regardless of the outcome of this trial.

Respectfully,

Lieutenant Commander Jerome Brown Jr.

United States Coast Guard

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Hazel,

My name is James Fagnant and I am a retired U.S. Coast Guard Chief Warrant Officer. I now serve as a Electronic Systems Specialist, in a civilian government employee capacity, for the U.S. Coast Guard. Chris Hasson and I worked together at the U.S. Coast Guard Command, Control, and Communication Engineering Center (C3CEN) located in Portsmouth, VA from 2012 to 2016.

Chris reported to C3CEN as a newly commissioned Warrant Officer in 2012, and the first thing I noticed was how polite he was. He was always very agreeable, hardworking, easy to work with, and listened to advice keenly. Chris always presented himself as an accomplished professional. He was punctual, polished, dependable, and always willing to go out of his way to complete a job.

At that time, Chris was a geographic bachelor and under a lot of stress. The Coast Guard transferred him before the end of the school season, so his family was living in Petaluma, CA. Chris was performing his duties at C3CEN and searching for a family home after work. He eventually settled on a house in North Carolina and moved his family at the end of the school year.

The Chris I know is a person who always went the extra mile for people. In 2014, Chris helped me move my household items from Chesapeake, VA to Virginia Beach, VA. I was going to hire a mover, but Chris found another coworker and insisted on moving my household items. They showed up at my apartment on a Saturday, packed the truck, followed me to Virginia Beach, and unpacked the truck the same day, at no cost to me.

Chris participated in the Partnership in Education (PIE) program while stationed at C3CEN. The PIE program gets professionals involved in children's educational development, such as tutoring and computer literacy.

I am shocked at the charges leveled against Chris, and I continue to find the accusations difficult to believe.

Please note that Chris was a Marine in the first Gulf War. There is no way to tell what effect wars have on people. I trust you will ensure Chris gets thorough professional medical/mental health evaluations and treatments. My wish is that Chris can move past this difficult situation, and enjoy the rest of his life in peace, with his family.

Thank You for your time Judge Hazel.

Sincerely,

James J Fagnant          12/13/2019

12

c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Hazel:


My name is David Donahue. I am a Master Chief in the United States Coast
Guard, currently stationed in Seattle Washington. I have served in the
Coast Guard for 24 years and come from a Coast Guard family. I worked under
Chris Hasson at the Coast Guard: Command, Control, Communications,
Engineering Center (C3CEN), Portsmouth VA. I first met Chris in
approximately 2011, and worked under Chris from 2011 until he left the unit
around 2016.

During my time working for Chris I saw his dedication to the Coast Guard in
supporting the electronic systems onboard deployed assets. He was a good
supervisor, keeping a positive work environment with goal oriented tasks to
improve the group's efforts internally and to our external customers. He
worked late to better support out of timezone units and put personal effort into
developing a newsletter for customers to keep them abreast of changes, tips
and knowledge in the program.

He was quick with a thank you for our effort and open to ideas on how to
continually improve processes. He took time to help shipmates outside of
work including myself. Chris believed in bettering yourself physically and
mentally, he often gave positive support and encouragement to our external
efforts in self-improvement. He provided advice for pursuing college
education and tips to fellow workers. Chris routinely volunteer for the
Partners In Education program that the unit participated in with a local
elementary school. Something he really enjoyed doing, often having a funny
story about the kids. Chris was one of just a few individuals selected to
the Warrant Officer to Lieutenant program and left the unit for
Headquarters. Even after departing the unit Chris provided positive
encouragement to me encouraging me seek out a Command Master Chief position.

During my time with Chris I saw a positive person and someone that genuinely
cared for co-workers. I enjoyed working for him.

David Donahue

██████████████████
██████████████

Drew A Buechley



Dear Judge Hazel,

I am writing this letter to assert my opinion of Christopher Hasson's person and character and felt specifically motivated to do so because of how grossly inaccurate I felt the profile was that I read about in the news early this year.

My current occupation is as the CEO of a venture backed construction technology company in San Francisco. Prior to this role, I worked in venture capital, investment banking, and general management consulting. Throughout my career, and specifically in leadership roles, I enjoy working closely with people and thrive on being able to understand and best position them for success. My wife and daughter and I own and operate a ranch property in Sonoma County that offers horse boarding, teaching and training, and has a medium sized vineyard. We met Christopher, his wife Shannon-Marie, their son Killian, and daughter in 2012 when his wife started boarding a horse at our facility. After meeting them, we would see each other when his wife would come to ride or check in on her horse, when we would take our daughter to go visit them on the Coast Guard base, and on numerous occasions when Christopher would jump in and help out on one of the many projects that I was working on at the ranch. He went beyond the call in helping out on construction of a feeding barn project and horse stall barn project and by lending a hand in a cold late night grape harvest in where we were short-handed.

During the times that we would see each other, I had the opportunity to engage him in casual discussions on a wide range of topics. I remember him to be a voracious reader with an interest in a variety of areas and a person who could hold his end of the conversation on many subjects. We found a common ground in a love for nature, animals, and the outdoors which is so easy to enjoy and plentiful in our area of Sonoma County. We went to different churches, but talked about religion on occasion. He was a pretty traditional Catholic and was involved in the community and volunteered time at the St Vincent's shelter and food bank.

What was written about Christopher Hasson in the news early this year is disturbing. Of what I read, what was specifically strange and misplaced to me were representations that (1) Christopher was a white nationalist, supremacist, or racist; (2) that he was a gun hoarder and had amassed a stockpile of weapons; and (3) was preparing to commit a "mass killing."

