














**Available in Left Handed!**

Although there are many rifles on the market today, we wanted to focus on one thing: quality. Our B-14 rifles were inspired by the desire to bring the quality that Bergara was known for in the custom rifle world to production rifles made for all hunters. In the B-14 rifle, you will find a level of craftsmanship that surpasses all of the other production hunting rifles on the market.

The B-14 HMR rifle features our integrated mini-chassis molded into the stock to give the rifle repeatable bedding and accuracy. It also supports a fully free- floated barrel to achieve optimal precision. The Bergara Hunting and Match rifles are built to offer a rifle for both hunters and competition shooters that can perform incredibly in either situation. The stock features an adjustable cheekpiece and length of pull spacers. Built in Spain at our highly automated and efficient barrel factory, this rifle delivers a level of quality and performance that is unmatched in its price range.

The world-renowned Bergara barrel on this long-range precision rifle is complemented by our super-smooth B-14 Action, which is a two-lug system with a sliding plate extractor and a coned bolt nose and breech to ensure smooth feeding and extraction of the cartridge. It's also outfitted with a Bergara curved trigger we designed to guarantee a crisp, clean pull every time you fire the rifle. The trigger comes set at about three pounds. It has been factory drilled and tapped to fit Remington 700 style rings and bases.

The (#6) Bergara 4140 CrMo steel barrel is finished in matte blue. The muzzle is threaded 5/8-24" and includes a thread protector.

A 5-round AICS detachable magazine is standard with our HMR rifle. QD flush cups are included in the stock to allow for easy attachment and detachment of slings.

- Weight: 9.5 lbs-9.9 lbs
- Overall Length: 40"-47.5"
- Barrel Length: 20"-26"
- Barrel Taper: No. 6
- Muzzle: Precision threaded 5/8-24" (.450 Bushmaster: 11/16×24) with knurled thread protector
- Magazine: AICS style detachable
- Mag Capacity: 5 round mag provided (3 round mag: 6.5 PRC)
- Stock: Bergara HMR Molded with mini-chassis
- Scope Mount: Fits Remington 700 bases with 6-48 screws
- Integrated QD flush cup sling mounts and swivel mounts
- Rear butt-stock: Adjustable cheek piece, and length-of-pull (Length of pull adjustable with alternative screws available at shop.bergarausa.com)
- Full-length Integrated mini-chassis for repeatable bedding and supports fully free-floated barrel

CALIBER/TWIST: .22-250 REM/1:9, 6.5 CREEDMOOR/1:8, 6.5 PRC/1:8, .308 WIN/1:10, .300 WIN MAG/1:10, 300 PRC/1:9, .450 BUSHMASTER/1:24

**All B-14 rifles are guaranteed to produce groups of 1.0 MOA or less at 100 yards with quality factory match grade ammunition.**

HMR MSRP $1150 – $1230

View HMR vs HMR PRO Comparison

### B14 HMR (Hunting and Match Rifle)

The B-14 HMR rifle features our integrated mini-chassis molded into the stock to give the rifle repeatable bedding and accuracy. It also supports a fully free-floated barrel to achieve optimal precision.





### One Piece B14 Action

The world-renowned Bergara barrel on this long range precision rifle is complemented by our own super-smooth B-14 Action, which is a two- lug system with a sliding plate extractor and a coned bolt nose and breech to ensure a smooth feeding and extraction of the cartridge.

### AICS Magazine

A 5-round AICS detachable magazine is standard with our HMR rifle (3 round mag: 6.5 PRC)





**Threaded Bergara Barrel**

The muzzle is threaded 5/8-24" and includes a thread protector

**Adjustable Buttstock**

The stock features an adjustable cheekpiece and length of pull spacers. QD flush cups are included in the stock to allow for easy attachment and detachment of slings.



**Mini-Chassis**

The B-14 HMR rifle features our integrated mini-chassis molded into the stock to give the rifle repeatable bedding and accuracy. It also supports a fully free-floated barrel to achieve optimal precision. The Bergara Hunting and Match rifles are built to offer a rifle for both hunters and competition shooters that can perform incredibly in either situation.

## VIDEOS






## AWARDS



- B14 HMR Rifle — Field and Stream Best of the Test and Best Bargain 2017
- B14 HMR Rifle — NASGW/POMA Caliber Award for Best Rifle 2017
- B14 HMR Rifle — Outdoor Life "Editor's Choice Award" 2017

## CONFIGURATION OPTIONS

| REF | MSRP | CALIBER | WEIGHT | OA LENGTH | BARREL LENGTH | TWIST | MAGAZINE | CAPACITY | STOCK |
|---|---|---|---|---|---|---|---|---|---|
| B14S352 | $1,150.00 | 6.5 Creedmoor | 9.6 lbs | 42" | 22" | 1:8 | AICS Detachable | 5 | Bergara HMR Molded with mini-chassis |
| B14S359 | $1,230.00 | 6.5 PRC | 9.7 lbs. | 44" | 24" | 1:8 | AICS Detachable | 3 | Bergara HMR Molded with mini-chassis |
| B14S351 | $1,150.00 | .308 Win. | 9.5 lbs | 40" | 20" | 1:10 | AICS Detachable | 5 | Bergara HMR Molded with mini-chassis |
| B14S354 | $1,150.00 | .22-250 Rem. | 9.7 lbs | 44" | 24" | 1:9 | AICS Detachable | 5 | Bergara HMR Molded with mini-chassis |
| B14S356 | $1,150.00 | .450 Bushmaster | 9.5 lbs | 40" | 20" | 1:24 | AICS Detachable | 5 | Bergara HMR Molded with mini-chassis |
| B14LM301 | $1,150.00 | .300 Win. Mag | 9.9 lbs | 47.5" | 26" | 1:10 | AICS Detachable | 5 | Bergara HMR Molded with mini-chassis |
| B14LM358 | $1,230.00 | 300 PRC | 9.9 lbs | 47.5" | 26" | 1:9 | AICS Detachable | 5 | Bergara HMR Molded with mini-chassis |
| B14S352L | $1,179.00 | 6.5 Creedmoor/Left Handed | 9.6 lbs | 42" | 22" | 1:8 | AICS Detachable | 5 | Bergara HMR Molded with mini-chassis |
| B14S351L | $1,179.00 | .308 Win./Left Handed | 9.5 lbs | 40" | 20" | 1:10 | AICS Detachable | 5 | Bergara HMR Molded with mini-chassis |
| B14S354L | $1,179.00 | .22-250 Rem./Left Handed | 9.7 lbs | 44" | 24" | 1:9 | AICS Detachable | 5 | Bergara HMR Molded with mini-chassis |
| B14LM301L | $1,179.00 | .300 Win. Mag/Left Handed | 9.9 lbs | 47.5" | 26" | 1:10 | AICS Detachable | 5 | Bergara HMR Molded with mini-chassis |

## DOWNLOADS



**B14 Series User Manual**

B14_Manual

DOWNLOAD