

| Home | Calendar | Membership | Contact Us | Forums | RSO Portal | Login |
|---|---|---|---|---|---|---|

## News and Upcoming Events

URGENT

DUE TO HEIGHTENED SECURITY ON BASE THIS IS BEING IMPLEMENTED WITH IMMEDIACY.

DBIDS IS NOW MANDATORY. ASSOCIATE MEMBERS WILL NOT BE ABLE TO GET ACCESS TO THE BASE UNLESS THEY COMPLETE THE DBIDS. PLEASE FILL OUT THE INFORMATION LOCATED AT THE LINK BELOW.

https://dbids-global.dmdc.mil/enroll#!/

SPONSOR INFORMATION FOR ENROLLMENT:

LAST NAME: SHOOTING CLUB

FIRST NAME: QUANTICO

EMAIL: QSC.OPERATIONSOFFICER@GMAIL.COM

PHONE: 703-463-8214

COMMENTS: CLUB MEMBER

WHEN COMPLETE PRINT AND BRING TO: GAME CHECK STATION

27175 TELEGRAPH RD

STAFFORD COURTHOUSE, VA 22556

01/11 - 01/12 ONLY. FROM 0800-1300.

AFTER THIS WEEKEND MEMBERS WILL HAVE TO GO TO GAME CHECK STATION MONDAY-FRIDAY DURING OFFICE HOURS.

## Welcome

We offer many opportunities for the shooting enthusiast. If you are a new shooter, we can assist you with instruction in the fundamentals. For the more experienced marksman, our club hosts rifle, pistol, and shotgun competitions and advanced marksmanship training. Like our Marine hosts, we are committed to marksmanship and excellence.

- Our web site contains much of the information you need to know. If you have additional questions don't hesitate to contact us. All documents a member may need are under the membership tab then please select club documents.

- Vetting Documents can be found HERE
- **If you are new to our site** please read First Time Here and browse through the drop down options as they have valuable information.
- The calendar is the source for all matches, training, meetings, and club events.  Check the calendar often for changes!
- Steps on how to become an RSO can be found here.
- Shirts and Hats are available for order for club members only! All orders will be delivered to clubhouse. Proof of current membership required. www.jillsdesigns.com
- For access to this Website,  user names and passwords are required and available for club members only. Please click login and request new password and an email will be sent with instructions. Or email qsc.operationsofficer@gmail.com

Click here to follow us on Facebook!

## Upcoming

- Steel Challenge

  Saturday, 25 January, 2020 - 08:00 to 14:00

- Range 1 Rec-fire

  Saturday, 25 January, 2020 - 09:00 to 13:00

- Shotgun rec-fire

  Sunday, 26 January, 2020 (All day)

- Rec-fire Range 4

  Sunday, 26 January, 2020 - 07:00 to 15:00

- Steel Challenge

  Saturday, 22 February, 2020 (All day) to Sunday, 23 February, 2020 (All day)

more

---

The Quantico Shooting Club is a non-federal entity. It is not a part of the

Department of Defense or any of its components and it has no government status.

Website Disclaimer | General Rules | Transport of Firearms Rules | Match Results l Privacy Policy | About Us | Contact Us

Web Design and Web Hosting by Microweb Strategy.

© 2018 Quantico Shooting Club. All rights reserved.