User Name           Password                 ☐ Remember Me?   Log in      **Help**  **Register**



**HOME**   FORUM   ACTIVE TOPICS   WHAT'S NEW?   SNIPER CENTRAL   ADVERTISE

New Posts   FAQ   Calendar   Community   Forum Actions   Quick Links         Advanced Search

🏠 Sniper   Central - Sniper & Sharpshooter Forums

## » SITE NAVIGATION

» Home
» Active Topics
» Forum
  > User CP
  > FAQ
»
» Related Sites
  > XDtalk.com
  > Conceal Carry Forum
  > SniperCentral.com
  > Glock Forum
  > Prepper Community

## » SPONSORED LINKS

## » WELCOME TO SNIPERFORUMS.COM



Welcome to SniperForums.com (The forums previously hosted at SniperCentral.com). Our goal is to be your number one information resource dedicated entirely to sniper discussions, firearms and accessories. Our community is a great resource for military and law enforcement snipers and sharpshooters. We cover a variety of topics related to equipment, optics, competition, gun care, tactical firearms, rifles and more! If you are having trouble logging in and need to reset your password, click here: Lost Password Reset Link.

**To fully participate on the site you must first register, it's quick and free. To do so, click  HERE .**

- Sniper Forums - The main area of the site, the forums.
- Sniper Rifles - Discuss specific Taurus firearms here.
- DIY Projects - Discuss other Handguns in here.
- Sniper Optics Discussions - Talk about rifles/long guns in here.
- Product Reviews - Discuss accessories, ballistics, ammo, etc. in here.
- Vendor Area - The sponsors that make the site possible.
- Marketplace / Classifieds - The Sniper Classifieds area.

## » RECENT THREADS

| Title, Rating Username, & Date | Last Post | Replies | Views | Forum |
|---|---|---|---|---|
| I'm new, advice on new rifle (🗐 1 2) | | | | |

## » STATS

Members: 43,525
Threads: 48,491
Posts: 457,337
Top Poster: mele (9,894)

Welcome to our newest member, natelive

## » LOG IN

User Name:
[            ]

Password:
[            ]

☐Remember Me?

Log in

Not a member yet?
Register Now!

## » PREMIUM SPONSORS

-- Sniper Forums          Contact Us | Advertise | Sniper Central - Sniper & Sharpshooter Forums |    | Top

All times are GMT -6. The time now is 08:31 AM.

Powered by vBulletin® Version 4.2.3
Copyright © 2020 vBulletin Solutions, Inc. All rights reserved.
SEO by vBSEO ©2011, Crawlability, Inc.

| Title, Username, & Date | Last Post | Replies | Views | Forum |
|---|---|---|---|---|
| 6mm Creedmoor or 5.56<br>JustSSgtPat<br>12-23-2018 02:44 PM | Today 07:31 AM<br>by Evagation | 3 | 504 | Cartridges & Calibers |
| 25-06 Ammo<br>Rkling24<br>12-01-2019 08:07 PM | Today 07:30 AM<br>by Evagation | 3 | 178 | Cartridges & Calibers |
| 6.5 CM or PRC???<br>Triton21<br>12-10-2019 07:24 PM | Today 07:29 AM<br>by Evagation | 6 | 549 | Cartridges & Calibers |
| Vortex Diamondback Tatical 6-24x50 (1 2)<br>adubeau<br>12-31-2019 03:30 PM | Today 07:18 AM<br>by Evagation | 10 | 276 | Optics |
| Remington Military Training 9mm 115-Gr. Brass MC 50 Rnds - $8.99 (Free 2-Day Shipping over $50)<br>apps47inc<br>Today 07:12 AM | Today 07:12 AM<br>by apps47inc | 0 | 1 | Gun.Deals |
| Zeroing a rifle<br>ofar<br>01-13-2020 02:30 PM | Today 04:35 AM<br>by djgas | 6 | 379 | Optics |
| Auto trickler and 419 upgrade kit for sartorius<br>Shaun755<br>Yesterday 11:10 PM | Yesterday 11:10 PM<br>by Shaun755 | 0 | 6 | Classifieds - Everything Else |
| Ruger Graphic Tees from $9.98 (Free S/H over $25)<br>apps47inc<br>Yesterday 09:55 PM | Yesterday 09:55 PM<br>by apps47inc | 0 | 1 | Gun.Deals |

## » RECENT CLASSIFIEDS

| Title, Username, & Date | Last Post | Replies | Views | Forum |
|---|---|---|---|---|
| Auto trickler and 419 upgrade kit for sartorius<br>Shaun755<br>Yesterday 11:10 PM | Yesterday 11:10 PM<br>by Shaun755 | 0 | 6 | Classifieds - Everything Else |
| Bell Carlson stock<br>Bowman40<br>01-14-2020 09:35 PM | 01-15-2020 09:06 AM<br>by Bowman40 | 2 | 74 | Classifieds - Everything Else |
| Steyr SSG69 30mm rings<br>boatninja<br>01-14-2020 12:27 PM | 01-14-2020 12:27 PM<br>by boatninja | 0 | 30 | Classifieds - Optics |

## » ONLINE USERS: 630

35 members and 595 guests

2ballcane, ALPINEX, antonio.berghell, Apollo117, bboswell, Blobby159, brendonbmc, cmr287, Country_boy, CTShooter, ddd_oo7, Evagation, fightthenoise, ggiovanni, JabbaNoBother, Jester560, Jhoover1973, KlineB4, MG916, mudpig, ncrotalus1, NO357, nruhmann78, patkelly4370, **pmDune**, ray1970, Red Dawn, richiecotite, S.A Creedmoor, schiada96, SICARIO, Topperdog, wmb556, yoda4x4, zeroforhire

Most users ever online

| | | | | | |
|---|---|---|---|---|---|
| was 5,397, 11-02-2015 at 07:51 PM. | New Kestrel 5700 Elite with Applied Ballistics<br>Bp1971<br>10-22-2018 02:49 PM  | 01-10-2020 10:05 PM<br>by j_clinesmith ≫ | 2 | 446 | Classifieds - Everything Else |
| | WTS Rem700 Police in Arizona<br>Gunguy308<br>07-10-2019 04:13 PM | 01-04-2020 11:06 PM<br>by Superdog ≫ | 3 | 357 | Classifieds - Rifles |

### » SEARCH TAGS FOR THIS PAGE

**snipers hide**, amazon, **sniper forum**, sniper forums, sniper hide, sniper's hide, sniper's hide forums, sniperforum, sniperforums.com, snipers forum, snipers hide, snipershide, snipershide.com

Click on a term to search for related topics.

Powered by vBadvanced CMPS v4.3.0

Case 8:19-cr-00096-GJH   Document 107-5   Filed 01/24/20   Page 4 of 4

Terms of Use   Copyright   Privacy Policy