**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GJH-19-96** |
| | * | |
| **CHRISTOPHER PAUL HASSON,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| ******** | | |

**GOVERNMENT'S REDACTED SENTENCING MATERIALS**

The Government previously filed certain sentencing materials under seal, and informed the Court that the Government anticipated being able to file redacted versions of the materials on the public docket prior to sentencing. *See* ECF Nos. 105, 108, 111. Attached hereto are certain redacted sentencing materials, including: (1) the Government's Response to Defense Sentencing Memorandum; (2) Exhibits 1 through 49; and (3) the Government's Response to Defense Response to Government Sentencing Memorandum.

Respectfully submitted,

Robert K. Hur
United States Attorney

/s/
Thomas P. Windom
Assistant United States Attorney