# **<u>EXHIBIT 1</u>**

**Mr**

Friday, September 29, 2017 1:15:37 PM

From: Hasson, Christopher P LT
To: chris_hasson
Attachments: Mr.docx