# **EXHIBIT 2**

# HAMPTON POLICE DIVISION CRIME REPORT

| Field | Value |
|---|---|
| 1. OFFENSE | Maiming |
| 2. UCR CLASSIFICATION | 09 |
| 6. REPORT NO. | 95-1665 |
| 6. TIME OF OCCURRENCE | 02/11/95 2337 |
| 7. REPORTED | 2337 |
| 8. T. DISPATCH | 2344 |
| 9. ARRIVED | 2347 |
| 10. INITIALLY DISPATCHED | MANN |
| 12. TARGET OF CRIME | Person |
| 14. VICTIM'S ADDRESS | Hpt. 23663 |
| 19. NATURE OF INJURY | Cut on the left ear (10 stitches) |
| 20. INSTRUMENT, WEAPON, FORCE USED | handgun |
| 23. DATE/TIME PRONOUNCED | N/A |
| 24. MEDICAL EXAMINER | N/A |
| 25. REPORTING PERSON'S SIGNATURE (DATE) | 2-11-95 |
| 26. VICTIM WILL PROSECUTE | YES |
| 27. VICTIM/SUSPECT RELATIONSHIP | None |
| 28. SOBRIETY | Sober |
| 29. WITNESS TO THE CRIME? | Yes |
| 32. SUSPECT #1 | UNK, AGE U, ADDRESS UNK |
| SUSPECT #2 | UNK, AGE U, ADDRESS UNK |
| 33. ARRESTED | No, MIRANDA N/A |
| 35. CAN THE SUSPECT BE DESCRIBED? | Yes |
| 36. CAN THE SUSPECT BE IDENTIFIED? | Yes |
| 37. IDENTIFY BY | SUS #1 R, SUS #2 R |
| 38. VEHICLE INFORMATION | SUSPECT VEHICLE, STATE Virginia |
| 39. VEHICLE IDENTIFICATION INFORMATION | N/A |
| 40. CAN THE SUSPECT VEHICLE BE IDENTIFIED? | Yes |
| 47. IS THERE UNIQUE OR SIGNIFICANT MO PRESENT? | Yes |
| 48. CAN THE CRIME BE SOLVED WITH A REASONABLE AMOUNT OF INVEST? | Yes |
| 50. REPORTING OFFICER | O.H. MANN |
| 52. CASE MGT. REVIEW (RECEIVED) | 2/13 TR |
| DATE | 2/13/95 |

**Narrative (Block 42):**

The victim reported that on 02-11-95 at approximately 2337 hrs he arrived home and observed a Ford parked in front of his house and two white males were in his yard. The victim asked the two subjects what they were doing in his yard because it was late. The subjects called him several names, stated it was none of his business and walked toward the victim. One white male pulled a handgun out of his jacket and struck the victim on the left ear with the gun. The suspects got into a blue Ford Virginia license [redacted]. The victims stepdaughter, [redacted] stated that she did not know

ADDENDUM
Case 4:19-cv-00008-RBS-LRL Document 115 Filed 09/29/20 Page 3 of 8 95-1665
2. VICTIM'S NAME (LAST, FIRST, MIDDLE) OR FIRM NAME IF BUSINESS   4. LOCATION OF INCIDENT (HOUSE NO., STREET NAME)   5. DATE OF INCIDENT
2-11-95
PAGE 2 OF 2
ADDENDUM REPORT
HAMPTON POLICE DIVISION

who the suspects were, however, the suspects were possibly friends of a subject named ▇▇▇ who resides at ▇▇▇. ▇▇▇ was not at the scene and is not a suspect. The suspect vehicle returns to a Virginia Beach address however, the victim's daughter stated it has been seen at ▇▇▇. The victim described the handgun as a dark color revolver with a four to six inch barrel. The suspects were described as "Skinheads" and the victim can identify them. The first subject was described as a white male, 5'9", medium build with a shaved head; last seen wearing a black jacket with swastika patches and a black T-shirt. The second subject was a white male, 6'3", thin build, with a gray jacket and a shaved head. Both suspects were approximately 20 years of age. The victim required ten stitches in his left ear as a result of the injury. The suspect vehicle is registered to ▇▇▇, Virginia Beach, Virginia 23452. The victim stated that he has never seen the suspects before.

Case Continued...

