# EXHIBIT 3
# (Audio File)