# **EXHIBIT 4**

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    10/17/2019

███████ date of birth ████████, Social Security Number ███ ███, telephone number ████████ was interviewed at his residence of ████████████ Hayes, Virginia ███. After being advised of the identity of the interviewing Agents and the nature of the interview, ███████ provided the following information:

███████ worked at the ████████████████ in Portsmouth, Virginia. ███████ did not remember much about Chris HASSON until a reporter left a letter in ██████ mail box asking to interview ██████ about HASSON after HASSON's arrest. ██████ declined to talk to any press about HASSON.

██████ was a skinhead with HASSON and ██████████████████ knew HASSON for only one day. ██████ was eventually locked up with ████ While the two were incarcerated together, █████ attacked █████████ in jail. ████████ has not had any contact with ████ since 1995.

██████ hung out with ████████ often. On the night that █████████ husband was pistol whipped and assaulted by ██████████ was hanging out with █████ and HASSON and all three were drinking together. While drinking, all three eventually ran out of booze. ████ knew that the girl's house they went to ██████████████████████████ daughter) had liquor at the house, and they wanted to get some. ████████ was very drunk during the whole ordeal. Once at the house to get booze, ██████ jumped out of the vehicle, assaulted ██████████ husband, jumped back in the vehicle and said "go go go!"

██████ was contacted by the police the next day regarding the assault incident. ██████ learned that ████ was wanted for assault and attempted murder. ████ was staying with HASSON at that time.

██████ recalled that HASSON was possibly in the US Marines and was deployed to Iraq. After coming back from Iraq, ████████ recalled HASSON

| | |
|---|---|
| Investigation on 10/10/2019 at | Hayes, Virginia, United States (In Person) |
| File # ████████████ | Date drafted 10/15/2019 |
| by ████████████████ | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

being very high strung.

▅▅▅▅▅ recalled meeting HASSON for the first time a while ago. ▅▅▅▅▅ was "out one day" and had his head shaved because he was a skinhead. ▅▅▅▅▅ bumped into HASSON. HASSON invited ▅▅▅▅▅ over to his residence to hang out. While ▅▅▅▅▅ and HASSON hung out, they listened to skinhead music and talked about various things including tattoos. All of the members of the skinhead group understood who they didn't like and why. ▅▅▅▅▅ did not believe that HASSON was angry at anyone in particular.

▅▅▅▅▅ and HASSON got beer together one time. HASSON talked about Adolf Hitler. ▅▅▅▅▅ didn't like fascists or the fascist state, but liked "old school American skinheads." HASSON enjoyed being around white people. HASSON didn't get political with ▅▅▅▅▅ all ▅▅▅▅▅ and HASSON did when they hung out together was listen to skinhead music and drink beer.

▅▅▅▅▅ first met HASSON in 1994. ▅▅▅▅▅ believed that HASSON may have visited ▅▅▅▅▅ when he was in jail, but ▅▅▅▅▅ was unsure. ▅▅▅▅▅ had not had any contact with HASSON since the summer of 1996. HASSON eventually moved and he and ▅▅▅▅▅ no longer had contact. ▅▅▅▅▅ believed that HASSON was possibly a member of the Hammerskins in Georgia. ▅▅▅▅▅ had not heard about anything relating to HASSON or his whereabouts since 1999 or 2000.



▅▅▅▅▅ had not heard anything else about HASSON until he received a letter in his mailbox from the press who wanted to interview ▅▅▅▅▅ about HASSON. ▅▅▅▅▅ declined this offer.

▅▅▅▅▅ believed that HASSON knew and hung out with ▅▅▅▅▅ and ▅▅▅▅▅ ▅▅▅▅▅ last saw ▅▅▅▅▅ in 2009 and has had no contact with either of them since.