# EXHIBIT 5

Date of entry    10/18/2019

▮ date of birth ▮, Social Security Number ▮ telephone number ▮ was interviewed at her address of ▮ ▮ Hampton, Virginia ▮. After being advised of the identity of the interviewing Agents and the nature of the interview, ▮ provided the following information:

▮ knew of ▮ and knew that her daughter ▮ used to date ▮ ▮ was aware that ▮ were skinheads and that Chris HASSON used to run around with them.

▮ recalled the night of the assault where ▮ assaulted her husband. ▮ and her husband were at a party while her kids, including ▮ stayed at home. ▮ and her husband returned home at about 11:30 PM. ▮ noticed a van pull up to their residence. ▮ and HASSON were in the van with ▮ girlfriend. ▮ and HASSON wanted to see ▮, in which ▮ was not at the residence. This then lead to a confrontation with ▮ husband who wanted everyone to leave. At some point, ▮ produced a pistol and pistol whipped ▮ husband.

▮ was yelling for everyone to leave and recalled HASSON getting back into the van while saying "yes ma'am." HASSON listened to ▮ when he was told to leave. HASSON or ▮ came back into the yard and helped drag ▮ back to the vehicle.

▮ believed that ▮ lived on ▮ that was close to ▮ residence. ▮ also believed that ▮ was still a skinhead and that he parked his semi truck in the front yard of his residence.

▮ stated that her daughter ▮ lived at ▮ in Hampton, and her phone number was ▮.

Investigation on   10/10/2019   at   Hampton, Virginia, United States (In Person)

File # ▮                                                Date drafted   10/15/2019

by ▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.