# EXHIBIT 6

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    10/18/2019

▮▮▮▮▮ date of birth ▮▮▮▮▮, Social Security Number ▮▮▮▮▮, phone number ▮▮▮▮▮ was interviewed at her address of ▮▮▮ ▮▮▮▮▮ Hampton, Virginia ▮▮▮. After being advised of the identity of the interviewing Agents and the nature of the interview, ▮▮▮▮▮ provided the following information:

▮▮▮▮▮ knew that ▮▮▮▮▮ and Chris HASSON were running with a few different guys who were skinheads on the night that her father was assaulted. ▮▮▮▮▮ was surprised that the Coast Guard accepted HASSON when he applied to work with them.

▮▮▮▮▮ believed that ▮▮▮, HASSON, and ▮▮▮▮▮ who was her boyfriend at the time, were skinheads because they would get jumped by and fight with blacks a lot. After this, the three shaved their heads and became skinheads.

▮▮▮▮▮ believed that ▮▮▮ lived in ▮▮▮▮▮▮▮▮▮ had not spoken to ▮▮▮ in a very long time.

▮▮▮▮▮ did not recall much of what happened on the night that ▮▮▮ assaulted her father. ▮▮▮▮▮ stated that ▮▮▮ and HASSON were looking for ▮▮▮ because they wanted to cause trouble. The first time ▮▮▮▮▮ saw HASSON was on the night that ▮▮▮ assaulted her father.

Investigation on  10/10/2019  at  Hampton, Virginia, United States (In Person)

File # ▮▮▮▮▮                           Date drafted  10/15/2019

by ▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.