# **EXHIBIT 10**

**EricLinesOfDrift1_18_15.pdf**  Thursday, May 18, 2017 1:26:06 PM

From: chris_hasson
To: Hasson, Christopher P LT
Attachments: EricLinesOfDrift1_18_15.pdf

Sent from my Verizon Wireless 4G LTE smartphone