# **EXHIBIT 11**

**uncle_fester-home_workshop_explosives.pdf**  Wednesday, June 07, 2017 3:35:07 PM

From   chris_hasson
To   Hasson, Christopher P LT
Attachments   uncle_fester-home_workshop_explosives.pdf

Sent from my Verizon Wireless 4G LTE smartphone