# **EXHIBIT 12**

**anarchistcookbook2000.pdf**  Wednesday, June 07, 2017 3:34:14 PM

From: chris_hasson
To: Hasson, Christopher P LT
Attachments: anarchistcookbook2000.pdf

Sent from my Verizon Wireless 4G LTE smartphone