# **EXHIBIT 13**

**Emailing Anon - How to make Semtex.pdf**  Wednesday, June 07, 2017 3:39:44 PM

From: chris_hasson
To: Hasson, Christopher P LT
Attachments: Anon - How to make Semtex.pdf

Sent from my Verizon Wireless 4G LTE smartphone