# **EXHIBIT 14**

**improvised-munitions-handbook.pdf**  Wednesday, June 07, 2017 3:35:49 PM

From: chris_hasson
To: Hasson, Christopher P LT
Attachments: improvised-munitions-handbook.pdf

Sent from my Verizon Wireless 4G LTE smartphone