# **EXHIBIT 15**

**tthb.pdf** — Wednesday, June 07, 2017 3:37:08 PM

**From:** chris_hasson
**To:** Hasson, Christopher P LT
**Attachments:** tthb.pdf

Sent from my Verizon Wireless 4G LTE smartphone