# EXHIBIT 16

| Purchase Date | Seller | Item (if known) | Price |
|---|---|---|---|
| 5/22/2016 | Amazon.com | New Fobus HK2CH Gun Holster Right Hand for H&K VP9 | $ 34.99 |
| 8/1/2016 | Amazon.com | Kershaw Black Bur Glassbreaker Knife with SpeedSafe | $ 66.62 |
| 8/2/2016 | Amazon.com | Kershaw 1605CKTST Clash Assisted 3-inch Blade w/Polyimide Handles, Black | $ 25.33 |
| 11/23/2016 | Amazon.com | Deejo Pocket Knife Tattoo Tree, Liner Lock, Rosewood Handle, Deejo Box | $ 48.99 |
| 11/23/2016 | Amazon.com | Deejo Black Rosewood 37g - 1 GB005 | $ 43.99 |
| 2/12/2017 | Amazon.com | UTG Hi-Profile Compact Riser Mount, 1" High, 3 Slots | $ 10.59 |
| 2/12/2017 | Amazon.com | Command Arms AR15/M16 Stock Saddle | $ 29.93 |
| 2/12/2017 | Amazon.com | Thordsen Customs Black .223 5.56 Carbine Rifle Standard Tube Cover and Cheek Rest | $ 39.95 |
| 2/12/2017 | Thordsen Customs | | $ 159.77 |
| 2/15/2017 | Amazon.com | UTG 3-Slot QD Lever Mount Adapter and Riser, Medium Profile | $ 14.13 |
| 2/15/2017 | Amazon.com | UTG Low-Profile Compact Riser Mount, 0.5" High, 3 Slots | $ 10.13 |
| 2/16/2017 | Amazon.com | BlackHawk Serpa CQC Belt Loop and Paddle Carbon Fiber Holster for Glock 19/23/32/36 Right Hand Black | $ 50.15 |
| 2/17/2017 | Gale Force Guns | | $ 49.96 |
| 2/18/2017 | The Armory | | $ 571.16 |
| 3/1/2017 | Amazon.com | UTG 3X Magnifier with Flip-to-Side QD Mount, W/E Adjustable | $ 67.88 |
| 3/1/2017 | Amazon.com | Holosun HS403A Micro Red Dot Sight (2 MOA) with AR Riser | $ 139.93 |
| 3/7/2017 | Amazon.com | Ultimate Arms Gear AR15 Twang Buster Pad | $ 11.95 |
| 3/7/2017 | Amazon.com | Magpul MOE Rifle Stock, Black | $ 75.81 |
| 3/9/2017 | Amazon.com | Condor Rapid Assault Chest Rig - OD Green MCR6-001 | $ 39.94 |
| 3/9/2017 | Amazon.com | Condor Hydro Harness Olive Drab | $ 29.95 |
| 3/9/2017 | Amazon.com | Condor 3 Fold Mag Recovery Pouch Olive Drab | $ 13.95 |
| 3/10/2017 | Amazon.com | SOUFORCE AR15 Backup Iron Sight, Flip Up Rapid Transition Front and Rear BUIS Iron Sights Set for Rifles Picatinny Rails | $ 19.99 |
| 3/12/2017 | Amazon.com | Trijicon ACOG 4x32 Scope Dual Illuminated Horseshoe Dot .223 Ballistic Reticle, Red | $ 1,280.58 |
| 3/13/2017 | Monstrumtactical.com | AR-15 Quad Rail Handguard | $ 20.00 |
| 3/20/2017 | Amazon.com | CNC Aluminum Picatiny/Weaver Rail Section for KEYMOD Rail (5/7/9/11/13 Slot) | $ 26.99 |
| 5/18/2017 | Amazon.com | Technology Slavery: Collected Writings of Ted Kaczynski (Kindle) | $ 13.49 |
| 5/26/2017 | Amazon.com | Ohuhu Portable Stainless Steel Wood Burning Camping Stove | $ 14.99 |
| 5/26/2017 | Amazon.com | OD Green Military Issue 2 Quart Water Canteen w/ New Issue Carrier and Sling Free Ship | $ 23.00 |
