# **EXHIBIT 17**

**Action Required to Activate Membership for Sniper Central - Sniper & Sharpshooter Forums**

Wednesday, December 06, 2017 8:10:45 AM

From: Sniper Central - Sniper & Sharpshooter Forums <sniperforums.com@vsobr.com>
To: [redacted]

```
Dear razorarrow,

Thank you for registering at the Sniper Central - Sniper & Sharpshooter Forums. Before we can
activate your account one last step must be taken to complete your registration.

Please note - you must complete this last step to become a registered member. You will only need
to visit this URL once to activate your account.

To complete your registration, please visit this URL:
http://www.sniperforums.com/forum/register.php?
a=act&u=65090&i=112f578fc405b4e9b88bdb92e4f431c782d3f3c0

**** Does The Above URL Not Work? ****
If the above URL does not work, please use your Web browser to go to:
http://www.sniperforums.com/forum/register.php?a=ver

Please be sure not to add extra spaces. You will need to type in your username and activation
number on the page that appears when you visit the URL.

Your Username is: razorarrow
Your Activation ID is: 112f578fc405b4e9b88bdb92e4f431c782d3f3c0

If you are still having problems signing up please contact a member of our support staff at
sniperforums.com@vsobr.com

All the best,
Sniper Central - Sniper & Sharpshooter Forums
```