# **EXHIBIT 19**

**U.S. Department of**
**Homeland Security**

**United States**
**Coast Guard**

United States Coast Guard
Insider Threat Program

USCG Headquarters
2703 Martin Luther King Jr Ave
Washington DC, 20593-7301

13 January 2020

# REPORT:  Hasson

Prepared for:  Legal

The contents of this document were reviewed and prepared for Department of Justice use.

**If you have received this communication in error, please advise the sender immediately and destroy the entire message together with all attachments. All unintended recipients are hereby notified that any use, distribution, copying or any other action regarding this email is strictly prohibited. Unauthorized disclosure may result in administrative, civil, and criminal sanctions.**

# REPORT

**DATE OF REPORT:** 13 January 2020

**PREPARED FOR:** Department of Justice

**PERIOD OF ASSESSMENT:** 15 July 2016 – 14 February 2019

**SUBJECT(s) INVOLVED:**

      Rank/Name: LT Christopher P. Hasson
      Office/Unit:  CG-9321/USCG Headquarters

**SUMMARY:** This report is a finalized summary of all pertinent SUBJECT activity.  This report expands on information previously reported and represents a full chronology of possible extremist activity and terrorism planning related to SUBJECT's activity observed and identified by Insider Threat Division.

Grammatical errors and misspellings contained in italics in this report are intentional.  All italicized information is copied directly from the SUBJECT's own documents and internet searches or the Anders Breivik and Eric Rudolph manifestos.

SUBJECT's most frequently visited website from 2017-2019 was the Men Going Their Own Way (MGTOW) subreddit at www.reddit.com to which SUBJECT made tens of thousands of total URL visits over a 2+ year period.  While at the MGTOW subreddit, SUBJECT routinely accessed gender-based extremist content that promoted discrimination of women or hatred towards women on a daily basis.  Due to the persistence of the behavior, SUBJECT's routine daily activity in browsing the MGTOW subreddit is not included in this chronology of activity.

**DETAILS:**

**15 Jul 2016:** SUBJECT created a two page word document titled "True" which describes a negative attitude toward femininity.  The bottom of the document also includes four lines from a Rudyard Kipling poem titled "The Stranger".  The document was last saved and/or modified on 18 June 2018.  The document reads as follows:

*True, though only because you're using the term "feminine" as interchangeable with "womanly" or "woman", which it is not. Certain behaviors induce others to be sympathetic and take care of someone: acting helpless, juvenile, innocent, wide-eyed, etc. Puppies and children do it naturally. Women do it as a performance. There are very, very, very few women who are naturally anything like that...I am thinking about it and I cannot call to mind any examples of real women I've ever known like that.*

*Femininity is always feigned...women pitch their voices upwards, lower their heads, gaze upwards through their lashes, act silly and innocent, etc etc as a performance. Women are never as feminine in private or only around other women as they are in public. It's always an act.*

2

*Manliness by contrast is not an act but something most men restrain. This is why there are arguments between the two genders constantly where men think they're very different and women think they're not very different at all. Because men understand that they're socialized not to express their full masculinity. They imagine perhaps women restrain their femininity. But that is not the case. For women, being feminine feels like an entirely false performance that is nothing like how they would naturally be absent the judgment of others and their needs to get others to be nice to them.*

*Feminists therefore do in fact hate femininity. Not being a woman, being feminine. It's a burden of performance that's inauthentic and a pain in the ass. They don't want to put on a fake breathy voice a la Paris Hilton. They don't want to do all the modifications of their body to make themselves appear juvenile. They don't want to constantly feign everything and act fake. Because ultimately femininity is just extreme artifice. This is why it's easy for a man to look like a woman by using makeup and other artificial constructs, but a woman can't look fully like a man, because there aren't any artificial constructs for looking masculine. A man without makeup looks like a man. A woman without makeup looks rather genderless. A man or a woman with makeup looks like a woman. Because what we think of as female is in fact just an artifice. This is why lesbians, who live in the most womanly world of all, aren't feminine. Lesbians are just women as they all naturally would be if they didn't have to cater to male desires and put on a performance for them.*

*Feminist women typically have other assets and resources so they feel they could survive and make it better using those assets and resent having to do the femininity performance. This is why feminism is always an elite movement started by educated women from rich families....they have other economic resources and don't feel the pressure to perform for men as they have other alternatives. Feminism will never be relevant for uneducated women with no skills, family resources, or status.*

*Women who are anti-feminist are women who perceive that performing for men is the best shot they have at survival and advancing themselves. It's really as simple as that. And feminism has hurt women who have nothing else marketable to offer of value to others. It has helped women who do.*

*The OP here is a bit silly because there are plenty of women who compete in and succeed in highly competitive fields in science, the military, business, medicine, etc. Is it most women? No. But there are female CEOs and emergency room surgeon MDs, don't get it twisted. Plenty of them are really good looking too. Like anything, it's a spectrum. Most women are losers who don't have anything to offer but their skills at social manipulation and a brief 15 year period of sexual attractiveness. Most men are also losers who don't have anything to offer but their muscles and capacity for boring labor and misguided loyalty. A minority of men have something additional of value to offer, and an even smaller minority of women do, but those people do exist.*

*Let the corn be all one sheaf—*
*And the grapes be all one vine,*
*Ere our children's teeth are set on edge*

*By bitter bread and wine.*

**30 Jan 2017:** SUBJECT typed "*most suuceccessful aferi citiy after civil war*" into HIS USCG workstation.

**31 Jan 2017:** SUBJECT typed the following terms into HIS USCG workstation:

- *12:06 - russian right*
- *12:09 - russian nat*
- *13:29 - russien volunteers*

**1 Feb 2017:** SUBJECT typed the following terms into HIS USCG workstation:

- *09:38 - hand reloading kit amazon*
- *10:57 - 300 aac bcg*
- *12:03 - russian suppressed rifle*
- *14:45 - ceatlanic firearms*
- *14:51 - biggest donors to d*
- *14:53 - george soros lives where*

**2 Feb 2017:** SUBJECT typed the following terms into HIS USCG workstation:

- *10:22 - usf ar2515 300 aac*
- *10:24 - ar pistoll am interested but would like to see pic first.*
- *11:07 - subsonic 223*
- *12:59 - most influential univerity proffessors*
- *13:45 - most liberal colleges in usa*
- *14:02 - womens march*
- *14:11 - americsn indian proffesors*
- *14:12 - white 's that clainm to be indian college professor*
- *14:26 - fake indians*

**7 Feb 2017:** SUBJECT typed the following into HIS USCG workstation:

- *15:14 - AR pistoll am interested in AR pistol for sale. I am not VA resident but am military stationed here which means I can purchase guns here as a resident. Let me know if you are ok with that have ID aetc..*
- *15:26 - plate carrier*

**8 Feb 2017:** SUBJECT typed the following into HIS USCG workstation:

- *06:15 - night vision*
- *06:18 - rifle scope*
- *14:12 - russin taan tacticle gear*
- *14:56 - marine load bearing equipment*
- *15:01 - pico mv for sale*

4

- *15:18 - plate carrier*

**9 Feb 2017**: SUBJECT typed the following into HIS USCG workstation:

- *12:01 - optics planet*
- *12:04 - plate carrier*
- *15:35 - ukrainian volunteers*

**16 Mar 2017**: At 04:17, SUBJECT emailed the Anders Breivik manifesto from HIS personal e-mail address to HIS USCG email account.  Later that day, at 12:25, SUBJECT attempted to email the Breivik manifesto to ████████████████ email address with the subject line "*here you go*".  SUBJECT later received an undeliverable message for this email because the attachment was too large.

**17-24 Mar 2017**: SUBJECT sent over 40 emails from HIS USCG email to HIS personal e-mail email address containing links websites selling tactical, military style equipment.

**24 Mar 2017**: SUBJECT sent an email to HIS personal e-mail address which contained a link for:  https://www.oathkeepers.org/defeating-drones-how-to-build-a-thermal-evasion-suit/.

**6 Apr 2017**: SUBJECT sent an email to HIS personal e-mail address which contained the following links:

- http://www.thedailysheeple.com/
- http://www.statgeartools.com/pocket-samurai-ti/
- https://www.campingsurvival.com/fish-and-bird-antibiotics.html
- http://www.blackhawk.com/Products/Accessories/Knives.aspx

**13 Apr 2017**: SUBJECT sent an email to HIS personal e-mail address which contained the following link:
https://www.reddit.com/r/MGTOW/comments/654zqq/why_i_wont_date_hot_women_anymore/

**24 Apr 2017**: SUBJECT emailed a photo of assault-style rifles (Figure 1) from HIS personal e-mail email address to HIS USCG email account.



Figure 1.

**5 May 2017**: SUBJECT sent an email to HIS personal e-mail address which contained the following link:  https://www.stealthangelsurvival.com/products/compact-tactical-kit?utm_source=google&utm_campaign=disp_300x600_2&utm_content=disp_300x600_2&utm_medium=g_disp&gclid=CO__7OTg2NMCFdyKswodX4gD5w.

**16 May 2017**: SUBJECT sent two emails to HIS personal e-mail address which contained the following links:

- http://www.sprinter-rv.com/diy-gallery/
- https://www.outsidevan.com/our-vans/

**18 May 2017**:

08:42 – SUBJECT sent an email to HIS personal e-mail address which contained a link to a blog posting which presents a detailed analysis of the writings of Ted Kaczynski (https://orionmagazine.org/article/dark-ecology/).

13:26 – SUBJECT emailed the Eric Rudolph manifesto titled "Between the Lines of Drift:  The Memoirs of a Militant, Third Edition" and the Kaczynksi manifesto from HIS personal e-mail email address to HIS USCG email account.

15:48 – SUBJECT emailed the Ted Kaczynksi manifesto titled "Industrial Society and Its Future" from HIS personal e-mail address to HIS USCG email account.

**19 May 2017**:  SUBJECT in possession of a draft email located in the "Deletions" subfolder under the "Recoverable Items" folder of SUBJECT's personal storage table (PST).

The subject line for the draft email was "*type*" and the email stated the following:

*Dear friends , maybe that's a bit of a misnomer. Acquaintances more likely. Hope this finds you well. I am dreaming of a way to kill almost every last person on the earth. I think a plague would be most successful but how do I acquire the needed/ Spanish flu, botulism, anthrax not sure yet but will find something.*

*Interesting idea the other day. Start with biological attacks followed by attack on food supply. Something called wheat rust/blight. Have to research this. Two pronged attack seems it might be more successful. Institute a bombing/sniper campaign.*

*What can I do, I will not do nothing...It seems inevitable that we are doomed. I don't think I can cause complete destruction on my own, However if I could enlist the unwitting help of another power/country would be best. Who and how to provoke???*
*New idea this weekend, R/E orthodox as a way for influence.?.*

*Things to do in the next 4 years. Get out of debt!!!!*
                              *Buy van to convert, diesel.*
                              *Buy land for family out west or possibly NC mtns.*
                              *I don't know...*

*Liberalist/globalist ideology is destroying traditional peoples esp white. No way to counteract without violence. It should push for more crack down bringing more people to our side. Much blood will have to be spilled to get whitey off the couch. For some no amount of blood will be enough. They will die as will the traitors who actively work toward our demise. Looking to Russia with hopeful eyes or any land that despises the west's liberalism. Excluding of course the muslim scum. Who rightfully despise the west's liberal degeneracy. I have not properly raised my daughter I will have to reach out to her to see if I can reverse some of the damage done to her.*

*Need to come off TDL, clear my head. Read and get education have to move to friendly area and start to organize. Get leadership within the community, sheriff, city manager, mayor, lawyer? Not sure but start now. Be ready.*

*Stockpile 5 locations. Pack, food, GN, supporos  ao, clothing, gear.  Comb/exp  for defense. Extras mortar recoilless, learn basic chemistry, start small.*

*By land  put 3 homes and multiple hides. Have way to get out and start hitting back. Use lines of drift.*

*Have to take serious look at appropriate individual targets, to bring greatest impact. Professors, DR's, Politian's, Judges, leftists in general.*

*Look up tactics used during Ukrainian civil war. During unrest target both sides to increase tension. In other words provoke gov/police to over react which should help to escalate violence. BLM protests or other left crap would be ideal to incite to violence.*

*Gun rights people will never rise, need religious to stand up. Please send me your violence that I may unleash it onto their heads. Guide my hate to make a lasting impression on this world. So be it. I don't know if there truly is a "conspiracy" of ((((People)))) out to destroy me and mine, but there is an attack none the less. For that reason I will strike, I can't just strike to wound I must find a way to deliver a blow that cannot be shaken off. Maybe many blows that will cause the needed turmoil.*

*Food/fuel may be the key, if I can disrupt two or three weeks. When (people) start to loot steal protest dress as cop and shoot them. Burn down Apt complex, bar the doors first. Thermite on gas station tank.*

**22 May 2017:**

09:00 and 11:36 – SUBJECT sent two emails to HIS personal e-mail address which contained the following links for the Russian Orthodox Church Outside Russia, St Valdimir's Orthodox Theological Seminary, Russian Orthodox Cathedral of St John:

- http://www.hts.edu/bacheloroftheology.html
- http://www.svots.edu/degrees-offered
- http://www.stjohndc.org/en/orthodoxy-foundation/what-orthodox-church

13:04 – SUBJECT emailed a copy of the Holy Trinity Orthodox Seminary Catalog for 2014-2016 from HIS personal e-mail email address to HIS USCG email account.

**25 May 2017:** SUBJECT emailed a New River Trail Guide for Virginia/West Virginia and a high resolution map of Shenandoah National Park from HIS personal e-mail email address to HIS USCG email account.

**30 May 2017:** SUBJECT emailed an 83 page Naval Postgraduate School thesis titled **"Imagining the Impossible:  Insurgency in the U.S.A.** from HIS personal e-mail email address to HIS USCG email account.  The document is dated March 2011.

**31 May 2017:**

07:35 – SUBJECT emailed the link https://rampartcorp.com/ to HIS personal e-mail email address.  The link directs to a company selling ammunition and tactical gear.

15:07 to 15:13 – SUBJECT sent two emails to HIS personal e-mail address which contained the following links related to the Roanoke Appalachian Trail Club:

- https://www.ratc.org/mcafee-knob-and-the-triple-crown/
- http://atctrailstore.org/official-a-t-guide-sets-1/
- https://www.ratc.org/at-hiking/

**1 Jun 2017:** SUBJECT sent four emails to HIS personal e-mail address which contained the following links related to remote properties for sale:

- https://www.survivalrealty.com/united-states/idaho/mary-nuckols/salmon-river-beauty/
- http://survivalproperty.com/
- http://www.mountainlandsrealty.com/listings.asp
- http://www.nwmontana.com/
- http://www.landsofamerica.com/?utm_source=msn&utm_medium=cpc&utm_campaign=general-land&utm_content=land%2Bfor%2Bsale&utm_term=remote%2Bland%2Bfor%2Bsale/broad
- http://montanarealestate.realty-northwest.com/#hd_ml_number

**2 Jun 2017:** SUBJECT sent email from HIS personal e-mail email address to HIS USCG email account with link: www.sciencemadness.org/talk/forumdisplay.php?fid=3. The link directs to a forum on Energetic Materials and discussions on the manufacturing of explosives.

Follow-on contextual research revealed that on pages 1008-1009 of his manifesto, Breivik discusses sourcing for base chemicals and how to obtain them. Breivik writes:

*"To my surprise; I learned that my own country had at least one forum where the acquisitions of chemicals were discussed. And if my country, of 5 million, has it, then most countries will. The forum you are looking for are pyro(technique) forums for the so called pyro(technique) enthusiasts. These people are usually non-political but they love to blow things up and/or create various light shows. They usually create very specific supplier lists for a majority of chemicals that can be used in an explosives device. Most of them operate in a "gray area" so they act as a perfect source for getting both supplier tips and "shipping tips". Many of them order online (this works as very few of the compounds are illegal, just regulated) while others take road trips to f example Poland to get materials directly from small factories. These materials are then smuggled without problems to the country of destination. Many of these East-Block factories will sell most chemicals to you as long as you seem like a credible buyer (non-Muslim, non-extremist)."*

**5 Jun 2017:**

14:00 – SUBJECT sent an email to HIS personal e-mail address which contained the following links:

- http://www.frontierfolk.net/mb/
- http://historicaltrekking.com/forums/viewforum.php?f=4
- http://mman.us/links.htm#Skills

23:16 to 23:19 – SUBJECT emailed the following Christian Identity Extremist documents from HIS personal e-mail email address to HIS USCG account:

- "Who Are Israelites?" by Pastor Sheldon Emry – 7 page pdf.
- "There Are Disciples Of Baal In America" by Pastor Sheldon Emry – 47 page pdf.

9

- "The Saxon Messenger Edition 46 2016". 70 page pdf whose title page states "*If you worship your enemy, you are defeated. If you adopt your enemy's religion, you are enslaved. If you breed with your enemy, you are destroyed.*"

**6 Jun 2017:** SUBJECT emailed a four page .pdf featuring Christian Identity extremist content from HIS personal e-mail email address to HIS USCG account. The .pdf originated at http://CovenantTruth.org/PageOne.htm

**7 Jun 2017:** From 19:36 to 23:06, SUBJECT emailed the following bomb making documents from HIS personal e-mail address to HIS USCG account:

- **"The Terrorist's Handbook"** – 78 page PDF with the following disclaimer: *We don't take responsibility for this text. We have only made it available for you on the web. The original textfile was found on anonymous ftp at ftp.spies.com in the directory /Library/Untech and is called "terror.hb".*
- **"The Anarchist Cookbook Version 2000"** – 241 page PDF.
- **"U.S. Army Improvised Munitions Handbook (TM 31-210)"** – 273 page PDF.
- **"Emailing Anon – How to make Semtex"** – 18 page PDF.
- **"Home Workshop Explosives by Uncle Fester"** – 41 page PDF. Published by Loompanics Unlimited 1990. Digital transformation by Swedish Infomania 1996.

**9 Jun 2017:** SUBJECT sent four emails to HIS personal e-mail address which contained the following links:

- https://slumberjack.com/nightfall-2/
- https://www.nps.gov/shen/planyourvisit/mapshiking.htm
- https://www.fs.usda.gov/recarea/gwj/recarea/?recid=79274
- https://lexingtonvirginia.com/outdoors/trail-guide
- https://www.nps.gov/shen/planyourvisit/campbc_regs.htm
- https://data.fs.usda.gov/geodata/rastergateway/states-regions/states.php

**12 Jun 2017:** SUBJECT was observed with a possible steroid cycle and the Kevin Alford Strom quote **"To learn who rules over you, simply find out who you are not allowed to criticize"** on Sheet 2 of HIS personal finances document titled "Copy of bills1". See Figure 2.

| | A |
|---|---|
| 1 | "To learn who rules over you, simply find out who you are not allowed to criticize" |
| 2 | GHRP2/CJC no DAC 2-3 times a day plus 25mg MK677 before bed |
| 3 | 25mcgs of T3 or 100mcgs of T4 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| | Week 1-9 Aromasin 25mg |
| | Week 1-4 HCG 250iu ed/eod |
| 9 | Week 1-6 60/40/40/20/20/10 nolva |
| 10 | days 1-10 HCG 1000 iu EOD, 25 mg aromasin ED |
| 11 | 4 days after last hcg shot: |
| 12 | Aromasin 25 mg Ed for 2 weeks, then 12.5 for 2 more weeks |
| 13 | Clomid 100 mg ED for 2 weeks, then 50 mg for 2 more weeks |
| 14 | Nolva 20 mg for 6 weeks |
| 15 | HCG 2500IU every other day for 16 days. 50mg Clomid twice a day for 30 days. Nolva 20 mg every day for 45 days. |
| 16 | A "shotgun" (1000iu e3d) the last 3 weeks of the cycle will help prep the testes going into PCT where the SERM's bind to estrogen enough to get the body back into the normal groove |
| 17 | dhea-But, too much converts to estrogen, so I would be very careful with this one, low dose is ok, something like 25mg max a day, high dose of DHEA can actually cause testicular atrophy. |
| 18 | ZMA, vit D, vit C, dhea 25mg |
| 19 | He suggests 8 shots of HCG @ 2500iu ECD |
| 20 | |
| 21 | With this you take 20 mg of nolvadex for 45 days |
| 22 | |
| 23 | Clomid is also taken but twice a day @ 50mg each dose 12 hours apart |
| 24 | Protocol |
| 25 | |
| 26 | (Week 1-4) 2000mg HCG E3D. 20mg Tamoxifen ED x 4 weeks |
| 27 | |
| 28 | --Labs-- |
| 29 | |
| 30 | (Week 4-7) 100mg Clomiphene ED, 20mg Nolva ED x 3 weeks |
| 31 | |
| 32 | --labs-- |
| 33 | |
| 34 | (Week 7-9) 50mg Clomiphene ED, 20mg Nolva ED x 2 weeks |
| 35 | |
| 36 | (Week 9-11) 20mg Nolva ED |

Sheet1   Sheet2   Sheet3

Figure 2.

**26 Jun 2017:**

07:03 to 07:53 – SUBJECT performed google searches for "*self storage near takoma park md*" and "*self storage near baltimore*" and proceeded to browse several storage facilities in Maryland.

09:04 and 12:03 – SUBJECT accessed 16 URLs related to firearms/tactical gear and sent two emails to HIS personal e-mail address which contained the following links:

- https://sotechtactical.com/
- https://www.uoarmory.com/gen2-battle-belt/

**27 Jun 2017:**  SUBJECT accessed over 25 URLs related to sniper gear and body armor and sent an email to HIS personal e-mail address with the link:
http://www.tyrtactical.com/products/list/brokos-belt/brokos-belts/

SUBJECT made several visits to www.pravdareport.com and performed the following bing searches:

- *the fourth political theory*
- *is the us supplying isis*
- *immigrate to Russia*

11

**28 Jun 2017:** SUBJECT accessed extensive pro-Russian and neo-Fascist content and performed the following bing searches:

- *dark enlightenment*
- *national bolshevism*
- *4th political theory*
- *old russian believers in usa*
- *brother nathanael wiki*

SUBJECT sent six emails to HIS personal e-mail address which contained the following links:

- http://www.zerohedge.com/news/2015-02-08/42-admitted-false-flag-attacks
- http://arctu7.wixsite.com/ethnosociology
- https://syncreticstudies.com/
- http://www.fort-russ.com/
- https://www.geopolitica.ru/en/news/chief-isis-abu-bakr-al-baghdadi-killed-air-strike
- https://openrevolt.info/
- https://arktogeja.blogspot.com/
- http://novorossia.today/

**29 Jun 2017:** SUBJECT performed a bing search for "*russian orthodox seminaries usa*" and accessed hundreds of URLs pertaining related to the Russian and Eastern Orthodox churches and religions. SUBJECT sent an email to HIS personal e-mail address with the link: http://www.schgoc.hi.goarch.org/orthodox-study-center/orthodox-101-study-center/introduction.

**30 Jun 2017:** SUBJECT accessed numerous URLs at www.unz.com pertaining to race and ethnicity. SUBJECT sent an email to HIS personal e-mail address with a link for: http://thosewhocansee.blogspot.com.

**5-7 Jul 2017:** SUBJECT visited websites for www.shooterjobs.com, www.saic.com, www.state.gov, www.secforinternational.com and www.triplecanopy.com and performed bing searches for the following:

- *high risk security jobs overseas*
- *high threat security overseas course*
- *overseas contractor jobs*
- *private military contractor jobs overseas*
- *htps course*

These were the only times SUBJECT was ever observed browsing overseas/high risk security jobs.

Further contextual research revealed that in the Operational and Preparation phase of his manifesto on page 937, Breivik discusses using private security companies as cover for acquisition of weapons and body armor. Breivik writes:

*"Prior to the acquisition of weapons and armour you may want to create a cover relating to this phase. Print and fill out the application forms to either your military forces (foreign division) and/or to a foreign mercenary company (French foreign legions or any private intl. security company). By deliberately having the filled out forms "lying around", you will create a reasonable doubt if you ever get compromised during the following phase."*

**5 Jul 2017 to 18 Aug 2017:**  SUBJECT displayed a dramatic increase in activity related to weapons, weapon accessories, body armor, battle dress kits, and survival equipment.  This activity included hundreds of visits to a number of websites selling this type of equipment and SUBJECT appears to have made numerous purchases from HIS USCG computer system. Internet searches by SUBJECT during this time include, but are not limited to, the following:

- *battle belt load*
- *ranger patrol pack load out*
- *usmc load bearing*
- *hsgi ar set up*
- *used plate carrier for sale*
- *how to attach kydex holster to molle*
- *navy seal plate carrier*
- *armor plates for sale*
- *military helmets for sale*
- *m249 fore grip*
- *best drum mag for ar*
- *belt fed ar or mag drum*
- *Valkyrie arms belt fed for sale*
- *Belt fed upper for sale*
- *Suppressor sales virgina*
- *Suppressor sale Yorktown*
- *Current suppressor wait time*
- *Rpd with bump fire stock*
- *Bump fire stock for rpd*
- *Rpd bumpski*
- *Slide fire or binary trigger*
- *Suppressor for shtf*
- *how quiet is subsonic 223 ammo*
- *Easiest way to bug out of city during shtf*
- *Dulles gun show*
- *Solvent trap kits*
- *Subsonic 5.56 ammo that cycles*
- *must haves for shtf fire fight*
- *wear plate carrier outside of cold weather gear or inside*
- *what to pack for 3 day patrol ambush*
- *game cart*
- *k baffles silencer*
- *ar quick change barrel*
- *30 day food supply*

- *subsonic 223 lethality*
- *shtf murder*
- *shtf vehicle loadout*
- *best speed for drilling stainless*
- *ta31 acog anti glare*
- *5.56 suppresor design*
- *suppressor baffles*
- *shtf tactics*
- *airsoft training camp*
- *airsoft games near me*
- *American redoubt*
- *state with best gun law*
- *bushmaster exploding rds*
- *25mm exploding rds*
- *ar complete upper chrome lined barrel*
- *ar15 adjustable buttstock for armor*
- *3 gun rifle good for shtf*

During this time, SUBJECT also sent dozens of emails containing links to this equipment to HIS personal e-mail email address.  Emails on 11 July 2017 included links for http://infidelbodyarmor.com/armor-c-1/ and http://www.bulletproofme.com/RP-Level-4-With-Vest.html.

**6 Jul 2017:**  SUBJECT sent an email to HIS personal e-mail address with a saved .jpg image titled 1997_156_lg_.jpg.  See Figure 3.



Figure 3.

**13 Jul 2017:**  SUBJECT performs google search for "*sos mc*" and attempted multiple times to navigate to www.sonsofsilence.com but was blocked by the USCG Gateway.  SUBJECT later navigated to an article on a white nationalist website about the president of the Mongols Motorcycle Club in Scandinavia:  http://www.theapricity.com/forum/showthread.php?39506-Classify-Jonas-Bergdahl-president-of-Mongols-MC-in-Scandinavia.

**27 Jul 2017:**  SUBJECT accessed 37 URLs related to survival properties in Montana, Idaho, and Wyoming at www.survivalrealty.com and other websites.

**1 Aug 2017:**  SUBJECT emailed the U.S. Marine Corps Warfighting Publication (MCWP) for Scouting and Patrolling and the U.S. Army Ranger Handbook to HIS personal e-mail email address.

