# **EXHIBIT 20**





2600

15 Rds 168 FeDeral SMK BTHP
sighting in scope. 55° overcast No

5 rds confirm 100 yd zero
5 rds 200 yd 3.5" low
25 total. Sgn 2018

1587