# **EXHIBIT 21**

**Copy of ballisticscomputer.xls**

Tuesday, January 30, 2018 4:01:37 PM

| | |
|---|---|
| **From** | Hasson, Christopher P LT |
| **To** | chris_hasson@att.net |
| **Attachments** | Copy of ballisticscomputer.xls |