# EXHIBIT 22

**EVIDENCE**     **FEDERAL BUREAU OF INVESTIGATION**

Item no. 92     Room no. D

Case no. ▮▮▮▮▮▮▮▮

Suspect: Christopher Paul Hasson

Address: ▮▮▮▮▮▮▮▮▮▮▮

Date: 02/15/2019          Time:

Description: Notes, Shipping receipts, arms receipts

Location: drawer of dresser in right of couch

Located by: ▮▮▮▮▮▮▮▮▮▮

| Range | Vel. | Energy | Path | 0 | 0 | Slope (Inc | 0 | TOF |
|---|---|---|---|---|---|---|---|---|
| 0 | 2650 | 2619 | -1.5 | 0 | 0 | 0 | 0 | 0 |
| 50 | 2556 | 2436 | -0.09416 | 0.054747 | 0.021596 | 0.085115 | 0.18611 | 0.058685 |
| 100 | 2464 | 2264 | 0 | 0 | 0.087789 | 0.345994 | 0.756539 | 0.119562 |
| 150 | 2374 | 2102 | -1.34735 | 0.261115 | 0.202994 | 0.800036 | 1.749332 | 0.182747 |
| 200 | 2286 | 1949 | -4.24989 | 0.617717 | 0.371075 | 1.462473 | 3.197796 | 0.248363 |
| 250 | 2200 | 1805 | -8.82953 | 1.026689 | 0.596178 | 2.349641 | 5.137648 | 0.316545 |
| 300 | 2115 | 1668 | -15.2785 | 1.480473 | 0.884837 | 3.487298 | 7.625211 | 0.387467 |
| 350 | 2033 | 1541 | -23.4518 | 1.947825 | 1.232125 | 4.856021 | 10.61802 | 0.46125 |
| 400 | 1951 | 1419 | -33.7939 | 2.455955 | 1.653152 | 6.515364 | 14.24628 | 0.538133 |
| 450 | 1872 | 1307 | -46.4843 | 3.002863 | 2.154019 | 8.489371 | 18.56258 | 0.618262 |
| 500 | 1796 | 1203 | -61.6922 | 3.586756 | 2.740482 | 10.80072 | 23.61651 | 0.701781 |
| 550 | 1723 | 1107 | -79.5826 | 4.20627 | 3.418151 | 13.47154 | 29.45642 | 0.788838 |
| 600 | 1651 | 1016 | -100.812 | 4.884286 | 4.209333 | 16.58972 | 36.27455 | 0.879692 |
| 650 | 1582 | 933 | -124.789 | 5.580882 | 5.093941 | 20.07612 | 43.89779 | 0.974509 |
| 700 | 1515 | 856 | -151.815 | 6.304619 | 6.082244 | 23.9712 | 52.41463 | 1.073519 |
| 750 | 1449 | 783 | -182.373 | 7.068732 | 7.190613 | 28.33947 | 61.96616 | 1.177038 |
| 800 | 1391 | 721 | -218.742 | 7.948468 | 8.496538 | 33.48636 | 73.22017 | 1.284874 |
| 850 | 1334 | 663 | -259.738 | 8.882972 | 9.959806 | 39.25335 | 85.83009 | 1.397318 |
| 900 | 1281 | 612 | -304.875 | 9.847369 | 11.56384 | 45.57513 | 99.65308 | 1.514414 |
| 950 | 1231 | 565 | -354.361 | 10.84336 | 13.31577 | 52.47981 | 114.7506 | 1.636266 |
| 1000 | 1187 | 525 | -411.911 | 11.97414 | 15.34185 | 60.46495 | 132.2107 | 1.762635 |
| 1050 | 1146 | 489 | -475.679 | 13.1694 | 17.57937 | 69.28339 | 151.4928 | 1.893525 |
| 1100 | 1110 | 459 | -545.969 | 14.42836 | 20.03864 | 78.97582 | 172.6859 | 2.028661 |
| 1150 | 1079 | 434 | -620.61 | 15.68782 | 22.64583 | 89.2512 | 195.1537 | 2.167678 |
| 1200 | 1050 | 411 | -707.343 | 17.13524 | 25.66412 | 101.1468 | 221.1643 | 2.310535 |
| 1250 | 1025 | 391 | -798.638 | 18.57297 | 28.83755 | 113.6539 | 248.5118 | 2.456877 |
| 1300 | 1002 | 374 | -900.481 | 20.13598 | 32.36962 | 127.5744 | 278.9499 | 2.606577 |
| 1350 | 981 | 358 | -1008.34 | 21.71269 | 36.10613 | 142.3006 | 311.1499 | 2.759483 |
| 1400 | 962 | 345 | -1124.28 | 23.34472 | 40.11763 | 158.1107 | 345.7196 | 2.915408 |