First, he seemed content, comfortable, and happy to be in groups of a range of diversity. In all of his stories about his time as a Marine, in the Army, and while in the Coast Guard he worked with people of Hispanic and African American decent and in all of our discussions and conversations he never made any comment of a lack of regard for any race of people. I know first-hand that the family had diversity in their relationships and that his son Killian had a close

African American friend that would hang out at the house frequently.   Unless the definition of white nationalist has changed, Christopher Hasson is not one.

Secondly, the idea that he was a gun hoarder or was building an arsenal I feel to be grossly misplaced.  Christopher and I had talked about guns and he came over to hunt on occasion and he did not seem to be focused on guns any more than yard tools.  He had a reasonable amount of guns at the time, 7 to 10 mixed between long guns and pistols with maybe one or two military style guns.  For a military guy, Marine, Army, and Coast Guard, I would have thought he would have more, but he was not that in to it like many others I know.  Just for context, I grew up around guns in Oklahoma, Arkansas, and Texas and received my first 410 shotgun from my grandparents when I was 12.  All of my mother's side of the family hunted and were proud of their guns.  I enjoy guns, like the mechanical parts, and like to shoot on our property in unincorporated Sonoma County.  Gun ownership is an active and interesting topic with myself and my French wife's side of the family and many of our European friends.  Our relationship with guns in America is a complicated topic and one's position on that topic varies so widely by one's exposure and experiences with them.  For the media and prosecution to say that he was a gun hoarder and that the 15 to 20 guns and over 1,000 rounds of ammo described in the news, is tantamount to a weapons stockpile is detached from reality.  A study published by Harvard and Northeastern researchers in 2015 outlines a population in our country of "gun super-owners" that own 20 to 40 guns each, with 40 not being that uncommon.  Are these 9 to 10 million people being investigated?  If they are arrested, will they be described as owning stockpiles of weapons?

The notion that he was planning for a "mass killing" event is extraordinarily misaligned with the person I got to know.  Christopher is a "gentle bear" personality who would rather turn a hot moment around or walk the other way to avoid conflict or an escalation.  He is a stabilizing, nonviolent personality.  I remember poking fun at him after he went out on a hunt at our place and did not shoot at anything because the rafter of 10 to 12 turkeys was so pretty in its natural setting.

In summary, Christopher Hasson, like 2 million people in the United States, suffered from an opioid addiction.  Over the 2 to 3 years that he was addicted, he may have become dark or become negatively fixated on political topics, or even pondered radical views.  The last part of this this description likely describes millions of Americans given the incredibly troubling and divisive times of our country.  What is a fact is that Christopher broke the law in several ways including suspending his 2nd amendment rights with the illicit use of drugs.  He should be prosecuted and sentenced based upon those facts.  The idea that person that I got to know is a capable of killing a person or committing a mass killing of people could not be further from reality.  The profile describing him as a domestic terrorist is simply not the same man.


Sincerely,

Drew A. Buechley

Dear Judge Hazel;

My name is Father Charles (Chuck) Canterna, and I am the Volunteer Catholic Chaplain at the Chesapeake Detention Facility at 401 East Madison Street in Baltimore, Maryland. I have been a Prison Chaplain for 39 years. For 35 years I was a Prison Chaplain for the State of Maryland. I am a Catholic Priest and Work for the Archdiocese of Baltimore.

I have known Mr. Christophe Hasson since he entered the Chesapeake Detention Facility about a year ago. Mr. Hasson requested Spiritual Direction and requested Confession (Sacrament of Penance) and Communion (Sacrament of the Eucharist).

I have found Mr. Hasson to be totally open and transparent with me. There is no doubt that he has grown in his faith and as a Human being.

I believe that Mr. Hasson will continue to grow with proper support and help. He has responded well to the two special Volunteers (Religious) that I assigned to him. They have been meeting with him each Tuesday and Wednesday for the Past year.

His contrition is real! He is becoming a better Husband and Father. His family needs him! I believe that a long sentence will not serve him, his family, or society.

Sincerely, In Christ,
Father Chuck Canterna

P.S. If you have any questions:
Please feel free to contact me at

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Md. 20770

Dear Judge Hazel:

My name is Father Charles (Chuck) Canterna, and I am the Volunteer Catholic Chaplain at the Chesapeake Detention Facility at 401 East Madison Street in Baltimore, Maryland. I have been a Prison Chaplain for 39 years. For 35 years I was a Prison Chaplain for the State of Maryland. I am a Catholic Priest and work for the Archdiocese of Baltimore.

I have known Mr. Christopher Hasson since he entered the Chesapeake Detention Facility about a year ago. Mr. Hasson requested spiritual direction and requested Confession (Sacrament of Penance) and Communion (Sacrament of the Eucharist).

I have found Mr. Hasson to be totally open and transparent with me. There is no doubt that he has grown in his faith and as a human being.

I believe that Mr. Hasson will continue to grow with proper support and help. He has responded well to the two special volunteers (Religious) that I assigned to him. They have been meeting with him each Tuesday and Wednesday of the past year.

His contrition is real! He is becoming a better husband and a father. His family needs him! I believe that a long sentence will not serve him, his family, or society.

Sincerely, In Christ,

Father Chuck Canterna

PS. If you have any questions: Please feel free to contact me at



**Patrick C. Walsh, M.D.**
*University Distinguished Service Professor*

**The Brady Urological Institute**
**Johns Hopkins Hospital**
600 North Wolfe Street, Park 224
Baltimore, Maryland 21287-2101



January 8, 2020

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770

Re: Christopher Hasson

Dear Judge Hazel:

I write to you as a member of the Order of Malta and a lay prison minister who has been seeing Christopher Hasson weekly at the Chesapeake Detention Facility for religious visits since April 2019. From the very beginning of these visits, I have impressed with his religious convictions and sorrow over what he has done to his family by putting them through this ordeal.