RECORDS
2/13 TR
6. DATE OF THIS ADDENDUM: 2-11-95
CASE QUALITY CONTROL
REPORTING OFFICER(S): D.H. MANN
TW 643

# ADDENDUM

**MAIMING**  95-1665

▇▇▇▇▇▇▇▇▇▇  02/11/95

▇▇▇▇▇▇▇▇▇▇

THIS INVESTIGATOR TELEPHONICALLY SPOKE WITH THE VICTIM ▇▇▇▇ ON 021395 AND REQUESTED A INTERVIEW WITH ▇▇▇▇ HIS DAUGHTER AND HIMSELF.

BASED ON INFORMATION RECEIVED PRIOR TO THE INTERVIEW THAT ▇▇▇▇▇▇ RENOUNCED MEMBER OF THE SKIN HEAD ORGANIZATION WAS PRESENT AT THE TIME OF THE INCIDENT I COMPLETED A PHOTOSPREAD OF HIM TO SHOW TO THE VICTIM AND WITNESSES.

▇▇▇▇▇ THE VICTIM CAME TO H.Q. AND GAVE A WRITTEN STATEMENT. AFTER THE INTERVIEW WITH ▇▇▇▇ I DISPLAYED THE PHOTOSPREAD TO HIM AND HE STATED THAT HE KNEW ▇▇▇▇ AND HE WAS PRESENT BUT AT THE VEHICLE WITH HIS GIRLFRIEND, NAMED ▇▇▇▇.

021395 I INTERVIEWED ▇▇▇▇ THE WIFE OF THE VICTIM AND A WITNESS. SHE GAVE A WRITTEN STATEMENT AND ALSO STATED THAT ▇▇▇▇▇▇ WERE PRESENT BUT NOT INVOLVED WITH THE INCIDENT.

021395 I INTERVIEWED ▇▇▇▇ DAUGHTER ALSO A WITNESS TO THE INCIDENT. ▇▇▇▇▇ STATED THAT SHE RECEIVED A CALL FROM ▇▇ AND WHILE SPEAKING WITH HIM SHE ALSO SPOKE WITH TWO DIFFERENT PERSONS. ONE IDENTIFIED HIS NAME AS CHRIS AND THE OTHER AS ▇▇▇▇ SHE STATED THAT ▇▇ WAS THE ONE THAT HAD INJURED HER FATHER. SHE STATED THAT ▇▇▇▇ , CHRIS AND ▇▇ CAME TO THE HOUSE JUST AS HER PARENTS ARRIVED AND THAT'S WHEN THE INCIDENT TOOK PLACED BETWEEN HER FATHER AND ▇▇.

THIS INVESTIGATOR ATTEMPTED TO LOCATE ▇▇▇▇ ▇▇▇▇▇▇ FOR ABOUT TWO WEEKS BEFORE LOCATING BOTH IN THE CITY OF VIRGINIA BEACH, VA. I CONDUCTED INTERVIEWS WITH BOTH OF THEM ON 030595.

**CASE QUALITY CONTROL**  1

WnS/15

030595 I INTERVIEWED ███████, SHE STATED THAT SHE WAS PRESENT AND OPERATING HER VEHICLE WHEN THE INCIDENT OCCURRED. SHE STATED THAT SHE MET ███ THE SUBJECT SHE STATED COMMITTED THIS OFFENSE THROUGH ███ FRIEND NAMED CHRIS. ███ INDICATED THAT CHRIS WOULD KNOW MORE ABOUT ███ THAT ANYONE ELSE THEY WERE CLOSE FRIENDS.

030595 INTERVIEWED ██████████ CONFIRM THAT ███ UNKNOWN LAST NAME COMMITTED THE MAIMING. HE STATED CHRIS WOULD BE ABLE TO GIVE MORE INFORMATION ABOUT ███ STATED THAT ███ IS FROM ATLANTA, GA. BUT DOES NOT HAVE ANY FURTHER INFORMATION.

030695 I INTERVIEWED CHRIS HOME ADDRESS OF ███ ███ HAMPTON. HE STATED THAT ███ WAS STAYING WITH HIM BUT HE DOES NOT KNOW HIS LAST NAME. HE STATED THAT ███ WAS WORKING FOR A CONSTRUCTION CO. IN DENBEIGH. THE SUPERVISOR OF THE CREW IS NAMED ███ WHO OPERATES A PICK UP TRUCK AND FREQUENTS THE RACE TRACK STORE ON JEFFERERSON AVE IN THE EARLY MORNINGS HOURS. I FEEL THAT CHRIS HAS THE INFORMATION I NEED TO IDENTIFY THE SUSPECT IN THIS INVESTIGATION. I HAVE NOT BEEN ABLE TO LOCATE A ███ DESCRIBED BY CHRIS. THIS INVESTIGATION CONTINUES TO RE-INTERVIEW CHRIS TO OBTAIN THE INFORMATION HE IS WITH HOLDING.