| 5/26/2017 | Amazon.com | Mardingtop 50 Liter Internal Frame Backpack Tactical Backpack Military Backpack Molle Bag w/ Rain Cover for Hunting Shooting Camping Hiking Trekking | $ 69.99 |
| 5/26/2017 | Amazon.com | Colt Tactical Fixed Blade | $ 22.95 |
| 5/26/2017 | Amazon.com | Hoffman Richter Reaper Fixed Blade Tactical Knife w/ Bonus Belt Holder Sheaths | $ 39.00 |
| 5/26/2017 | Amazon.com | ALPS OutdoorZ Commander + Pack Bag | $ 129.99 |
| 5/26/2017 | Amazon.com | UberMaxx 2 Person Backpacking Tent | $ 52.95 |
| 5/29/2017 | Amazon.com | Boston Fortis Explorer Pro - Multifunctional Portable Outdoor Water Filter Purifier 0.1 Micron for Camping, Hiking, Backpacking, Traveling, and Prepping | $ 39.99 |
| 5/29/2017 | Amazon.com | MSR Alpine Stowaway Pot 775ml | $ 17.95 |
| 5/29/2017 | Amazon.com | TACVASEN Men's Casual Tactical Military Lightweight Assault Combat Rip-stop Pants S Black Python | $ 26.99 |
| 5/29/2017 | Amazon.com | Esbit 1300-Degree Smokeless Solid 14g Fuel Tablets, 12 Pieces | $ 9.97 |
| 5/29/2017 | Amazon.com | Stansport Self Inflating Air Mattress | $ 42.92 |

| Date | Vendor | Item | Price |
|---|---|---|---|
| 5/29/2017 | Amazon.com | Columbia River Knife and Tool (CRKT) 5235 Tighe Tac Two Tanto Folding Plain Edge Knife | $ 35.63 |
| 5/29/2017 | Amazon.com | Waterproof Rip Stop OD Green Military G.I. Style Poncho Tent Shelter | $ 41.90 |
| 5/30/2017 | Amazon.com | Esbit 1300-Degree Smokeless Solid 14g Fuel Tablets | $ 9.97 |
| 6/2/2017 | Amazon.com | TACVASEN Men's Casual Tactical Military Lightweight Assault Combat Rip-stop Pants M Black Python | $ 32.98 |
| 6/2/2017 | Amazon.com | MRE A-Menu Case, 2018 Inspection Date Military Meal-Ready-to-Eat (case of 12) | $ 104.49 |
| 6/3/2017 | Dick's Sporting Goods | | $ 102.16 |
| 6/14/2017 | Amazon.com | MREs | |
| 6/15/2017 | Amazon.com | Howard Leight by Honeywell R 03570 Genesis Black Frame w/ Clear Lens Shooting Glasses | $ 9.52 |
| 6/15/2017 | Amazon.com | Howard Leight by Honeywell Impact Sport Sound Amplification Electronic Earmuff, Green (R-01526) | $ 36.24 |
| 6/15/2017 | Amazon.com | Blade-Tech Industries Signature Double Mag Pouch w/ Adjustable Sting Ray - Glock 9/40 (Black) | $ 41.21 |
| 6/18/2017 | Amazon.com | High Speed Gear Cobra 1.75 Rigger Belt w/o D Ring Olive Drab | $ 77.00 |
| 7/11/2017 | Opticsplanet.com | Tactical Armatus II Vest | $ 268.37 |
| 7/12/2017 | Ur-tactical.com | Tactical Plate, Triple M4 mag pouch, ELF pack | $ 337.49 |
| 7/12/2017 | High Speed Gear | Grip paddled belt, x2R TACO, HSg Clip (6), Mag-Net dump pouch | $ 254.73 |
| 7/15/2017 | Amazon.com (Evike) | LBX Armatus II 4020 Plate Carrier | $ 265.78 |
| 7/15/2017 | Amazon.com | 3 Mag pouches | |
| 7/17/2017 | Amazon.com | HSGI Single P Taco Magazine Pouch Fits all Double and Single Stack Mags (Color Smoke Green) | $ 27.00 |