**3 Aug 2017:**  SUBJECT sent two emails to HIS personal e-mail address with HIS "Copy of Bills1" financial spreadsheet attached.  Sheet 3 (see Figure 4) was observed to contain the following information which was present previously.  Details of the survival/packing list on Sheet 3 were slightly different in the two emails indicating SUBJECT was in the process of editing it.



| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | suppressor x 2 | 2k | | survival bars | | bandagex3 | | ruck | 3 day/carrier | belt |
| 2 | thermal/night vision | 1.5k | | long term vits | | band aids asst | | sleep system | 3 MRE | multi tool |
| 3 | | | | bolt | | bacitracin | | tent | Water | mags |
| 4 | | | | | | alchol wipes | | upper | 8 mags | ifak |
| 5 | | | | | | mbu 50 | | ammo | human parts/cleaning | knife |
| 6 | | | | monocular | | asprin 20 | | clothes x1 | 5 food bars | water |
| 7 | | | | thermal/night | | stomach 10 | | flips/floop | poncho | admin pouch |
| 8 | | | | pack | | softner 10 | | stove | liner | mono |
| 9 | | | | pouchs | | needle relief | | water | radio | everday first aid |
| 10 | | | | | | tourni | | extra first aid | tp | mre tp |
| 11 | | | | bandol | | clotting 2 | | extra food | | mono pouch |
| 12 | | | | speed loader | | anti septic powder | | soap/wipes | | |
| 13 | | | | | | big band 2 | | tp | | |
| 14 | game cart 750lbs | 2 rucks | 200lbs | | | surgical tape | | | | |
| 15 | | axe / files | 5lbs | | | eye drops | | | | |
| 16 | | tarp x2 | 5lbs | | | hand wipes | | | | |
| 17 | | dog food | 100lbs | 2 bags | | powder | | | | |
| 18 | | human fd | 150 lbs | rice/beans/soup | | jock itch cream | | | | |
| 19 | | ammo | 50 lbs | | | a'chol gel | | | | |
| 20 | | trash bag | 2lbs | | | scissors | | | | |
| 21 | | pot/can | 10lbs | cast iron | | suck chest seal | | | | |
| 22 | | water 5g | 25lbs | jug/5 gallon bucket | | super g'ue | | | | |
| 23 | | clothes CW | 50lbs | jacket/pants/cw | | suture kit | | | | |
| 24 | | bow+ | 10lbs | broad head | | antibiotics | | | | |
| 25 | | fishing | 10lbs | | | nasal airway | | | | |
| 26 | | trapping wire | 5lbs | | | | | | | |
| 27 | | shovelx2 | 5lbs | | | | | | | |
| 28 | | pick | 2lbs | | | | | | | |

Figure 4.

**10 Aug 2017:**  SUBJECT performed a google search for "*afa kindred*" and accessed over 20 URLs associated with the Asatru Folk, a white supremacist group.

SUBJECT also sent an email to two USCG employees with information and opinions pertaining to the Israeli attack on the USS Liberty.  SUBJECT also performed internet searches for the following:

- *why did Israel attack uss liberty*
- *how Israel got the bomb*
- *did Israel threaten to use nukes*
- *nuke Israel muslims*

**14 Aug 2017:**  SUBJECT observed referencing the 12 August 2017 vehicle ramming attack in Charlottesville, VA by neo-Nazi James Fields in a skype conversation with a USCG employee. Discussion is as follows:

*13:35:01 How are you doing Chris?*
*13:35:15 SUBJECT:  Doing okay how are you doing?*
*13:35:21 Ok.  Did you buy a place up there and sell the place down here?*
*13:36:10 SUBJECT:  No renting up here and renting out our place down there.*
*13:36:21 That leaves your options open*
*13:36:45 SUBJECT:  yeah its been pretty good.  Although DC freakin sucks ass*
*13:37:06 I thought you liked it up there, but that was when you were visiting.*
*13:37:30 SUBJECT:  Yeah it wears on you getting around is no fun.*
*13:37:46 What do you have left?  2 years?*
*13:38:01 SUBJECT:  I feel like that guy at the rally, I would love to just run over people up here.*
*13:38:12 lol*
*13:38:16 SUBJECT:  I owe 2 years but 4 till 30.  Or 3 and 3/4.  Probably going to stick it out long as I can*

16

**15 Aug 2017:** SUBJECT performed internet searches for *"claymore mine" and "improvised explosive device"* and performed research on IEDs and explosively formed penetrators (EFP).

SUBJECT also accessed over 70 URLs at https://maxvelocitytactical.com which is a commercial firearms and tactical training provider.

**17 Aug 2017:** SUBJECT emailed a copy of the 2003 US Army Combat Leader's guide to HIS personal e-mail address.

**21 Aug 2017:** SUBJECT performed bing searches for *"russian immigration"* and *"official russian immigration website"* and accessed at least ten .ru URLs.

**23-31 Aug 2017:** SUBJECT navigated hundreds of URLs at www.remoteproperties.com, www.landinalaska.com, forums.outdoorsdirectory.com, and other sites related to Alaska living. SUBJECT's internet searches include the following:

- *Alaska and northern Canada remote properties*
- *living alone in ak bush*
- *remote ak cabin*
- *Siberian cabin*
- *1 year supply of food*
- *Remote Alaska property for sale*

**5 Sep 2017:** SUBJECT performed a search on www.amazon.com for *"Covington"* and accessed the following ebooks by American neo-Nazi Harold Covington and others:

- Patriot Dawn: The Resistance Rises eBook: Max Velocity
- The Brigade - Kindle edition by H.A. Covington.
- The Hill of the Ravens eBook: H. A. Covington
- Freedom's Sons - Kindle edition by H. A. Covington
- The Promethean - Kindle edition by Owen Stanley
- A DISTANT THUNDER - Kindle edition by H. A. Covington
- A Mighty Fortress - Kindle edition by H. A. Covington
- White Power - Kindle edition by George Lincoln Rockwell
- Domestic Enemies: The Reconquista (The Enemies Trilogy Book 2) - Kindle edition by Matthew Brac
- People's Republic - Kindle edition by Kurt Schlichter
- Indian Country - Kindle edition by Kurt Schlichter
- The Red Cliffs of Zerhoun - Kindle edition by Matthew Bracken
- The Bracken Anthology - Kindle edition by Matthew Bracken
- Foreign Enemies And Traitors (The Enemies Trilogy Book 3) - Kindle edition by Matthew Bracken

SUBJECT performed a bing search for *"northwest front"* and accessed approximately 50 URLs at www.northwestfront.org and www.northwestfront.net.

17

SUBJECT also performed bing searches for "*cell phone jammer for sale*" and "*what would happen if you put cell phone jammer next to cell phone tower*".

**6 Sep 2017:**  SUBJECT accessed at least 20 URLs at Southern Poverty Law Center (SPLC) related to extremist profiles and extremist news.  SUBJECT also performed searches using google maps for Astoria, OR; Spokane, WA; Sandpoint, ID; and Bonners Ferry, ID.

**7 Sep 2017:**

08:11 to 08:55 – SUBJECT accessed over 35 URLs at www.northwestfront.org and performed the following internet searches:

- *what order to read northwest front books*
- *northwest migration*
- *Harold Covington northwest front*

12:43 to 13:02 – SUBJECT navigated to the following portals: https://en.wikipedia.org/wiki/Portal:Terrorism and https://en.wikipedia.org/wiki/Portal:Weapons_of_mass_destruction and accessed over 50 URLs related to nuclear weapons.

13:25 to 15:40 – SUBJECT accessed (or attempted to browse) approximately 150 URLs at en.wikipedia.com, http://privat.bahnhof.se, and http://freedomguide.blogspot.com related to improvised explosives, shaped charges, EFPs, cluster munitions, and other explosive warheads. SUBJECT performed internet searches for the following:

- *roadside bomb wiki*
- *Iranian efps*
- *multi projectile iranian efps*
- *is Harold Covington fbi informant*
- *websites like http://privat.bahnhof.se/wb907234/efp.htm*

SUBJECT also sent two emails with links for http://privat.bahnhof.se/wb907234/efp.htm and http://freedomguide.blogspot.com to HIS personal e-mail address.

**9 Sep 2017:**

15:21 to 18:00 – SUBJECT performed a google search for "*efp*" and accessed over 100 URLs related to explosively formed penetrators and shaped charges.  SUBEJCT also visited pages selling copper EFP plates, shaped charges, and assembly instructions at the following websites:

- http://inertproducts.com/inc/sdetail/259/5746
- http://inertproducts.com/shaped_charges
- https://catalog.a-tsolutions.com/ProductDetails.asp?ProductCode=KR1005
- http://armytrainingsupport.com/index.php?main_page=product_info&products_id=22290

SUBJECT also sent an email with the link http://inertproducts.com/shaped_charges to HIS personal e-mail address.

18:00 to 19:15 – SUBJECT navigated to the www.sciencemadness.org and accessed over 90 URLs on discussion boards to include unconventional shaped charges. SUBJECT also clicked on the following links in the discussion threads pertaining to materials for making shaped charges.

- https://www.amazon.com/SE-JT3403DS-Polished-Stainless-Cavities/dp/B005KLXL82/ref=sr_1_cc_2?s=aps&ie=UTF8&qid=1432920458&sr=1-2-catcorr&keywords=dapping
- http://www.ebay.com/itm/10-gram-0-35-oz-99-98-Pure-TANTALUM-Ta-Metal-Sheet-Foil-Thickness-0-2mm-/271950028794?hash=item3f517c1ffa

22:32 – SUBJECT performed a google search for "*jews in news*".

**11 Sep 2017:**

07:44 to 08:38 – SUBJECT performs bing search for "*northwest migration*" browses various white supremacist content. SUBJECT also sends email with link for http://home.dejazzd.com/richpalm/northwest_migration_handbook2.htm to HIS personal e-mail address.

09:58 to 10:20 – SUBJECT attempts to navigate to http://privat.bahnhof.se/wb907234/efp.htm. 12:07 to 12:08 – SUBJECT performs www.amazon.com searches for "*copper cone*" and "*copper disc*".

14:49 – SUBJECT sends email with link for http://whitenations.com/archive/index.php/t-1287.html to HIS personal e-mail address.

**14 Sep 2017:** SUBJECT performed a search on www.amazon.com for "*white power*" and accessed the following ebooks:

- Everyday Anarchy: The Freedom of Now - Kindle edition by Stefan Molyneux
- THE WHITE MAN'S BIBLE (Ben Klassen, 1981) - Kindle edition by Ben Klassen
- Dreaming The Iron Dream: Dreaming The Iron Dream eBook: Harold A. Covington
- Decline of the West: Volumes 1 and 2 - Kindle edition by Oswald Spengler, David Payne
- SS Leadership Guide eBook: Alfred Kotz: Kindle Store
- Forged in Blood (Freehold Book 8) eBook: Michael Z. Williamson: Kindle Store

SUBJECT also accessed six URLs at http://privat.bahnhof.se that included subject matter on EFP warheads and how to defeat UAVs.

**15 Sep 2017:**  SUBJECT browsed content at Southern Poverty Law Center and various firearms websites.  SUBJECT also performed internet searches for the following:

- *Lewis beam*
- *Lewis beam leaderless resistance*
- *White nationalist and Islamic terrorists*
- *White nationalist working with Islamic terrorists*
- *308 bullpup*
- *Homemade mortar*

Specific articles and URLs accessed by SUBJECT included the following:

- Are rightwing pundits right that America is on the brink of a civil war? | US news | The Guardian
- Essays of a klansman : being a compendium of Ku Klux Klan ideology, organizational methods, history
- Right-wing terrorism – Wikipedia
- FEAR (terrorist group) – Wikipedia
- Woodburn bank bombing – Wikipedia
- Anger as German AfD leader urges 'pride' in wartime troops | Yahoo
- The IRA's recoilless improvised grenade launcher - The Firearm Blog

**18 Sep 2017:**  SUBJECT performs bing searches for "*different racial characteristics of humans*" and "*order to read northwest front novels*".  SUBJECT also accessed extremist files for Andrew Anglin and Louis Beam at www.splcenter.org.

**26 Sep 2017:**  SUBJECT accessed the following posts at https://www.reddit.com/r/vandwellers/:

- A few months ago we bought a bus. We've been slowly tearing it apart...
- Paying Off Debt by Living in a Van - Converted Ambulance Tour!
- Our nearly complete Box Truck conversion

**28 Sep 2017:**  While browsing the Men Going Their Own Way (MGTOW) subreddit (https://www.reddit.com/r/MGTOW), SUBJECT performed a reddit search for "*Christian identity*" and proceeded to browse at least 50 URLs containing Christian Identity and White Supremacist extremist content on a number of websites to include:

- www.reddit.com
- https://christogenea.org
- http://kinsmanredeemer.com
- http://leagueofthesouth.com
- www.forumbiodiversity.com

Additionally, SUBJECT performed internet searches for the following:

- *Happy white couple*

20

- *White American couple*
- *immigration act of 1965*
- *deus volt*
- *deus volt t shirt*

SUBJECT also sent an email to HIS personal e-mail address with a link (http://www.forumbiodiversity.com/showthread.php?t=9696) which directs to a post titled **"In the USA you will be fired for talking about Jews"**.

**29 Sep 2017:**

10:20 – SUBJECT performed bing search for *"formal introduction letter example"* and navigated to: http://www.englishforbusinesscommunication.com/how-to-formally-introduce-yourself-in-emails/.

10:41 – SUBJECT performed a bing search for *"white seprumist town?"* and navigated to a Newsmax article titled "White Supremacist Wants The Town of Leith, N.D. to Be Whites Only".

10:48 – SUBJECT performed a bing search for *"butler plan"* and navigated to: http://caesartort.blogspot.com/2011/02/butler-plan-excerpts.html.

12:48 – SUBECT sent an email to HIS personal e-mail address with a link for: http://caesartort.blogspot.com/2011/02/butler-plan-excerpts.html.

13:15 – SUBJECT sent an email to HIS personal e-mail address with an attachment titled Mr.docx which reads as follows:

> *Mr. Covington,*
>
> *I am writing you regards to your ideas behind North West migration. To date I have read most of your books and briefly looked at your website. I am a long time White Nationalist, having been a skinhead 30 plus years ago before my time in the military. I have served in 3 branches currently serving as an Officer (never attended college) with 2 years till I hit mandatory retirement at 30.  I have been married 25 years and brought up two ▨▨▨▨▨▨▨ children ▨▨▨▨▨▨▨ My plans are upon retirement to move to the North West most likely Idaho. While I fully support the idea of a white homeland, my friends who still play at being a skinhead at 40 plus years old say that you are an informant. That is neither here nor there it is not an accusation the person who told me this served a 12 year prison sentence and never ratted me out so I will not dispute him nor will I accuse you. I never saw a reason for mass protest or wearing uniforms marching around provoking people with swastikas etc. I was and am a man of action you cannot change minds protesting like that.  However you can make change with a little focused violence.*
>
> *▨▨▨▨▨ has made a good many contacts of normal white people as well as the "alt right "and enjoys "red pilling" them to our cause. I think he has succeeded on bringing some very valuable assets to our cause, people with education and means who seem to be sincere. My intention is to bring as many of these people to the Northwest as can be*

21

*persuaded however I am reluctant to join or have them join a movement officially as most are infested with informants of one kind or another. The government has expertly infiltrated and destroyed from within most if not all Pro White organizations. I think it best to move there integrate with in the communities and "red pill" the normal folk or become a pillar of the community. I have no law enforcement back ground but am looking at running for sheriff or possibly town counsel in the area I decide to settle after establishing myself, not waving Nazi/confederate flags just being an upstanding citizen in a white community.  To that point Mr. Cobb character is an idiot in my humble opinion why would you announce to the world your intentions and expect anything but push back. The reason for this letter is to hopefully open a dialogue with you and when I do move up there to coordinate efforts. I am not starting a new movement just bringing people to your and Rev Butlers ideas. We need a white homeland as Europe seems lost. How long we can hold out there and prevent niggerization of the Northwest until whites wake up on their own or are forcibly made to make a decision whether to roll over and die or to stand up remains to be seen. But I know a few younger ones that are tired of waiting and I feel we need them to resettle and build a community before they throw their life away with some desperate measure like shooting up a mosque in an area that doesn't want us. They need a Homeland to fight for as America has turned its back on them. I know more than a few that went this path it's a fucking waste.*

**2 Oct to 22 Nov 2017:**  SUBJECT performed numerous firearms related searches on a daily basis and made thousands of visits to firearms related URLs over this period of time.  SUBJECT also sent several emails to HIS personal e-mail address containing firearms-related links.

**2 Oct 2017:**  SUBJECT performed internet searches that included the following:

- *Stephen paddock*
- *Stephen paddock las vegas*
- *Camping shenadoah*
- *George Washington national forest camping*
- *Apocalypse mountain retreat*

These searches took place one day after the Las Vegas shooting which provides context for searches for Stephen Paddock.

SUBJECT accessed over 15 URLs for Shenandoah National Park (https://www.nps.gov/shen) and George Washington & Jefferson National Forests (https://www.fs.usda.gov/main/gwj).

SUBJECT sent one email to HIS personal e-mail address with a link to the Brandywine Recreation area:  https://www.fs.usda.gov/recarea/gwj/recarea/?recid=73617.

**3 Oct 2017:**  SUBJECT accessed over ten URLs on Wikipedia related to Nazi Germany and the Waffen-SS.

**4 Oct 2017:**  SUBJECT performed a bing search for "*he sat in a room in a square the color of blood*" and navigated to www.lyricsfreak.com where HE accessed the lyrics to "The Snow Fell" and "Ode To a Dying People" attributed to the Canadian white supremacist band RaHoWa.

Both songs were originally written by Swedish white nationalist singer/songwriter Saga and cited by Anders Breivik on pages 846-849 of his manifesto under the paragraph header "**How to sustain your high morale and motivation for years through music**". Breivik includes both songs and their lyrics and writes the following:

*I would HIGHLY recommend that all Justiciar Knights of Europe and other revolutionary conservatives use these tracks for self-motivating purposes. Don't just listen to the tracks but learn the texts as well. It has worked brilliantly for me and it will likely work just as well for you.*

**12 Oct 2017:**

11:54 to 12:13 – SUBJECT performed internet searches for the following:

- *cross dressors in coast guard*
- *transgender in coast guard 2016*
- *highest ranking transgender in coast guard*

12:19 to 12:24 – SUBJECT performed a bing search for "*militant Christianity*" and accessed content on Militant Christianity, Christian Identity, Vigrid, and White Genocide at https://rationalwiki.org.

12:30 to 12:35 – SUBJECT performed bing searches for "*auto mill machine*" and "*best auto mill machine for gun manufacture*" and accessed content on "ghost guns" which included a wired.com article about 3D printed guns: https://www.wired.com/2014/10/cody-wilson-ghost-gunner/.

**13 Oct 2017:** SUBJECT performed internet searches for the following:

- *christian identity forum*
- *christian identity scriptures*
- *christian identity bible*
- *Leviticus 20:13*

SUBJECT accessed (or attempted to access) over 125 URLs related to Christian Identity extremism at a number of websites to include http://www.thechristianidentityforum.net/, http://christianidentityministries.com/, https://christogenea.org/.

SUBJECT also sent an email to HIS personal e-mail address with a link for: https://boards.christogenea.org/.

**16 Oct 2017:** SUBJECT accessed dozens of Christian Identity extremist URLs and Conspiracy subreddit pages at www.reddit.com. SUBJECT also performed internet searches for the following:

- *Balkanization of America*
- *tannerite*

23

- *tannerite bomb*
- *Christian identity*
- *Christian identity strongholds*
- *Christian identity movement*
- *the Covenant, the Sword, and the Arm of the Lord (CSA)*
- *the mountain church*
- *Elohim city*

SUBJECT sent two emails to HIS personal e-mail address with links for http://www.deagel.com/country/forecast.aspx and a goodreads.com quote (https://www.goodreads.com/quotes/322535-i-don-t-see-much-future-for-the-americans-it-s) attributed to Adolph Hitler that reads:

> *"I don't see much future for the Americans...it's a decayed country. And they have their racial problem, and the problem of social inequalities...my feelings against Americanism are feelings of hatred and deep repugnance...everything about the behavior of American society reveals that it's half Judaised, and the other half negrified. How can one expect a State like that to hold together?")*

**17 Oct 2017:**  SUBJECT accessed extremist content at www.whitenationalist.org, https://boards.christogenea.org, and Wikipedia pages related to race.  SUBJECT also performed internet searches for the following:

- *Dual seedline*
- *What race are irish people*
- *Pastor lindstedt*
- *Pastor lindstedt pedofile*
- *Ed brown*

**18 Oct 2017:**  SUBJECT accessed dozens of URLs at various websites featuring Christian Identity and White Nationalist extremist content.  SUBJECT performed internet searches for the following:

- *christian identity bible passages*
- *christian identity bible study*
- *bible of christian identity believers*
- *phineas priesthood*
- *genesis 1.27*

SUBJECT also performed searches on www.amazon.com for *"Andrew Hitchcock Harrington"* and on bing for *"why cant I get the ice path by billy roper on amazon?"*.  SUBJECT accessed the following book titles on amazon.com and amazon.co.uk.

- The Synagogue of Satan: Andrew Carrington Hitchcock: 9781930004450
- The Ice Path: A Way Forward: Amazon.co.uk: Billy Roper: 9781512272734

24

**23 Oct 2017:**  SUBJECT accessed over 30 URLs at www.survivalrealty.com related to properties in Montana, Idaho, and Wyoming.

SUBJECT also accessed nearly 50 URLs at various websites related to Christian Identity extremism.

**24 Oct 2017:**  SUBJECT accessed dozens of URLs related to Christian Identity extremism at boards.christogenea.org.  SUBJECT also performed a bing search for "*andrew carrington hitchcock*" and accessed the following pages at https://andrewcarringtonhitchcock.com:

- http://andrewcarringtonhitchcock.com/The-Synagogue-Of-Satan.php
- http://andrewcarringtonhitchcock.com/Jewish-Genocide-Of-The-White-Race---Case-Closed%21.php

**25 Oct 2017:**  SUBJECT accessed dozens of URLs related to Christian Identity extremism content and performed searches for "*droping out of mainstream society montana*" and "*christian identity communitities*".  SUBJECT also sent an email to HIS personal e-mail address with a link for http://christianidentitychurch.net/articles.htm.

SUBJECT accessed five URLs related to mobile military weapon cases at www.pelican.com and performed the following internet searches:

- *home Parkerizing kit*
- *can you machine firearms with just a drill press*
- *pelican case rifle rack*
- *gun rack systems*

**26 Oct 2017:**  SUBJECT performed a google search for "*Christian identity*" and accessed dozens of URLs related to Christian Identity extremism.  SUBJECT also sent an email to HIS personal e-mail address with a link for http://christianidentitychurch.net/main/?page_id=166.

SUBJECT also accessed webpages on gun laws at www.atf.gov and www.vsp.state.va.us. SUBJECT performed internet searches for the following:

- *rules for military buying guns in VA*
- *can military buy long guns in every state?*
- *18 U.S.C.922(a)(3) and (5), 922(b)(3), 27 CFR 478.29 and 478.30*
- *Atf*

**30 Oct 2017:**  SUBJECT accessed 15 URLs related to Christian Identity extremism at boards.christogenea.org.

SUBJECT also accessed over 15 URLs related to the Shanghai Cooperation Organization (www.engsectsco.org), the Iranian Ministry of Foreign Affairs (http://en.mfa.ir), the Ministry of Foreign Affairs of the Republic of Kazakhstan (http://mfa.gov.kz/en) and the Ministry of Foreign Affairs of the Russian Federation (www.mid.ru/en/main_en).

**31 Oct 2017:** SUBJECT performed a bing search for "*how much silver for shtf*" and made a purchase at www.jmbullion.com. SUBJECT sent an email to HIS personal e-mail address with the link: https://www.jmbullion.com/my-account/view-order/?order=1688916.

SUBJECT also accessed over a dozen URLs related to Christian Identity extremism and sent two emails to HIS personal e-mail address with the following links:

- https://boards.christogenea.org/articles/45575-basic-steps-and-advice-for-new-users
- http://brotherryan.com/beasts?page=1

**7-8 Nov 2017:** SUBJECT accessed dozens of URLs related to Christian Identity extremism and performed internet searches for the following terms:

- *adamic race*
- *adamites in the bible*
- *most racist churches in usa*
- *white racist churches*
- *phineas priesthood*
- *phineas christian band*
- *christian identity*
- *identity christian pastors*
- *identity christian theology*
- *Hebrews 8:8*
- *Jeremiah 31:31*
- *john 17 9 meaning*

**15 Nov 2017:** SUBJECT accessed at least seven URLs related to Christian Identity extremism and also attempted to access the website http://www.amerika.org/texts/interview-with-billy-roper/comment-page-1/ but was blocked. SUBJECT performed internet searches for the following:

- *books about the collapse of America*
- *more books like the fifth horseman by billy roper*
- *christian identity forum*
- *alternative history novels*
- *the years of rice and salt*

SUBJECT also accessed the following book titles on amazon.com:

- Amazon.com: Fatherland: A Novel (9780812977219): Robert Harris: Books
- Amazon.com: The Iron Dream eBook: Norman Spinrad: Kindle Store
- In the Presence of Mine Enemies - Kindle edition by Harry Turtledove
- Chosen of the Valkyries (Twilight Of The Gods Book 2) - Kindle edition by Christopher Nuttal

- Amazon.com: Storm Front (Twilight Of The Gods Book 1) eBook: Christopher Nuttall, Brad Fraunfel
- Amazon.com: The Invasion of 1950 eBook: Christopher Nuttall: Kindle Store
- Amazon.com: The Twilight's Last Gleaming eBook: Tom Anderson: Kindle Store
- Amazon.com: AMERITA: A Dystopian (or Utopian?) Alternate History Thriller in a Post Apocalyptic
- Amazon.com: Altered Europa eBook: Martin T. Ingham, Dan Gainor, Sam Kepfield, William Rade
- America's Next War (2): A predictive novel about the involvement of the American military in the coming great war in Europe

**16 Nov 2017:** SUBJECT accessed approximately 10 URLs related to Christian Identity extremism and performed internet searches that included the following terms:

- *christian identity and mormon*
- *gun control*
- *economic collapse*
- *how were guns made during civil war period*
- *early gun barrel manufacturing*

**17 Nov 2017:** In addition to normal browsing activity on the MGTOW subreddit, SUBJECT accessed approximately 50 URLs related to Involuntary Celibate (Incel) culture at http://looksmax.net.

**20 Nov 2017:** SUBJECT performed internet searches that included the following terms:

- *book about African whites becoming world conquerors*
- *draken books*
- *sci fi book about boers*

SUBJECT also accessed the following book titles on amazon.com:

- Draken (The Southern Fire Series Book 1) eBook: S. B. Nova: Kindle Store
- Howl of the Wolf (Heirs to the Throne Book 1) eBook: Diane Rapp: Kindle Store

**22 Nov 2017:** SUBJECT accessed over 50 URLs related to Nazi Germany at Wikipedia and www.alanhamby.com. SUBJECT's internet searches included the following terms:

- *oppen fuhrer*
- *ww2 german silver coins*
- *waffen ss*

**27 Nov 2017 to 2 Jan 2018:** Beginning on 27 November 2017, SUBJECT began performing numerous searches pertaining primarily to rifles, scopes, and optics on a daily basis and made thousands of visits to firearms and long range shooting related URLs such as www.sniperforums.com over this period of time. SUBJECT also sent several emails to HIS

personal e-mail address containing rifle, scopes, and optics related links.  SUBJECT's internet searches during this period include, but are not limited to, the following:

- *best 308 ar*
- *vepr 308 16 inch barrel*
- *308 vepr for long range killing*
- *shtf loadout*
- *best 3 gun scope 308*
- *us army rifle scope*
- *how to reduce felt recoil 308 ar*
- *best ar 10 setup*
- *308 ar for shtf*
- *best 7.62 suppressor for semi auto*
- *nra range near me*
- *308 match grade ammo*
- *max distance for 308 with 16 in barrel*
- *most accurate barrel for lr 308*
- *reloading set up*
- *us sniper rifle set up*
- *snipers hide*
- *basic sniper setup*
- *best match grade for 308 16 inch barrel 1 10 twist*
- *good 600 yard scope 308 rifle*
- *longest kill with acog*
- *long range shooting forum*
- *sniper rifle gun stock multicam painting*
- *7mm rem mag effective range*

**30 Nov 2017:**  SUBJECT emailed a photo of two assault style rifles (Figure 6) to HIS USCG work email on 30 November 2017 from an alternate personal email ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.