| Range | Vel. | Energy | Path | Drop | | Wind = | mph | Slope (Inc | | | TOF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| yds | fps | ft/lbs | Inch | MOA | MIL | Inch | MIL | 15 Deg | 30 Deg | 45 Deg | secs |
| 0 | 2650 | 2619 | -1.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 50 | 2556 | 2436 | -0.09416 | -0.17988 | 0.054747 | 0.176625 | 0.098079 | 0.021596 | 0.085115 | 0.18611 | 0.058685 |
| 100 | 2464 | 2264 | 0 | 0 | | 0.61179 | 0.169862 | 0.087789 | 0.345994 | 0.756539 | 0.119562 |
| 150 | 2374 | 2102 | -1.34735 | -0.85791 | 0.261115 | 1.471576 | 0.272387 | 0.202994 | 0.800036 | 1.749332 | 0.182747 |
| 200 | 2286 | 1949 | -4.24989 | -2.02956 | 0.617717 | 2.729119 | 0.378867 | 0.371075 | 1.462473 | 3.197796 | 0.248363 |
| 250 | 2200 | 1805 | -8.82953 | -3.37327 | 1.026689 | 4.392673 | 0.487847 | 0.596178 | 2.349641 | 5.137648 | 0.316545 |
| 300 | 2115 | 1668 | -15.2785 | -4.86421 | 1.480473 | 6.552692 | 0.606448 | 0.884837 | 3.487298 | 7.625211 | 0.387467 |
| 350 | 2033 | 1541 | -23.4518 | -6.39973 | 1.947825 | 8.904213 | 0.706354 | 1.232125 | 4.856021 | 10.61802 | 0.46125 |
| 400 | 1951 | 1419 | -33.7939 | -8.06923 | 2.455955 | 11.82943 | 0.821105 | 1.653152 | 6.515364 | 14.24628 | 0.538133 |
| 450 | 1872 | 1307 | -46.4843 | -9.86614 | 3.002863 | 15.30708 | 0.944491 | 2.154019 | 8.489371 | 18.56258 | 0.618262 |
| 500 | 1796 | 1203 | -61.6922 | -11.7846 | 3.586756 | 19.32643 | 1.073189 | 2.740482 | 10.80072 | 23.61651 | 0.701781 |
| 550 | 1723 | 1107 | -79.5826 | -13.82 | 4.20627 | 23.87199 | 1.205094 | 3.418151 | 13.47154 | 29.45642 | 0.788838 |
| 600 | 1651 | 1016 | -100.812 | -16.0477 | 4.884286 | 29.23028 | 1.352623 | 4.209333 | 16.58972 | 36.27455 | 0.879692 |
| 650 | 1582 | 933 | -124.789 | -18.3364 | 5.580882 | 34.92159 | 1.491679 | 5.093941 | 20.07612 | 43.89779 | 0.974509 |
| 700 | 1515 | 856 | -151.815 | -20.7143 | 6.304619 | 41.05893 | 1.628563 | 6.082244 | 23.9712 | 52.41463 | 1.073519 |
| 750 | 1449 | 783 | -182.373 | -23.2249 | 7.068732 | 47.80982 | 1.769908 | 7.190613 | 28.33947 | 61.96616 | 1.177038 |
| 800 | 1391 | 721 | -218.742 | -26.1153 | 7.948468 | 55.86456 | 1.938837 | 8.496538 | 33.48636 | 73.22017 | 1.284874 |
| 850 | 1334 | 663 | -259.738 | -29.1857 | 8.882972 | 64.6481 | 2.111698 | 9.959806 | 39.25335 | 85.83009 | 1.397318 |
| 900 | 1281 | 612 | -304.875 | -32.3543 | 9.847369 | 73.81607 | 2.277211 | 11.56384 | 45.57513 | 99.65308 | 1.514414 |
| 950 | 1231 | 565 | -354.361 | -35.6267 | 10.84336 | 83.39748 | 2.437385 | 13.31577 | 52.47981 | 114.7506 | 1.636266 |
| 1000 | 1187 | 525 | -411.911 | -39.342 | 11.97414 | 94.3686 | 2.620127 | 15.34185 | 60.46495 | 132.2107 | 1.762635 |
| 1050 | 1146 | 489 | -475.679 | -43.2691 | 13.1694 | 106.0235 | 2.803545 | 17.57937 | 69.28339 | 151.4928 | 1.893525 |
| 1100 | 1110 | 459 | -545.969 | -47.4055 | 14.42836 | 118.2543 | 2.984826 | 20.03864 | 78.97582 | 172.6859 | 2.028661 |
| 1150 | 1079 | 434 | -620.61 | -51.5436 | 15.68782 | 130.3827 | 3.147873 | 22.64583 | 89.2512 | 195.1537 | 2.167678 |
| 1200 | 1050 | 411 | -707.343 | -56.2992 | 17.13524 | 144.3583 | 3.340069 | 25.66412 | 101.1468 | 221.1643 | 2.310535 |
| 1250 | 1025 | 391 | -798.638 | -61.0229 | 18.57297 | 158.0972 | 3.511633 | 28.83755 | 113.6539 | 248.5118 | 2.456877 |
| 1300 | 1002 | 374 | -900.481 | -66.1583 | 20.13598 | 172.9739 | 3.6943 | 32.36962 | 127.5744 | 278.9499 | 2.606577 |
| 1350 | 981 | 358 | -1008.34 | -71.3387 | 21.71269 | 187.889 | 3.864226 | 36.10613 | 142.3006 | 311.1499 | 2.759483 |
| 1400 | 962 | 345 | -1124.28 | -76.7009 | 23.34472 | 203.2239 | 4.030339 | 40.11763 | 158.1107 | 345.7196 | 2.915408 |

Federal .308 168-gr BTHP Holdovers for a Mil-Dot Reticle

| | Distance | Trajectory | 1 Mil's Size | Actual Holdover | Rounded Holdover |
|---|---|---|---|---|---|
| 100 Yards | Zero | divide by | 3.6" | =0 Mils | 0 Mils |
| 200 Yards | -4.5" | divide by | 7.2" | =0.62 Mils | ½ Mil |
| 300 Yards | -15.9" | divide by | 10.8" | =1.47 Mils | 1-1/2 Mils |
| 400 Yards | -35.5" | divide by | 14.4" | =2.46 Mils | 2-1/2 Mils |
| 500 Yards | -64.6" | divide by | 18.0" | =3.58 Mils | 3-1/2 Mils |
| 600 Yards | -105" | divide by | 21.6" | =4.86 Mils | 5 Mils |