He has not made excuses for himself and deeply regrets his actions. It seems clear that addiction contributed heavily to his behavior, which would not have occurred if he had been sober.

His contrition is sincere and he is committed to amend his life with the help of God. We have wonderful conversations about the Bible and the role of God in our lives helping others.

I firmly believe that this experience has changed his life. His wife is not well and he is very concerned about her. I hope he will have the opportunity to return soon to care for her.

Thank you for your consideration.

*Patrick Walsh*

Patrick C. Walsh, M.D, K.M.



The James Buchanan Urological Institute

18

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Good Day, Your Honor.

Appreciate the opportunity to write to you on behalf of Lieutenant Christopher Hasson. For the past year, I have been meeting with Lt. Hasson every Wednesday evening at the Chesapeake Detention Facility in Baltimore to deliver spiritual direction, as part of a prison ministry program, through the Baltimore Basilica. Our chaplain, Fr. Charles Canterna, recommended me as one of two mentors because of Lt. Hasson's service in the U. S. Coast Guard and my position, at the time, as a senior instructor teaching military strategy courses to students in the USCG and across the services.

Shortly after the Lieutenant arrived at CDF, he requested a visit with the Chaplain and later with prison ministry staff. As mentors, our role is to discern the detainee's desire to reestablish a relationship with God and to guide them in understanding the friction points that keep them from finding spiritual rest. We also use scripture passages to enhance intellectual understanding of negative triggers and to find the emotional clarity necessary for a more balanced and healthy life.

Normally, we don't discuss the circumstances that brought detainees to CDF, unless they offer insights. But, in this case, I had read stories about Lt. Hasson's arrest prior to our first meeting, which were disturbing and fundamentally incongruous with the role of a Coast Guard officer.

That said, the man I encountered was not the person depicted in the media reports. Over the past several months, I have seen Lt. Hasson embrace his situation and, through reflection, come to terms with the self-destructive decision making that lead him to incarceration.

This is my fifth year in the ministry program, and during that time I've counselled about a dozen detainees, a few over several years. About half really grow and find a new trajectory through self-reflection and prayer; while a quarter never get past the hurdle of recognizing wrongdoing or the need to reach out for help, and another quarter bridge the line, somewhere in between. Chris Hasson is among those men of the first group.

The Lieutenant has a tough road before him, reinventing his post-service life, but I believe he deserves the chance. I don't know why he accumulated the cache that landed him at CDF; but

after much reflection, I don't believe he is or would be inclined to acquire weapons again or to return to using narcotics, knowing how drug use derailed his life.

I offer this assessment after considerable reflection. Today, I work at the Washington Navy Yard, in a building next to the site of a mass shooting. The repercussions of that incident live on. I hope that the training we receive on recognizing threats would help deter incidents in future. I do not see a likelihood for that type of destructive behavior with Lt. Hasson. I do see a man who served his country and is working hard to earn another chance at living a better and more empathetic and compassionate life. I hope Your Honor affords him that opportunity in the near term.

Thank you for your consideration.


V/r,
Laura D. Johnston

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer Assistant Federal Public Defender
6411 Ivy Lane, Suite 710 Greenbelt, MD 20770

RE: Christopher Hasson

Dear Judge Hazel:

My name is Shannon Hasson and I am the wife of Christopher Hasson. I have had the great honor of being married to Christopher for the past 26 years. We met at Armistead Animal Hospital in Hampton, Virginia where he was stationed while serving in the Marine Corps and I was living with family. He had recently come back home from Operation Desert Storm and was working with Security Forces. We shared a common interest and love for dogs which brought us together and started our relationship. My husband introduced me to the breed of Staffordshire Bull Terriers and his abundant knowledge of them. This allowed me to pursue a dream of showing, breeding, and training many various breeds of dogs. He fully supported me while I pursued these dreams and often times was the main caregiver of our children in instances where I was attending an event or dog show. On top of serving his country full time, he always was there for the children. Christopher put great emphasis on allowing the children to pursue any sport, activity, or interest they had, no matter what. From the time our children were young, Christopher was constantly working to improve in any area that he could and stressed the importance of selflessness, forgiveness, and compassion. My husband also brought me to Christ and made sure that our faith was ever present in our home and that we carried it with us wherever we went. In spite of the many difficult military transfers we have made through the years, our faith and love for family and community is what held us together. These are both values that my husband has always emphasized throughout his life. Community has always been a large part of my husband's life, which he made sure he passed on to my son and daughter. While we were stationed in California, Christopher would bring the children to offer help in "Rebuilding Petaluma" where they worked with the community in improving landscapes for the city and feeding the less fortunate by bringing food to the shelters downtown. He also helped fix the homes of senior citizens and spent time reading to elementary school children. My husband has always been a person to lend a hand, without question. In one instance, we were driving on the highway in Georgia when he noticed a vehicle turned over. Immediately, he pulled over and ran across highway traffic to render aid. Upon arriving at the scene, he and three other civilians proceeded to push the vehicle back over. Upon doing so, the driver of the vehicle fell limp and was deceased. Realizing there were three children in the vehicle as well, Christopher and another civilian pulled the children out. When all the aid that could be rendered was, we then waited with the children until emergency responders arrived and took over. While we were waiting, the children came to the realization of the grave circumstance, and instantly looked to Christopher and I for comfort. As the responders were taking over, that

is when my husband was able to weep for the loss of this life. He has always and will always be a man of selflessness, honor and devotion. Despite the many hardships Christopher has faced in his 28-year military career, there was never a day where he thought about giving up. I have always wondered how he maintained such love and humbleness even after the many traumas he has experienced while serving his country. He made sure to remain honorable and loyal to his country through several branches. These values are traits that my children very quickly picked up on, and with his help, were able to serve their country as well through the Marine Corps and the Army. Christopher shared his advice and offered his full support as both a military officer as well as a father, best friend and loving husband. I am honored and dedicated to my husband Christopher Hasson, now more than ever. His care and concern for others has always remained and continues to inspire myself, my children, and everyone meets to try and emulate those most valuable qualities which I know will only benefit our society and family for many generations to come.