CASE CONTINUES.........................

May 5, 1995

*Det. Cpl. K. Randy Seals*   635

**RECORDS       CAU       UCR**                **INVESTIGATING OFFICER**

2

# ADDENDUM

ATTEMPTED MURDER/MAIMING/FIREARM CTS.                                95-1665

                                                                     2-11/95

          ON 5/29/95 I RE-INTERVIEWED CHRISTOPHER HASSON. HE INDICATED THAT ▓▓▓ WAS FROM TULSA OK. AND THEY KNEW HIM IN THAT JURISDICTION. ALSO ▓▓▓ HAD STATED THAT HE WAS WANTED IN TULSA.
          5/31/95 , I CONTACTED DET. ▓▓▓ WITH THE TULSA, OK. ORGANIZED GANG TASK FORCE. HE SUSPECT THAT THE SUBJECT I WAS INVESTIGATING IS ▓▓▓ DET. ▓▓▓ INDICATED THAT ▓▓▓ IS WANTED IN ARIZONA AND OK. DET. ▓▓▓ STATED THAT HE WOULD SEND A PHOTO-SPREAD OF ▓▓▓ A.S.A.P.
          I CONDUCTED A CRIMINAL HISTORY FROM THE INFORMATION OBTAINED FROM DET. ▓▓▓ I DISCOVERED THAT ▓▓▓ WAS ARRESTED IN GA. UNDER THE NAME OF ▓▓▓. I CONTACTED DET. ▓▓▓ WITH HOMICIDE UNIT OF THE COBB COUNTY P.D. GA. HE OVERNIGHTED SIX PHOTOGRAPHS AND A COBB CTY. PHOTO-SPREAD FOLDER. I MADE A PHOTO-SPREAD OF ▓▓▓ / ▓▓▓ ON 06/02/95.
          ON 06/02/95 , I WENT TO THE HAMPTON CITY JAIL AND SHOWED ▓▓▓ A PHOTOGRAPH OF ▓▓▓ AND HE IDENTIFIED ▓▓▓ AS THE SUBJECT WHO MAIMED ▓▓▓ BASED ON THE IDENTIFICATION I OBTAINED THE WARRANTS FOR THE ARREST OF ▓▓▓
          I SPOKE WITH DET. ▓▓▓ AND HE REFEREED ME TO THE COBB COUNTY ORGANIZED GANG TASK FORCE IN ATTEMPTS TO LOCATE ▓▓▓ WHO IS A PROCLAIMED SKIN HEAD. I SPOKE WITH ▓▓▓ WITH THE TASK FORCE. SHE INDICATED THAT THEY KNEW ▓▓▓ BUT UNDER THE NAME OF ▓▓▓ I ADVISED THAT THE F.B.I. HAD MATCHED ▓▓▓'S PRINTS AND ▓▓▓ WAS THE SAME PERSON. I FAXED ALL OF THE WARRANTS TO THE TASK FORCE.
          T.F.A ▓▓▓ CONDUCTED SURVEILLANCE ON A RESIDENCE WHERE HE BELIEVED ▓▓▓ TO LIVE FOR APPROX: FOUR DAYS. ▓▓▓ ARRIVED AT THE RESIDENCE AND WAS ARRESTED BY ▓▓▓
          06/09/95 , I ADVISED ▓▓▓ OF HIS MIRANDA WARNINGS BY CARD AT APPROX: 1330 HOURS. WITNESSED BY OFFICER ▓▓▓ . MR. ▓▓▓ STATED THAT HE UNDERSTOOD HIS RIGHTS AND WOULD SPEAK WITH ME. I ASKED IF HE HAD REQUESTED AN ATTORNEY IN COBB COUNTY? MR. ▓▓▓

1

STATED NO. I ASKED MR. ▓▓ TO TELL ME WHAT HAPPENED? HE STATED " I DON'T KNOW ANYTHING ABOUT THESE CHARGES". I ASKED IF HE HAD EVERY BEEN TO HAMPTON ,VA. ? ▓▓ STATED "YES". I ASKED IF HE KNEW A ▓▓ ▓▓ AND ▓▓ GIRLFRIEND ▓▓ STATED "YES". I ASKED IF HE HAD EVERY RIDDEN IN ▓▓ CAR? ▓▓ STATED "YES". STILL DENIED KNOWLEDGE OF THE OFFENSES.