| 7/17/2017 | AMZ*Ares Tactical amzn.com/pmtsWA | Holster | $ 69.95 |
| 7/17/2017 | Body Armor Megastore | AR500 Steel Plates | $ 129.99 |
| 7/19/2017 | Amazon.com | High Speed Gear Pistol Taco Mag Pouch Green | $ 81.00 |
| 7/24/2017 | Amazon.com | BICOL Military Safety Two Points Outdoor Belt QD Series Sling Adjustable Strap | $ 14.99 |
| 7/24/2017 | Amazon.com | 100 Pack - World's #1 Water Purification Tablets - Aquatabs | $ 12.99 |
| 7/24/2017 | Amazon.com | UTG Pro Keymod Compatible Standard QD Sling Swivel Adaptor | $ 14.99 |
| 7/29/2017 | Evike.com | Sidekick pouch, Tactical quad mag rig, Plate carrier back bag | |
| 7/30/2017 | Jmpf.company.com | Tube, dry storage cups, thread adapter | $ 202.55 |
| 7/31/2017 | Evike.com | Airsoft wire smoke grenade, MOLLE pouches, Plate carrier, Bottle pouch | $ 252.07 |
| 7/31/2017 | Cheaperthandirt.com | Ammunition on .223 Remington, Federal Gold medal .22LR Ammunition | $ 118.57 |
| 8/8/2017 | Amazon.com | Trijicon Tennebrex Killflash 4x32 Rco Acog Scope Anti-Reflection Device | $ 43.46 |
| 8/8/2017 | | Segmented vertical forend grip | $ 31.15 |
| 8/29/2017 | Amazon.com | Morrell Super Duper Field Point Bag Archery Target for Compound Bows and Crossbows | $ 64.33 |
| 9/4/2017 | Amazon.com | TruFire Edge Buckle Foldback Adjustable Archery Compound Bow Release - Camo Wrist Strap w/ Foldback Design | $ 67.82 |
| 10/12/2017 | Midwestguns.com | Sig Sauer 1911 Extractor, Sig Sauer 1911 USACP Accessory essentials kit | $ 130.17 |
| 10/13/2017 | Cylinder-slide.com | 1911 Light Pull Sear Spring | $ 25.45 |
| 10/17/2017 | Cmcmags.com | (2) Combat Power Mag, (2) 10rd RPM - Railed Power Mags | $ 151.40 |
| 10/19/2017 | Amazon.com | Govt Bl Check Front Step | $ 14.01 |
| 10/19/2017 | Amazon.com | Clipdraw #ROM-B (Black) | $ 22.95 |
| 10/19/2017 | Amazon.com | DURAGRIPS - Compact / Officers 1911 Tactical Texture Grips - Wasp Nest (Black, Magwell) | $ 30.00 |
| 10/19/2017 | Amazon.com | 1911 Shok Buff Buffers 6pck | $ 6.88 |
| 10/19/2017 | Brownells | 1911 AUTO DELUXE COMPLETION KIT, SS | $ 59.99 |
| 10/19/2017 | Brownells | OMAB OFF. MODEL BLUE ARCHED MAG. GUIDE | $ 78.99 |
| 10/19/2017 | Brownells | CLASSIC MAINSPRING HOUSING TOOL | $ 13.50 |

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 10/19/2017 | Brownells | 1911 MAINSPRING HOUSING RFLL KIT,BLUED | $ 8.99 |
| 10/19/2017 | Brownells.com | 1911 Deluxe Completion kit, 1911 Mainspring Housing with Magwell, Classic Mainspring Housing Tool, Mainspring Housing Rebuild Kit. | |
| 10/22/2017 | Amazon.com | Augason Farms 30-Day Emergency Food Storage Supply Pail | $ 89.98 |
| 10/22/2017 | Amazon.com | Augason Farms 30-Day Emergency Food Storage Supply | $ 89.98 |
| 10/23/2017 | Brownells | CAP, MAINSPRING | $ 3.99 |
| 10/23/2017 | Brownells | PIN, RETAINER | $ 5.99 |