Figure 6.

SUBJECT also emailed a saved photo of three assault style rifles (Figure 7) to HIS personal e-mail address.



Figure 7.

**5 Dec 2017:**  SUBJECT sends email to a USCG employee with the subject line "mentor" in which HE asks the employee to mentor ████████ whom HE describes as an ████████ ████████████████████.  The email states the following:



*Chris*

████████████

**15 Dec 2017:**  SUBJECT accessed nearly 40 URLs on the following subreddits:

- https://www.reddit.com/r/vandwellers/
- https://www.reddit.com/r/adventuremobile/
- https://www.reddit.com/r/vandwellermarketplace/

SUBJECT also performed a google search for "*eric rudolph*" and accessed Wikipedia pages for Rudolph, Donald Spitz, and the Army of God.

**19 Dec 2017:**  SUBJECT performed a search on the MGTOW subreddit for "*the end of civilization*".

SUBJECT also performed a google search for "*land for sale montana*" and accessed dozens of URLs and property listings at www.landandfarm.com.

**21 Dec 2017:**  SUBJECT performed google searches for the terms below:

- *sepp allerberger*
- *german sniper badge*
- *german sniper oakleaf badge*

SUBJECT then accessed webpages with replica German badges for sale at www.ww2sale.com and www.amazon.com.

**8 Jan 2018:**  SUBJECT accessed over 200 URLs related to rifles, scopes, night vision, and sniper related data.  SUBJECT's google searches included the following:

- *sniper data book*
- *best off the shelf sniper rifle*
- *night vision deployment discussion*
- *what to get starting out in night vision survival*

SUBJECT also performed google searches for "*ranches for sale*" and "*living in oregon*" and accessed over 100 URLs related to property for sale at www.landwatch.com.

**9 Jan 2018:**

07:14 to 07:53 – SUBJECT performed google searches for "*chechen sniper campaign*" and "*shamil basayev*" and accessed over 15 URLs at Wikipedia related to Chechen militants.

07:54 to 08:30 – SUBJECT performed a google search for "*white sharia*" and accessed: https://www.splcenter.org/hatewatch/2017/11/27/white-sharia-and-militant-white-nationalism.

08:34 to 08:42 – SUBJECT performed a google search "*current islamic terrorist groups*" and accessed the following web pages:

- https://en.wikipedia.org/wiki/List_of_designated_terrorist_groups
- https://en.wikipedia.org/wiki/Grey_Wolves_(organization)
- https://en.wikipedia.org/wiki/Hezbollah
- https://en.wikipedia.org/wiki/Irish_National_Liberation_Army
- https://en.wikipedia.org/wiki/Loyalist_Volunteer_Force
- https://en.wikipedia.org/wiki/Yarmouk_Martyrs_Brigade
- https://en.wikipedia.org/wiki/Kata%27ib_Hezbollah
- https://www.moqawama.org/ (Hezbollah)
- https://www.moqawama.org/catessays.php?cid=327&pid=201
- https://www.moqawama.org/essaydetails.php?eid=32905&cid=327

08:43 to 08:49 – SUBJECT performs google search for "*iranian embassy dc*" and accessed over 15 URLs related to Iran.  Pages visited include:

- http://www.daftar.org/far/default.asp (Interests Section of the Islamic Republic of Iran)
- http://persianacademy.ir/
- http://www.hafizonlove.com/
- http://irantarikh.com/
- http://www.president.ir/

10:19 to 11:07 – SUBJECT performed the following google searches for "*hezbollah*", "*hezbollah english website*" and "*hezbollah shia forum*" and accessed over 50 URLs related to information about Hezbollah to include:

- http://www.downtownbeirut.com/lebanon-directory/government-sites/hezbollah-official-website/

- https://www.idf.il/en/minisites/hezbollah/hezbollah-get-to-know-our-most-complicated-adversary/
- https://www.idf.il/en/minisites/terror-and-threats/the-5-major-threats-facing-israel/
- http://jihadintel.meforum.org/group/46/hezbollah
- http://jihadintel.meforum.org/identifiers/25/jihadist-media-forums
- http://jihadintel.meforum.org/country/2/iran
- http://jihadintel.meforum.org/group/103/abdullah-azzam-brigades
- http://jihadintel.meforum.org/group/101/abu-nidal-organization
- http://jihadintel.meforum.org/group/45/hamas

11:32 to 11:41 – SUBJECT performed a google search for "*charge of deicide*" and accessed the following pages on Wikipedia:

- https://en.wikipedia.org/wiki/Jewish_deicide
- https://en.wikipedia.org/wiki/Nostra_aetate
- https://en.wikipedia.org/wiki/Deus_vult
- https://en.wikipedia.org/wiki/Muscular_Christianity
- https://en.wikipedia.org/wiki/Dominion_Theology
- https://en.wikipedia.org/wiki/Tenth_Crusade_(CounterPunch)
- https://en.wikipedia.org/wiki/Christian_Patriot_movement

11:51 to 15:55 – SUBJECT accessed nearly 200 URLs related to precision shooting and sniper tactics.  SUBJECT also performed google searches for the following:

- *suppressors for sale virginia beach va*
- *hezbollah sniper*
- *russian sniper rifle*
- *use of snipers in infantry tactics*
- *best 7.62 suppressor*
- *mildot master pdf*
- *sniper website*
- *nfa virginia beach*

13:13 – SUBJECT sent an email to HIS personal e-mail address with the link: http://www.sniperflashcards.com/tactics.php.  This webpage provides instruction on "how to defend a city from invasion using civilian snipers as an auxiliary to the regular army".

15:12 – SUBJECT sent an email to HIS personal e-mail address with the following links:

- https://store.kifaru.net/accessories-c30.aspx
- http://tacticalintervention.com/reviewkifarupacks.html
- http://www.mildot.com/links.htm

**10 Jan 2018:**

07:19 to 07:50 – SUBJECT performed a google search for *"remote cabins for sale"* and accessed at least 25 URLs at www.survivalrealty.com.

11:40 to 14:57 – SUBJECT performed the following google searches:

- *how to support hamas*
- *how to support syrian government*
- *how to travel to syria to support syrian government*
- *Syria government*
- *what language spoken in Syria*
- *ali haidar*
- *syrian social nationalist party website english*
- *eagles of the whirlwind*

SUBJECT accessed over 200 URLs related to the Syrian Social Nationalist Party (SSNP) and the Syrian civil war.  Pages visited include:

- https://en.wikipedia.org/wiki/Hamas#/media/File:Hamasleadership.png
- https://en.wikipedia.org/wiki/Hamas
- http://www.egov.sy/employee/en/108/0/Minister+of+State+for+National+Reconciliation+Affairs+Dr.+Ali+Haidar.html
- http://www.ssnp.com/new/ssnp/en/ssnp.htm
- http://www.syria-report.com/
- https://southfront.org/syrian-social-nationalist-party-arab-nationalism-and-conflict-in-syria/
- http://portal.egov.sy/page/en/138/0/Syrian+eGovernment.html

SUBJECT also sent two emails to HIS personal e-mail address which contained links for http://www.ssnp.com/new/contact_en.htm and http://www.joshualandis.com/blog/syrian-social-nationalist-party-ssnp-war-syria/.

**11 Jan 2018:**  SUBJECT performed the following internet searches:

- *ira counter forensics*
- *anti forensics pdf*
- *IRA anti forensics techniques*
- *ira manual*
- *building a guerrilla movement and conducting operations*
- *building a guerrilla information network*
- *real ira*
- *starry plough*
- *us to ireland immigration*
- *using 911 gi bill to go to school in Ireland*
- *sniper data book pdf*
- *real ira*
- *official ira*
- *official republican movement*
- *republican simm fein*

SUBJECT accessed over 200 URLs related to the Irish Republican Army (IRA) and Sinn Fein. Pages visited include:

- The SAGE Encyclopedia of Terrorism, Second Edition - Google Books
- https://tensmiths.files.wordpress.com/2012/08/15914572-ira-green-book-volumes-1-and-2.pdf
- https://en.wikipedia.org/wiki/The_Green_Book_(IRA)
- http://www.marxists.org/archive/marighella-carlos/1969/06/minimanual-urban-guerrilla/index.htm
- https://en.wikipedia.org/wiki/Provisional_Irish_Republican_Army
- Amazon.com: Guerrilla Networking: A Proven Battle Plan to Attract the Very People You Want to Me
- https://republicansinnfein.org/

SUBJECT also sent an email to HIS personal e-mail address with the link: https://republicansinnfein.org/imeachtai-events/.

**12 Jan 2018:**

08:44 to 11:24 – SUBJECT accessed approximately 100 URLs related to the IRA and living in Ireland.  SUBJECT performed the following google searches:

- *ira*
- *rural housing in ireland for sale*
- *gun ownership in ireland*
- *cost of living in rural Ireland*
- *cheap flights Ireland*

14:33 to 14:40 – SUBJECT performed a google search for "*shotgun tripwire alarm*" and accessed pages at http://www.pyrocreations.com that included:

- http://www.pyrocreations.com/12-gauge-perimeter-alarm.html
- http://www.pyrocreations.com/firing-units
- http://www.pyrocreations.com/Perimeter-Alarms
- http://www.pyrocreations.com/cannons-and-mortars
- http://www.pyrocreations.com/mortar-racks
- http://www.pyrocreations.com/ball-mills-and-media
- http://www.pyrocreations.com/ball-mills-and-media/alumina-inchceramicinch-cylinders-1-2-inch.html
- http://www.pyrocreations.com/best-of-afn-iv.html

**16 Jan 2018:**  SUBJECT accessed five URLs at https://travel.state.gov related to obtaining a passport and also performed google searches that included the following:

- *how to get passport*
- *noraid*
- *us irish moving to Ireland*

**17 Jan 2018:** SUBJECT accessed over a dozen URLs at www.atncorp.com related to night vision optics and weapon scopes. SUBJECT also performed google searches for:

- *learn gaelic irish*
- *do you break in bergara barrels*
- *gaelic irish lessons dc area*

**18 Jan 2018:** SUBJECT performed google searches for the following:

- *german sniper story sepp*
- *german ww2 sniper*
- *killing school*
- *killing school: inside the world's deadliest sniper programs*
- *terrorist sniper*
- *major sniper attacks usa*
- *sniper rifle break in*
- *tubb final finish*
- *hoppes solvent*

SUBJECT accessed dozens of URLs containing sniper related content to include:

- German Sniper Sepp Allerberger | Axis History Forum
- List of snipers | Wikipedia
- Cover Reveal and Q&A with Brandon Webb on his newest book, 'The Killing School' | SOFREP
- Flatline Ops Body Bag Belt Rear Shooting Bag System Travelling Hiking | Amazon.com
- https://archives.fbi.gov/archives/news/stories/2007/october/snipers_102207

**19 Jan 2018:** SUBJECT accessed over 75 URLs related to Nazi Germany at websites to include https://forum.axishistory.com, https://defence.pk, and Wikpedia. SUBJECT performed internet searches for the following:

- *ww2 german sniper*
- *ss unit emblems wiki*
- *sniper umbrella*
- *ss units*

**22 Jan 2018:** SUBJECT accessed over 100 URLs related to sniper content, precision shooting, rifle parts/accessories, and over a dozen URLs at www.quanticoshootingclub.com. SUBJECT performed internet searches which included the following:

- *best yardage for 308 zero*
- *how to use trig to calculate distance*
- *trigonometry distance formula*
- *gun muzzle break*
- *quantico rifle range*
- *size of door usa*
- *size of garage usa*
- *garage sizes 2 car*

- *stop sign height*
- *howa 338*
- *best on barrel life high power rifle*
- *integrated suppressed bolt action*

**23 Jan 2018:**

07:49 to 07:59 – SUBJECT accessed the following book titles at www.amazon.com:

- ITC Marksmanship Data Book 1 / Sniper / Long Range / Red Logo: Sports & Outdoors
- Insurgency and Terrorism: From Revolution to Apocalypse, Second Edition, Revised - Kindle edition
- Western Civilization Bites Back eBook: Jonathan Bowden, Greg Johnson: Kindle Store
- For My Legionaries - The Iron Guard eBook: Corneliu Zelinski , Corneliu Zelea Codre
- Out of the Mountains: The Coming Age of the Urban Guerrilla - Kindle edition by David Kilcullen

08:12 to 09:08 – SUBJECT accessed sniper related URLs and performed a google search for *"benchrest rail gun"*.

09:21 – SUBJECT performed a google search for *"homemade EFP"* and attempted to access http://privat.bahnhof.se/wb907234/efp.htm but the website was blocked by the firewall.

09:38 to 09:43 – SUBJECT accessed extremist files for Phineas Priesthood and Alt-Right at Southern Poverty Law Center.  SUBJECT also accessed the story: https://www.splcenter.org/20151101/terror-right.

10:30 to 10:35 – SUBJECT performed a google search for *"efp"* and accessed the following pages:

- http://freedomguide.blogspot.com/2013/02/efp-warhead.html
- Copper EFP Plates - © INERT PRODUCTS LLC - For Official Use Only
- http://inertproducts.com/inc/sdetail/9949/5746/post/
- http://inertproducts.com/storeCart
- http://news.met.police.uk/images/ciaran-maxwell-sentencing-copper-bowl-976159
- http://news.met.police.uk/news/former-royal-marine-jailed-for-terrorism-drugs-and-fraud-offences-252458

11:39 to 12:14 – SUBJECT performed the following google searches:

- *cheap benchrest rail gun set up*
- *pan tilt gun platform*
- *pan tilt camera platform*
- *motorized pan tilt camera mount*
- *long range hd surveillance camera*
- *filming through rifle scope*

12:14 – SUBJECT sent an email to HIS personal e-mail address with the link: https://www.inteliscopes.com/.

12:44 to 12:45 – SUBJECT performed a google search for "*blood group tattoo*" and accessed the webpages https://en.wikipedia.org/wiki/SS_blood_group_tattoo and https://en.wikipedia.org/wiki/Fraktur.

**24-29 Jan 2018:** SUBJECT accessed hundreds of URLs related to Nazi Germany, Hitler's SS, and precision rifle shooting. SUBJECT's google searches include the following:

- *german werewolf*
- *german peaked cap with edelweiss badge*
- *swfa scopes*
- *swfa vs athlon*
- *bolshevism*
- *anti communist usa*
- *jager troop*
- *Edelweiss traditional german army*
- *Greifenberg, Germany*
- *Oberscharführer*
- *iron legion*
- *orginization todt*
- *ss training camps*
- *ss soldiers clubs*
- *waffen ss after war*
- *sennheim*
- *ostmedaille*
- *leibstanddarte*
- *das reich*
- *ww2 k98 mauser for sale*
- *knights cross*

On 25 Jan, SUBJECT sent an email to HIS personal e-mail address with a link (http://www.thisblogisdangerous.com) to a website titled "The Iron Legion – Strength and Tradition".

On 29 Jan, SUBJECT sent an email to HIS personal e-mail address with a scanned copy of HIS Acceptance and Oath of Office (Figure 8) for HIS promotion to Lieutenant on 1 May 2016.

Figure 8.

**30 Jan 2018:**

09:51 to 10:01 – SUBJECT performs google search for "*308 ballistics chart*" and accesses the https://www.federalpremium.com/ballistics_calculator/.

10:21 to 10:52 – SUBJECT performed a google search for "*waffen ss unit emblems*" and accessed over 25 URLs at websites selling Nazi apparel to include www.thereglaiaspecialist.com and www.germaniainternational.com.

10:52 to 10:56 – SUBJECT performed google searches for "*sons of silence mc*" and "*sons of silence mc missouri*" and accessed the following URLs:

- https://en.wikipedia.org/wiki/Sons_of_Silence
- https://curlie.org//Recreation/Motorcycles/Organizations/One_Percent/Sons_of_Silence/
- http://www.onepercenterbikers.com/sons-of-silence-mc-motorcycle-club/

11:38 to 12:30 – SUBJECT accessed dozens of URLs related to rifle scopes, accessories, and ammunition at www.amazon.com.

16:02 – SUBJECT sent an email to HIS personal e-mail address with an Excel spreadsheet attachment produced by www.trijicon.com containing detailed ballistics reports and conversions for a .308 rifle.  Figures 9-10.

## Ballistic Calculator

**Load Data**

| Cartridge | 308 |
|---|---|
| Caliber | 0.308 |
| Powder Type | |
| Powder Wt (gr) | |
| Case Type | |
| Bullet Type | |
| Primer | |

**Ballistic Data**

| Velocity (fps) | 2850 |
|---|---|
| Bullet Wt (gr) | 168 |
| Bullet BC | 0.465 |
| Start Distance | 0 |
| Range Increment | 50 |
| Altitude (ft) | 1000 |
| Temperature (F) | 50 |
| Scope Ht (inch) | 1.50 |
| Zero Range (yds) | 100 |
| Wind Speed (mph) | 5 |
| Target Vely (fps) | 3 |

Data must be entered into the yellow cells only, all other cells are protected.

| Range yds | Vel. fps | Energy ft/lbs | Total Drop | Path Inch | Drop MOA | Drop MIL | Wind Inch | Wind MOA | Wind MIL | Slope (Inchs High) 15 Deg | 30 Deg | 45 Deg | TOF secs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 2850 | 2619 | 0.0 | -1.5 | | | | | | | | | 0.000 |
| 50 | 2556 | 2436 | -0.6 | -0.1 | -0.2 | 0.1 | 0.1 | 0.2 | 0.1 | 0.0 | 0.1 | 0.2 | 0.059 |
| 100 | 2464 | 2264 | -2.6 | 0.0 | 0.0 | 0.0 | 0.3 | 0.3 | 0.1 | 0.1 | 0.3 | 0.8 | 0.120 |
| 150 | 2374 | 2102 | -6.0 | -1.3 | -0.9 | 0.3 | 0.8 | 0.5 | 0.2 | 0.2 | 0.8 | 1.7 | 0.183 |
| 200 | 2286 | 1949 | -10.9 | -4.2 | -2.0 | 0.6 | 1.5 | 0.7 | 0.2 | 0.4 | 1.5 | 3.2 | 0.248 |
| 250 | 2200 | 1805 | -17.5 | -8.8 | -3.4 | 1.0 | 2.4 | 0.9 | 0.3 | 0.6 | 2.3 | 5.1 | 0.317 |
| 300 | 2115 | 1668 | -28.0 | -15.3 | -4.9 | 1.5 | 3.6 | 1.2 | 0.3 | 0.9 | 3.5 | 7.6 | 0.387 |
| 350 | 2033 | 1541 | -39.2 | -23.5 | -6.4 | 1.9 | 4.9 | 1.3 | 0.4 | 1.2 | 4.9 | 10.6 | 0.461 |
| 400 | 1951 | 1419 | -49.6 | -33.8 | -8.1 | 2.5 | 6.6 | 1.6 | 0.5 | 1.7 | 6.5 | 14.2 | 0.539 |
| 450 | 1872 | 1307 | -63.4 | -46.5 | -9.9 | 3.0 | 8.5 | 1.8 | 0.5 | 2.2 | 8.5 | 18.6 | 0.618 |
| 500 | 1796 | 1203 | -80.6 | -61.7 | -11.8 | 3.6 | 10.7 | 2.1 | 0.6 | 2.7 | 10.8 | 23.6 | 0.702 |
| 550 | 1723 | 1107 | -100.5 | -79.6 | -13.8 | 4.2 | 13.3 | 2.3 | 0.7 | 3.4 | 13.5 | 29.5 | 0.789 |
| 600 | 1651 | 1016 | -123.8 | -100.8 | -16.0 | 4.3 | 16.2 | 2.6 | 0.8 | 4.2 | 16.6 | 36.3 | 0.880 |
| 650 | 1582 | 933 | -149.8 | -124.8 | -18.3 | 5.6 | 19.4 | 2.9 | 0.8 | 5.1 | 20.1 | 43.9 | 0.975 |
| 700 | 1515 | 856 | -179.3 | -151.8 | -20.7 | 6.3 | 22.8 | 3.1 | 0.9 | 6.1 | 24.0 | 52.4 | 1.074 |
| 750 | 1449 | 783 | -211.5 | -182.4 | -23.2 | 7.1 | 26.6 | 3.4 | 1.0 | 7.2 | 28.3 | 62.0 | 1.177 |
| 800 | 1391 | 721 | -249.9 | -218.7 | -26.1 | 7.9 | 31.0 | 3.7 | 1.1 | 8.5 | 33.5 | 73.2 | 1.285 |
| 850 | 1334 | 663 | -292.9 | -259.7 | -29.2 | 8.9 | 35.9 | 4.0 | 1.2 | 10.0 | 39.3 | 85.8 | 1.397 |
| 900 | 1281 | 612 | -340.1 | -304.9 | -32.4 | 9.8 | 41.0 | 4.4 | 1.3 | 11.6 | 45.6 | 99.7 | 1.514 |
| 950 | 1231 | 565 | -391.6 | -354.4 | -35.6 | 10.8 | 46.3 | 4.7 | 1.4 | 13.3 | 52.5 | 114.8 | 1.636 |
| 1000 | 1187 | 525 | -451.2 | -411.9 | -39.3 | 12.0 | 52.4 | 5.0 | 1.5 | 15.3 | 60.5 | 132.2 | 1.763 |
| 1050 | 1146 | 489 | -517.0 | -475.7 | -43.3 | 13.2 | 59.9 | 5.4 | 1.6 | 17.6 | 69.3 | 151.5 | 1.894 |
| 1100 | 1110 | 459 | -589.4 | -546.0 | -47.4 | 14.4 | 65.7 | 5.7 | 1.7 | 20.0 | 79.0 | 172.7 | 2.029 |
| 1150 | 1079 | 434 | -666.1 | -620.6 | -51.5 | 15.7 | 72.4 | 6.0 | 1.7 | 22.6 | 89.3 | 195.2 | 2.168 |
| 1200 | 1050 | 411 | -754.8 | -707.3 | -56.3 | 17.1 | 80.2 | 6.4 | 1.9 | 25.7 | 101.1 | 221.2 | 2.311 |
| 1250 | 1025 | 391 | -848.2 | -798.6 | -61.0 | 18.6 | 87.8 | 6.7 | 2.0 | 28.8 | 113.7 | 248.5 | 2.457 |
| 1300 | 1002 | 374 | -952.0 | -900.5 | -66.2 | 20.1 | 96.1 | 7.1 | 2.1 | 32.4 | 127.5 | 278.3 | 2.607 |
| 1350 | 981 | 359 | -1061.9 | -1008.3 | -71.3 | 21.7 | 104.4 | 7.4 | 2.1 | 36.1 | 142.3 | 311.1 | 2.759 |
| 1400 | 962 | 345 | -1179.9 | -1124.3 | -76.7 | 23.3 | 112.9 | 7.7 | 2.2 | 40.1 | 158.1 | 345.7 | 2.915 |
| 1450 | 944 | 332 | -1308.1 | -1250.4 | -82.4 | 25.1 | 121.9 | 8.0 | 2.3 | 44.5 | 175.3 | 383.3 | 3.074 |
| 1500 | 927 | 320 | -1445.9 | -1386.1 | -88.3 | 26.9 | 131.1 | 8.4 | 2.4 | 49.2 | 193.7 | 423.6 | 3.236 |
| 1550 | 911 | 309 | -1591.7 | -1529.9 | -94.3 | 28.7 | 140.6 | 8.7 | 2.5 | 54.1 | 213.3 | 466.4 | 3.401 |
| 1600 | 896 | 299 | -1743.8 | -1680.0 | -100.3 | 30.5 | 149.9 | 8.9 | 2.6 | 59.3 | 233.7 | 510.9 | 3.569 |
| 1650 | 881 | 289 | -1915.3 | -1849.4 | -107.1 | 32.6 | 160.4 | 9.3 | 2.7 | 65.1 | 256.6 | 561.2 | 3.738 |
| 1700 | 868 | 281 | -2073.0 | -2011.1 | -113.0 | 34.4 | 169.6 | 9.5 | 2.8 | 70.7 | 279.8 | 609.1 | 3.911 |
| 1750 | 854 | 272 | -2273.4 | -2203.4 | -120.3 | 36.6 | 180.7 | 9.9 | 2.9 | 77.3 | 304.6 | 666.1 | 4.087 |
| 1800 | 841 | 263 | -2471.8 | -2399.8 | -127.3 | 38.8 | 191.5 | 10.2 | 3.0 | 84.0 | 331.2 | 724.2 | 4.265 |
| 1850 | 829 | 256 | -2671.3 | -2597.3 | -134.1 | 40.8 | 201.8 | 10.4 | 3.0 | 90.8 | 358.0 | 782.7 | 4.446 |
| 1900 | 817 | 248 | -2887.5 | -2811.5 | -141.3 | 43.0 | 212.8 | 10.7 | 3.1 | 98.2 | 386.9 | 846.0 | 4.630 |
| 1950 | 805 | 241 | -3121.4 | -3043.3 | -149.1 | 45.4 | 224.4 | 11.0 | 3.2 | 106.1 | 418.3 | 914.6 | 4.816 |
| 2000 | 794 | 235 | -3352.0 | -3271.9 | -156.3 | 47.6 | 235.2 | 11.2 | 3.3 | 114.0 | 449.2 | 982.2 | 5.005 |
| yds | fps | ft/lbs | Inch | Inch | MOA | MIL | Inch | MOA | MIL | Inch | Inch | Inch | Secs |

NOTE: Shooting uphill or downhill will cause the bullet to hit high by the amount of inches listed in the slope columns.

Figure 9.