Respectfully,

Shannon Hasson



With his parents at his First Communion



With his children, Killian and Maura



With his wife and in-laws



With his brother and parents



Craig & Maureen Hasson

December 13, 2019

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Hazel:

My name is Craig A. Hasson and my wife is Maureen E.Hasson. We are Christopher's parents. My wife is a retired Social Worker and I am a retired Engineer living in Glendale Arizona where I (Craig) currently volunteer two days a week at the local Hospital while my wife takes care of our home and pets.

For the first four years of Christopher's Life I (Craig) worked during the day and went to school at night three days a week. Therefore my wife was tasked with taking care of our apartment and out two sons by herself. At the time we lived in an apartment that my parents owned above their home. During this time Christopher became very attached to my parents and my father took Christopher everywhere with him.

Upon my graduation from school I (Craig) accepted a job in Pittsburgh Pennsylvania and we moved away from all family for the first time in out marriage. Christopher became interested in Track and Field and cross-country running participating in a number of 5K runs becoming quite good. We lived in Pittsburgh for nine years and Christopher did well in school more interested in History where he did well, but not so much in Science and Matt where he struggled.

In 1984 I (Craig) changed jobs and we moved to Jackson Michigan. By this time Christopher was in high school. Christopher did not take this move very

well and started to experiment with drugs. He became involved with a rougher crowd and ended up becoming involved with the juvenile authorities and spent a short time in detention. We all attended family counseling attempting to improve our (Craig and Maureen) relationship with Christopher, and it did help to improve the dynamics within our family. The company I (Craig) worked with at the time was having problems of its own and our financial situation suffered as a result. After two years in Michigan I (Craig) accepted a job in Arizona where we have lived for the last 35 years.

Upon arrival in Phoenix the family continued to attend family counseling. With the help of his family and the school counselor a plan was put together for him to make up high school credits and graduate. Christopher had a dream growing up to become a Marine and every halloween, as a young child, he would dress as one. Perhaps this dream was fostered by my father and the fact that my older (10 months) brother was a marine and died serving in the Vietnam War. When Christopher first applied to the Marine Corps upon high school graduation he was rejected due to a bad case of acne. He did not allow that to end his dream but instead underwent painful treatments to eliminate the acne and was finally accepted as a recruit. Christopher served in the first Gulf War with the Marines and after the war served on an aircraft carrier. When he left the Marines he met and married his wife and they had two children, a boy and a girl, who Christopher loves dearly. He and his son spent much of their time together camping and fishing. Christopher also joined a reserve Army Special Forces Unit but was dropped following an injury to his foot, He and his family returned to Phoenix to live at home with his mother and I working as a Construction worker for several years but did not enjoy civilian life and signed up with the Cost Guard where he served for 23 years rising to the ranks Lieutenant.

When Stationed at Cape May, New Jersey attending Boot Camp a fellow African American recruit asked him to be the best man at his wedding being held in Philadelphia, Pennsylvania and Christopher accepted, Christopher then spent some time in Charleston, South Carolina where he served on the USCGC Gallatin as an Electronics Technician. Surprising based upon his lack of interest in Science and Math in grade and high school. He and his family then moved to Bolder City, Nevada where he was a technician at a navigation (LORAN) facility. After this assignment he was stationed in the

Aleutian Islands, Alaska at a similar facility. During this tour he was separated from his family since there were no facilities for families at the base.

Christopher then served at the Coast Guard training base in Petaluma, California and while there he was promoted to Warrant Officer and was named the Stations Volunteer of the year for his work with Habitat for Humanity and reading to children in the local schools. Finally he was moved to the East Coast where he purchased a home in North Carolina. At that time his brother was serving in Washington DC with the Air Force and was going through separation from his family and a difficult divorce. Christopher would drive up to Washington DC every weekend to spend time with his brother helping him through this difficult time. His brother often credits Christopher with saving his life and sanity during that time and since they have become much closer.

Christopher is generous in nature as indicated by his volunteer efforts while station in Petaluma, California and in addition when he was moved to his last station in Washington DC he rented his house in North Carolina to a couple with an autistic child and each December he forgave the rent so that the family could have a better Christmas.

Christopher is extremely proud that his son joined and served in the Marine Corps and his daughter joined and served in the U.S. Army.

His Mother and I have always loved and supported Christopher through the good times and bad and that will never change. Once this trial is over and Christopher is ready to get back to his family and the community we will do everything in our power to help and support him. We are sure that going forward Christopher will once again become a valued part of society with the love and support of us and his immediate family.

Thanks for your time and consideration.

Craig A. and Maureen E. Hasson

*Craig A. Hasson*

*Maureen E. Hasson*

The Honorable George J. Hazel

United States District Judge

c/0 Liz Oyer Assistant Federal Public Defender

6411 Ivy Lane, Suite 710

Greenbelt, MD 20770


RE: Christopher Hasson

Dear Judge Hazel:

I am writing you on behalf of my brother-n-law, Christopher P. Hasson and in regards to his character as reflected to me during the twenty-five years that I have known him as well as, my desire to see his life restored.