    06/09/95 , ▓▓ REFUSED TO FLY BACK TO VA. I DROVE BACK ON THE DRIVE I READVISED HIM OF HIS MIRANDA WARNINGS AT APPROX: 7:30 P.M. ON 06/09/95. I QUESTIONED HIM AGAIN. JUST STATING "I JUST WANT TO KNOW IF THE GUN WAS LOADED OR NOT? ▓▓ THEN STATED "NO IT WAS NOT". i ASKED HIM TO TELL THE TRUTH ABOUT WHAT HAD OCCURRED ON THE NIGHT OF 02/11/95. ▓▓ STATED THAT HE WENT TO THE OLD MAN HOUSE THAT NIGHT TO FIGHT A SUBJECT NAMED ▓▓ HE WENT THERE IN ▓▓ CAR WITH ▓▓ CHRIS AND ▓▓ WHEN THEY ARRIVED ▓▓ WAS NOT THERE. ▓▓ STATED HE WAS GOING INTO THE HOUSE TO DRINK BEER WHEN THE GIRLS FATHER AND MOTHER DROVE INTO THE DRIVE WAY. ▓▓ STATED THAT THE OLD MAN TOLD ME TO LEAVE AND IT MAD HIM MAD AND HE STARTED A ARGUMENT WITH THE MAN. HE STATED WHEN INTO THE ARGUMENT HE PULLED A 32. CAL REVOLVER FROM HIS POCKET AND STRUCK THE OLD MAN IN THE EAR AREA WITH THE GUN. ▓▓ DENIED PULLING THE TRIGGER OF THE WEAPON. ▓▓ SAID THE 32. CAL REVOLVER WAS NOT LOADED. I ASKED WHERE THE LOCATION OF THE WEAPON IS KNOW AND HE STATED THAT HE WAS NOT SURE, IT IS POSSIBLY PACKED AWAY AT HIS HOUSE OR SOMEONE HAS STOLEN THE FIREARM.

WITNESS LIST:

2

## CASE SUMMARY

ON 2/11/95, ▮▮▮ WENT TO THE HOME OF ▮▮ TO FIGHT A SUBJECT NAMED ▮▮▮ WAS NOT THERE. MR. ▮▮▮ THE VICTIM PULLED INTO HIS DRIVEWAY WITH HIS WIFE AND REQUESTED THE SUSPECT TO LEAVE. ▮▮ REFUSED TO LEAVE. A ARGUMENT ENSUED BETWEEN THE VICTIM ORDERING ▮▮ OFF OF HIS PROPERTY AND ▮▮▮ STATED NO ONE COULD MAKE HIM GET OFF THE VICTIMS PROPERTY. ▮▮▮ THEN PULLED A FIREARM, THE VICTIM STATES THAT ▮▮ AIMED THE FIREARM TO THE VICTIM FACE AND PULLED THE TRIGGER, WHEN THE FIREARM DID NOT DISCHARGE THE SUSPECT BEAT THE VICTIM WITH THE FIREARM. CHRIS HASSON WAS STANDING THERE WITH THE SUSPECT WHEN THIS OCCURRED. ▮▮▮ WERE SITTING IN ▮▮ VEHICLE IN FRONT OF THE VICTIMS HOME. ▮▮ IS A PROCLAIMED SKINHEAD. HAS A PAST FELONY CONVICTION AND IS CURRENTLY WANTED IN THE STATE'S OF ARIZONA AND OK. BOTH STATES HAVE ADVISED THIS DET. BY FAX THAT AFTER MR. ▮▮ TIME SERVED IN VA. THEY WILL EXTRADITE ▮▮ BACK TO THEIR STATES FOR ADDITIONAL PROSECUTION ON PROBATION VIOLATIONS.

CASE CLOSED BY ARREST..................................................

June 10, 1995

*Det. Cpl. K. Randy Seals*   635

RECORDS      CAU      UCR                    INVESTIGATING OFFICER

3