| 10/23/2017 | Gunsprings.com | Colt Offer Mod/P13 XP Hammer Spring 24LB Pak | $ 8.28 |
| 10/23/2017 | Brownells.com | 160-116-140 WB 1911 Defender 3 Mainspring Cap, 160-116-136 WB 1911 Defender 3 Retainer Pin | $ 13.93 |
| 11/3/2017 | Amazon.com | Emergency Food Rations - 3600 Calorie Bar - 3 Day Supply (5 year shelf life) - 9 Bars | $ 13.95 |
| 11/3/2017 | Amazon.com | Sight Master Sight Pusher Tool T1003 | $ 54.50 |
| 11/3/2017 | Amazon.com | Trijicon .248 RMR 1911 Novak Cut Pistol Mount | $ 96.45 |
| 11/13/2017 | Amazon.com | UM TACTICAL Delrin Shim 1.0 Degree for RMR | $ 19.98 |
| 11/13/2017 | Brownells | F242243 12GA 18" BARREL | $ 109.99 |
| 11/13/2017 | Brownells | RE-7000-1 MAGAZINE TUBE DETENT SWAGE | $ 35.99 |
| 11/23/2017 | Amazon.com | Tacstar 4-Shot Remington 870, 1100 and 11-87 (12 Gauge) | $ 30.59 |
| 11/23/2017 | Amazon.com | Bundel: olight pl mini valkyrie rechargeable handgun weaponlight cree led 400 lumen pistol light w/ magnetic usb charger and olight patch (pl-mini) | $ 79.95 |
| 11/24/2017 | Brownells | S/S FOLLOWER FOR 12 GA. SHOTGUNS | $ 18.99 |
| 11/24/2017 | Brownells | B3578296 SLING EYELET REAR | $ 5.44 |
| 11/24/2017 | Brownells | 2670-3 1 1/4" UTILITY BLACK SLING | $ 9.99 |
| 11/24/2017 | Brownells | 1.25" BLUED LOK-DOWN SLING SWIVEL,ONLY | $ 9.99 |
| 12/4/2017 | INT*IN *TACTICAL, LOYA - WA | | $ 67.40 |
| 12/4/2017 | Brownells | F620961 308 BOLT ASSEMBLY (GEN 1) | $ 99.99 |
| 12/4/2017 | Brownells | ACS-L STOCK COMMERCIAL BLK | $ 75.95 |
| 12/5/2017 | Brownells | F1007270 .308 FIRING PIN | $ 11.99 |
| 12/5/2017 | Brownells | F1007271 308 FIRING PIN RETAINING PIN | $ 7.99 |
| 12/5/2017 | Brownells | AR-15 VELOCITY TRIGGER 4.5LB CURVED | $ 149.99 |
| 12/5/2017 | Brownells | AR-15 RAIL COVER (x2) | $ 22.70 |
| 12/8/2017 | AIM Surplus | South Korean Mfd 7.62X51 (.308) M80 146GRN FMJ 460rd CAN A308PS460 | $ 200.31 |
| 12/10/2017 | Cabela's | | $ 148.00 |
| 12/11/2017 | Brownells | CHARGING HANDLE 762 MOD 3 (LARGE) | $ 57.99 |
| 12/11/2017 | Brownells | MINI BORE SIGHTER: 22-50 CALIBER | $ 49.99 |
| 12/15/2017 | Amazon.com | Heavy Duty 45 Degree Flip Up Offset Front & Rear Sights Rapid Transition Combo Set Sight by Green Blob Outdoors | $ 24.99 |
| 12/20/2017 | Amazon.com | Vortex Optics Tactical 30mm Riflescope Ring, High (TRH) 2-pack | $ 38.00 |
| 12/20/2017 | Amazon.com | Athlon Optics Argos BTR Riflescope 8-34 x 56 First Focal Plane (FFP) 30 mm Tube, Illuminated APMR MIL Reticle | $ 389.00 |
| 12/20/2017 | Amazon.com | Discovery Optical Anti Cant Riflescope Bubble Level for Tube Hunting 30mm / 3" L | $ 16.86 |
| 12/23/2017 | Amazon.com | Vortex Optics Tactical 30mm Riflescope Ring, High (TRH) 2-pack | $ 41.99 |
| 12/23/2017 | Amazon.com | Athlon Optics Argos BTR Riflescope 6-24 x 50 First Focal Plane (FFP) 30 mm Tube, Illuminated APMR MIL Reticle | $ 399.61 |