## Conversion Charts:

**Degrees C / Degrees F**

| Degrees C | Degrees F |
|---|---|
| 40 | 104 |
| 35 | 95 |
| 30 | 86 |
| 25 | 77 |
| 20 | 68 |
| 15 | 59 |
| 10 | 50 |
| 5 | 41 |
| 0 | 32 |
| -5 | 23 |
| -10 | 14 |
| -15 | 5 |
| -20 | -4 |
| -25 | -13 |

**Calculated**

| Range Conversion | |
|---|---|
| Yards --> Meters | |
| 200 | 183 |

| Meters --> Yards | |
|---|---|
| 100 | 110 |

**Meters / Yards**

| Meters | Yards | Yards | Meters |
|---|---|---|---|
| 100 | 110 | 100 | 91 |
| 150 | 164 | 150 | 137 |
| 200 | 219 | 200 | 183 |
| 250 | 273 | 250 | 228 |
| 300 | 328 | 300 | 274 |
| 350 | 383 | 350 | 320 |
| 400 | 437 | 400 | 366 |
| 450 | 492 | 450 | 411 |
| 500 | 547 | 500 | 457 |
| 550 | 602 | 550 | 503 |
| 600 | 656 | 600 | 549 |
| 650 | 711 | 650 | 593 |
| 700 | 766 | 700 | 639 |
| 750 | 820 | 750 | 685 |
| 800 | 875 | 800 | 730 |
| 850 | 929 | 850 | 776 |
| 900 | 984 | 900 | 822 |
| 950 | 1039 | 950 | 867 |
| 1000 | 1094 | 1000 | 913 |

**Conversions: MILs <-> MOA**

| MILs | MOA | MOA | MILs |
|---|---|---|---|
| 1 | 3.6 | 1 | 0.3 |

**8 Clicks/MOA**

| MOA | Clicks |
|---|---|
| 1.000 | 8 |
| 0.875 | 7 |
| 0.750 | 6 |
| 0.625 | 5 |
| 0.500 | 4 |
| 0.375 | 3 |
| 0.250 | 2 |
| 0.125 | 1 |

**4 Clicks/MOA**

| MOA | Clicks |
|---|---|
| 1.000 | 4 |
| 0.750 | 3 |
| 0.500 | 2 |
| 0.250 | 1 |

**STANDARD ATMOSPHERIC CONDITIONS**

| Elevation (ft) | Temp (F) | Abs Press (inch Hg) |
|---|---|---|
| 0 | 59 | 29.92 |
| 500 | 57.2 | 29.45 |
| 1000 | 55.4 | 28.99 |
| 1500 | 53.6 | 28.54 |
| 2000 | 51.9 | 27.08 |
| 2500 | 50.1 | 27.65 |
| 3000 | 48.3 | 27.21 |
| 3500 | 46.5 | 26.79 |
| 4000 | 44.7 | 26.37 |
| 4500 | 42.9 | 25.96 |
| 5000 | 41.2 | 25.54 |
| 5500 | 39.4 | 25.15 |
| 6000 | 37.6 | 24.76 |
| 6500 | 35.8 | 24.37 |
| 7000 | 34 | 23.99 |
| 7500 | 32.2 | 23.61 |
| 8000 | 30.5 | 23.24 |
| 8500 | 28.7 | 22.88 |
| 9000 | 26.9 | 22.52 |
| 9500 | 25.1 | 22.17 |
| 10000 | 23.3 | 21.82 |

**Cosine Constants**

| Cosine Constants | |
|---|---|
| 15 Degrees | 0.97 |
| 30 Degrees | 0.87 |
| 45 Degrees | 0.71 |

**Moving Target**

| Moving Target | fps |
|---|---|
| 1 mph = | 1.47 |
| 3 mph = | 4.40 |
| 4 mph = | 5.87 |
| Input speed in mph | |
| 30 | 44.00 |
| 20 | 29.33 |

| Target Size (Inch) | |
|---|---|
| 72 | |

| Target Size (MIL) | |
|---|---|
| 1.0 | |

| Range (yds) | |
|---|---|
| | 2000 |

**Calculate Lead for moving Targets**

| | | |
|---|---|---|
| Time of Flight (sec) | 0.500 | 26.4 |
| Target Speed (fps) | 3 | 53 |
| Range (yds) | 100 | |

| Lead From Target | MOA | MILs |
|---|---|---|
| Center Hold | 25.2 | 7.0 |
| Leading Edge | 19.5 | 5.4 |

Leading edge figures a 6inch depth of impact into target

| Target Size (Feet) | |
|---|---|
| 4 | |

| Target Size (MIL) | |
|---|---|
| 0.7 | |

| Range (yds) | |
|---|---|
| | 1905 |

Figure 10.

**31 Jan 2018:**

08:18 to 08:22 – SUBJECT performed a google search for *"democratic socialists of America"* and accessed the following URLs:

- http://www.dsausa.org/
- http://www.dsausa.org/swagshop
- http://www.dsausa.org/our_structure
- http://www.dsausa.org/about_dsa

SUBJECT also performed google searches for DSA leaders *"christine riddiough"* and *"ravi ahmad"* and accessed the following webpages:

- http://keywiki.org/Christine_Riddiough
- http://tc.academia.edu/RaviAhmad

08:34 to 08:35 – SUBJECT performed a google search for *"inequality of human races pdf"* and accessed pages at:

- http://media.bloomsbury.com/rep/files/primary-source-131-gobineau-the-inequality-of-the-human-races.pdf.
- http://www.thechristianidentityforum.net/downloads/Inequality-Races.pdf

10:12 to 14:22 – SUBJECT accessed over 100 URLs related to gun parts, kits, and sniper related content.  SUBJECT performed google searches for the following:

- *sten parts kit*
- *civilian snipers*
- *grease gun parts*
- *grease gun kits*
- *receiver flats*

At 13:54, SUBJECT sent an email to HIS personal e-mail address with a link for:
http://www.usmilitariaforum.com/forums/index.php?/topic/75863-do-it-yourself-grease-gun-kit-coming/.

14:36 to 14:40 – SUBJECT accessed at least 20 URLs on the "vandwellers" subreddit at https://www.reddit.com/r/vandwellers/.

**1 Feb 2018:**

07:19 to 12:59 – SUBJECT accessed dozens of URLs related to rifles, rifle accessories, and sniper content.  SUBJECT performed internet searches for the following:

- *sten gun kit*
- *bolt action 9 mm rifles*

- *welrod pistol blueprints pdf*
- *fm 23-10*
- *draka*
- *domination of draka soldiers*
- *fm 3 22 10*
- *gun builder forum*
- *scope anti reflection device 50 mm*

FM 23-10 and an FM3-22.10 are the US Army Sniper Training manual and the US Army Sniper Training and Employment manual.

13:50 to 13:53 – SUBJECT performed a google search for "*america promise ministries*" and navigated to http://www.americaspromiseministries.org/.  SUBJECT then proceeded to look up the location in Google Maps and also accessed the Southern Poverty Law Center intelligence file for America's Promise Ministries.

**2 Feb 2018:**

11:28 to 11:57 – SUBJECT performed a google search for "*nc mountain property for sale*" and accessed over 25 URLs to include www.ashecountyrealestate.com and www.mountaindream.com.

12:38 to 12:57 – SUBJECT performed a google search for "*sten gun pdf*" and accessed firearms related URLs to include:
https://elcombate.noblogs.org/files/2017/05/The_DIY_STEN_Gun_Practical_Scrap_Metal_Smal
l_Arms_Vol_3.pdf.

**6 Feb 2018:**

07:55 to 08:03 – SUBJECT performed a google search for "*catholic churches near dc*" and accessed several URLs at National Shrine of the Immaculate Conception (www.nationalshrine.com).

08:15 to 09:25 – SUBJECT performed a google search for "*traditional catholic churches near dc*" and accessed several URLs at Society of Saint Pius X (http://sspx.org/en) and St. Thomas Aquinas Seminary (www.stas.org).

10:27 to 10:46 – SUBJECT navigates to Southern Poverty Law Center (SPLC) and accesses several URLs to include the extremist file for Radical Traditional Catholicism (https://edit.splcenter.org/fighting-hate/extremist-files/ideology/radical-traditional-catholicism). SUBJECT then performed google searches for groups listed by SPLC as radical traditional Catholic hate groups which included:

- *IHS Press*
- *Fatima Crusader, The/International Fatima Rosary Crusade*
- *catholic family news*

- *Most Holy Family Monastery*
- *Slaves of the Immaculate Heart of Mary*
- *Tradition in Action*

At 10:46, SUBJECT sent an email to HIS personal e-mail address with the following links related to radical traditional Catholicism:

- http://www.ihspress.com/index1.htm
- http://www.fatimacrusader.com/crintro/crintropg62.asp
- https://www.catholicfamilynews.org/
- https://edit.splcenter.org/fighting-hate/extremist-files/ideology/radical-traditional-catholicism
- http://ihmmedia.net/
- http://www.mostholyfamilymonastery.com/
- http://www.traditioninaction.org/

10:54 to 15:06 – SUBJECT continued to access approximately 100 URLs related to radical traditional Catholicism content and performed google searches for the following:

- *ChurchMilitant.com*
- *jesuits are crypto jews*
- *jesuits*
- *Franciscan*
- *Dominican Order*
- *what order does current pope belong to*
- *militant Catholicism*

SUBJECT also sent three emails to HIS personal e-mail address with links for:

- https://www.churchmilitant.com/catholicism/article/catholicism_americanism
- http://www.lepantoinstitute.org/usccb-petition/
- https://cruxnow.com/life/2015/05/27/the-rise-of-militant-american-catholic-men/
- https://www.churchmilitant.com/news/article/the-murdering-of-catholicism.

**7 Feb 2018:** SUBJECT accessed over 150 URLs related to both traditional Catholicism and also radical traditional Catholicism content. SUBJECT also performed a google maps search for directions from Washington D.C. to 8 Pond Pl, Oyster Bay, NY 11771 which maps to St. Pius V Chapel.

SUBJECT sent three emails to HIS personal e-mail address containing the following links:

- http://www.cmri.org/traditional-latin-mass-directory.shtml#USA
- https://www.sspv.org/index.php
- https://en.wikipedia.org/wiki/Sedevacantism

**8 Feb 2018:** SUBJECT accessed over 300 URLs related rifles, rifles accessories, and remote properties in Alaska. SUBJECT performed internet searches which included the following:

- *alaska remote properties for sale*
- *remote ak cabins*
- *longer barrel life 7mm rem mag or 300 win mag*
- *7mm rem mag lifespan*

SUBJECT sent three emails to HIS personal e-mail address containing the following links:

- http://www.longrangestore.com/default.asp
- http://remoteproperties.com/yentna.html
- http://remoteproperties.com/ocean.html

**9 Feb 2018:**

07:33 to 09:58 – SUBJECT accessed nearly 200 URLs related to properties for sale in Alaska at websites to include http://remoteproperties.com and www.landwatch.com.

- *remote ak properties*
- *Glenallen ak area land for sale*
- *venetie ak*
- *arctic village ak*
- *wiseman ak*
- *cordova ak sand for sale*

10:11 to 14:42 – SUBJECT intermittently accessed dozens of URLs related to precision distance shooting, traditional Catholicism, and radical traditional Catholicism. SUBJECT performed internet searches for the following:

- *holy days of obligation catholic 2018*
- *magpul*
- *8 ballistic data cards pdf*
- *168 gr 308 ballistics chart*
- *basilica dc*
- *Mel gibsons church*
- *cancelization*
- *2nd vatican counsel and influx of homosexuals in catholic church*
- *when did eastern orthodox split from catholic*
- *when did christianiaity come to ireland*

At 14:06, SUBJECT sent an email to HIS personal e-mail address containing a link for http://catholicism.org/mass-schedule.html.

**12 Feb 2018:** SUBJECT accessed dozens of URLs related to firearms and survival equipment. SUBJECT performed internet searches which included the following:

- *best range finding binoculars*
- *#5 barrel contour diameter*
- *longest solvent trap kits*

**13 Feb 2018:** SUBJECT accessed hundreds of URLs related to firearms, scopes, long range shooting, survival equipment, sniper employment, and white supremacist literature which included www.amazon.com pages for:

- If We Do Nothing: Essays and Reviews from 25 Years of White Advocacy - Kindle edition by Jared Taylor
- THE SECRET JOURNALS OF ADOLF HITLER: The Anointed (Volume 1) eBook: A. G. Mogan: Kindle Store
- Shooting Logbook: Target, Handloading Logbook, Range Shooting Book, Including Target Diagrams: Creative Notebooks: 978154294989

SUBJECT also performed internet searches for the following:

- *using a drill press for milling*
- *mill drill set up harbor freight*
- *athlon optics review*
- *integrally suppressed bolt action*
- *scope dope*
- *sniper log book*
- *emergeny food*
- *mre*
- *us army tent*
- *required gear for sniper*
- *federal premium ammunition for sale*
- *how to do multicam paint on stock*
- *best sniper laser rangefinder*
- *what are dovetail scope rings*

**14 Feb 2018:** SUBJECT accessed dozens of URLs related to survival equipment, snipers, and white supremacist content which included www.amazon.com pages for:

- Mein Kampf - My Struggle: Unabridged edition of Hitlers original book - Four and a Half Years of Struggle against Lies, Stupidity, and Cowardice
- The Sniper Simo Hayha: Tapio Sarrelainen: 9789525026740
- The Deadliest Sniper eBook: Robert Corrigan

SUBJECT performed internet searches for the following:

- *the secret journals of adolf hitlerbook ag mogan*
- *how long does current society have*
- *study showing the depopulation of US*
- *south african farmers help*

- *gorka 3 for sale*
- *mien kampf*
- *simo hayha*
- *athlon reticle*
- *south African whites party*
- *where is white population in south africa concentrated?*

SUBJECT also sent an email to HIS personal e-mail address containing the link:
http://www.soviet-propaganda.com/index.php/russian-military-clothing/gorka-suits/ana-canvas-gorka-2-mountain-suit.html.

**15 Feb 2018:**  SUBJECT accessed dozens of URLs related to Adolph Hitler, Nazi Germany, firearms accessories, survival gear, and white supremacy literature which included the title: "The Rita of the Aryo-Germans eBook: Guido von List, Werner Rocker" at www.amazon.com.

SUBJECT performed internet searches for the following:

- *nazi art*
- *von stuck paining of hitler's mom*
- *picture of hitler in vienna*
- *how long was hitler homeless*
- *guido von list books*
- *horst wessel*
- *how many jews in us*
- *reloading supplies*
- *hitlers awards*
- *best backpacking survival food*
- *plastic box for reloaded ammo*
- *aryan women painting*
- *barrelled actions brownells*

SUBJECT also sent two emails to HIS personal e-mail address containing the following links:

- http://thirdreichocculthistory.blogspot.com/2014/04/national-socialism-and-occult-part-v-ss
- https://archive.org/details/TheYoungHitlerIKnew

**16 Feb 2018:**

07:52 to 08:01 – SUBJECT performed bing searches for "*protocols of the elders of zion*" and "*influential jews in academia usa*" and navigated to the following pages:

- The Protocols of the Elders of Zion – Wikipedia
- Lists of American Jews – Wikipedia
- List of Jewish American historians – Wikipedia
- Howard Zinn – Wikipedia

- List of Jewish American philosophers – Wikipedia
- List of Jewish American activists – Wikipedia

08:18 to 08:25 – SUBJECT performed a bing search for "*jews in us gov*" and navigated to:  List of Jewish American politicians – Wikipedia.

09:08 to 09:16 – SUBJECT performed a bing search for "*heinrich hoffman*" and accessed Wikipedia pages related to Nazi Germany to include:

- https://en.wikipedia.org/wiki/Heinrich_Hoffmann
- https://en.wikipedia.org/wiki/Emil_Maurice
- https://en.wikipedia.org/wiki/Blood_Order

09:54 – SUBJECT performed a google search for "*j question*".

10:42 to 10:53 – SUBJECT performed a google search for "*jordan peterson*" and accessed the following pages:

- https://en.wikipedia.org/wiki/Jordan_Peterson
- https://en.wikipedia.org/wiki/Jared_Taylor
- https://en.wikipedia.org/wiki/Oakton,_Virginia
- http://amren.com/

12:20 to 12:33 – SUBJECT accessed URLs at www.snipercentral.com, http://forum.accurateshooter.com, and http://m14forum.com and performed bing searches for the following:

- *308 alca*
- *super accurate 308 ammo*
- *most accurate bullets for 308*
- *steel tip bullets for 308*

12:59 to 13:17 – SUBJECT performed a bing search for "*kevin mcdonald*" and accessed the webpage for Kevin B. MacDonald at Wikipedia.com.

13:18 to 13:57 – SUBJECT accessed dozens of URLs at www.jewishvirtuallibrary.com to include pages on "Jewish Population in the United States, by State" and "ADL Audit of Anti-Semitic Incidents in U.S."

13:59 to 14:05 – SUBJECT accessed the following pages at www.gaymontana.org and http://forwardmontana.org:

- Western Montana LGBT Community Center – A safe space for LGBTQ folks throughout Western Montana
- Staff – Western Montana LGBT Community Center
- Board – Forward Montana

46

SUBJECT also performed bing searches for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

14:07 to 14:27 – SUBJECT performed a bing search for "*list of rabbis by state*" and accessed over 20 URLs at websites to include www.jewishvirtuallibrary.com, http://rcronline.org, and www.jta.org.  Pages visited included the following:

- List of Rabbis - By Location | rcronline.org
- FAQ - Rabinnic Center | rcronline.org
- Interfaith Rabbis List | rcronline.org
- List of rabbis – Wikipedia
- Florida school shooting's Jewish victims remembered for their kindness | Jewish Telegraphic Agency

**20 Feb 2018:**  SUBJECT accessed over 100 URLs related to rifles and long distance shooting to include nine URLs at www.quanticoshootingclub.com.  SUBJECT performed internet searches which included the following:

- *308 subsonic reload data*
- *most accurate 308 semi auto rifle*
- *european sniper rifles*
- *are frangible bullets untraceable?*

SUBJECT also sent an email to HIS personal e-mail address containing a link for: http://www.jbmballistics.com/cgi-bin/jbmtraj-5.1.cgi.  The link directs to a detailed online calculator for calculating a trajectory from bullet, velocity, firearm, and atmospheric parameters.)

**21 Feb 2018:**

08:02 to 08:06 – SUBJECT accessed Wikipedia pages for the neo-Nazi terrorist group National Socialist Underground and NSU Trial.

08:30 to 08:54 – SUBJECT accessed content related to the John F. Kennedy assassination and performed bing searches for "*are frangible bullets untraceable?*" and "*kennedy assassination with frangible bullets*".

09:14 to 09:36 – SUBJECT performed a bing search for "*best 30 day supply food*" and accessed 20 URLs at www.mypatriotsupply.com.  At 09:31, SUBJECT sent an email to HIS personal e-mail address containing a link for:  https://www.mypatriotsupply.com/ShoppingCart.asp.

09:39 to 10:01 – SUBJECT performed bing searches for "*please god destroy the us*" and "*the knights templar order international*" and accessed at least seven URLs at www.knightstemplarorder.com.

**22 Feb 2018:**

47

08:20 to 08:28 – SUBJECT performed a bing search for "*heavy barrel 7mm*" and accessed over 20 URLs at www.gunbroker.com.

08:39 to 10:07 – SUBJECT performed bing searches for "*one man sniper loadout*" and "*detailed topo maps*" and accessed dozens of URLs at websites to include https://loadoutroom.com and http://srvv.store. At 08:46, SUBJECT sent an email to HIS personal e-mail address containing a link for: https://loadoutroom.com/18967/ranger-loadout-developing-mental-toughness/.

10:29 to 12:55 – SUBJECT accessed dozens of URLs at www.snipercentral.com and websites such as www.doormore.com with the webpage title: "What is the Standard Door Size for Residential Homes?" SUBJECT also performed the following bing searches:

- *size of road signs usa*
- *road width usa*
- *sniper data card with common size of things*
- *300 win mag match ammo*

At 11:05, SUBJECT sent an email to HIS personal e-mail address with the same detailed ballistics data spreadsheet for a .308 rifle that SUBJECT had previously emailed to HIMSELF on 30 Jan 2018 (Figure 10). However, this version of the spreadsheet had been updated with two additional Sheets containing additional advanced shooting information to include common data size of things information. See Figures 11 and 12.

| | A | D | E | F | G | H | |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | Range | Path | | | 0 | Slope (Inchs | 0 |
| 3 | yds | Inch | MIL | 15 Deg | 30 Deg | 45 Deg | |
| 4 | 0 | -1.5 | 0 | 0 | 0 | 0 | |
| 5 | 50 | -0.09416 | 0.054747 | 0.021596 | 0.085114951 | 0.18611 | |
| 6 | 100 | 0 | 0 | 0.087789 | 0.345993724 | 0.756539 | |
| 7 | 150 | -1.34735 | 0.261115 | 0.202994 | 0.800035897 | 1.749332 | |
| 8 | 200 | -4.24989 | 0.617717 | 0.371075 | 1.462473335 | 3.197796 | |
| 9 | 250 | -8.02953 | 1.026609 | 0.596178 | 2.349640974 | 5.137648 | |
| 10 | 300 | -15.2785 | 1.480473 | 0.884837 | 3.487297879 | 7.625211 | |
| 11 | 350 | -23.4518 | 1.947025 | 1.232125 | 4.856020591 | 10.61802 | |
| 12 | 400 | -33.7939 | 2.455955 | 1.653152 | 6.515363652 | 14.24628 | |
| 13 | 450 | -46.4843 | 3.002863 | 2.154019 | 8.489370651 | 18.56258 | |
| 14 | 500 | -61.6922 | 3.586756 | 2.740482 | 10.80072277 | 23.61651 | |
| 15 | 550 | -79.5826 | 4.20627 | 3.418151 | 13.47153752 | 29.45642 | |
| 16 | 600 | -100.812 | 4.884286 | 4.209333 | 16.58972490 | 36.27455 | |
| 17 | 650 | -124.789 | 5.580882 | 5.093941 | 20.07612153 | 43.89779 | |
| 18 | 700 | -151.815 | 6.304619 | 6.082244 | 23.97119523 | 52.41463 | |
| 19 | 750 | -182.373 | 7.068732 | 7.190613 | 28.33947349 | 61.96616 | |
| 20 | 800 | -218.742 | 7.948468 | 8.496538 | 33.48635711 | 73.22017 | |
| 21 | 850 | -259.738 | 8.882972 | 9.959806 | 39.25335225 | 85.83009 | |
| 22 | 900 | -304.875 | 9.847369 | 11.56384 | 45.57513072 | 99.65308 | |
| 23 | 950 | -354.361 | 10.84336 | 13.31577 | 52.47981185 | 114.7506 | |
| 24 | 1000 | -411.911 | 11.97414 | 15.34185 | 60.46495171 | 132.2107 | |
| 25 | 1050 | -475.679 | 13.1694 | 17.57937 | 69.28339242 | 151.4928 | |
| 26 | 1100 | -545.969 | 14.42836 | 20.03864 | 78.97581505 | 172.6859 | |
| 27 | 1150 | -620.61 | 15.68782 | 22.64503 | 89.25120236 | 195.1537 | |
| 28 | 1200 | -707.343 | 17.13524 | 25.66412 | 101.1468302 | 221.1643 | |
| 29 | 1250 | -798.638 | 18.57297 | 28.83755 | 113.6538779 | 248.5118 | |
| 30 | 1300 | -900.481 | 20.13598 | 32.36962 | 127.5743709 | 278.9499 | |
| 31 | 1350 | -1008.34 | 21.71269 | 36.10613 | 142.3006468 | 311.1499 | |
| 32 | 1400 | -1124.28 | 23.34472 | 40.11763 | 158.1165654 | 345.7196 | |

Figure 11.   Sheet 1

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Wind speed degree / 4 = wind speed | | | Table for 5'6" | | | |
| 2 | Head 10" = 25.4cm 25.4 / 2 = 34.38 = 436m | | | Range (M) | Range (Y) | Range (M) | Range (Y) |
| 3 | = 10/2=95.5= 450yards | | Hieght nils | standing | standing | kneeling | kneeling |
| 4 | size in cm / nils =10=distance in meters | | 1 | 1646 | 1800 | 823 | 900 |
| 5 | size in inch/nils =27.77=distance in yards | | 1.5 | 1097 | 1200 | 549 | 600 |
| 6 | | | 2 | 823 | 900 | 411 | 450 |
| 7 | Door ext 80" x 36" | | 2.5 | 686 | 750 | 343 | 375 |
| 8 | Stop sign 29" or 75 cm across 5ft high | | 3 | 549 | 600 | 274 | 300 |
| 9 | road lanes 12ft wide total 38ft wide | | 3.5 | 470 | 514 | 235 | 257 |
| 10 | | | 4 | 411 | 450 | 206 | 225 |
| 11 | | | 4.5 | 366 | 400 | 183 | 200 |
| 12 | | | 5 | 329 | 360 | 165 | 180 |
| 13 | | | 5.5 | 299 | 327 | 151 | 165 |
| 14 | | | 6 | 274 | 300 | 137 | 150 |
| 15 | | | 6.5 | 253 | 277 | 127 | 139 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | Table for 6' | | | |
| 20 | | | | Range (M) | Range (Y) | Range (M) | Range (Y) |
| 21 | | | Hieght nils | standing | standing | kneeling | kneeling |
| 22 | | | 1 | 1829 | 2000 | 914 | 1000 |
| 23 | | | 1.5 | 1219 | 1333 | 609 | 666 |
| 24 | | | 2 | 914 | 1000 | 457 | 500 |
| 25 | | | 2.5 | 732 | 800 | 366 | 400 |
| 26 | | | 3 | 609 | 666 | 304 | 333 |
| 27 | | | 3.5 | 522 | 571 | 262 | 286 |
| 28 | | | 4 | 457 | 500 | 229 | 250 |
| 29 | | | 4.5 | 406 | 444 | 203 | 222 |
| 30 | | | 5 | 366 | 400 | 183 | 200 |
| 31 | | | 5.5 | 333 | 364 | 166 | 182 |
| 32 | | | 6 | 304 | 333 | 153 | 167 |
| 33 | | | 6.5 | 282 | 308 | 141 | 154 |
| 34 | | | 7 | 262 | 286 | 131 | 143 |

Figure 12.  Sheet 2.

12:44 to 12:45 – SUBJECT performed bing searches for "*crisis actor*" and "*sandy hook actors admit to hoax*".

**23 Feb 2018:**  SUBJECT performed bing searches for "*sniper stock 308 dpms*" and "*dpms sniper upper*" and accessed dozens of URLs related to rifles and scopes.  SUBJECT also sent an email to HIS personal e-mail address with a copy of the ballistics data spreadsheet SUBJECT emailed to HIMSELF one day prior on 22 Feb 2018.  SUBJECT appeared to have made significant edits to Sheet 1 (Figures 13 and 14).



Figure 13.

Figure 14.

**26 Feb 2018:**

07:35 to 07:40 – SUBJECT performed bing searches for "*most liberal senators*" and "*why do liberals vote for more goverment control*" and accessed the following webpages:

- Most conservative, liberal in congress ranked by 'National Journal' | TheBlaze
- Meet the Ten Most Liberal Senators | Washington Free Beacon

07:41 to 07:50 – SUBJECT performed a bing search for "*custom sword*" and accessed three websites selling swords.

07:58 to 08:30 – SUBJECT performed bing searches for the following:

- *where do senators live in dc*
- *do senators have ss protection*
- *are supreme court justices protected*

SUBJECT also accessed the following webpages:

- Where do U.S. Senators live? | Quora
- Which current U.S. senator is the wealthiest? | Quora
- Members have 24-hour protection at Capitol but home is a different story | TheHill

Further contextual research revealed on pages 835-836 of his manifesto, Anders Breivik identifies the "7 Deadly Mistakes to be avoided".  Mistake #3 states the following:

*"The third mistake is to select an overwhelmingly protected individual as a target for assassination. 12 failed attempts on an extremely well protected individual could have alternatively been 12 successful attacks on lesser targets executing more than 50 primary targets. Targets should be influential media personalities – multiculturalist politicians, journalists/editors, cultural Marxist professors, Marxist writers/artists, NGO leaders, globalist investors. Obviously, focus on individuals who does not have armed body guards."*

10:36 to 11:53 – SUBJECT performed bing searches for the following:

- *american ren*
- *amerika*
- *balkanization of america*

SUBJECT also accessed dozens of URLs related to white supremacy and pro-Russia content to include the following webpages:

- American Renaissance | Wikipedia
- www.amerika.org
- The Balkanization of North America | Pravda Report
- Russia takes revenge for killed PMC Wagner mercenaries, destroys dozens of US instructors in terrorist training camps | Pravda Report
- Trump, guns and the USA | Pravda Report
- Russia should not cooperate with the Anglo-Saxons in the struggle against terrorists - Russia should defeat them instead | Pravda Report

51

12:35 to 15:13 – SUBJECT accessed dozens of URLs related to long range shooting and performed bing searches for the following:

- *average wheel tire size usa*
- *are rifle scopes illegal*
- *are rifle scopes illegal in europe*
- *how probable us to ban semi autos?*
- *long ange rifle range near me*
- *average car rooftop height*
- *long distance iron sight sights*

**27 Feb 2018:**  SUBJECT performed numerous sword-related bing searches and accessed over 125 URLs related primarily to antique swords and armor for sale.