During the time that I have known Chris and have seen him interact with my sister, his children and our family, I have found him to be jovial, friendly and family focused; I did not see anything in his conduct or speech that led me to believe he had a deceitful character. One thing I don't want to do in this letter, nor do I believe Chris would want me to, is to paint some ideal picture of him for the sake of influence. Chris's life, like all of ours, has been influenced by various experiences and perceptions based upon his surroundings; some of them, not always pleasant. When I look at the world and its reflection through various forms of media, I find that we are all influenced in one way or another by so much of what we see represented there; it can be a very harsh place as I'm sure you will agree. It is very easy in life to allow ourselves to go down a path, that if we had the ability to see from a much higher perspective, we would have chosen differently. I can think of much of my life that I would change, if I had it to do over again, but I also realize that is exactly why Christ came into the world and I am rested in that through my faith in him. To this end, I see in Chris, what appears to be from discussions with him and through his writing's since being incarcerated, a genuine repentance from the mindset that has him standing before you now - as I consider the times, we're in, I find this to be rare and of great value. Certainly, there are consequences to our actions and wrongs that we need to right as we are able, but in this, I also see the mercy of Christ in spite of our wrong behavior.

I am requesting that you please consider the sincerity that I believe Chris possesses in regards to his wrongs and the desire he has shown to live a life worthy of the calling placed upon it by Christ. I believe he is genuine in his desire to do so.


Sincerely, Daniel R. Coleman

January 4, 2020

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer Assistant Federal Public Defender
6411 Ivy Lane, Suite 710 Greenbelt, MD 20770

RE:  Christopher Hasson

Dear Judge Hazel:

My name is Granville Coleman Jr. I am Christopher Hasson's father-in-law.  I've known Christopher since he and my daughter first met over 26+ years ago.  As I've known and watched throughout the years, he has shown how much he loves and cares for her.  As time went on, they had children and I saw the love he had them also. I've always admired his devotion to his faith, family and service to his country.  His care and concern for others is a quality I have always admired.  I also was impressed to see that along with serving his country he devoted the time to get a college degree and advancing and moving up in rank to further his career and security for him and his family.  During a military transfer he moved in with me for approximately a year.  This was a great year for both of us to get to know each other even better.  In that time, I saw nothing but a caring and considerate friend and son-in-law, who was always willing to help and do whatever he could.  He liked to cook for me especially his famous gumbo and he made sure everything was taken care of and if I needed anything.

Christopher is truly a blessing to our family, our community, and our country.  His faith in Christ and love and devotion are qualities rarely seen today and what I respect him for.  He is and remains an asset to his family and active duty military community.
Respectfully,
Granville Coleman Jr

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Hazel:


My name is Monica Flores and I am Christopher Hasson's sister in law. I have known
Christopher since he started dating my sister over 26 years ago.

Through the years I have seen how much he adores her and the love they have for each other. He
is a kind, loving and patient father who is close with his children and tries to make sure he sets a
good example as a man, father and soldier for his country.

He is an exemplary human being who has only ever tried to make a difference in the world, one
person at a time. My son is very shy but Christopher has always taken the time to joke with him
or try to include him with his cousins to bring him out of his shell, not just because he's his uncle
but because he cares. And through Christopher's mentoring , I can see how his patience, caring
and encouragement of his children to help others shows in the way they act with my son.

I know there are traumas that Christopher has experienced in his military career, but throughout
those he has tried to see the positive things in his life and exude positivity around others. As
human beings, we are not perfect and never will be, but it doesn't mean we can't try every day to
forgive ourselves of our mistakes and try to see the lessons those mistakes have taught us.

Christopher is one of the strongest people I know, whether that is from his military training or his
faith, probably both. In the end he is still a great human being.

Sincerely,
Monica Flores

The Honorable George J. Hazel
United States District Judge
c/o Liz Oyer Assistant Federal Public Defender
6411 Ivy Lane, Suite 710 Greenbelt, MD 20770

RE:  Christopher Hasson

Dear Judge Hazel:

My name is Jean Coleman. I am Christopher Hasson's mother-in-law
and currently work as Salon manager at Chamberlain Assisted
Living in Hampton Va.  I have lived with Christopher and his family
many times over 26+ years marriage to my daughter Shannon
Marie Hasson.  In all the times with them, I was always treated well
by Christopher.  He was and is a wonderful husband and father to
my daughter and their two children.

I have always been very impressed on his work ethics.  He has done
whatever he needed to do to provide for his family. He is an
honorable man who has served his country well and I can truly say I
am proud to have him as my son-in=law.  I know he is sorry for his
mistakes and is trying to move forward with his life for himself and
our family.

Respectfully,
Jean Coleman

Dear Judge Hazel,

Hello, my name is Emily Warmingham, and I am a family friend of the Hassons. I have not had the privilege of knowing Christopher Hasson for his entire life, nor the honor of being a part of their family tree, but he has become a vital part of my life. The Hasson family has welcomed me as a part of their own, and I have never known love or compassion to compete.

Over the past seven years of our friendship, I began to call Christopher Hasson Uncle Chris and his wife, Shannon Marie Hasson, my best friend. I met the pair in California right before their son joined the Marines, following in his father's footsteps. I was working at the barn the Hasson's gelding, Rowan, was boarded at; we quickly bonded over a deep-rooted love for animals and our dedication to those (human and animal alike) surrounding us. Once they moved to their North Carolina home, a gift from Christopher to his wife so she could fulfill her dream of having Rowan at home, our friendship continued to grow.