| 1/7/2018 | Amazon.com | Vortex Optics Tactical 30mm Riflescope Ring, Medium Profile TRM 2-pack | $ 38.00 |

| Date | Vendor | Item | Price |
|---|---|---|---|
| 1/7/2018 | Amazon.com | SNIPER Weaver Style 45-degree Offset Rail Mount 4 Picatinny Slots Hard Anodized Black Matte Finish | $ 10.99 |
| 1/22/2018 | Amazon.com | Tipton Deluxe 1-Piece Carbon Fiber Cleaning Rod 22-26 Cal. 36" Retail Pack | $ 44.33 |
| 1/22/2018 | Amazon.com | Tipton Universal Bore Guide | $ 14.39 |
| 1/22/2018 | Amazon.com | Tipton Best Gun Bore Brush (Pack of 3) 30/32 Calibre | $ 5.99 |
| 1/22/2018 | Amazon.com | Tipton Ultra Gun Jag 25/6.5-Calibre | $ 3.49 |
| 1/22/2018 | Amazon.com | Southern Bloomer Cotton Cleaning Patches 30cal 2"x2" 175 bag | $ 10.49 |
| 1/22/2018 | Amazon.com | Bore Tech CU+2 Copper Remover, 16 oz | $ 57.73 |
| 1/22/2018 | Amazon.com | Mildot Master | $ 36.94 |
| 1/22/2018 | Amazon.com | Sweets 7.62 Solvent | $ 20.12 |
| 2/15/2018 | Ammunition Depot | Perfecta .308 Win 147 Gr FMJ (Made by Fiocchi) (x3 @ 11.99) | $ 35.97 |
| 2/15/2018 | Ammunition Depot | Federal Gold Medal Match .308 Win 168 Grain BTHP (x2 @ $20.87) | $ 41.74 |
| 2/15/2018 | Ammunition Depot | Federal Gold Medal Match .308 Win 175 Grain BTHP (x2 @ $21.97) | $ 43.94 |
| 3/7/2018 | Amazon.com | Silky Folding Landscaping Hand Saw BIGBOY 360 Large Teeth 354-36 | $ 72.02 |
| 3/7/2018 | Amazon.com | Tops Knives Wild Pig Hunter | $ 165.96 |
| 3/9/2018 | Amazon.com | Combination Knife/Tool Sharpening Stone (2-sided, ultra fine and medium grit) | $ 7.99 |
| 3/9/2018 | Amazon.com | Tops Knives B.O.B. Brothers of Bushcraft Knife w/ Black Handle | $ 135.00 |
| 3/27/2018 | Amazon.com | Augason Farms Long Grain White Rice Emergency Food Storage 28 Pound Pail | $ 55.61 |
| 3/27/2018 | Amazon.com | Augason Farms Pinto Beans Emergency Food Storage 41 Pound Pail | $ 89.98 |
| 3/27/2018 | Amazon.com | Lancer Tactical Modern Slim to 2-Day Trek Back Pack w/ Padded Back Mesh Weave Vent and Chest Rig Four Line MOLLE Panel Exterior Pockets Hydration Bl | $ 74.95 |
| 3/27/2018 | Amazon.com | Hoanan Double Mag Pouch, Tactical Molle Magazine Pouch Open-Top Single Rifle Pistol Mag Pouch Cartridge Clip Pouch Hunting Bag (Upgraded Version Olive) | $ 10.99 |
| 3/27/2018 | Amazon.com | EMERSONGEAR Tactical Single Open TACO Mag Pouch EM6345 (OD) | $ 14.99 |
| 3/27/2018 | Amazon.com | EMERSONGEAR Double Decker Mag Pouch Multicamo Airsoft AK47 M4 M16 Mobile Tactical Pouch Clip for Vest Belt EM6346 (OD) | $ 17.99 |
| 3/30/2018 | Amazon.com | Morakniv Kansbol Fixed Blade Knife w/ Sandvik Stainless Steel Blade and MOLLE Multi Mount System, 4.3-inch | $ 46.64 |
| 4/2/2018 | Amazon.com | Silky 504-36 Sheath for Bigboy Folding Saw | $ 24.88 |