**28 Feb 2018:**  SUBJECT accessed dozens of URLs associated related to white supremacy to include, http://genocide.org, www.amerika.org, http://weev.net.

**1 Mar 2018:**  SUBJECT performed bing search for "*fbi hrt quantico*" and accessed URLs related to the FBI Hostage Rescue Team at www.fbi.gov.

**5 Mar 2018:**  SUBJECT sent an email to HIS personal e-mail address with an attached, five page word document titled "Mathematics for Precision Shooters".  The document discusses formulas, measurements, math shortcuts, and rules-of-thumb that are of value to precision shooters.

**6 Mar 2018:**  SUBJECT performed a bing search for "*2018 assault weapons ban*" and accessed over 150 URLs related to rifles, scopes, and weapon accessories.

**7 Mar 2018:**

08:57 to 12:09 – SUBJECT accessed dozens of URLs related to South Africa and performed bing searches for "*how to help south african whites*" and "*south african white separatism*". SUBJECT also sent an email to HIS personal e-mail address containing links for http://www.kleinfontein.net/ and https://en.wikipedia.org/wiki/Volkstaat.

14:31 to 14:58 – SUBJECT performed a bing search for "*basic us army combat load*" and accessed dozens of URLs related to survival and tactical gear.
**8 Mar 2018:**

10:06 to 10:07 – SUBJECT attempted to access http://www.armyofgod.com/EricRudolphHomepage.html but the website was blocked. SUBJECT then performed a google search for "*fires creek*" and accessed the Fires Creek page at Wikipedia and associated North Carolina relief maps.

11:48 to 12:49 – SUBJECT performed a bing search for "*federal laws for storing explosives*" and accessed several URLs at www.atf.gov.

13:21 to 13:23 – SUBJECT performed a bing search for "*blasting companies*" and accessed several URLs at http://.dykonblasting.com.

Further contextual research identified that on page 30 of Eric Rudolph's manifesto titled "Lines of Drift", Rudolph wrote the following:

*"After traveling hundreds of miles and visiting a number of quarries, I had not found any explosives. Maybe explosives were no longer stored at quarries after the Oklahoma City bombing. At a couple of places, I found boxes that had once contained dynamite and blasting caps. I noticed one box labeled with the name Austin Powder, a blasting company located near Asheville, North Carolina. "No wonder I haven't found anything," I thought. "The quarries must hire out their explosives work to blasting companies."*

**9 Mar 2018:**

09:54 to 10:04 – SUBJECT performed bing searches for "*atf swat team*" and "*fbi swat team*" and accessed www.atf.gov.

10:17 to 10:27 – SUBJECT performed a bing search for "*child of god pdf*" and accessed four URLs at www.cormacmccarthy.com.

10:53 to 11:10 – SUBJECT performed bing searches for "*308 frangible results*", "*frangible 308 Ammo head shot*", and "*was kennedy shot with frangible ammo*".

11:14 to 12:15 – SUBJECT performed a bing search for "*sovereign citizens*" and accessed nearly 50 URLs related to the Sovereign Citizen Movement at http://embassyofheaven.com.

13:38 to 14:15 – SUBJECT performed a bing search for "*lbx assaulters panel*" and accessed dozens of URLs related to tactical gear. At 14:15, SUBJECT sent an email to HIS personal e-mail address containing a link for: http://lbxtactical.lbtinc.com/4020gc.

**12 Mar 2018:**

08:43 – SUBJECT accessed the Wikipedia page for Explosively Formed Penetrator.

11:39 to 12:30 – SUBJECT performed bing searches for the following domestic terrorists:

- *eric rudolph writings*
- *eric rudolph prison life*
- *eric frein*

SUBJECT also accessed (or attempted to access) the following webpages:

- www.armyofgod.com
- Radicalized Margins: Eric Rudolph and Religious Violence: Terrorism and Political Violence: Vol 19, No 4 | tandfonline.com

- ADX Florence | Wikipedia
- Terry Nichols | Wikipedia
- Joseph Konopka | Wikipedia
- Robert William Fisher | Wikipedia
- My Life in the Supermax | The Marshall Project
- The Everyday Chaos of Incarceration | The Marshall Project

**14 Mar 2018:**  SUBJECT accessed over 150 URLs related to pro-Russian, neo-Fascism, and Russian military weapons/tactics content.  Webpages visited include:

- Aleksandr Dugin – Wikipedia
- Novorossiya (confederation) – Wikipedia
- Anti-Americanism – Wikipedia
- Liberators-Kultur-Terror-Anti-Americanism-1944-Nazi-Propaganda-Poster - Anti-Americanism – Wikipedia
- Russian National Socialist Party – Wikipedia
- All-Russian nation – Wikipedia
- http://gunrf.ru

SUBJECT performed internet searches that included the following:

- *white legion*
- *russian infantry platoon equipment*
- *russian platoon organization*

SUBJECT sent an email to HIS personal e-mail address containing a link for: https://arktos.com/.

**15 Mar 2018:**  SUBJECT performed a bing search for "*nigs gonna nig*" and accessed several URLs at www.memecenter.com.

**19 Mar 2018:**

07:34 to 09:07 – SUBJECT performed a bing search for "*4th political theory*" and accessed dozens of URLs related to pro-Russia and neo-Fascist content at websites to include www.4pt.su, www.gov.ru, and http://en.wikipedia.org.

09:10 to 15:21 – SUBJECT accessed dozens of URLs related to long distance shooting, rifles, scopes, and tactical gear.  SUBJECT performed bing searches for the following:

- *kel tec rfb for shtf*
- *rfb set up*
- *7.62 chest rig*
- *Eotech package 308*
- *acog with longest eye relief*

**20 Mar 2018:**

07:33 to 12:04 – SUBJECT accessed (or attempted to access) dozens of URLs related to survival, tactical gear, neo-Nazi, and far right extremist content.  These websites include, but are not limited to, the following:

- Meat & Protein Emergency Survival Food | My Patriot Supply
- Bomb Suspect's Picture Of His Life in the Woods Draws Some Skepticism - The New York Times
- Sovereign citizen movement – Wikipedia
- Patriot movement – Wikipedia
- List of organizations designated by the Southern Poverty Law Center as hate groups – Wikipedia
- www.noontidepress.com
- Militia organizations in the United States - Wikipedia
- www.threepercenters.org
- Revolt Against the Modern World - Kindle edition by Julias Evola. Religion & Spirituality Kindle eBooks @ Amazon.com

SUBJECT also performed internet searches for the following:

- *long term food storage*
- *how fast of collapse when us no longer petro dollar*
- *eric rudolph in forest*
- *Revolt Against the Modern World*
- *bunkers for sale*

12:16 to 15:11 – SUBJECT performed a bing search for "*how to immigrate from us to russia*" and accessed nearly 100 URLs with pro-Russia content.  SUBJECT also sent two emails to HIS personal e-mail address which contained the following links:

- https://southfront.org/
- https://slavyangrad.org/
- http://siberiantimes.com/home/

**22 Mar 2018:**

09:45 to 10:30 – SUBJECT accessed several URLs at www.survivalrealty.com related to property for sale in Montana and Idaho.

11:27 to 14:35 – SUBJECT performed a bing search for "*south front*" and accessed approximately 75 URLs related to pro-Russia content to include:

- http://southfront.org
- http://engforum.pravda.ru
- www.pravdareport.com

- www.eutimes.net

Further contextual research identified an October 2017 study by Oxford University titled "Social Media Disinformation Campaigns Against US Military Personnel and Veterans", which found https://southfront.org content was tied to Moscow actors.

At 13:14, SUBJECT also sent an email to HIS personal e-mail address containing a link for: http://www.eutimes.net/2017/12/abandon-ship-white-flights-guide-and-list-of-countries-to-flee-from-and-where-to/.

**22-30 Mar 2018:**  SUBJECT accessed over 100 URLs at www.amazon.com and other websites related to firearms, tactical and survival gear.

**29-30 Mar 2018:**  SUBJECT performed a bing search for "*remote ak cabins for sale*" and accessed approximately 200 URLs related to property for sale in Alaska that included http://remoteproperties.com, www.homesandland.com, and www.landwatch.com.  On 30 March, SUBJECT sent an email to HIS personal e-mail address with a link for: http://www.myalaskahomesteadforsale.com/.

**2-18 Apr 2018:**  SUBJECT accessed thousands of URLs related to firearms, tactical, and survival equipment.  SUBJECT performed numerous internet searches that included, but were not limited to, the following:

- *plate carrier molle panel*
- *tincture of lye*
- *how many guns for extended shtf*
- *60 rd pmag reviw*
- *drum mag for dpms 308*
- *best food to store for shtf*
- *multicam uniform amazon*
- *survival russia*
- *space blanket vs flir*
- *finnish surplus*
- *kill the whites*
- *transferable machine guns*

**30 Apr – 2 May 2018:**  SUBJECT performed internet searches for "*xbox one x*", "*best games for xbox one*", and "*how to download games on xbox one*" in addition to titles of various first person shooter, fantasy/role playing, and survival/horror type games.  SUBJECT accessed several pages at www.amazon.com selling xbox gaming consoles and games and appeared to make purchases.

SUBJECT was not previously observed to have interest in video gaming until this day.  This was the first observed instance of SUBJECT shopping for video game consoles or games.

Further contextual research revealed on pages 841-842 of his manifesto, under the paragraph **"3.26 Avoiding suspicion from relatives, neighbours and friends"**, Anders Breivik suggests

56

using online games such as World of Warcraft as a "credible project/alibi" *"that can at least partly justify your "new pattern of activities" (isolation/travel) while in the planning phase."*

**2 May 2018:** SUBJECT performed a google search for *"how long to get endurance after start running program"*.

Further contextual research revealed on page 892 of his manifesto, under the paragraph "**3.35 Physical training, packing gear and running simulations before the operation**", Anders Breivik recommends starting a physical training program at least four months prior to an operation and writes the following:

*"Getting fit, "Physical transformation period", prior to operation"*
*You are going have to go through a "physical transformation period" to prepare yourself as a Justiciar Knight before you engage in armed resistance against the cultural Marxist/multiculturalist establishment. As such, the struggle requires determination, courage, and top physical conditioning. "*

**4 May 2018:** SUBJECT performed a bing search for *"real medieval swords"* and accessed at least 20 URLs at www.trueswords.com, www.antiquearmor.com, and www.darkknightarmoury.com.

Further contextual research revealed Anders Breivik writes about the importance of a sword for the Ordination Rite of becoming a Justiciar Knight on pages 1114-1115 of his manifesto. SUBJECT was also observed later on 23 January 2019 reading these pages of the Breivik manifesto.

**7 May 2018:** SUBJECT performed a bing search for *"white sharia"* and viewed images.

**5 Jun 2018:** SUBJECT accessed a post on the MGTOW subreddit titled "**The Fact that this is a Bible Verse Amazes Me**" on www.reddit.com and subsequently accessed dozens of URLs at www.sacred-texts.com. SUBJECT also sent an email to HIS personal e-mail address containing a link for: http://www.sacred-texts.com/eso/goal/goal06.htm. This link directs to a webpage describing mankind's "existence of higher faculties".

SUBJECT also created a two page word document titled "Proverbs 21" which consisted of a number of bible verses with negativity toward women. The document was last modified on 21 June 2018. The document includes the following verses:

- *Proverbs 21:19 "It is better to dwell in the wilderness, than with a contentious and an angry woman."*

- *Proverbs 5:6 "For she cares nothing about the path to life. She staggers down a crooked trail and doesn't realize it. So now, my sons, listen to me. Never stray from what I am about to say: Stay away from her! Don't go near the door of her house!"*

- *Proverbs 7:24-26 "Now then, my sons, listen to me; pay attention to what I say. Do not let your heart turn to her ways or stray into her paths. Many are the victims she has brought down; her slain are a mighty throng."*

- *Proverbs 27:15-16 "A continual dripping on a rainy day and a contentious wife are alike. Trying to keep her in check is like stopping a wind storm or grabbing oil with your right hand."*

- *Proverbs 12:4 "A wife with strength of character is the crown of her husband, but the wife who disgraces him is like bone cancer."*

- *Proverbs 30:20 "This is the way of an adulterous woman: She eats and wipes her mouth and says, I've done nothing wrong."*

- *Proverbs 11:22 "A beautiful woman who lacks discretion is like a gold ring in a pig's snout."*

- *Proverbs 5:3-4 "For the lips of an immoral woman are as sweet as honey and her mouth is smoother than oil. But in the end she is as bitter as poison, as dangerous as a double-edged sword."*

- *Proverbs 6:23-29 "For their command is a lamp and their instruction a light; their corrective discipline is the way to life. It will keep you from the immoral woman, from the smooth tongue of a promiscuous woman. Don't lust for her beauty. Don't let her coy glances seduce you. For a prostitute will bring you to poverty, but sleeping with another man's wife will cost you your life. Can a man scoop a flame into his lap and not have his clothes catch on fire? Can he walk on hot coals and not blister his feet? So it is with the man who sleeps with another man's wife. He who embraces her will not go unpunished."*

- *Romans 1:26 "That is why God abandoned them to their shameful desires. Even the women turned against the natural way to have sex and instead indulged in sex with each other."*

- *Timothy 5:13 "And if they are on the list, they will learn to be lazy and will spend their time gossiping from house to house, meddling in other people's business and talking about things they shouldn't."*

- *Proverbs 23:27-28 "A prostitute is a dangerous trap; a promiscuous woman is as dangerous as falling into a narrow well. She hides and waits like a robber, eager to make more men unfaithful."*

- *Proverbs 7:8-12 "He was crossing the street near the house of an immoral woman, strolling down the path by her house. It was at twilight, in the evening, as deep darkness fell. The woman approached him, seductively dressed and sly of heart. She was the brash, rebellious type, never content to stay at home. She is often in the streets and markets, soliciting at every corner."*

**6 Jun 2018:** SUBJECT performed a bing search for "*white sharia please*" and accessed a Newsweek article titled "What Is 'White Sharia'? Alt-Right Blogger Doesn't Want Women To Vote, Drive Or Work" and a White Nationalist website titled "Order15 The Parallel Society" (www.order15.com).

**8 Jun 2018:** SUBJECT performed bing searches for "*the decline of western society*" and "*the decline of western society what comes next?*" and accessed at least a dozen URLs at www.rooshv.com in addition to HIS normal baseline activity on the MGTOW subreddit.

**11-12 Jun 2018:** SUBJECT accessed nearly 100 URLs at www.returnofkings.com in addition to HIS normal baseline activity on the MGTOW subreddit.

**14 Jun 2018:** SUBJECT sent an email to HIS personal e-mail address containing a link for: http://www.nakolochka.in/2010/12/blog-post_22.html. The link directs to a Russian language blog post on prison tattoos.

SUBJECT accessed over 100 URLs at http://englishrussia.com on this day prior to accessing the Russian blog. It is probable that SUBJECT accessed content at englishrussia.com that prompted HIM to navigate to the blog website.

**15 Jun 2018:**

07:04 to 08:56 – SUBJECT performed a bing search for "*black pill*" and accessed approximately 30 URLs at www.returnofkings.com.

08:57 to 09:45 – While at www.returnofkings.com, SUBJECT accessed a post titled "**Highlights From The Chris Dorner Manifesto**".

Christopher Dorner was a Los Angeles police officer who declared "unconventional and asymmetric warfare" upon the Los Angeles Police Department and committed a series of shootings from 3-12 February 2013, killing four and wounding three.

SUBJECT then performed bing searches for the following:

- *dornors manifesto*
- *teresa "Chupacabra" evans*
- *Training Officer Teresa Evans*
- *Teresa Evans Los Angeles*

SUBJECT accessed the following webpages associated with the Christopher Dorner at https://laist.com:

- Christopher Dorner's Manifesto, In Full [Content Graphic and Disturbing] [UPDATED]
- What Friends, Neighbors And Coaches Say About Christopher Dorner
- Anderson Cooper Reveals Dorner Sent Him a Package

- Who Is Christopher Dorner? What You Need To Know About The Ex-Cop On A Rampage

09:57 to 13:08 – SUBJECT accessed approximately 70 URLs at www.returnofkings.com

13:09 to 14:07 – While at www.returnofkings.com, SUBJECT accessed a post titled **"Irresponsible Journalists Are Using Elliot Rodger To Push A Privileged White-Girl Agenda"**.

SUBJECT then accessed the Wikipedia page for the 2014 Isla Vista killings and performed the following bing searches:

- *rodger elliot*
- *Elliot Rodger Sister*
- *Elliot Rodger meme*
- *Elliot Rodger Meme Kill*
- *Elliot Rodger Meme Funny*
- *elliot rodger supreme gentleman*

SUBJECT saved a copy of Elliot Rodger's 141 page manifesto titled "My Twisted World" in HIS personal folder.

14:10 – SUBJECT emailed a copy of HIS "Copy of bills1.xlsx" spreadsheet to HIS personal e-mail address. The possible steroid cycle on Sheet 2 (Figure 15) had received minor edits (row 17 deleted) since SUBJECT previously emailed it to HIMSELF back on 12 June 2017.



Figure 15.

**13 Jul 2018:** SUBJECT performed a bing search for "*military trucks for sale*" and accessed hundreds of related URLs. SUBJECT sent two emails to HIS personal e-mail address containing the following links for tactical camper/command center style vehicles:

- http://globalxvehicles.com/patagonia/patagonia-custom-garage-on-kw/#
- https://www.planbsupply.com/sar-expedition-camper-box
- https://www.steelsoldiers.com/showthread.php?152020-M1078-M1079-for-overland-camper/page9

**16 Jul 2018:**

06:35 to 06:37 – SUBJECT performed a bing search for "*off road rv*" and sent an email to HIS personal e-mail address containing a link for: http://haw-creek.com/off-road-rvs/.

08:26 to 11:05 – SUBJECT accessed the Wikipedia page for the 2014 Isla Vista killings and performed bing searches for "*elliot rodgers*" and "*Elliot Rodger Mother*" and browsed images.

11:14 to 11:25 – SUBJECT performed bing searches for ▮▮▮▮▮▮▮▮▮▮ and ▮▮▮ ▮▮▮▮▮▮▮▮ and accessed two URLs at www.realtor.com.

**17 Jul 2018:**

08:04 – SUBJECT performed a bing search for "*anders breivik manifesto*".

10:04 to 10:40 – SUBJECT performed a bing search for "*incels*" and accessed at least a dozen URLs at http://incels.me.

12:43 to 13:11 – SUBJECT performed bing searches for the following:

- *incel killers*
- *va tech shooter*
- *seung-hui cho manifesto pdf*

SUBJECT continued to access URLs at http://incels.me as well as the following webpages:

- Virginia Tech shooting | Wikipedia
- Seung-Hui Cho | Wikipedia
- https://schoolshooters.info
- https://columbinemassacre.forumotion.com
- Seung-Hui Cho Manifesto | Crime Scene Database

SUBJECT was later observed in December 2018 with a copy of the Seung-Hui Cho manifesto saved to HIS personal folder.

**18 Jul 2018:**  SUBJECT performed bing searches for "*remote ak cabin for sale*" and "*alaska bush cabins for sale*" and accessed hundreds of URLs related to Alaska remote property at www.remoteproperties.com and other websites.

SUBJECT also accessed over 20 URLs at http://incels.me in addition to HIS normal baseline activity on the MGTOW subreddit.

**19 Jul 2018:**  SUBJECT accessed extensive Incel content and images and performed bing searches that included, but were not limited to, the following:

- *incel*
- *Incel Cartoons*
- *Alien Vs. Chad Meme Virgin*
- *incel vs chads*
- *roastie*
- *Roasties Meme*
- *st elliot rodger*
- *Elliot Rodger Crime Scene*
- *incel rebellion*

SUBJECT also sent two emails to HIS personal e-mail email address with attached stock photos of assault-style rifles.  See Figures 17-18.



Figure 17.



Figure 18.

**1 Aug 2018:** SUBJECT performed internet searches for "*kek*" and "*what is word for marrying outside of one's race*" and accessed dozens of URLs related to white supremacist content to include several pages of "Hatewatch" at www.splcenter.org.

**6-7 Aug 2018:** SUBJECT accessed extensive flight training and light aircraft related content. SUBJECT performed bing searches that included, but were not limited to, the following:

- *pilot license school for veterans 9-11 gi*
- *faa flight physical class 1*
- *spotting airplane*
- *forward observer airplane for sale*
- *what single engine plane has highest useable load*
- *Wing-X STOL kit*

SUBJECT also sent several emails to HIS personal e-mail address containing the following links:

- http://catalog.yc.edu/content.php?catoid=13&navoid=1206
- https://www.military.com/paycheck-chronicles/2018/05/23/new-program-provides-free-pilot-training-veterans.html
- https://www.envoyair.com/cadet-program/
- https://secure.atpflightschool.com/course-presenter-preview/lessons.lasso
- www.pilotsofamerica.com
- https://www.wingxstol.com/html/other.html

This period was the first observed instance of SUBJECT displaying interest in obtaining pilot training and researching load capabilities of single engine and light aircraft.

**13-15 Aug 2018:** SUBJECT performed searches for "*campsites along skyline drive*" and "*back road camping skyline dr*" and accessed webpages that included:

- Maps - Shenandoah National Park (U.S. National Park Service) | nps.gov
- Campsite Details - C139, BIG MEADOWS, VA | recreation.gov
- Campsite Details - A097, BIG MEADOWS, VA

- Campsite Details - A07, PEAKS OF OTTER CAMPGROUND, VA
- Campsite Map V2 - PEAKS OF OTTER CAMPGROUND, VA
- Facility Details - THUNDER ROCK CAMPGROUND, TN

SUBJECT also sent an email to HIS personal e-mail address containing a link for:
https://www.recreation.gov/tripDetails.do?tpId=1.

**21 Aug 2018:** SUBJECT performed bing searches for "*ss division stickers*" and "*ww2 german aircraft decals*" and accessed Nazi-related decals and badges for sale at various websites.

**22 Aug 2018:** SUBJECT performed internet searches that included the following:

- *mollie tibbetts theory*
- *mollie tibbetts anti-white*
- *Tarpeia*

**23 Aug 2018:** SUBJECT performed bing searches for "*white sharia" and "Daily Stormer Sharia White"* and browsed images.

**24 Aug 2018:**

09:09 to 09:15 – SUBJECT performed a bing search for "*elliot rodgers family speaks*" and accessed the following articles:

- Elliot Rodger's parents say they are living 'hell on Earth' knowing their son killed innocents - NY Daily News
- Hunger Games assistant director speaks out about son's California shooting massacre | Daily Mail Online

10:20 to 10:23 – SUBJECT performed bing searches for ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ and accessed the following URLs:

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ - Phone Number – Yelp
- Find ▮▮▮▮▮▮ in the United States | Intelius

10:37 to 10:40 – SUBJECT performed bing searches for "*Alfred Graham*" and "*Alfred Graham friend of elliot rodgers*".

**27-29 Aug 2018:** SUBJECT accessed dozens of URLs related to various light aircraft, replica aircraft and flight schools.  SUBJECT performed bing searches that included, but were not limited to, the following:

- *ww2 fighterplanes*
- *how many of each type ww2 fighterplanes survive today*
- *private pilot training in AZ*
- *cheapest turboprop plane*

- *best cessna for bush pilot*

On 27 August, SUBJECT sent an email from HIS personal e-mail address to HIS USCG email address with a .pdf attachment titled "Luftwaffe During WWII".

On 29 August, SUBJECT sent an email to HIS personal e-mail address containing the link: http://www.aviationschoolsonline.com/flight-schools/Arizona/.

**29 Aug 2018:** Between 09:51 and 10:21, SUBJECT performed bing searches for "*rt sophie shevardnadze*", "*ways to collapse usa*", and "*pravda*". SUBJECT accessed a number of web pages related to Russia or conspiracy theory content which include the following:

- Sophie Shevardnadze | Wikipedia
- Will the United States ever collapse? | Quora
- www.nowtheendbegins.com
- The Planned Collapse Of USA | rense.com
- Becoming Serfs: Chris Hedges Warns "Ignore Reality At Your Peril" | Zero Hedge
- Proof Of Total Weather Control By The US Military | rense.com
- www.realjewnews.com

**4-7 Sep 2018:** SUBJECT accessed extensive content related to WW2 antique, kit, and replica aircraft for sale. SUBJECT performed internet searches that included, but were not limited to, the following:

- *stuka for sale*
- *ju 87 for sale*
- *ww2 fighters for dsale*
- *ground attack fw 190*
- *wings of the black cross*
- *military trainer aircraft for sale*
- *t 6 for sale*
- *t-28 vs t-6*
- *yak aircraft production 2019*
- *nachang aircraft production 2019*
- *ebay military aircraft for sale*
- *t 34 mentor for sale*
- *rotary engine planes for sale*
- *radial engine planes for sale*
- *current warbird restorations*
- *homebuilt experimental aircraft*
- *rotax engines*

**5-7 Nov 2018:** On 5 November, SUBJECT received an email from MedXpress.faa.gov confirming HIS account request to HIS personal e-mail address. On 6 November, SUBJECT forwarded this email to HIS USCG email address.

SUBJECT also accessed dozens of URLs related to flying clubs and WW2 antique, kit, and replica aircraft for sale.  SUBJECT performed internet searches for the following:

- *ft meade flying club review*
- *flying clubs near me*
- *t 28 trojan*
- *t 28 trojan cockpit*
- *lsa planes*
- *ww2 fighter planes*
- *Abandoned WW2 Fighter Planes*

**8-15 Nov 2018:**  SUBJECT performed extensive research on and accessed hundreds of URLs related to pro-Russian and neo-fascist content.  Webpages and sites visited by SUBJECT include the following:

- The Russian Orthodox Medievalist – A Russian Orthodox Journal Against Ecumenism and Globalism
- The Orthodox Nationalist Podcast | The Russian Orthodox Medievalist
- Russian Nationalism and Eurasianism: The Ideology of Russian Regional Power and the Rejection of Western Values | Center For Syncretic Studies
- https://eurasianist-archive.com
- The Fourth Position and the New American Revolution | Center For Syncretic Studies
- www.fort-russ.com

SUBJECT also performed internet searches that included the following:

- *matthew raphael johnson wiki*
- *rt sophie Shevardnadze*
- *planes for sale in russia*
- *Professor Matthew Raphael Johnson*
- *Matthew Raphael Johnson Western Rite*
- *split of eastern orthodox and roman catholic*
- *rt news*
- *sputniknews*
- *conservative eastern orthodox church near me*
- *ST Mark OCA*

Dr. Matthew Raphael Johnson is a scholar of Russian Orthodox history and philosophy who frequently authors pro-Russian material containing white supremacist themed content.  Dr. Johnson's extensive writings can be found at The Russian Orthodox Medievalist (www.rusjournal.org) and The Orthodox Nationalist (https://theorthodoxnationalist.wordpress.com).