I have been invited to their home regularly, have spent Christmas with them, and have come to see them as my own family. My life has brought me plenty of travel, but I know, despite us never living in the same state since California, I always have a home wherever the Hassons are. Throughout this time, the single biggest concept Christopher has taught me is that each of us has one job in this world: to be the best human we can. He believes we are each here to become our own best, a job which he has done through years of protecting this country with military servitude and by instilling his faith, love, and everlasting values into his two children. Somehow, where military life tends to break spirits, his ability to see good in the world has prevailed, and he is rarely seen without a smile on his face or a joke on his breath. This astounds me every day.

I have yet to meet another man of such morals, kindness, or inconceivable ability to see the light of the world, let alone one who can spread it to those around him. Uncle Chris's attitude is contagious and can turn around even the worst of days. He is, quite simply, a good man. This has upheld their family bonds throughout trials, distance, time, and every other barrier, each of which could ruin most other relationships. I have not known Christopher Hasson for his entire life, but I will look up to him for the rest of mine.

Yours respectfully,

Emily Warmingham

███████████████

███████████████

████████

The Honorable George J. Hazel
United States District Judge
C/O Liz Dyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

December 18, 2019

Dear Judge Hazel,

My name is Ashley Cannon & I have known Chris Hasson & his family since approximately July of 2010. That summer, my husband & our family transferred to Training Center Petaluma California. The Hasson family lived across the street from us.

At first we had very little interaction - my children were considerably younger than their teens & I was busy running my children to doctor's appointments and putting them down for naps. Two of my children had special needs & required frequent trips to specialists in San Francisco & the surrounding areas. I was often tied up in my own chaotic world.

One thing I did notice, however, was the amount of time Chris spent outside with his children. I'd see Chris & Killian outside working on a blue truck they had - they'd be laughing & playing around, listening to music. Huge smiles on their faces. Being silly & goofy chasing each other around. Obviously enjoying each others company. Or, he was outside with Maura. Sometimes I'd see them sitting & talking intently. Other times, walking, talking, & laughing. I remember thinking that I hoped my girls had that kind of relationship & bond with their dad when they got to be teens.

I would also see Chris & his wife holding hands, walking their dog in the evenings. I approached one night & that is where the friendship started.

My friendship is primarily with Marie. As we were both home with our children & taking care of medical issues while our husbands worked long hours. Based upon our hours & years of visiting & talking & leaning on each other - I know their family values & they are friends that have become family that I hold dear.

We have not lived in the same city or even state since the military moved us in different directions. But, we have maintained contact & a family closeness that in roughly 30 years as a Coast Guard spouse I've found with very few people. I've seen their children grow up, serve in the military, get married & have children. I've visited their home in North Carolina. I've celebrated, by phone, Christopher's advancements over the years. I've cried with Marie several times over the last year.

When my own child ran away. The Hasson family was ready to start searching the roads. They were willing to drop everything & come to me or start searching the highways. They were ready to rally their other friends & family to help. These are the kind of people you want in your life. In your circle. In your family. As part of your community.

Christopher Hasson has served his country, in 3 different military fields, with passion. His career has been stellar and advancements given with praise & high marks. He has seen & done things with the military that most civilians cannot understand or grasp. And yet, he has remained a dedicated, kind, loving father, husband, & friend.

I believe that Chris Hasson is human. He has good & not so good days like all of us. In my heart of hearts I feel he is a good man. He is always striving to be the best person he can be.

If there is anything else I can offer, I am here. Ready & willing. Please, do not hesitate to reach out to me.

Thank you for your time in reading this & getting to know who Christopher Hasson is to me. And ultimately to those people around him.

Respectfully,

Ashley Cannon

The Honorable George. J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Hazel:

Your Honor;

My name is Marc Triglia. I am a fifty-three-year-old man who served as an active duty Coast Guardsman for over twenty-four years and currently works and resides in Pennsylvania. During my military career, I served in various locations and with many good men and women of different races, creeds, religions, cultures, etc. Mr. Christopher Hasson is among the good servicemen I have had the blessing to serve with.

I am writing you in support of my friend and fellow serviceman Christopher P. Hasson. I am praying that you will show leniency regarding his sentencing. Chris has his faults (as we all do), however, when looking at core of this man, he is a good man.

I served with Chris during my last tour (2008-2010) in the Coast Guard, at Training Center Petaluma, California. I got to know Chris and his wife Shannon Marie as their daughter Maura and my daughter Victoria were school mates at Two Rock Elementary School. They had become best of friends. On weekends, Maura would often stay at our home or Victoria would stay at Chris and Marie's home on base. What I saw in Chris and Marie was people that were different than me and my wife but similar in some key areas. In particular, I sensed their value of family and they are good natured people. I believed Chris and Marie were truly good people, and I still believe this today.

My Children and I practiced the sport of Jiu-Jitsu at a local school in Rohnert Park, California. Knowing Chris had some interest, I invited Chris to join the school and train with us. Chris did so. Chris was always easy going and respectful. He trained hard, and was always friendly. I retired from the Coast Guard Dec 2010. As with several of my Coast Guard friends, when no longer stationed together or in the same area, we still kept in touch.

Approximately a year ago, while watching the evening news, Jim Gardner (well respected and long-time Philadelphia news anchor) announced "Breaking News" surrounding the arrest of a Coast Guard Officer. I wondered who it could be and for what reason(s). Mr. Gardner mentioned Coast Guard Officer Christopher Hasson. I figured it was someone with the same name?" when I saw the photo, I knew who I was looking at and said to myself "No, what happened"? Mr. Gardner proceeded to announce Chris' arrest and that authorities said Mr. Hasson was preparing to unleash an assault on a scale rarely seen in this country. (implying, a big scale). I immediately had doubts. There were no follow-up reports. All I knew was this characterization did not and does not align with Christopher Hasson.