| 4/2/2018 | Amazon.com | Condor Vanquish Armor System Accessories Modular Panel, Olive Drab | $ 16.48 |
| 4/2/2018 | Amazon.com | EMERSONGEAR Tactical MOLLE Double Modular Rifle M4 Magazine Mag Pouch FG | $ 15.99 |
| 4/2/2018 | Amazon.com | EMERSONGEAR Double Decker Mag Pouch Multicamo Airsoft AK47 M4 M16 Mobile Tactical Pouch Clip for Vest Belt EM6346 (OD) | $ 17.99 |
| 4/3/2018 | Amazon.com | Streamlight 14514 Sidewinder Compact II Military Model Angle Head Flashlight, Head Strap and Helmet Mount Kit, Coyote | $ 78.71 |
| 4/7/2018 | Daytona Tactical | | $ 319.90 |
| 4/8/2018 | Adams Arms | Bolt spring | $ 5.00 |
| 4/8/2018 | Adams Arms | One-Piece Bolt Carrier Group - NiB | $ 169.81 |
| 4/8/2018 | Adams Arms | AR-15 Field Repair Kit | $ 29.99 |
| 4/8/2018 | Adams Arms | | $ 242.82 |
| 4/11/2018 | Amazon.com | ANSMANN Powerline 8 AAA & AA Smart Battery Charger for AA, AAA Rechargeable Batteries w/ Discharge Function and USB-Port | $ 44.99 |

| Date | Vendor | Item | Price |
|---|---|---|---|
| 4/11/2018 | Amazon.com | Platypus GravityWorks 4.0 Liter High-Capacity Water Filter System for Group Camping and Emergency Preparedness | $ 157.89 |
| 4/11/2018 | Amazon.com | Luxe Tempo Lightweight 4 Person Tent Freestanding for Backpacking Family Camping 7.7 lbs. w/ Ridge Pole Gear Loft Rip-Stop Fabric Aluminum Poles | $ 129.00 |
| 4/11/2018 | Amazon.com | Platypus GravityWorks Filter Cartridge | $ 43.68 |
| 4/11/2018 | Amazon.com | Streamlight 14514 Sidewinder Compact II Military Model Angle Head Flashlight, Head Strap and Helmet Mount Kit, Coyote | $ 78.71 |
| 4/11/2018 | Amazon.com | FMS 3/8 Inch Contoured Buckle - Side Release Buckle Curved for Paracord Bracelets, Backpacks, Tactical Bags and Gear, Webbing and More (10 Pack) | $ 8.66 |
| 4/12/2018 | Amazon.com | EMERSONGEAR Tactical Single Open TACO Mag Pouch EM6345 (OD) | $ 15.99 |
| 4/12/2018 | Amazon.com | SINAIRSOFT Double Decker Mag Pouch Multicamo Airsoft AK47 M4 M16 Molle Tactical Pouch Clip for Vest Belt EM6346 MC | $ 18.99 |
| 7/22/2018 | Amazon.com | Wingeler Medium Arrow Rest Right and Left Hand - Black | $ 13.98 |
| 7/22/2018 | Amazon.com | Mandarin Duck Nighthawk 50# Triangle Compound Bow - Right & Left Hand Hunting | $ 183.34 |
| 7/22/2018 | Amazon.com | Trophy Ridge Mist 3 Pin Bow Sight | $ 27.54 |
| 8/7/2018 | Amazon.com | Firstgear Torrent Waterproof Duffel Bag (Black) | $ 59.95 |
| 8/7/2018 | Amazon.com | Firstgear Torrent Waterproof Duffel Bag - 40 Liter Black | $ 79.95 |
| 8/7/2018 | Amazon.com | NICELY HOME Dry Bag - Rafting Boating Backpack - Kayak Waterproof Bag - Compression Daypack - Changeable Capacity 12-15 L Black Color | $ 25.90 |
| 8/15/2018 | Amazon.com | ALPS Mountaineering Lynx 1-Person Tent | $ 76.31 |
| **Total** | | | **$ 12,120.90** |