On 8 November, SUBJECT sent an email to HIS personal e-mail address with an attached 20-page .pdf titled "Bestia Devictus: The Shanghai Cooperation Organization, Eurasianism and the End of Liberalism" written by Matthew Raphael Johnson.

66

On 8 November, SUBJECT sent an email to HIS personal e-mail address containing a link for The Russian Orthodox Medievalist (www.rusjournal.com).

On 13 November, SUBJECT sent two emails to HIS personal e-mail address containing links for: https://syncreticstudies.com/2014/08/02/russian-nationalism-and-eurasianism-the-ideology-of-russian-regional-power-and-the-rejection-of-western-values/ and https://syncreticstudies.com/2013/05/27/460/.

On 15 November, SUBJECT was observed accessing the following Matthew Raphael Johnson .pdf documents on HIS workstation throughout the day:

- "Delegitimizing the Beast: Solzhenitsyn's Condemnation of Materialism and Its Western Origins"
- "The Osculum Infame in the Balkans: Albania's Alliance with the Globalist World Order and its Catastrophic Repercussions"
- "Cogitatio Bestia: Zbigniew Brzezinski's Argument for American Empire in The Grand Chessboard"
- "Science, Darwin, and Religion: Irreducibility, Nominalism and the Failure of the Scientific Establishment"

**15 Nov 2018:**  SUBJECT observed working on a "Service Beyond 30 Years" request memorandum in which SUBJECT states when HE became a Lieutenant from Chief Warrant Officer, HE expected to be able to participate in at least one board for promotion to LCDR and integrate into the regular officer corps.

**16 Nov 2018:**

07:09 to 07:40 – SUBJECT accessed The Russian Orthodox Medievalist at www.rusjournal.org and read an article espousing support for Matthew Heimbach following a conflict with fellow white nationalist Matt Parrott.  SUBJECT proceeded to research Heimbach and Parrott.

07:42 – SUBJECT opened a pdf titled "Heroes of Postmodernity: The Greek Military Junta of 1967-1974 and the Cyprus Crisis" written by Matthew Raphael Johnson.

08:01 to 08:04 – SUBJECT performed a bing search for *"warbird project for sale"* and accessed airplane restoration related content.

08:04 to 08:09 – SUBJECT performed a bing search for *"russian nationalism"* and accessed content at Wikipedia related to the Black Hundreds ultra-nationalist movement.

08:30 to 15:09 – SUBJECT was observed accessing and reading the following Matthew Raphael Johnson saved .pdf documents on HIS workstation:

- "The Heresy that Never Was: The "Ethnophyletism" Hoax, Usury and Historical Illiteracy"
- "Hyperreality in Film: The Skulls, the X-Files and the Cognitive Dissonance of the Elite"
- "Notes on Orthodox Ecclesiology: Created Grace and the Mystification of Episcopal Power"

67

- "Postmodern Empire: Dependence, Debt and the Nature of Anti-Globalist Resistance"
- "The Homosexual Perversion: A Jewish Criminal Simhke for the Postmodern Corporate Conformist"
- "Russian Nationalism and Eurasianism: The Ideology of Russian Regional Power and the Rejection of Western Values"
- "Judaism in Medieval Novgorod: The Development of the Russian Orthodox Church Doctrine on the Jews"

**19 Nov 2018:**

06:42 to 07:05 – SUBJECT browsed firearms and weapons related content and clicked on the following posts at www.thefirearmblog.com:

- 313th Brigade's Remote SVD mount in Syria (FSA)
- POTD: 1 Million Round Suppressor
- DX-12 'Punisher' - The double-barreled shotgun-pistol

SUBJECT navigated from the blog post for the DX-12 shotgun-pistol to a link for the weapon manufacturer and sent an email to HIS personal e-mail address containing the link: www.moth3r.com.

07:06 – SUBJECT performed a bing search for "*french revolution*".

07:08 – SUBJECT accessed The Russian Orthodox Medievalist (www.rusjournal.org) and opened a .pdf titled: "Yet Another Six Million: The Fable of Pogroms against Jews in Tsarist Russia" by Matthew Raphael Johnson.

12:32 to 12:38 – SUBJECT performed bing searches for "*irish nationalist*" and "*Irish Nationalist Movement*".  SUBJECT browsed and clicked on images containing white supremacist content.

**20-26 Nov 2018:**  SUBJECT performed extensive research on, and accessed hundreds of URLs related to WW2 antique, kit, and replica aircraft.  SUBJECT also performed internet searches that included the following:

- *light sport aircraft*
- *merlin engine for sale*
- *replica ww2 fighter*
- *rolls royce griffin engine for sale*
- *air museum in usa going out of business*
- *reproduction spitfire*
- *smallest turboprop aircraft*
- *smallest turboprop engine*
- *pt6a turboprop engine for sale*
- *pt6a 34 for sale*
- *reproduction p 51 for sale*

- *sw51 mustang*
- *t 28 trojan parts for sale*
- *north american t 28 trojan projects*

SUBJECT sent nine emails to HIS personal e-mail address containing the following links:

- http://www.replicafighters.com/Manufacturers
- http://www.spitfireaircraftco.com/links_photos.html
- http://jeanpierre.cousinet.free.fr/
- http://www.spitcrazy.com/machines.htm
- http://51-factory.com/inventory.htm
- http://www.stallion51.com/mustang-flight-ops/merlin-engine/
- http://www.campbellaeroclassics.com/id56.html
- http://www.mucheswarbirds.com/WWIIJRep.html
- http://www.supermarineaircraft.com/contact-us
- http://www.campbellaeroclassics.com/id58.html
- https://www.thundermustang.com/kits-for-sale/
- http://www.spitcrazy.com/linkspage.htm
- http://www.cameronaircraft.com/
- http://www.vintagev12s.com/links.htm
- http://www.classicwings.com/classic-aircraft-sales.php

SUBJECT downloaded and saved two .pdf documents from https://meiermotors-aircraftsales.com on the Corsair and Yak-9 aircraft.

**26 Nov 2018:**

06:41 – SUBJECT performed a bing search for downloaded a .pdf for the Shark UL aircraft from www.shark.aero.

07:08 – SUBJECT signed up for a newsletter at https://flyinglefgend.it using his personal e-mail address.

10:13 to 12:35 – SUBJECT accessed extensive content on light aircraft capabilities, price, and performance.  SUBJECT performed bing searches for the following:

- *tucano r experimental*
- *tucano r experimental wing pods*
- *tucano r experimental extra wing fuel*
- *tucano r experimental forum*
- *black shape prime*
- *tarragon aircraft price $*
- *tucano r costs*
- *flying legends tucano r price*

12:36 – SUBJECT performed a google conversion for 150,000 EUR to USD.

13:02 to 13:22 – SUBJECT used Wikipedia and aircraft manufactures websites to research and compare characteristics, performance, and load capacity for the following aircraft:

- Flying Legend Tucano Replica
- Blackshape Prime
- Shark Aero UL
- Silence Twist

13:05 – SUBJECT saved a photo of the Shark Aero UL cockpit in HIS documents folder.

13:13 – SUBJECT performed a bing conversion for 620 Kilograms to Pounds (Figure 20).

Immediately prior to performing this conversion, SUBJECT was browsing the Blackshape Prime "Weight and Loads" tab (Figure 19) which identifies the "Max Take Off Weight" as 620 kg.



Figure 19



Figure 20

13:23 to 14:04 – SUBJECT researched using electric motors to power aircraft. This research included the following bing searches:

- *siemens electric motors for sale for aircraft*
- *brushless electric motors for aircraft*
- *brushless 100 hp electric motors to power aircraft*
- *brushless electric motors for cars*
- *dc brushless motors for sale*
- *dc motors for cars*
- *tesla s drive power unit*

SUBJECT also sent two emails to HIS personal e-mail address containing the following links to electric auto parts dealer EV West:

- http://www.autosweblog.com/cat/electric-car-motor-ev-motor-electric-motors-for-cars-.html
  http://www.evwest.com/catalog/index.php

14:32 to 14:50 – SUBJECT accessed antique/replica aircraft content and performed bing searches for "*supermarine spitfire for sale*", "*p 51 for sale*", and "*f8f bearcat for sale*".

**28 Nov 2018:**

07:28 to 07:57 – SUBJECT performed a google search for "*blackshape prime vs gabriel*" and browsed content on Blackshape Prime light aircraft. SUBJECT downloaded and saved two photos of the cockpit and a leaflet brochure into HIS Pictures and Documents folders.

08:00 to 09:52 – SUBJECT performed internet searches for "*traditionalistic subculture*" and "*moving to eastern europe*" and accessed dozens of URLs containing pro-Russian and anti-Semitic themed content at www.russia-insider.com and other sites.

While reading an article titled "The Dishonesty, Hypocrisy, Hatred of Others, and Subterfuge in the Jewish Religion" at www.russia-insider.com, SUBJECT clicked on a link for https://ifamericaknew.org/cur_sit/shahak.html which directs to webpage about the book "Jewish History, Jewish Religion: The Weight of Three Thousand Years".

09:28 – SUBJECT sent an email to HIS personal e-mail address containing a link for: https://ifamericaknew.org/cur_sit/shahak.html.

10:11 to 14:18 – SUBJECT accessed extensive content related to Spitfire and P-51 Mustang replica aircraft to include saving photos to HIS workstation.

**29 Nov:** SUBJECT alternated throughout the day between accessing World War II replica aircraft content and saving photos to HIS workstation and accessing pro-Russian, anti-Semitic, and white supremacist themed content. At 07:59, SUBJECT opened a saved pdf titled: "Science, Darwin, and Religion: Irreducibility, Nominalism and the Failure of the Scientific Establishment" by Matthew Raphael Johnson.

**4 Dec 2018:** SUBJECT accessed extensive content related to Spitfire aircraft and was observed reading a seven page document titled "debate_dem.pdf" which contained pro-Russian, neo-fascist, and anti-Semitic themed content.

**6 Dec 2018:**

07:39 – SUBJECT performed google searches for "*corporatocracy in media*" and "*.50 cal barrels for sale*".

09:08 – SUBJECT performed bing searches for "*bench shooting setup*" and "*best shooting bench rest*".

09:55 – SUBJECT performed a bing search for "*us media corporations*" and navigated to: https://www.morriscreative.com/6-corporations-control-90-of-the-media-in-america/.
09:57 – SUBJECT performed a bing search for "*who owns general electric*" and navigated to Wikipedia pages for General Electric and H. Lawrence Culp Jr.

9:59 to 10:02 – SUBJECT performed bing searches for "*H. Lawrence Culp Jr.*" and "*who owns the majority of general electric*" and accessed the following webpages:

> https://www.investopedia.com/articles/insights/052716/top-4-general-electric-shareholders-ge.asp
> - https://www.nasdaq.com/symbol/ge/ownership-summary

**7 Dec 2018:**

05:53 to 06:09 – SUBJECT browsed classifieds for rifles in Arizona at www.armslist.com.

08:32 to 08:33 – SUBJECT performed a bing search for "*utah land for sale*" and accessed a link for: https://www.landwatch.com/Grand-County-Utah-Farms-and-Ranches-for-sale/pid/333453548.

08:34 – SUBJECT opened a saved 20 page word document copy of Ted Kaczynski's (Unabomber) manifesto titled "Industrial Society and Its Future" and was observed reading the document at various times throughout the remainder of the day.

10:12 – SUBJECT created a new one page word document titled: "Leftists may claim that their activism is motivated by compassion or by moral principle.docx" which matches the first sentence of Paragraph 21 of the Kaczynski manifesto. SUBJECT saved the document to HIS documents folder at 13:25.

12:37 to 12:51 – SUBJECT performed a bing search for "*most effective ied*" and accessed the following pages:

- https://en.wikipedia.org/wiki/Tactics_of_the_Iraqi_insurgency
- https://en.wikipedia.org/wiki/Explosively_formed_penetrator
- https://en.wikipedia.org/wiki/MPB_mine
- https://en.wikipedia.org/wiki/Low_Cost_Autonomous_Attack_System
- https://en.wikipedia.org/wiki/Sense_and_Destroy_ARMor
- https://en.wikipedia.org/wiki/MAHEM
- https://en.wikipedia.org/wiki/TMRP-6

12:52 to 13:06 – SUBJECT performed a bing search for "*how to make explosively formed penetrator*" and accessed the following pages:

- https://wikivisually.com/wiki/Explosively_formed_penetrator
- http://cdn.preterhuman.net/texts/terrorism_and_pyrotechnics/explosives/Shaped_Charges_Penetrators/Segmented_Formed_Penetrator_Assembly_-_US_Patent_6,510,797.pdf
- https://atwar.blogs.nytimes.com/2013/10/18/the-most-lethal-weapon-americans-faced-in-iraq/

SUBJECT also clicked on the following bing images (Figures 21-22):

73



Figure 21.



Figure 22.

**10-14 Dec 2018:**  SUBJECT performed extensive research into World War II replica aircraft capabilities, parts, and armaments.  This activity included saving dozens of aircraft photos to HIS USCG workstation.

Beginning on 11 December, SUBJECT was observed routinely switching from the Kaczynksi manifesto to World War II replica aircraft and armament related content.  See Figure 23 for an example of this activity.  Additional amplifying SUBJECT activity for this time period is detailed below.



Figure 23.

**10 Dec 2018:**

06:10 to 7:02 – SUBJECT attempted numerous unsuccessful logins to HIS https://warbirdnews.com account.

06:14 – SUBJECT performed a google search for "*voat*" and navigated to http://voat.co. SUBJECT continued to periodically access white supremacist content at voat.co throughout the day.

09:32 to 10:51 – SUBJECT accessed extensive content on parts for the T-28 and P-51 aircraft. SUBJECT also performed google searches for:

- *t 28 trojan for sale*

-   *t 28 modified to single seat*
-   *fighter escort win p 51 d*

11:49 to 12:13 – SUBJECT performed a google search for "*aircraft rocket pods*" and a Wikipedia search for "*proximity airburst*".

12:21 – SUBJECT performed a Wikipedia search for "*t 28 trojan*" from the Wikipedia page for "Toss bombing".

13:43 – SUBJECT performed a google search for "*pave patfae*" and navigated to a Wikimedia Commons webpage showing a Douglas A-1E Skyraider equipped with a 2500 lb fuel/air explosive (FAE) bomb (Figure 24).



Figure 24.

13:54 – SUBJECT performed a google search for "*douglas skyraider*".

14:49 – SUBJECT performed a google search for "*utah white americas last stand*".

**11 Dec 2018:**

06:53 – While browsing posts on the MGTOW subreddit at www.reddit.com, SUBJECT accessed a post titled "**Feminism = Collapse of Civilization.  It's close once again.**"  The original post consisted of a long opinion piece which contained extensive white nationalist extremist content.  SUBJECT saved the original post as a .jpg image to HIS Pictures folder.

Further contextual research revealed this post originated as a post titled "*The problem with Feminism. Why Feminisation leads to Third-Worldization*" posted on 27 May 2016 to the neo-Nazi website www.diversitymachfrei.blogspot.com.

07:50 – SUBJECT performed a bing search for "*industrial society and its future*" and saved a 34 page .pdf of the manifesto to HIS Documents folder.

07:59 – SUBJECT deleted all information on Sheet 2 of HIS "Copy of Bills1" spreadsheet (Figure 25) which contained a possible steroid cycle and a quote by white supremacist Kevin Alfred Strom.



| | A |
|---|---|
| 1 | "To learn who rules over you, simply find out who you are not allowed to criticize" |
| 2 | GHRP2/CJC no DAC 2-3 times a day plus 25mg MK677 before bed |
| 3 | 25mcgs of T3 or 100mcgs of T4 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Week 1-8 Aromasin 25mg<br>Week 1-4 HCG 250iu ed/e0d<br>Week 1-6 60/40/40/20/20/10 nolva |
| 10 | days 1-10 HCG 1000 iu EOD, 25 mg aromasin ED |
| 11 | 4 days after last hcg shot: |
| 12 | Aromasin 25 mg Ed for 2 weeks, then 12.5 for 2 more weeks |
| 13 | Clomid 100 mg ED for 2 weeks, then 50 mg for 2 more weeks |
| 14 | Nolva 20 mg for 6 weeks |
| 15 | HCG 2500IU every other day for 16 days. 50mg Clomid twice a day for 30 days. Nolva 20 mg every day for 45 days. |
| 16 | A "shotgun" (1000iu e3d) the last 3 weeks of the cycle will help prep the testes going into PCT where the SERM's bind to estrogen enough to get the body back into the normal groove |
| 17 | |
| 18 | ZMA, vit D, vit C, dhea 25mg |
| 19 | He suggests 8 shots of HCG @ 2500iu EOD. |
| 20 | |
| 21 | With this you take 20 mg of nolvadex for 45 days. |
| 22 | |
| 23 | Clomid is also taken but twice a day @ 50mg each dose 12 hours apart. |
| 24 | Protocol: |
| 25 | |
| 26 | (Week 1-4) 2000mg HCG E3D, 20mg Tamoxifen ED x 4 weeks |
| 27 | |
| 28 | --Labs-- |
| 29 | |
| 30 | (Week 4-7) 100mg Clomphene ED, 20mg Nolva ED x 3 weeks |
| 31 | |
| 32 | --labs-- |
| 33 | |
| 34 | (Week 7-9) 50mg Clomphene ED, 20mg Nolva ED x 2 weeks |
| 35 | |
| 36 | (Week 9-11) 20mg Nolva ED |

Sheet1 | Sheet2 | Sheet3 | (+)

Figure 25.

12:59 – SUBJECT sent an email to HIS personal e-mail address with two attached photos of the T-28 Trojan aircraft.

13:12 – SUBJECT sent an email to HIS personal e-mail address with a copy the Kaczynski manifesto attached.

13:16 to 13:27 – SUBJECT performed bing searches for "*pratt and whitney radial engine dimensions*" and "*t 28 trojan aircraft*". SUBJECT then used Wikipedia to open individual tabs for the Wright R-1820 Cyclone, R-2600 Twin Cyclone, and R-3350 Duplex Cyclone engines and appeared to compare engine capabilities (Figure 26).



Figure 26.

13:28 – SUBJECT performed a bing search for "*largest engine put into t 28 trojan*".

13:34 – SUBJECT performed a Wikipedia search for "*cluster bomb*".

15:03 – SUBJECT sent an email to HIS personal e-mail address with three photos of an aircraft rebuild.

**12 Dec 2018:**

08:06 – SUBJECT observed with Kaczynski manifesto open.

08:57 – SUBJECT opened a saved pdf titled: "Nikolai Lossky's Argument Against Nominalism" by Matthew Raphel Johnson.

13:05 – SUBJECT performed a google search for "*douglas skyraider for sale*" and saved several photos to HIS personal folder.

13:28 – SUBJECT performed a google search for "*utah ranches*" and saved two photos to HIS personal folder.

**13 Dec 2018:**

12:06 – SUBJECT performed a bing search for "*flight schools prescott az*" and navigated to http://northaire.com.  SUBJECT clicked on the "Contact Us" tab and wrote the following:

> *"I am in military and retiring soon, I will be in AZ next week and would like to come by and visit.  What day would be a good day to visit and time preferably early afternoon during the week.  Thanks."*

14:03 – SUBJECT performed a google search for "*armor vehicles for sale*".

**14 Dec 2018:**

05:55 to 06:11 – SUBJECT performed a google search for "*sleeve gun*" and saved two photos (Figures 27-28) showing the diagram and parts for a sleeve gun to HIS Pictures folder. SUBJECT also sent an email to HIS personal e-mail address containing the link: http://www.timelapse.dk/thesleevegun.php.



Figure 27.



Figure 28.

07:10 – SUBJECT performed a google search for "*phoenix az flight schools*".

**15-24 Dec 2018:**  SUBJECT was on leave to Phoenix, Arizona.

**26 Dec 2018:**  SUBJECT performed extensive research into the Sea Fury aircraft, to include saving numerous photos to HIS Pictures folder and emailing photos to HIS personal e-mail address.  SUBJECT also performed a google search for "*haynes aircraft manuals*" and browsed World War II era aircraft build manuals.

**27 Dec 2018:**

08:35 – SUBJECT opened saved .pdf titled: "Bulgaria in the Eurpean Union: Volen Siderov, Social Nationalism and the Resistance to Dependency" by Matthew Raphael Johnson.

09:57 – SUBJECT performed google searches for "*threaded barrell adapter*" and "*va gun shows*".

11:00 to 11:11 – After browsing content at http://englishrussia.com and www.rt.com, SUBJECT performed the following google searches:

- *flying in russia do you need to speak russian?*
- *pilot jobs in Russia*
- *can you move to another country and still collect military retirement?*
- *can you have dual citizenship usa and Russia*

12:22 to 13:10 – SUBJECT performed google searches for "*flying club near me*" and "*supermarine seafire*" and saved multiple photos of the Supermarine Seafire aircraft to HIS Pictures folder.

13:48 – SUBJECT performed a google search for "*joe scarborough*" after viewing a headline in which Scarborough referred to the President as "the worst ever".  SUBJECT spent the next five minutes reviewing Scarborough's Wikipedia page and personal website before performing a

google search for "*where is morning joe filmed*". This search led SUBJECT to a 21 December 2017 article from the Connecticut Post about Scarborough's house in New Canaan, CT going on the market. SUBJECT scrolled the article and immediately performed a google search for "*new canaan ct*" which brought HIM to New Canaan, CT in Google Maps. SUBJECT then returned to the article and retrieved the street name ▮▮▮▮▮▮▮▮▮ of the house. SUBJECT added the street name to his google maps search and then proceeded to scroll in and out on the location (Figure 29) for the next 35 seconds before closing the tab at approximately 13:56 hours.



Figure 29.

13:57 to 14:17 – SUBJECT browsed Russia Today (www.rt.com) and https://vaguntrader.com forums.

14:18 – SUBJECT performed a google image search for "*black man disguise*". SUBJECT then clicked on an image which took HIM to a dailymail.co.uk article from 1 December 2010 about a white man in Ohio who conducted six robberies disguised as a black man. The article stated the man purchased the mask from a company named SPFXmasks based in Van Nuys, CA. SUBJECT then performed a google search for "*spfx masks*" and navigated to the website.

**28 Dec 2018:**

07:19 – SUBJECT performed a google search for "*ww2 fighter plane blue print*".

08:31 to 14:55 – SUBJECT was observed reading the following saved documents written by Matthew Raphael Johnson:

- The Paper Tiger Tries to Roar:  The American Elite's Obsession for War against Russia and its Consequences
- Agrarianism and the Counterrevolution: The Ideology of Illusion and Modernity
- The Osculum Infame in the Balkans:  Albania's Alliance with the Globalist World Order and its Catastrophic Repercussions
- Money Fetishized as Organic: Christianity, Usury and the Power of Fraud

**2 Jan 2019:**  SUBJECT was observed throughout the day writing out a possible steroid cycle (Figure 30) on Sheet 2 of HIS financial spreadsheet titled "Copy of bills1.xlxs".  SUBJECT lists "winst" in row 19 which is possibly a reference to the steroid "Winstrol".  Anders Breivik cites Winstrol several times throughout his manifesto to include pages 878, 892, 895-897, 1431, and 1462-1465.

SUBJECT also performed a bing search for "*p80 build kit*" which is a polymer kit used for building after market firearms.  SUBJECT includes "p80" in row 28 of the spreadsheet.

| 15 | | |
|----|------------------------------------------|------|
| 16 | | |
| 17 | T P 100m EOD  1.5 month          5 botts | 125 |
| 18 | T E 200m every 5 days 6 a month 3 month 5 botts | 200 |
| 19 | winst | 200 |
| 20 | clmd 300 | 300 |
| 21 | hgc 3 | 90 |
| 22 | nolv 150 | 150 |
| 23 | arms x 4 anastr0zle arimadex | 130 |
| 24 | moxix3 | 120 |
| 25 | | 1315 |
| 26 | | |
| 27 | supororo 11mm | 500 |
| 28 | p80 | 550 |
| 29 | rle | 500 |
| 30 | | |
| 31 | | |
| 32 | | |

Figure 30.

SUBJECT also performed extensive research on World War II restored/replica aircraft and aircraft cannons throughout the day.  SUBJECT saved several photos of various aircraft cannons to HIS Pictures folder and sent an email to HIS personal e-mail address with an attached 24 page pdf from Meier Motors on a restored Corsair aircraft.

SUBJECT was observed reading two documents written by Matthew Raphael Johnson.  One was titled "Mattis-2" and was highly critical and disparaging of US Secretary of Defense James

82

Mattis.  The other document was titled "Ethno-Phyletism":  The Sociopolitical Context for a Pseudo-Heresy and the Religion of Clerical Bureaucracy.

**3 Jan 2019:**

09:46 to 10:05 – SUBJECT opened a saved pdf copy of the 1518-page Anders Breivik manifesto and performed a search for "*category A*".  See Figure 31.



Figure 31.

Page 930 of Breivik's manifesto classifies traitors as Category A, B, or C with the following explanation:

*This classification system is used to identify various individual cultural Marxist/multiculturalist traitors. The intention of the system is to easier identify priority targets and will also serve as the foundation for the future "Nuremberg trials" once the European cultural conservatives reassert political and military control of any given country.*

*Any category A, B or C traitor is an individual who has deliberately used his or her influence in a way which makes him or her indirectly or directly guilty of the charges specified in this document: 1-8. Many of these individuals will attempt to claim "ignorance" of the crimes they are accused of.*

10:20 – SUBECT highlighted "**3.48 Quick summary – overview of the planning and operational phases for your mission**" on page 935 of the Breivik manifesto (Figure 31). In this section, from pages 935-940, Breivik briefly covers the Preparation Phase (financing and credit acquirement), Cover Acquirement Phase, Preparation and Acquisition Phase, Assembly Phase, and Post Operational Phase of an attack

10:20 – SUBJECT performed a search within the Breivik manifesto for "*steroids*". This search landed SUBJECT on page 1464 and a diary entry by Breivik for Day 63 in which he wrote:

*Noticing that the testo withdrawal is contributing to increased aggressiveness. As I'm now continuing with 50mg it will most likely pass. I wish it would be possible to somehow manipulate this effect to my advantage later on when it is needed. Because the state seems to very efficiently suppress fear. I wonder if it is possible to acquire specialized "aggressiveness" pills on the market. It would probably be extremely useful in select military operations, especially when combined with steroids and ECA stack...! It would turn you into a superhuman one-man-army for 2 hours!<3*

On page 938 of his manifesto, Breivik wrote that an assailant should begin their six-week steroid cycle once all the equipment and components for their operation has been acquired and the preparation phase begins.)

10:37 – SUBJECT observed reading page 905 of the manifesto pertaining to "The third equipment cache". SUBJECT's cursor is also observed moving over Breivik's guidance to acquire 3-5 additional targets for a "bonus operation" (Figure 32).

> This depot is intended to work as a cache in a scenario where the Justiciar Knight survives his operation and where he faces apprehension and subsequent incarceration. When incarcerated, the Justiciar Knight should do everything in in his power to escape from prison. If he succeeds, he may initiate a "bonus operation" which consists of the assassination of 3-5 primary category B traitors/multiculturalists. Prior to his arrest he must acquire at least basic intel on his targets (picture, address, full name) so that he may execute his operation in a timely and professional manner (the 3-5 executions combined should take no longer than 1-3 hours). After the escape from prison and after the equipment is retrieved; the Justiciar Knight will expropriate a vehicle from a civilian and initiate his mission (if you fear there are road blocks you may want to sleep camp in the forrest for 1-2 days). It is essential that the Justiciar Knight memorises the intel and container location prior to apprehension.

Figure 32.