Judge Hazel; I truly believe Chris Hasson is a good man. Chris is welcomed in my home. I say this to try and emphasize my belief and trust that Chris, despite his faults, is a good man. I thank you for taking the time to read my letter I ask and pray that you will consider leniency in his sentencing.

R/
Marc E. Triglia
U.S. Coast Guard CPO, Retired

The Honorable George. J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770


Dear Honorable Judge Hazel,

My name is Janet Triglia and I met Chris Hasson in 2008 when his daughter and our daughter became friends through school. The girls became very close and are still the best of friends today. They spent most of their recreation time together at each other's homes. My husband and I felt very much at ease knowing that our daughter was spending time at the Hasson home. Chris and his wife, Marie, immediately cared for our daughter as if she were one of their family. Their children were the center of their lives.

Chris is a loyal man who loves and provides for his family. He has a great sense of humor and is known to be the jokester of the family. He is humble, patient and easy-going. In times of strife, he is the one who remains calm and level-headed.

He has spent his life committed to serving his country of which he is very proud. Chris Hasson will always be welcome in our home.

It is my prayer that you provide Chris the chance to return to his family and have the opportunity to meet and build a relationship with his grandson to continue to strengthen his core values of love and provision for his family.

Respectfully,


*Janet Triglia*

The Honorable George. J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

Dear Judge Hazel,

I am writing this letter in support of Coast Guard serviceman, Christopher Hasson. My name is Lucas Triglia and I am a family friend of the Hasson's. I have known Chris and the Hasson's since the summer of 2008. My father was a member of the United States Coast Guard as well as Chris and worked with Chris in Petaluma, California. I personally met Chris around August or September when my sister began school in Petaluma with Chris's daughter. Chris's daughter and my sister became and are still best friends, so naturally our families became friendly as well. While stationed in California, Chris and his son joined a Jiu Jitsu dojo that my father and brother also were a part of so our friendship was able to grow in training as well.

From what I know of Chris he has always been a good hearted, strong willed and level headed man. At home I knew Chris to be a man driven by the love and happiness of his family. I remember many times my sister would come home from the Hasson's house laughing about Chris acting like a little kid to make them laugh. To me Chris was always a laid back and humble man. When Chris joined the Jiu Jitsu dojo it was a fun time. I remember him starting out as a white belt with little skill of the art. At this time in life I was ages 15-16 so I was young and energized and I would mess with Chris about how he would get so tired from training. He would always laugh and brush it off. Chris was always humble and eager and willing to learn new things. He was always willing to stop and take the time to listen and learn if being showed a new technique, even in the middle of grappling! Over the 2 years of training, Chris never once showed a side of aggression or anger. Chris was a friendly guy and had the respect of everyone who trained at the dojo.

From my standpoint, Chris is a good man who strives for nothing but loyalty to his country and his family. I have not spoken to Chris personally since his arrest, But I have spoken with his family and was able to see his daughter. The whole arrest has left the family broken hearted and life will not be the same without him. The Hasson's are a very strong family and to see them all in heartache shows just how much they need Chris and just how much happiness and love this father and husband brings to the family.

Respectfully,

-Lucas Triglia

The Honorable George. J. Hazel
United States District Judge
c/o Liz Oyer
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770


Dear Judge Hazel,

My name is Victoria Triglia and I have known Christopher Hasson since I was in the 6th grade with his daughter, Maura. At the time, I saw him as funny, strong, and caring as a provider for his family; always pushing us to educate ourselves, follow passions, and be creative. Even now he shows excitement for me as I explore the field of Biotechnology.

Throughout the years there have been many struggles that Maura and I have gone through as teens and young adults and he has shown himself to be so much more; a protector of his country and his family. Even during times when he didn't understand or agree with the situations, he did his best to be an honest and loving father. Through boyfriends and teenage shenanigans, he was always there to give a hug or advice when needed, sprinkled with his usual sense of humor. In the household he has always provided comfort in times of chaos, whether it was stress from school, relationships or disagreements. Christopher has been a significant point of stability for Maura and through this relationship I have seen so much compassion and genuine kindness from this man.

It is with a heavy heart that I write this letter as it is hard to imagine him away from his family who he cherishes. I hope he will be met with some understanding by the court and will be seen as the loving father, grandfather, son, husband, and soldier that he is. Thank you for taking the time to consider these words from someone who knows and loves and respects Mr. Hasson and his family.

Respectfully,


-Victoria Triglia

Honorable judge Hazel

My name is Ryan Smith I am writing on
behalf of christopher Hasson. I am currently a
detainee at cherapeake Detention Center and housed
with Mr. Hasson. Chris and I have been housed
together in Quad "B" over the past 10 month
Chris and I have become friends along with
others inmates on the pod. with a pod of mixed
races from different walks of life chris has fit
in with all of us with no issues with anyone.
Getting to know chris I have learned he is a
loving husband, father and new grand father. Chris
is as well a very spiritual man. We play cards,
chess, workout and share cooked meals we all
make together here as a community. Your
Honor at no time as a so call Nergo as a color
person have I ever getting in had any feelings Chris
is predujice of any kind. I hope Sir that
you will take this in mind in the care of
Mr. Hasson. In my eyes he is a good man
and he is my friend

Thank you,
Ryan Smith

38

THE HONORABLE JUDGE GEORGE J. HAZEL

UNITED STATES DISTRICT JUDGE

C/O

FEDERAL PUBLIC DEFENDERS OFFICE

5411 IVY LANE, SUITE 710

GREENBELT, MD 20770


NOVEMBER 21, 2019


DEAR JUDGE HAZEL,


MY NAME IS SPENCER STECKMAN AND I AM WRITING TO SHARE THE CHARACTER OF CHRISTOPHER HASSON, UNITED STATES COAST GUARD, I KNOW CHRIS TO BE AN INTELLIGENT, THOUGHTFUL AND WELL RESPECTED MEMBER OF HIS COMMUNITY. HE HAS SPENT MUCH OF HIS ADULT LIFE IN THE SERVICE OF HIS COUNTRY, AND AS A VETERAN MYSELF, I REGARD HIS SELFLESS SERVICE TO HIS COUNTRY AS THE GUIDING PRINIPLE OF HIS LIFE REGARDLESS OF THE CIRCUMSTANCES THAT HAVE PLACED HIM IN THE REALM OF THE CRIMINAL JUSTICE SYSTEM. I HOPE THE COURT WILL GIVE HIM TREMENDOUS CREDIT IN THAT REGARD.