11:11 – SUBJECT observed reading pages 979-983 of the manifesto pertaining to laboratory acquisition and planning/research process for the manufacturing of explosives. On page 983 SUBJECT's cursor was observed over content in the section titled "**Manufacturing explosives – worth it or not**".

In this section Breivik writes: *Also, there is a 30% chance of being apprehended during an explosive manufacturing process (for a non-blacklisted person with no criminal record) which doubles for every person involved. For a blacklisted individual (blacklisted by the intelligence agency) there is less than 10% chance for success with the manufacture of explosives. If he includes 3 other blacklisted individuals this 10% chance is reduces to 3%.*

*So the question remains; is it really worth risking your life for a military operation with only 3% success rate? It is probably worth it if you have a realistic chance (50%+) of successfully creating a 500 kg truck bomb, which has the capability to destroy a medium or large building, thus instantly executing 100-300 category A, B and C traitors. However, if your bomb is only likely to have the capacity to kill 1-15 individuals, you are probably better off focusing on perfecting a small arms operation.)*

11:54 – SUBJECT was observed viewing page 937 with HIS cursor over a paragraph under section **3b. Research Phase**.  This paragraph includes the following:

> *As you are about to initiate your weapon/armour acquisition phase you will have to print out essential information (which is too hard to memorize) on a sheet of paper. Print out the data using letter size 4 (as small as practically possible) and try to compress all data on one single sheet. You may have to eat the sheet if anything happens so ensure that you have the info sheet close to you at all times.)*

11:55 – SUBJECT navigated from this paragraph to a saved 5-page pdf document titled "Worksheet for Calculating 0.1 Mil Target Knob Settings" by Major John L. Plaster, USA (ret). The document was last saved on 23 February 2018 and addresses bullet drop and wind drift for 100 to 2000 yard precision shooting.  SUBJECT opened the document for only one second and then immediately closed it.  SUBJECT's browser registered no activity for approximately six minutes until HE returned to the manifesto at approximately 12:01 hours.

12:02 – SUBJECT was observed viewing page 938 of the manifesto section titled **"3d. High grade explosives (+ trigger devices, jet fuel/nitro-methane) acquirement phase" and "4. Assembly Phase"**.

12:30 – SUBJECT was observed on the Wikipedia page for "Smokeless Powder" and HIS cursor over the section pertaining to "Nitroglycerine and guncotton".

12:47 – SUBJECT was observed on Page 946 of the manifesto and then opened a 41 page word document titled "HMTD" from HIS personal folder which pertains to the manufacturing of Hexamethylene triperoxide diamine (HMTD), a high explosive organic compound.  The document was last saved on SUBJECT's computer on 7 June 2017.

The first 2.5 pages of the document appear to be directions for manufacturing HMTD provided by someone who had experimented with it while the remaining 38 pages appear to be copied and pasted from Wikipedia.

SUBJECT remained on the first 2.5 pages for approximately two minutes before scrolling down the document and closing it at approximately 12:49 hours.

12:51 – SUBJECT opened HIS saved word document titled "Proverbs 21" with a list of bible verses with negativity towards women and read the document.

13:36 – SUBJECT deleted the following three documents from HIS personal folder:

- Elliott Rodger manifesto titled "My Twisted World"
- US Army Center for Lessons Learned "Modern Warrior's Combat Load for Dismounted Operations in Afghanistan April-May 2003"
- Storm Tactical Precision Rifle Data Book

14:06 – SUBJECT browsed the Wikipedia page for "Lewes bomb", a blast-incendiary field expedient explosive device.

**4 Jan 2019:**

07:47 to 07:55 – SUBJECT opened the Breivik manifesto and was observed viewing pages 53-57.

07:55 to 08:07 – SUBJECT transitioned from the Breivik manifesto and performed a search within Wikipedia for "*aircraft cannon*". SUBJECT proceeded to browse content surrounding aircraft cannons and saved several photos to HIS pictures folder.

08:08 – SUBJECT emailed a photo (Figure 33) of a World War 2 era single engine airplane to HIS personal e-mail address before immediately returning to reading Page 57-58 of the Breivik manifesto.



Figure 33.

08:35 – SUBJECT observed viewing page 1457 of the manifesto which pertains to Breivik's diary of Days 20-25 when he is manufacturing explosives.

12:40 to 14:30 – SUBJECT observed viewing pages 1438-1457 of the manifesto. These pages pertain to Breivik manufacturing explosives and continue into his attack planning diary.

**7 Jan 2019:**

06:40 – SUBJECT performed a google search for "*balkanization of usa*".

08:20 to 13:40 – SUBJECT observed reading pages 10-59 of the manifesto. These pages pertain mostly to Breivik's ideological opposition to political correctness, cultural Marxism, and multiculturalism.

14:05 to 14:57 – SUBJECT is observed reading pages 917-923 of the manifesto. In these pages

86

Breivik discusses how to apply deceptive means in urban guerrilla warfare and priority targeting concepts.  Excerpts from these pages include:

*1. Always mask your real goals, by using the ruse of a fake goal that everyone takes for granted, until the real goal is achieved. Tactically, this is known as an 'open feint'; in front of everyone, you point west, when your goal is actually in the east. By the time everyone realised it, you have already achieved your goal.*

*2. Chameleon.  Mask yourself. Either leave flamboyant traits behind, thus going incognito; or just masquerade yourself and create an illusion to fit your goals and distract others.*

*5. Hide a knife behind a smile.  Charm and ingratiate yourself to your enemy. When you have gained his trust, move against him in secret.*

*6. Sacrifice the plum tree to preserve the peach tree.  There are circumstances in which you must sacrifice short-term objectives in order to gain the long-term goal. This is the scapegoat strategy whereby someone else suffers the consequences so that the rest do not.*

*8. Do not startle the snake by hitting the grass around it.  Do not break any laws which will lead to a pursuit before initiating your primary mission. An imprudent act might give up your position or intentions away to the enemy.)*

14:24 – SUBJECT transitioned from reading about target selection on page 922 and opened HIS pictures folder and began scrolling saved photos of aircraft cannons and aircraft (Figure 34).



Figure 34.

**8 Jan 2019:**

08:37 – SUBJECT performed a google search for "*how to hasten collapse of usa*".

09:04 to 09:11 – SUBJECT performed a bing search for "*billy roper*" and accessed the following webpages:

- https://www.splcenter.org/fighting-hate/extremist-files/individual/billy-roper
- https://www.splcenter.org/fighting-hate/extremist-files/group/euro
- https://www.splcenter.org/hatewatch/2019/01/03/far-right-survivalist-and-icon-patriot-movement-predicts-religious-civil-war

09:20 to 10:25 – SUBJECT periodically opened HIS Pictures folder and scrolled saved photos of aircraft and aircraft cannons.

10:29 – SUBJECT performed a google search for "*what were ww2 fight plane guns set at for convergence*" and saved an image of gun harmonization on a Hurricane fighter plane (Figure 35). While reading the Wikipedia page for Gun Harmonization, SUBJECT also performed a google conversion for 300 meters to yards.



Figure 35.

12:06 – SUBJECT performed a google search for "*american redoubt*".

**9 Jan 2019:**

08:12 – SUBJECT opened a saved .pdf titled "Hyperreality in Film: The Skulls, the X-Files, and the Cognitive Dissonance of the Elite" by Matthew Raphael Johnson.

08:14 – SUBJECT performed a google search for "*us turned jewish refugees away during ww2*".

09:26 – SUBJECT performed a google search for "*ceramic armor plates*" and browsed content at www.spartanarmorsystems.com.

10:04 – SUBJECT performed a google search for "*hate watch*" and browsed content at www.splcenter.org.

**10 Jan 2019:**  SUBJECT was observed reading the Kaczynski manifesto from 12:09 to 14:54.

**11 Jan 2019:**

08:25 to 08:50 – SUBJECT opened the following saved documents written by Matthew Raphael Johnson:

- The Heresy that Never Was:  The "ethnophyletism" Hoax, Usury and Historical Illiteracy.
- The Homosexual Perversion:  A Jewish Criminal Simhke for the Postmodern Corporate Conformist
- Freud's Aesthetics:  Matriarchy, Sublimation and the Surreal
- Necessary and Sufficient" Ethics:  The Theory of Hegemony in Antonio Gramsci

09:09 – SUBJECT opened the Kaczynski manifesto and was observed reading it throughout the day.

12:56 – SUBJECT opened HIS Pictures folder and scrolled saved photos of aircraft and aircraft weapons.

**15-16 Jan 2019:**  SUBJECT spent significant portions of HIS workdays researching light helicopters and their capacity for lift and cargo.  During this time SUBJECT performed the following google searches:

- *Hiller helo cargo box*
- *Hiller helo cargo*
- *Hiller helo lift capability*
- *Custom hiller uh 12*
- *How to get helicopter license with gi bill*
- *Hiller helo firefighting*
- *Hiller helo water drop*
- *Russian helo water drop*
- *Russian helicopters for sale*
- *Hiller helo onboard*

- *Hiller helo storage boxes*
- *R44 for sale*
- *R22 for sale*
- *Fly for less hu helos*
- *Personal helicopters*
- *Rotorex helicopters*
- *Hiller helicopter project for sale*
- *Hughes helicopters for sale*
- *M74 wasp for sale*
- *Used bell helicopters*
- *Can you put small lift wings on experimental helo*

SUBJECT also sent three emails to HIS personal e-mail address containing the following helicopter related links:

- http://helicopterforum.verticalreference.com/
- https://www.silverhawkaviation.net/copy-of-overview-first-steps
- http://www.justhelicopters.com/Home/tabid/160/Default.aspx
- http://www.skynet-aviation.com/bell_helicopters_for_sale.html

**17 Jan 2019:**

08:40 to 11:46 – SUBJECT opened a copy of HIS financial spreadsheet and clicked to Sheet 2 which contained a possible steroid cycle and possible weapons related items.  SUBJECT then proceeded to compile a list of prominent Democratic Congressional leaders, activists, political organizations, and MSNBC and CNN media personalities in cells A37-A51 and B37-B43.  See Figure 36.



| 36 | | | | |
|----|--------------|---------------|--|--|
| 37 | JOEY | sheila jackson | | |
| 38 | Chris hayes | jihan omar | | |
| 39 | Sen blumen jew | chris cuomo | | |
| 40 | pelosi | angela davis | | |
| 41 | sen kaine | DSA | | |
| 42 | ari melber | van jones | | |
| 43 | shumer | podesta | | |
| 44 | don lemon | | | |
| 45 | gillabran | | | |
| 46 | poca warren | | | |
| 47 | cortez | | | |
| 48 | booker | | | |
| 49 | harris | | | |
| 50 | beto orourke | | | |
| 51 | maxine waters | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | | |
| 61 | | | | |
| 62 | | | | |
| 63 | | | | |
| 64 | | | | |
| 65 | | | | |
| 66 | | | | |
| 67 | | | | |
| 68 | | | | |

Sheet1  Sheet2  Sheet3  ⊕

Figure 36.

08:40 to 08:43 – SUBJECT used www.msnbc.com to compile the following list of names into HIS spreadsheet:

- **JOEY** – Probable reference to Joe Scarborough. SUBJECT browsing shows at msnbc.com.
- **Chris hayes** – SUBJECT browsing shows at msnbc.com and clicks on show for "All In with Chris Hayes".
- **Sen blumen jew** – SUBJECT browsing Chris Hayes page at msnbc.com which advertises video titled "Sen. Blumenthal: 'Our own military' lacks clear strategy on Syria".
- **pelosi** – SUBJECT still browsing msnbc.com. Nothing on page to identify Speaker Pelosi.
- **sen kaine** – SUBJECT clicks on show for "The Beat with Ari Melber". Show page advertising video titled "Senator Kaine slams GOP for 'enabling' Trump shutdown".
- **ari melber** – SUBJECT on show page at msnbc.com for "The Beat with Ari Melber".

08:43 to 08:48 – SUBJECT used www.cnn.com to compile the following list of names into HIS spreadsheet:

- **schumer** – Senator Schumer present on front page photo on cnn.com.
- **don lemon** – SUBJECT scrolled down cnn.com page and stopped at advertised video titled "Don Lemon's question for Trump supporters".
- **gillabran / poca warren / cortez** – SUBJECT clicks on cnn.com and stops over photo of Senator Kirsten Gillibrand for article titled "Women have already made history in the 2020 Democratic primary". SUBJECT then adds references for Senator Gillibrand, Senator Elizabeth Warren, and Representative Alexandria Ocasio-Cortez.
- **booker / harris / beto orourke** – SUBJECT browses over an article titled "Welcome to the Stephen Colbert primary" which features photos of Senator Cory Booker, Senator Gillibrand, Senator Kamala Harris, Beto O'Rourke, and Stephen Colbert. SUBJECT then adds references to Senator Booker, Senator Harris, and Beto O'Rourke.

08:51 – **(maxine waters)** SUBJECT performed a google search for "*dumb congress people*". SUBJECT scrolled over a search result for a 3 December 2018 washingtonpost.com article titled "Max Rose came to Congress to do big things. But first, he has to do dumb things." SUBJECT then added a reference to Representative Maxine Waters.

08:54 – SUBJECT performed a google search for "*what if trump illegally impeached*".

08:57 – SUBJECT performed a google search for "*best place in dc to see congress people*".

08:58 – SUBJECT performed a google search for "*where in dc to congress live*".

08:58 to 09:05 – SUBJECT read a www.quora.com Q&A post titled "Where Do Congressman and Senators live when they are in DC?".

09:14 to 09:27 – SUBJECT performed a google search for the militia group "*3 percenters*" and browsed content at www.thethreepercenters.org.

10:39 – SUBJECT performed a google search for "*civil war if trump impeached*" and proceeded to browse articles and comment sections about potential Trump impeachment.

11:16 to 11:26 – SUBJECT used www.foxnews.com to compile the following names into HIS spreadsheet:

- **sheila jackson** – SUBJECT clicked on link to article titled "Dem accused of retaliating against staffer over rape accusation" and then adds reference to Representative Sheila Jackson-Lee.
- **iihan omar** – SUBJECT clicked on link to article titled "New Dem rep is latest on left to call Lindsey Graham 'compromised' and then adds reference to Representative Ilhan Omar.
- **chris cuomo** – While scrolling foxnews.com front page, SUBJECT stopped over article titled "CNN's Chris Cuomo links Karen Pence's job at Christian school to Steve King's white supremacy remarks" then adds reference to Chris Cuomo.
- **angela davis** – SUBJECT stops over article titled "Angela Davis, former fugitive wanted by FBI, to offer MLK Day lecture" then adds reference to Angela Davis.

11:26 – SUBJECT performed a google search for "*social democrats usa*" and navigated to www.socialdemocrats.com.  SUBJECT then goes to the "About SDUSA" tab and click on "organization" before quickly backing back out to HIS google search results.

11:27 – **(DSA)** SUBJECT clicks on link for Democratic Socialists of America (DSA) at www.dsausa.org.  SUBJECT then scrolls to the bottom of the website and clicks on a link for "Leadership and Structure".  SUBJECT then slowly scrolls through the list of names and locations for the DSA National Committee and other members (Figure 37).  SUBJECT then adds reference to DSA to HIS spreadsheet.



Figure 37.

11:29 – **(van jones)** SUBJECT adds reference to CNN media personality Van Jones to HIS spreadsheet.  There is no clear context to indicate why SUBJECT added Van Jones.

11:35 to 11:46 – **(podesta)** While reading the comments section of a www.guardian.com article about potential Trump impeachment, SUBJECT clicked on a link to a November 2016 www.politico.com article about the 2016 presidential election titled "They Always Wanted Trump".  After reading the article, SUBJECT reopened HIS spreadsheet and added a reference to Hillary Clinton Campaign Chairman John Podesta at approximately 11:46 hours.

**18 Jan 2019:**

09:01 to 09:03 – SUBJECT performed google search for "*if they impeach trump what can patriots do*" and navigates to deadline.com article from 11 December 2018 titled "Donald Trump Says 'People Would Revolt' If He Was Impeached".

09:33 to 13:00 – SUBJECT performed several google searches related to helicopters for sale and browsed extensive content related to personal helicopters.  SUBJECT also reviewed saved brochures for the Spitfire and Yak-9U single engine aircraft.

09:48 – SUBJECT navigated to a used 2010 Safari Helicopter for sale in Fallston, MD on aerotrader.com for $89,995.  SUBJECT clicked on the advertisement loan calculator and performed inputs for two estimates (Figures 38-39).



Figure 38.

Figure 39.

12:57 – SUBJECT emails link for http://www.universalheli.com/default.aspx to his personal e-mail email address.

**22 Jan 2019:**

08:08 to 08:41 – SUBJECT browsed content regarding Soviet propaganda on http://englishrussia.com.  SUBJECT then performed a google search for "*soviet union*" and browsed Soviet content on Wikipedia.com.

08:42 to 09:13 – SUBJECT performed google searches for "*ww2 tank tech*", "*ww2 fighter planes*" and "*ww2 tank engines*".  SUBJECT browsed Wikipedia content and saved specification drawing photos for several variants of the Nakajima aircraft to HIS pictures folder.

09:15 to 09:19 – SUBJECT performed a google search for "*belt fed ar upper*" and browsed content at www.brownells.com.

10:17 to 10:43 – SUBJECT performed a Wikipedia search for "*Stefan Molyneux*" and browsed content on Molyneux's Wikipedia page.  SUBJECT then proceeded to click to the following pages:

- https://en.wikipedia.org/wiki/Scientific_racism
- https://en.wikipedia.org/wiki/IQ_and_Global_Inequality
- https://en.wikipedia.org/wiki/Race_Differences_in_Intelligence_(book)
- https://en.wikipedia.org/wiki/Race_and_intelligence
- https://en.wikipedia.org/wiki/Race_and_crime_in_the_United_States
- https://en.wikipedia.org/wiki/Race_and_crime

11:22 to 11:27 – SUBJECT performed a google search for "*pure nicotine*" and navigated to http://liquidnicotinewholesalers.com where HE accessed the following URLs:

- https://liquidnicotinewholesalers.com/100mg-nicotine-liquid.html
- https://liquidnicotinewholesalers.com/lnw-pure-liquid-nicotine.html
- https://liquidnicotinewholesalers.com/250mg-nicotine-liquid.html

SUBJECT then clicked on a link for "e-liquid calculator" and changed the preset amount in Desired Strength from "6" to "99". See Figure 40.



Figure 40.

SUBJECT then navigated to https://liquidnicotinewholesalers.com/bulk-usp-nicotine-liquid.html.

11:27 to 11:28 – SUBJECT backed out to HIS original google search for "*pure nicotine*" and under the google "People also ask" (Figure 41) SUBJECT clicked on the following:

- Will pure nicotine kill you?
- How do you get pure nicotine?
- How much NIC can kill you?
- Can liquid nicotine kill you?

🔒 https://www.google.com/search?q=pure%20nicotine&card=h

---

pure nicotine          🎤   🔍

Will pure nicotine kill you?       ⌃

In high concentrations, **nicotine** is deadly. In fact, one drop of **pure nicotine** on the tongue **will kill** someone. It is so lethal that is has been used as a pesticide for centuries.

About Nicotine | Villanova University
https://www1.villanova.edu/villanova/studentlife/health/promotion/goto/.../nicotine.html

Search for: Will pure nicotine kill you?

How do you get pure nicotine?      ⌄

Can you smoke pure nicotine?      ⌄

What color is pure nicotine?      ⌄

Does nicotine kill brain cells?      ⌄

How much NIC can kill you?      ⌄

Can liquid nicotine kill you?      ⌃

The CDC says 50 to 60 milligrams of **nicotine** is a deadly dose for an adult who weighs about 150 pounds. But some research suggests a lethal amount may be a lot higher. It's not likely **you'll** overdose on **nicotine** just from smoking cigarettes. ... Swallowing this **liquid nicotine can** be toxic.

Figure 41.

11:28 to 11:30 – SUBJECT navigated to https://www.made-in-china.com/products-search/hot-china-products/Pure_Nicotine.html and attempted to navigate to https://novocig.com/store/ecig-nicotine but the URL for novocig.com was blocked by the USCG domain.

Further contextual research revealed that Anders Breivik writes extensively about "pure nicotine" in his manifesto. It is cited on pages 979, 981, 1011, 1016-1022, and 1423. Breivik discusses "pure nicotine" in conjunction with laboratory safety when preparing explosives and ricin as well as injecting it into hollow point bullets. On pages 1021-1022, Breivik writes the following:

***How much of 99% pure nicotine do you need for each hollow point bullet?***

*Given that 2 drops (I would probably go with 3 or 4 if enough room in projectile) is enough for each lethal dose/bullet you would need :*

*10 magazines (28 bullets whereas 14 are chemical): 14 x 10 magazines = 140 bullets*
*140 bullets x 2 drops = 280 drops*
*A "metric" drop = 0,05 ml (50 µL)*
*280 drops x 0,05 ml = 14 ml*

97

*0,10 ml = aprox 50 mg of pure nicotine which is almost the LD50 doze for a 75 kg individual (40-60 mg).*

*In other words; in order to create 140 nicotine bullets containing 50 mg of nicotine you would need to aquire 14 ml of pure 99% nicotine. You then inject 0,10 ml of nic using a 1ml syringe w. needle and then plug the bullet.*

*However, you should probably use at least 0,20 ml (4 drops) per bullet which is aprox 100 mg (almost twice the lethal dose for a 75 kg individual). You would then need to acquire 28 ml/0,028 liters of pure liquid nicotine.*

11:55 to 11:57 – SUBJECT opened HIS Pictures folder and scrolled through saved photos of aircraft and aircraft weaponry.

12:25 to 12:26 – SUBJECT returned to HIS saved photos and resumed scrolling photos of aircraft and aircraft weapons.

12:39 to 12:50 – SUBJECT performed a google search for "*russian military hardware for sale*" and browsed images.   SUBJECT clicked a link for image that directs HIM to article: https://www.stripes.com/news/online-bidding-site-helps-rid-military-of-surplus-1.195944.

SUBJECT then clicked a link from the article and navigated to www.govliquidation.com and browsed content under the "Vehicles & Parts" category.

13:04 to 13:07 – SUBJECT performed a google search for "*abandoned military hardware russia*" and browsed images from which HE navigated to the following links:

- https://jalopnik.com/excellent-pictures-of-abandoned-russian-military-vehicl-5848007
- https://www.telegraph.co.uk/news/worldnews/europe/russia/7338097/200-Russian-tanks-found-abandoned-in-forest.html

13:08 to 13:10 – SUBJECT opened HIS saved photos of aircraft and aircraft weaponry and began scrolling.

13:20 to 13:49 – SUBJECT performed a google search for "*japanese ww2 fighter planes*" and browsed World War II aircraft content on Wikipedia.  SUBJECT saved specification drawing photos for the following aircraft to HIS pictures folder:

- Nakajima Ki-27
- Grumman F6F Hellcat
- Grumman F8F-2 Bearcat
- Republic P-47N
- Sea Fury FB11

SUBJECT also saved two photos of a BMW 801D aero engine.

**23 Jan 2019:**

06:44 to 07:48 – SUBJECT performed a google search for "*Japanese ww2 airplane engines*" and browsed Wikipedia content. SUBJECT saved a technical drawing sketch photo for the Nakajima Ki-84 Hayate to HIS Pictures folder.

07:48 to 07:50 – SUBJECT performed a google search for "*black pilled*". SUBJECT browsed the first page of google results and clicked a link for https://en.wikipedia.org/wiki/Black_pill and also the question "What does the term black pill mean?"

08:54 to 08:55 – SUBJECT opened a saved .pdf from HIS documents folder titled "Freud's Aesthetics:  Matriarchy, Sublimation and the Surreal" by Matthew Raphael Johnson.

09:24 to 09:26 – SUBJECT opened the Breivik manifesto, jump scrolled to page 287 and began reading. This page contains content under Breivik's section titled: *2.1 EU's Eurabia Project (The Eurabia Code) - Documenting EU's deliberate strategy to Islamise Europe.*

09:34 to 09:35 – SUBJECT opened HIS saved photos of aircraft and scrolled through them.

09:39 to 09:54 – SUBJECT jump scrolled within the Breivik manifesto and was observed reading pages 1016-1022 in which Breivik discusses the process for obtaining chemicals/poisons and the manufacturing of ricin and pure nicotine laced bullets.

SUBJECT was observed lingering over content within the following paragraph titles of Breivik's manifesto:

- Ricin bullets, biological rounds – Death by diarrhea
- Toxin/Poison review (See Figure 42.)
- Nicotine bullets, chemical rounds – Death by respiratory failure
- Handling techniques
- Quantity required and price
- Effects of nicotine poisoning
- Cigarette content of nicotine – average size/average strength tobacco
- Snus content of nicotine
- Price – one pack of snus
- Extracting nicotine from tobacco or snus?
- Decotion as extraction method
- Nicotine fumes last about half an hour in air environment
- Buying pure nicotine (nicotine USP)
- How much of 99% pure nicotine do you need for each hollow point bullet?
- Tips when ordering chemicals from other EU countries or from Asia
- Factors which will increase your chances for successfully ordering/receiving pure nicotine and other chemicals

You should always bring a couple of clips containing ammunition designed for defeating system protectors (with level IIIA body armour). Hollow point ammo is worthless against such armour as it fails to penetrate the Kevlar. For defeating system protectors you must bring AP ammo, alternatively brass bullets or FMJ. However, an alternative strategy is to set up your "system protector clip" in such a way that every other bullet is chemical/biological. In an optimal setting you could be able to aim for the legs/arms/face every other shot. Because if the word is out that that KT is using lethal chemical/biological rounds against system protectors again, it will contribute to sow terror into their hearts and will thus contribute to defection or as a deterring factor.

**Reviewing appropriate toxins**

| Poison | Availability | LD50 for a 75 kg *person* |
|---|---|---|
| Tetrodotoxin (globefish toxin) | Hard | 0.75 mg |
| Hydrogen cyanide | Hard | 50 mg (1 drop) |
| Sodium cyanide | Hard | 40 mg (1 drop) |
| Potassium Cyanide | Hard | 60 mg (1-2 drops) |
| Ricin | Moderate | 60 mg (1-2 drops) |
| Nicotine 100% pure | Easy | 60-80 mg (2 drops) |
| Saxitoxin (shellfish poison) | N/A | 60 mg (1-2 drops) |
| Diarsenic Pentoxide | N/A | 600 mg (not enough room) |
| Carbofuran (a pesticide) | N/A | 750 mg (not enough room) |
| Heroin (50-75% pure) | Easy | 1 g (not enough room) |
| LSD | Easy | 1.2 g (not enough room) |
| Phosphamidon (an insecticide) | N/A | 1.8 g (not enough room) |
| Arsenic | Moderate | 57 g (not enough room) |
| Potassium Chloride | Moderate | 190 g (not enough room) |

Note: Unfortunately, cyanide is extremely difficult to come by due to its popularity among suicidal individuals.

| Other Poisons | LD50 *for rats* |
|---|---|
| Cobalt chloride rat, oral | 80 mg/kg |
| Cadmium oxide | 72 mg/kg |
| Strychnine | 16 mg/kg |
| Arsenic trioxide | 14 mg/kg |
| Metallic Arsenic | 13 mg/kg |
| Sodium cyanide | 6.4 mg/kg |
| White phosphorus | 3.03 mg/kg |
| Mercury(II) chloride | 1 mg/kg |
| Beryllium oxide | 0.5 mg/kg |
| Aflatoxin B1 (from Aspergillus flavus) | 0.48 mg/kg |
| Venom of the Inland taipan (Australian snake) | 0.25 mg/kg |
| Dioxin (TCDD) | 0.20 mg/kg |

Note: rats usually have a higher resistance to toxins so smaller amounts per kg are required to kill a human

Figure 42.