CHRIS IS A BELOVED AND HONORABLE FAMILY MAN, HE HELPE GUIDE HIS DAUGHTER THROUGH AN ARMY CAREER, HER SUCCESS IS INDICATIVE OF THE KIND OF FATHER CHRIS IS. HE ENCOURAGED HER TO ENTER INTO THE HEALTH SCIENCES WHERE SHE EXCELLED AND BLOSSOMED. HE[39] HAS

BEEN, AND REMAINS PROUD OF HER FOR HER STRENGTH AND PERSERVERANCE. IN TOUGH AND TRYING TIMES.

CHRIS' WIFE SHANNON, IS AN ENTREPENUER. SHE HAS BECOME A HORSE TRAINER AND HELPS TO LEAD AND MENTOR OTHERS WITHIN HER COMMUNITY, SHE WILL SHARE WITH YOU THE STRONG SUPPORT SHE RECEIVES FROM CHRIS, EVEN WHILE HE HAS BEEN DETAINED. HE USES HIS TIME TO HELP HER STRATEGIZE FOR THE FUTURE WITH HIS KEEN BUSINESS SENSE AND ABILITY TO FORECAST TRENDS WITHIN THE INDUSTRY. HE REMAINS A LOVING, CARING AND ATTENTIVE HUSBAND AND FATHER.

WHILE CHRIS HAS BEEN INCARCERATED HE HAS NOT BEEN IDLE. HE HAS BEEN EMPLOYED BY THE FACILITY AND HAS NOT MET ANY INFRACTIONS OR BEEN DISCIPLINED. HE SPENDS A LOT OF TIME MENTORING YOUNG INMATES BY SHARING HIS EXPERIENCES AND TRYING TO INSTILL IN THEM A SENSE OF PRIDE AND SELF-RESPECT. IN A COMMUNITY SUCH AS HIS THIS IS NO SMALL TASK.

CHRIS REMAINS FOCUSED ON HIS FUTURE AND SPENDS HIS TIME PLANNING FOR HIS NEXT CHAPTER IN LIFE. HE HOPES TO BROADEN HIS WIFE'S HORSE BUSINESS AND EXPAND IT IN NOVEL WAYS THAT WILL GIVE THEM A LEG-UP IN THE TOUGH FIELD. HE ALSO HAS EXPRESSED HIS LOVE FOR, AND DESIRE TO TEACH AND HELP NOURISH AND GUIDE HIS YOUNG GRANDCHILD. HE WILL BE, IN MY

OPINION, A GREAT AND PROUD GRANDFATHER, CHRIS ALSO HAS EXPRESSED HIS INTEREST IN CONTINUING HIS EDUCATION AS AN EXAMPLE TO HIS FUTURE GRANDCHILDREN

YOUR HONOR, IN CLOSING I WOULD LIKE TO EXPRESS HOW WELL REGARDED AND RESPECTED CHRIS IS WITHIN HIS COMMUNITY. I CANNOT SPEAK TO HIS CHARGES, BUT I CAN SAY THAT THEY ARE NOT INDICATIVE OF HIM AS A PERSON. I AM A FIRM BELIEVER OF SECOND CHANCES AND KNOW THAT CHRIS WILL USE IT TO BE THE BEST PERSON HE CAN. I ASK RESPECTFULLY THAT YOUR HONOR RECOGNIZE THIS IN CHRIS. I ALSO ASK THAT YOU CONSIDER HIS LIFE-LONG DEDICATION TO HIS COUNTRY, HIS FIRM LOVE FOR THE MILITARY AND HIS SERVICE TO IT AND HIS COMMITMENT TO HIS FAMILY. I HOPE THAT MUCH CREDIT WILL BE GIVEN TO HIM IN THAT REGARD. HE TRULY IS, AND WILL CONTINUE TO BE, A STRONG FAMILY PATRIARCH AND LOVING MEMBER OF HIS COMMUNITY.

WITH THE WARMEST REGARDS,

*Spencer E. Steckman*

SPENCER E. STECKMAN

41

To whom it may concern,

I am writing today to attest to the fine and upstanding character of Christopher Hasson.

I first met Chris and his wife Shannon Marie Hasson in 2001 when Marie and I were working together in a grooming shop (The Barking Lot, Las Vegas, NV). I spend a lot of time with them, we have children the same age, we spent holidays and weekends in each others company. I can say without a doubt that Chris is one of the best people I have ever met. He would do anything for anyone, and I've seen him do it! He is a quiet but funny guy with a heart of gold. My children spent weekend with Chris and Marie and they were both a great influence upon them. He is a hard working man who has given his heart and soul to his country and done so with great humility. We have continued to remain close friends even though Chris's job took the family away from the Las Vegas area. I cannot tell you enough good about him. Just know that he is loved, and that there is never one doubt about his integrity or honorbleness.

Thank you

Kelly Elgas