09:54 to 10:00 – SUBJECT observed reading content on pages 1022-1024 of the manifesto. Section/paragraph headers for these pages include the following:

- 3.56 Evaluating the possibilities for acquiring and employing nuclear weapons in phase 1
- Evaluating Nuclear Weapons and Proxies

10:01 to 10:11 – SUBJECT jump scrolled within the manifesto and was observed reading pages 1114-1119 which pertain to Breivik's description of the Ordination Rite and ritual for the Knights Templar and transforming into a "Justicar Knight". On page 1114, Breivik wrote:

*The intention of the rite is to formalise or create an unbreakable commitment where the candidate commits to:*

> · *Purge his traditional career/secular ambitions – you are embracing your destiny as a martyr for the cause of the PCCTS, Knights Templar*
> · *Purge or distance yourself from worldly influences (including friends, family)*
> · *Seek a pious lifestyle and voluntary poverty as all your worldly resources will go to the operation/cause from now on*

*You will rise up as a Justiciar Knight and gain:*

> · *Partial immortality (an individual who has embraced martyrdom and death cannot be killed, all martyrs in protection of Christendom are granted a place in heaven)*
> · *Ideological confidence*
> · *Military/operational confidence*
> · *Fearlessness*
> · *Unwavering dedication*

These pages also outline Breivik's ordination rite and ritual to include the necessary materials (candles, skull, and sword) and the importance of each item.

SUBJECT's cursor is observed over sections pertaining to the sword and skull. See Figures 43-44.



Figure 43.



Figure 44.

10:12 to 10:19 -- SUBJECT browsed pages 1093-1103 of manifesto pertaining to the Justicar Knight uniform, customs, and courtesies.

10:19 to 10:24 – SUBJECT jump scrolled the manifesto until arriving at pages 823-827 pertaining to military objectives and task requirements.

11:00 to 11:51 – SUBJECT returned to the manifesto and is observed reading and/or browsing pages 827-877.  At 11:01, SUBJECT is observed on page 827 in which Breivik writes the following:

*There are several things that should be done by the Justiciar Knight before starting the process of planning and taking up armed struggle.*

*The first of which is to surround yourself (either online or in real life) with people who support your political ideology but who at the same time does not jeopardise your security in any way.*

103

*You should therefore avoid any affiliations with known extremists or such groups as they are most likely flagged (individuals and groups who are monitored by your national intelligence agency on so called "watch lists"). The reason why you should surround yourself with "moderate sympathisers" is because you will need a minimum of moral support.*

*The second is to prepare to leave everyone else you know behind and prepare for a lonely, poor and potentially painful existence of hardship and uncertainty.*

*As a Justiciar Knight, you are a part of an indestructible network of cells, spread all around Europe that functions without a central command.*

*No dormant cell can remain inactive waiting for orders from above. Your obligation as a Justiciar Knight/a cell commander is to act on your own initiative. Any single patriot who wants to establish a cell and begin action can do so, and thus becomes a part of the organisation.*

11:03 to 11:04 – SUBJECT scrolled through pages 828-836 which include the following sections.

- 3.18 Open Source" warfare – clandestine cell systems – the most efficient way of warfare in Phase 1
- 3.19 Cell structure – Cell commander
- 3.20 PCCTS, Knights Templar – Organisational overview
- 3.21 7 Deadly mistakes to be avoided
- 3.22 Using terror as a method for waking up the masses – many of our people will hate us for it

11:04 to 11:07 – SUBJECT is observed reading section **"3.23 The cruel nature of our operations"** on page 837.  In this section, Breivik writes:

*"We do not want to do this, but we are left no choice."*

*The 3-phase-process of destroying and replacing the current cultural Marxist/multiculturalist regimes of Western Europe will not be easy or painless. Keep in mind that these regimes we are fighting have and are still committing genocide against the indigenous peoples of Europe by exposing them to more than 25 million Muslims. They have indirectly killed more than 15 000 Europeans, raped more than 500 000 European women, robbed and terrorised more than 4,5 million Europeans, fired more than 37 000 cultural conservatives from their jobs and incarcerated more than 150 000 brothers and sisters for opposing their policies.*

*As a Justiciar Knight you are operating as a jury, judge and executioner on behalf of all free Europeans. Never forget that it is not only your right to act against the tyranny of the cultural Marxist/multiculturalist elites of Europe, it is your duty to do so.*

*There are situations in which cruelty is necessary, and refusing to apply necessary cruelty is a betrayal of the people whom you wish to protect.*

-   *The preferred method is to attack in a violent and deceptive form (shock attack), usually with limited forces (1-2 individuals).*

*Once you decide to strike, it is better to kill too many than not enough, or you risk reducing the desired ideological impact of the strike. Explain what you have done (in an announcement distributed prior to operation) and make certain that everyone understands that we, the free peoples of Europe, are going to strike again and again. Do not apologise, make excuses or express regret for you are acting in self-defence or in a preemptive manner. In many ways, morality has lost its meaning in our struggle. The question of good and evil is reduced to one simple choice. For every free patriotic European, only one choice remains: Survive or perish. Some innocent will die in our operations as they are simply at the wrong place at the wrong time. Get used the idea. The needs of the many will always surpass the needs of the few.*

11:07 to 11:08 – SUBJECT scrolled through pages 838-841 pertaining to section **3.24 Principle of Proportionality** and section **3.25 Funding your operation**. SUBJECT stopped briefly on the paragraphs related to maximizing your credit cards in section 3.25.

11:08 to 11:46 – SUBJECT is observed reading through the following sections from pages 841-853.

-   3.26 Avoiding suspicion from relatives, neighbours and friends
-   3.27 Avoid ending up on watch lists
-   3.28 Anti-monitoring routines
-   3.29 How to stay motivated for longer periods – perform a daily mental check
-   3.30 Diversify risk by dividing the operation into 4 phases
-   3.31 Equipment – weapons/ammo/armour etc.

11:46 to 11:51 – SUBJECT browsed section 3.32 Armour Phase – KT guide to ballistic armour before starting to jump scroll within the manifesto.

11:57 to 12:16 – SUBJECT alternated between work activity and scrolling random parts of the Breivik manifesto. Between 12:03 and 12:04, SUBJECT opened his saved Pictures and scrolled photos of aircraft.

12:16 to 13:27 – SUBJECT read pages 1356-1382 in which Breivik writes a Q&A about himself and his beliefs.

13:31 to 14:14 – SUBJECT continued to read Breivik Q&A section (pages 1383-1413).

14:27 to 14:28 – SUBJECT opened a saved 24 page PDF guide for building a submachine gun titled "The STEN MKII Complete Machine Plans" and briefly scrolled through it.

14:29 to 14:43 – SUBJECT navigated to www.sciencemadness.org and accessed the discussion board for "Energetic Materials". SUBJECT viewed the discussion threads for the following posts:

- Unconventional Shaped Charges
- Is there a stable organic peroxide explosive?
- Pressing a nitroglycerine / nitrocellulose mixture
- PETN-based Cast Explosives

14:44 to 14:50 – SUBJECT returned to the manifesto and was observed reading/scrolling through pages 1416-1424 which consist of Breivik's attack planning diary.

14:57 to 14:58 – SUBJECT briefly opened two saved PDF 1-2 page brochures for Blackshape Aircraft (Italian Company) and Shark Aero (Slovakian Company).

**24 Jan 2019:**

06:36 to 06:38 –- SUBJECT performed a google search for "*vertigo politix*" and navigated to https://vertigopolitix.wordpress.com/about/.

Within vertigopolitix, SUBJECT clicked "kindred" tab which navigates a list of partner websites. SUBJECT then clicked the link for Diversity Macht Frei and navigated to http://diversitymachtfrei.wordpress.com.

06:52 to 06:55 – SUBJECT browsed content on diversitymachtfrei.wordpress.com.

SUBJECT returned to "kindred" tab on vertigopolitix and accessed, or attempted to access, the following links between 06:55 and 07:21:

- The Occidental Observer
- This is Europa
- Morgoth's Review
- Way of the World
- The Right Stuff
- Counter-Currents Publishing
- American Renaissance
- Information Liberation
- Fash the Nation

08:05 to 08:06 – SUBJECT opened HIS Pictures folder and scrolled saved photos of aircraft and aircraft weapons.

08:33 to 08:34 – SUBJECT performs google search for "*ww2 fighters*" and browsed content at http://acepilots.com/planes/jap_fighters.html.

09:04 to 9:09 – SUBJECT performed a google image search for "*homemade camper van*" and browsed images.

10:34 to 10:43 – SUBJECT performed a google search for "*free state movement*" and browsed the following Wikipedia pages:

- Free State Project – Wikipedia
- American Redoubt – Wikipedia

- James Wesley Rawles – Wikipedia

10:53 to 10:56 – SUBJECT browsed content on https://survivalblog.com and attempted to click on FAQ for "The Coming Pre-1899 Boom" (Figure 45) which refers to investment in Federally-exempt pre-1899 guns but was blocked.

**THE COMING PRE-1899 BOOM**

Since 1992, I have extolled investing in Federally-exempt pre-1899 guns. I wrote a FAQ on the subject that has been updated several times and that is widely cited and cross-posted. You should take the time to read it, but here is the most pertinent point: A **December 31, 1898 threshold was set in stone,** with passage of the U.S. Gun Control Act of 1968 (GCA-68). Per the Federal law, any guns made on or before December 31, 1898 are legally exempt "antiques", but those made on or after January 1, 1899 are controlled "firearms." While state and local laws often differ, under Federal law any **antiques** can be freely transferred across state lines with no paperwork required. But **less than 1/2 of 1% of the guns in the United States are pre-1899 antiques.**

I predict that if a nationwide private transfer ban is enacted, suddenly everyone would wake up to the significance of the scarce pre-1899 cartridge guns. There would then be a huge rush to by them. However, since there is such a tiny supply, prices will double with two years. And **within five years, their prices will triple.** I'm not kidding: I mean a genuine 300% gain. The law of supply and demand is inescapable. Those wishing privacy for cartridge gun purchases will only have *one* really viable option: **Pre-1899 antiques.** Buying anything else would require paperwork and an FBI background check.

Figure 45.

SUBJECT then navigated to the SurvivalBlog bookshelf and attempted to access the following:

- "Strategic Relocation – North American Guide to Safe Places" by Joel and Andrew Skousen. Link navigates to amazon.com where the page is not found.
- "The Alpha Strategy" by John Pugsley. The link is blocked by the USCG gateway.

10:56 to 11:21 – SUBJECT performed a google search for "*the alpha strategy*" and navigated to a 99 page PDF titled "The Alpha Strategy: The Ultimate Plan of Financial Self-Defense" at http://zombieprepdotnet.files.wordpress.com/2012/01/book2-preface.pdf. SUBJECT reads the .pdf until 11:21 before saving in HIS documents folder.

13:06 to 13:53 – SUBJECT used dual screens to perform work related activity while also reading/scrolling through all 99 pages of "The Alpha Strategy" .pdf.

14:04 – SUBJECT opened saved photo of GSh-23L aircraft cannon.

14:18 to 14:20 – SUBJECT opened saved pictures and scrolls photos of aircraft, aircraft cannons/guns, and engines.

14:50 to 14:51 – SUBJECT opened saved photo of aircraft cannon and mini-guns titled "Tula State Museum of Weapons" (Figure 46), then proceeded to zoom in (Figure 47) on the photo while panning over the weapons.



Figure 46.



Figure 47.

14:51 to 14:56 – SUBJECT opened a saved 17 page pdf brochure for the Yakovlev Yak-9U aircraft from HIS personal folder and read/scrolled through all 17 pages.

**25 Jan 2019:**  SUBJECT observed reading "The Alpha Strategy – The Ultimate Plan of Financial Self Defense" throughout the day and also accessed extensive content on "wood gasification" for which SUBJECT downloaded and saved several PDF documents related to this topic.

12:54 – SUBJECT emailed "The Alpha Strategy" .pdf document to HIS personal e-mail email address and wrote "*read*" in the body of the email.

12:55 – SUBJECT opened a new email and wrote ▮▮▮▮▮▮▮▮▮▮ in the "To" line. SUBJECT then deleted it and closed the email without sending.

12:55 to 12:57 – SUBJECT read/scrolled "The Alpha Strategy".

From 12:58 to 13:02 – SUBJECT opened a copy of HIS "Copy of Bills1" financial spreadsheet. SUBJECT did not make any edits, but spent over three minutes on Sheet 1 of the spreadsheet, occasionally scrolling up and down on the sheet.  SUBJECT then clicked to Sheet 2 which displayed the list of prominent Democratic political leaders and media personalities SUBJECT compiled on 17 January 2019 (Figure 48).  After approximately six seconds, SUBJECT scrolled to the top of Sheet 2 which displayed the possible steroid cycle and weapons information SUBJECT compiled on 2 January 2019 (see Figure 49).



Figure 48.



Figure 49.

**28 Jan 2019:**

07:43 to 07:53 – SUBJECT performed a google search for "*radial aircraft engines*" and saved a photo of a BMW 801 aircraft engine to HIS Pictures folder.

08:32 to 08:55 – SUBJECT opened and reads a saved 13 page PDF titled Hiller Aircraft – Remanufactured Helicopters.

08:34 – SUBJECT performed a google conversion for "662" kilograms to pounds and is then observed with his cursor over the Weight/Loads capacity specifications (Figure 50) for Hiller Helicopters.



HILLER AIRCRAFT

# PERFORMANCE COMPARISON

| Specification | UH-12C H-23C | UH-12E3 OH-23 | 300C | T-28 | R-22 | R-44 |
|---|---|---|---|---|---|---|
| Maximum Weight | 2500 lbs. | 3100 lbs. | 2050 lbs. | 2600 lbs. | 1370 lbs. | 2400 lbs. |
| Empty Weight | 1600 lbs. | 1759 lbs. | 1100 lbs. | 1570 lbs. | 824 lbs. | 1400 lbs. |
| Useful Load | 840 lbs. | 1341 lbs. | 950 lbs. | 1030 lbs. | 546 lbs. | 1000 lbs. |
| Passenger Seats | 3 | 3 | 3 | 3 | 2 | 4 |

Figure 50.

09:41 to 09:42 – Opened Anders Breivik manifesto and jump scrolled to pages 365-367 which pertain to section "**2.14 Labour wants mass immigration to engineer multicultural UK, says former Blair and Straw advisor.**"

09:43 to 09:49 – SUBJECT performed a google search for "*new zealand*" and browsed content on the Wikipedia page for New Zealand.

09:49 to 09:53 – SUBJECT performed a google search for "*immigration to new zealand*" and browsed content at www.newzealandnow.govt.nz.  On the site registration page, SUBJECT checked the box for "I want to live & work in New Zealand".  SUBJECT attempted to register with HIS personal e-mail email address but received a notification the email address was already registered with the website (Figure 51).  SUBJECT then clicked the link for "update your details" and received a notification HE will receive an email to update HIS details.



Figure 51.

10:20 to 10:24 – SUBJECT performed a google search for "*new zealand dollars to us dollars*" and navigated to www.xe.com where HE performed a conversion for 3,000,000 New Zealand dollars to USD. SUBJECT then continued to browse content at www.newzealandnow.govt.nz.

10:43 to 10:54 – SUBJECT browsed content at the New Zealand Herald while occasionally checking emails.

11:00 to 11:11 – SUBJECT read/scrolled pages 369-376 of the Breivik manifesto pertaining to cultural Marxism.

11:12 to 11:27 – SUBJECT read/scrolled pages 485-501 of the Breivik manifesto pertaining to Muslims and Islam.

112

11:30 to 11:34 – SUBJECT read/scrolled pages 507-511 of the Breivik manifesto pertaining to Muslims and Islam.

11:59 to 12:01 – SUBJECT read/scrolled page 745-747 of the Breivik manifesto pertaining to multiculturalism.

12:02 to 12:09 – SUBJECT browsed New Zealand related content at Britannica.com.

12:16 to 12:17 – SUBJECT performed a google search for "*new zealand liberal or conservative?*" and navigated a story at The Independent titled "As the rest of the world slides further right, New Zealand is a haven of liberal politics".

12:24 to 12:28 – SUBJECT read/scrolled pages 750-753 of the Breivik manifesto pertaining to cultural Marxism.

**29 Jan 2019:**

09:28 to 10:23 – SUBJECT browsed AR-15 rifles, portable wood stoves, and navigated to https://westernrifleshooters.wordpress.com page for the Western Rifle Shooters Association which carries the tagline "How will you help to destroy the attempted Red takeover of America? SUBJECT clicked links for the following stories:

- "What Will It Take To Make You Understand And Accept That They Hate You?" | Townhall.com
- Elizabeth Warren's Tax Is Asset Forfeiture | National Review
- AmPart: Tech For The Listening Post/Observation Post | Western Rifle Shooters Association

10:24 to 10:31 – SUBJECT browsed content at www.americanpartisan.org which carries the tagline "A vanguard movement of Western Civilization".  SUBJECT clicked on the following links:

- Force Multipliers: My Optics Of Choice For The LP/OP | American Partisan
- Strategic Relocation: Are You Missing Out? | American Partisan

10:32 to 10:35 – SUBJECT clicked on the "Resources" tab on www.americanpartisan.org and navigated to a page with categories on "Infiltration and Tradecraft", "Communications", and OSINT Collection Tools" among others.

SUBJECT hovered over the link for Order of the White Rose which pulled up the following description: "The Order of the White Rose seeks to train individual citizens in areas that will help them engage in resistance activities against an out of control government." (Figure 52). SUBJECT attempted to click link but the website was blocked by USCG Gateway.



Figure 52.

On the Resources page, SUBJECT also clicked on the following links:

- https://masondixontactical.com/Gear_for_sale.html
- https://bravocompanyusa.com/BCM-Extractor-Spring-Uprade-Kit-p/bcm-exspring-1.htm
- IntelTechniques.com | OSINT & Privacy Services by Michael Bazzell | Open Source Intelligence
- https://code.google.com/archive/p/theharvester/

10:35 to 10:47 – SUBJECT browsed content at https://westernrifleshooters.wordpress.com and clicked on a story titled "Fundamentals of Fieldcraft: Packing for Partisans: A Conceptual Approach to Equipment Selection and Load-Bearing, Regardless of Position or Duties, with Specific Examples" at https://mountainguerrilla.wordpress.com. SUBJECT read the story and scrolled comments closely.

10:47 to 10:54 – SUBJECT clicked link in comments section (https://sipseystreetirregulars.blogspot.com/2013/07/praxis-source-for-free-topo-maps.html) on mountainguerrilla.wordpress.com advertising free topo maps to download to your GPS. SUBJECT then browsed content at sipseystreetirregulars.blogspot.com.

10:54 to 11:16 – SUBJECT returned to https://mountainguerrilla.wordpress.com and clicked on the following posts/links:

114

- Tactical Intelligence Considerations: An Imperative Directive | MountainGuerrilla
- Guerrillamerica: The Basics of HUMINT Collection – Tactical Questioning | Western Rifle Shooters
- Recommended Reading | MountainGuerrilla
- Warhammer Six Press Books | MountainGuerrilla
- The Reluctant Partisan, Volume One: The Guerrilla by John Mosby (Paperback) – Lulu

11:22 to 11:23 – SUBJECT opened and scrolled saved photos of World War II aircraft and aircraft weapons.

11:29 to 11:31 – SUBJECT again scrolled saved photos of aircraft and aircraft weapons.

**31 Jan 2019:**

07:32 to 07:38 – SUBJECT performed a google search for "*annapolis flying club*" and navigated to the Navy Annapolis Flight Center (NAFC) website (nafcflying.org) and clicked on tabs for flight training.

08:20 to 08:23 – SUBJECT performed a google search for "*can you use 9-11 gi bill for helicopter training*" and browsed content at https://helicopterforum.verticalreference.com.

08:23 to 08:27 – SUBJECT performed a google search for "*japanese swords for sale*" and browsed antique Japanese samuarai swords at tozandoshop.com.

08:27 to 12:10 – SUBJECT browsed content at helicopterforum.verticalreference.com and performed google searches and browsed degree programs for the following flight schools:

- Guidance Aviation
- Treasurer Valley Community College
- Silverhawk Aviation Academy

09:42 to 09:45 – SUBJECT received a Skype message from a USCG employee.  SUBJECT wrote the following:

> Employee:  "*Morning Chris?  Hope all is well in your world.  When are you retiring?  Airbus is looking for a tech, you could work from home*"
> SUBJECT:  "*Good morning.  Damn that sounds interesting.*"
> Employee:  "*just travel when they need a tech assist, they will even train you in Germany*"
> SUBJECT:  "*I think I have another year or so depends on whether they are going to transfer me next year or leave me here.*"
> SUBJECT:  "*Send me details if you have them, I appreciate the info*"
> Employee:  "*np, and will do.  Have a great day*"
> SUBJECT:  "*You too!  And welcome back from the furlough!*"

11:08 – SUBJECT emailed a link for Silver Hawk Aviation FAQ (https://www.silverhawkaviation.net/copy-of-international-students-1) to HIS personal e-mail email address.

13:04 to 14:41 – SUBJECT accessed extensive content on flight training and performed google searches that included the following:

- *us pilot flying in russia*
- *international commercial pilot training program*
- *how to become a 767 pilot*
- *commercial airline pilot jobs*
- *best flight sim for commercial pilots*
- *how to become a commercial pilot in russia*

13:18 – SUBJECT navigated to http://atpflightschool.com and submitted a free information request form.

14:41 to 14:46 – SUBJECT performed a google search for "*annapolis flying club*" and returned to nafcflying.org. SUBJECT browses content under "Contact Us" and "Location" and views google map locations of NAFC locations at Lee Airport in Edgewater, MD and St. Marys County Regional Airport in California, MD.

14:47 to 14:51 – SUBJECT performed a google maps search for "*Norfolk, VA*" and scrolled out until HE could see both the Norfolk and Washington DC area. SUBJECT continued to randomly scroll and move HIS cursor over the map.

**1 Feb 2019:** SUBJECT accessed extensive content related to commercial pilot flying and performed google searches for "*international pilot jobs*", "*best school to become commercial pilot*", and "*airline pilot life*".

**4-13 Feb 2019:** SUBJECT accessed extensive content related to Japanese samurai swords.

**11 Feb 2019:** SUBJECT sent an email to a USCG employee which stated HE was planning on getting out of the USCG:

> *You heard of any job openings in Baltimore or Portsmouth? I am done time for me to check out looking for something in the next 6 months.*
>
> *Chris*

**13 Feb 2019:**

11:29 to 11:32 – SUBJECT performed a google search for "*russian far east cabin for hermit*" and clicked on the following search results:

- Cabins & Fares | Russian Far East Maiden Expedition | The Luxury Cruise Company
- Russian hermit to return to Siberian wilderness after hospital stint | World news | The Guardian
- Russian Aviation | The Tactical Hermit

13:07 to 13:08 – SUBJECT opened a saved photo of an aircraft engine and begins to scroll backwards through previously observed saved photos that include the following:

- Camper/Cabin interiors and floorplans

116

- SUBJECT with jiu-jitsu partners
- Utah Ranches
- White supremacist-themed photos
- Stock photos of revolvers and assault style rifles

14:02 to 14:18 – SUBJECT performed a bing search for "*old believers*" and browsed content on the following Wikipedia.com pages:

- https://en.wikipedia.org/wiki/Old_Believers
- https://en.wikipedia.org/wiki/Sign_of_the_cross

**14 Feb 2019:**

06:28 to 06:35 – SUBJECT browsed content at www.rt.com and navigated to the page for the SophieCo Show.  SUBJECT the performed a google search for the show's host "*Sophie Shevardnadze*" and browsed content on her Wikipedia page: https://en.wikipedia.org/wiki/Sophie_Shevardnadze.

06:36 to 06:57 – SUBJECT browsed content at http://englishrussia.com and also performed a google search for "*Siberian retreat*" and clicked on the following search results:

- www.kamvariarchitects.com/siberian-retreat/
- www.metalocus.es/en/news/siberian-retreat-5-stations-kamvari-architects
- Siberian Dacha Retreat - Houses for Rent in Irkutsk – Airbnb.com
- www.airbnb.com/users/show/42384341

06:57 to 07:15 – SUBJECT browsed content at http://englishrussia.com and also performs google images search for "*siberian cabin*" and clicks on the following search results:

- https://www.mircorp.com/taking-heat-russian-banya/
- https://www.tripoto.com/trip/deeper-into-siberia-a-town-called-irkutsk-59b66c4d6669d
- https://www.alamy.com/stock-photo/siberian-cabin.html
- https://www.russianhunting.com/photo-journals/denned-siberian-brown-bear-hunt-in-irkutsk/
- https://www.naturalworldsafaris.com/blog/a-few-days-with-the-guardians-of-the-siberian-forest
- https://mashable.com/2016/02/15/winter-road-siberia/#1hVW0f2JbaqX

07:16 to 07:22 – SUBJECT performed a search for "*Siberia, Russia*" in googlemaps.com and then browsed google maps imagery of facilities on Attu Island in the Aleutian Islands.

13:07 to 13:10 – SUBJECT opened and read a saved word document in HIS Documents folder titled "True" (Figure 53) which HE previously created on 15 July 2016. The word document is two pages in length, negative towards femininity, and includes lines from a Rudyard Kipling poem titled "The Stranger" at the bottom.



always an elite movement started by educated women from rich families....they have other economic resources and don't feel the pressure to perform for men as they have other alternatives. Feminism will never be relevant for uneducated women with no skills, family resources, or status.

Women who are anti-feminist are women who perceive that performing for men is the best shot they have at survival and advancing themselves. It's really as simple as that. And feminism has hurt women who have nothing else marketable to offer of value to others. It has helped women who do.

The OP here is a bit silly because there are plenty of women who compete in and succeed in highly competitive fields in science, the military, business, medicine, etc. Is it most women? No. But there are female CEOs and emergency room surgeon MDs, don't get it twisted. Plenty of them are really good looking too. Like anything, it's a spectrum. Most women are losers who don't have anything to offer but their skills at social manipulation and a brief 15 year period of sexual attractiveness. Most men are also losers who don't have anything to offer but their muscles and capacity for boring labor and misguided loyalty. A minority of men have something additional of value to offer, and an even smaller minority of women do, but those people do exist.

Let the corn be all one sheaf—
And the grapes be all one vine,
Ere our children's teeth are set on edge
By bitter bread and wine

Figure 53.

13:10 to 13:12 – SUBJECT opened and read a saved word document in HIS Documents folder titled "Proverbs 21" (Figure 54) which HE previously created on 5 June 2018 that contains two pages of bible verses with negativity towards women.

118



Figure 54.

13:38 to 13:39 – SUBJECT opened a saved Spitfire Aircraft brochure from HIS Documents folder.

13:40 SUBJECT opened the Kaczynski manifesto from HIS Documents folder and then immediately closed it.

13:41 to 14:18 – SUBJECT opened and read a saved .pdf by Matthew Raphael Johnson titled: "Reason as the Male Burden:  The Orthodox Church, the Female Nature and the Priesthood".

14:18 to 14:57 – SUBJECT opened and read a saved .pdf by Matthew Raphael Johnson titled: "A Patristic Glimpse into Our Age:  Antichrist and the End of All Things".

**ATTACHMENTS:**  None

**(U//FOUO) ANALYST COMMENTS:**  All times provided are approximate and in Eastern Standard Time.