# **EXHIBIT 23**

**Category: Alt-Right**

| First Visited | Site |
|---|---|
| 12/3/2016 | Search for alt right |
| 12/3/2016 | Alt-Right Wikipedia |
| 12/3/2016 | Alt right memes |
| 3/14/2017 | Search for Kek |
| 3/28/2017 | Search for whitefish montana |
| 3/28/2017 | Whitefish, Montana - Wikipedia |
| 3/28/2017 | Search for kalispell mt |
| 3/28/2017 | Kalispell, Montana - Wikipedia |
| 3/28/2017 | craigslist: kalispell, MT jobs, apartments, for sale, services … |
| 5/27/2017 | AltRight.com |
| 6/4/2017 | Search for richard spencer |
| 6/4/2017 | https://en.m.wikipedia.org/wiki/Richard_B._Spencer |
| 6/4/2017 | Search for radix |
| 6/4/2017 | http://www.radixjournal.com/ |
| 6/10/2017 | Search for alt right moving to north west |
| 6/10/2017 | https://sofrep.com/82860/battleground-cascadia-alt-right-rally-planned-portland-oregon-brings-fear-violence/ |
| 8/13/2017 | Search for charlottesville va |
| 8/13/2017 | http://www.cbsnews.com/news/white-nationalists-rally-charlottesville-live-updates/ |
| 9/8/2017 | Search for styxhexenhammer666 |
| 9/8/2017 | Styxhexenhammer666 - RationalWiki |
| 9/11/2017 | https://www.buzzfeed.com/annehelenpetersen/love-lives-in-whitefish-but-so-do-neo-nazis |
| 9/11/2017 | Search for april gaede 2017 |
| 9/11/2017 | April Gaede - MT Cowgirl |
| 9/14/2017 | AltRight Territory in the Pacific Northwest - Red Ice |
| 7/17/2018 | Search for navyhato |
| 7/17/2018 | Search for black pigeon speaks identity |
| 7/17/2018 | Black Pigeon Speaks - RationalWiki |
| 7/17/2018 | Major alt-right youtuber blackpigeonspeaks just had his identity … |
| 9/27/2018 | Search for amerika blog |
| 9/27/2018 | Amerika |
| 10/3/2018 | http://alt-right.com/2018/02/08/mercenary-women-parasitizing-off-right-wing-men/ |
| 10/14/2018 | Search for amerika |
| 12/1/2018 | Search for right wing mormons |
| 12/1/2018 | Meet The (Alt-Right) Mormons: Inside The Church's Vocal White … |
| 12/1/2018 | Commentary: I'm ashamed to call myself a Mormon - The Salt Lake … |
| 12/1/2018 | Right-wing Mormons yearn for a return to the cult's racist past \| Guest … |

**Category: Breivik**

| Date | Site | Additional |
|---|---|---|
| 3/15/2017 | Search for brevik | |
| 3/15/2017 | https://en.m.wikipedia.org/wiki/Anders_Behring_Breivik | 7/19/2018, 1/3/2019, 1/4/2019 |
| 3/15/2017 | breivik manifesto | |
| 3/15/2017 | Anders Behring Breivik's Complete Manifesto "2083 - A European… | |
| 6/4/2017 | Search for anders breivik | 7/19/2018, 1/3/2019, 1/4/2019, 1/23/2019 |
| 6/4/2017 | Anders Behring Breivik - Wikipedia | |
| 6/4/2017 | Search for anders breivik hero | |
| 6/4/2017 | Why Liberals Are Terrified by Anders Breivik - American Renaissance | |
| 7/19/2018 | Search for anders breivik sister | |
| 1/23/2019 | http://norwaytoday.info/news/vg-breivik-says-regrets/ | |
| 1/23/2019 | http://waterfordwhispersnews.com/2016/05/18/anders-breivik-finally-completes-spyro-the-dragon/ | |
| 1/23/2019 | Anders Behring Breivik | Terrorist Groups | TRAC | |

**Category: Drugs**

| First Visited | Site | Additional |
|---|---|---|
| 12/9/2016 | Search for smokable dmt | |
| 12/9/2016 | http://deoxy.org/smokedmt.htm | |
| 12/9/2016 | DMT Sources and Extractions - Tryptamine Palace | |
| 12/11/2016 | Search for how to get smokable dmt | |
| 12/11/2016 | http://highexistence.com/topic/how-do-i-make-smokable-dmt/ | |
| 12/11/2016 | Smokeable DMT plant? -DMT Spice - Mycotopia | |
| 4/8/2017 | Search for oxycodone 80mg | |
| 4/8/2017 | Snorting - - 80 mg Oxycodone \| Drugs-Forum | |
| 4/17/2017 | Search for pill with 377 | |
| 4/28/2017 | Search for how do the test if your taking extra testosterone | |
| 4/28/2017 | Search for how do they test if your taking extra testosterone | |
| 4/28/2017 | Search for how do they test steroids testosterone | |
| 4/28/2017 | http://www.livestrong.com/article/286807-how-do-they-test-for-steroids/ | |
| 4/28/2017 | How is it possible for a drug test to find Testosterone? - EliteFitness | |
| 4/28/2017 | Steroid Detection Times - steroid.com | |
| 4/28/2017 | Urine Testing - Pharma - Forums - T Nation | |
| 4/28/2017 | Search for will hcg raise epitestosterone | |
| 4/28/2017 | http://www.ironmagazine.com/2016/human-chorionic-gonadotropin-hcg-and-doping/ | |
| 4/28/2017 | VERY IMPORTANT....Will HCG affect ones test:epitest levels on a ... | |
| 4/28/2017 | Search for best way to use hcg | |
| 4/28/2017 | http://www.musclechemistry.com/upload/bodybuilding-steroid-and-training-articles/67819-how-run-hcg-during-steroid-cycle-post-cycle-dosages.htm | |
| 4/28/2017 | Search for www.musclechemadvancedsupps.com | |
| 4/28/2017 | MuscleChemistry,Advanced Supplements | |
| 4/28/2017 | Search for best pct for long cycle | |
| 4/28/2017 | http://www.uk-muscle.co.uk/topic/173919-pct-after-very-long-cycle-2-years/ | |
| 4/28/2017 | Year Long Cycle - PCT Question - Pharma - Forums - T Nation | |
| 4/30/2017 | Search for Aromasin | |
| 4/30/2017 | Search for hardcore pct | |
| 4/30/2017 | Search for pct | |
| 4/30/2017 | Search for dr's pct | |
| 4/30/2017 | PCT - Lets get it ironed out (Dr Scally?)\| Page 12 \| MESO-Rx Forum | |
| 4/30/2017 | Search for start time of pct text 200 mg e | |
| 4/30/2017 | http://forums.steroid.com/pct-post-cycle-therapy/363329-pct-200-mg-test-e-10-weeker.htm | |
| 4/30/2017 | http://www.bluelight.org/vb/archive/index.php/t-689427.html | |
| 5/20/2017 | Search for best marijuana | |
| 5/20/2017 | http://www.complex.com/life/best-weed-strains-right-now/ | |
| 5/20/2017 | http://the-junky-g.com/Strains_Types/Best_Sellers_Most_Popular/ | |
| 11/14/2017 | Search for short steroid cycles vs long | |
| 11/18/2017 | Search for e2 symptoms | |
| 11/18/2017 | High Estrogen vs Low Estrogen Symptoms (For Men) - Dosage May ... | |

| | | |
|---|---|---|
| 6/12/2018 | Search for what is best magic mushroom kit | |
| 6/24/2018 | Search for recreational dispensaries | |
| 6/24/2018 | Search for recreational dispensaries oakland ca | |
| 6/24/2018 | http://www.shopharborside.com/ | |
| 6/24/2018 | https://amp.usatoday.com/amp/312169002 | 6/30/2 |
| 6/24/2018 | Packing pot: How risky is it?: Travel Weekly | 6/30/2018, 7/1/20 |
| 6/24/2018 | https://www.thrillist.com/amphtml/vice/how-to-sneak-weed-onto-an-airplane-flying-with-pot | 6/30/2 |
| 6/24/2018 | Search for marijuana laws maryland | |
| 6/24/2018 | http://norml.org/laws/item/maryland-penalties-2 | |
| 6/24/2018 | Search for how many grams in 1/8 of weed | |
| 6/24/2018 | how many grams is an 1/8? | Marijuana Forums | |
| 6/25/2018 | Search for cannabis near me | |
| 6/25/2018 | Oakland Cannabis Delivery | Marijuana Delivery by bud.com | |
| 6/25/2018 | Purple Heart Patient Center - Online Menu Now Available! | |
| 6/25/2018 | http://www.magnoliaoakland.org/ | |
| 6/28/2018 | Search for Cannabis dispensary near me | |
| 6/28/2018 | http://www.dutchmansflat.com/ | |
| 6/29/2018 | Search for north bay cannabis | |
| 6/29/2018 | http://www.peaceinmedicine.org/ | |
| 6/29/2018 | Search for mail weed or take on plane cali | |
| 6/29/2018 | Sneaking Weed On A Plane Is Easy & Flying with Edibles | |
| 6/29/2018 | https://melmagazine.com/a-practical-guide-to-traveling-with-weed-in-2018-de023d14370a | |
| 6/29/2018 | Search for how many milligrams of thc gets you high | |
| 6/29/2018 | The 10 Commandments of Marijuana Edible Safety • High Times | |
| 6/30/2018 | Purple Heart Patient Center - Online Menu Now Available! | |
| 6/30/2018 | https://www.salon.com/amp/can-i-fly-with-my-legal-weed_partner | |
| 6/30/2018 | Search for in cali what if tsa finds weed | |
| 6/30/2018 | Ask a Weed Lawyer: What if the TSA Finds my Weed? | KINDLAND | |
| 6/30/2018 | https://amp.theguardian.com/us-news/2017/apr/06/marijuana-tsa-airport-flying-rules | |
| 6/30/2018 | https://lifehacker.com/how-a-cannabis-expert-sneaks-weed-past-the-tsa-1794340594/amp | |
| 6/30/2018 | http://www.latimes.com/local/abcarian/la-me-abcarian-cannabis-tsa-20171031-story.html?outputType=amp | |
| 6/30/2018 | What happens if the TSA finds marijuana in my checked luggage ... | |
| 6/30/2018 | https://www.cnn.com/2014/05/02/travel/tsa-suitcases-marijuana/ | |
| 6/30/2018 | https://hightimes.com/culture/the-high-times-guide-to-flying-with-marijuana/amp/ | |
| 6/30/2018 | What if TSA finds something illegal, but not dangerous? - FlyerTalk ... | |
| 6/30/2018 | Search for marijuana in dc | |
| 6/30/2018 | Is Weed Legal in DC? Washington DC Marijuana Laws | Kush Tourism | |
| 6/30/2018 | Search for dca airport and marijuana | |
| 6/30/2018 | These Airports Say You Can Fly With Legal Marijuana | KINDLAND | |
| 6/30/2018 | Domestic Airport Security - Flying with MJ | Page 31 | Marijuana ... | |
| 6/30/2018 | Search for do checked bags get searched for drugs | |
| 6/30/2018 | https://flygirl.jezebel.com/how-to-bring-drugs-on-an-airplane-1693383755/amp | |
| 6/30/2018 | https://www.reddit.com/comments/4tx22l | |

| Date | Description | |
|---|---|---|
| 6/30/2018 | Transportation Security Administration: What happens if your ... | |
| 6/30/2018 | What happens if after checking in your luggage at the airport ... - Quora | |
| 6/30/2018 | Searched for can tsa scanners see weed | |
| 6/30/2018 | How many milligrams of THC are in a typical joint? - HelloMD | |
| 7/1/2018 | Search for how to travel with weed california | |
| 7/1/2018 | Search for oakland airport tsa and weed | |
| 7/1/2018 | https://sanfrancisco.cbslocal.com/2015/12/18/tsa-worker-accused-of-smuggling-marijuana-through-oakland-airport/amp/ | |
| 7/1/2018 | Search for flying with weed in carry on | |
| 7/1/2018 | https://herb.co/marijuana/news/flying-with-weed-airport-security | |
| 7/1/2018 | Travel Pro Tip: Can I Fly with Cannabis? – Key to Cannabis | |
| 7/1/2018 | Skunk No. 1 Strain Information — Leafly | |
| 7/1/2018 | Do-Si-Dos by Zion Gardens : Information & Reviews - Leafly | 7/10/2 |
| 7/6/2018 | Search for how long thc in urine | |
| 7/6/2018 | https://hightimes.com/health/long-thc-stay-urine/amp/ | |
| 7/6/2018 | https://herb.co/marijuana/news/how-long-does-weed-stay-in-your-urine/ | |
| 7/6/2018 | Magic Mushrooms | 100% Mycelium Kit | Fast Delivery - Zamnesia | |
| 7/7/2018 | Search for peyote seeds | |
| 7/7/2018 | https://www.zamnesia.com/content/517-peyote-seeds-how-to-grow-your-own-peyote-cactus | |
| 7/7/2018 | Search for peyote trip | |
| 7/7/2018 | Learn Everything You Need To Know About The Psychedelic Peyote | |
| 7/10/2018 | Search for dosido weed | |
| 7/10/2018 | Search for super sour og | |
| 7/10/2018 | Super Sour OG Strain Information — Leafly | |
| 7/15/2018 | Search for 1 hitter | |
| 7/15/2018 | 10 Best One-Hitters Of 2017 • High Times | |
| 7/18/2018 | Search for if only smoke weed once a week how long will | |
| 7/18/2018 | http://www.honestmj.com/will-casual-pot-smoker-pass/amp/ | |
| 7/18/2018 | Haven't smoked weed in exactly 14 days. Very light smoker, only ... | |
| 7/19/2018 | Search for how many mgs of thc per toke | |
| 7/19/2018 | https://hightimes.com/culture/how-much-thc-is-in-a-dab-a-bowl-and-a-joint/amp/ | |
| 7/20/2018 | Search for magic mushroom kit | |
| 7/20/2018 | Search for head shop near me | |
| 7/21/2018 | Searches related to magic mushrooms | |
| 7/24/2018 | Search for does military test magic mushroom | |
| 8/14/2018 | Searches related to magic mushrooms | |
| 9/3/2018 | Searches related to magic mushrooms | |
| 9/11/2018 | Searches related to magic mushrooms | |
| 9/14/2018 | Searches related to magic mushrooms | |

*Drug information relating to Tramadol not noted as purchaces have been previously reviewed
*Searches for fake urine conducted 7/23/2018, 7/24/2018, 7/25/2018, 8/2/2018

**Category: Explosives**

| First Visited | Site |
|---|---|
| 5/23/2017 | Search for shock tube |
| 5/23/2017 | Shock tube - Wikipedia |
| 5/23/2017 | SHOCK TUBES - Thermopedia |
| 5/23/2017 | Shock tube detonator - Wikipedia |
| 5/23/2017 | Materials for fertilizer bombs not regulated \| Homeland Security ... |
| 5/27/2017 | Search for Home made incediaries |
| 5/27/2017 | http://news.softpedia.com/news/How-to-Build-an-Incendiary-Bomb-Based-More-Powerful-Than-Napalm-56400.shtml |
| 5/27/2017 | https://www.pinterest.com/pin/67483694391888332/ |
| 5/27/2017 | http://www.adelaidenow.com.au/news/south-australia/14-trucks-extensively-damaged-by-homemade-incendiary-devices-at-para-hills-w |
| 5/27/2017 | Homemade Incendiary Grenade - YouTube |
| 5/27/2017 | https://www.youtube.com/watch?v=-gpM2IGMg!g |
| 5/27/2017 | Search for homemade thermal paste |
| 5/27/2017 | Alternative to thermal paste... watch this!!! - YouTube |
| 5/27/2017 | homemade thermite paste |
| 5/27/2017 | http://www.dailymail.co.uk/sciencetech/article-3519376/Definitely-don-t-try-home-YouTube-star-makes-homemade-thermite-cannon-la |
| 5/27/2017 | Search for homemade thermite |
| 5/27/2017 | Search for first fire mix |
| 5/27/2017 | THERMITE: This formula - Textfiles |
| 5/27/2017 | http://www.instructables.com/community/alternative-ignition-of-termite/ |
| 5/27/2017 | https://www.crossfader.fm/mixes/first-fire-mix/ |
| 5/29/2017 | Search for hmtd recipe |
| 5/29/2017 | HMTD - Budget Pyro |
| 5/29/2017 | https://www.youtube.com/watch?v=6pkqWuMYezY |
| 5/29/2017 | Search for how to make hmtd |
| 5/29/2017 | https://vimeo.com/114722530 |
| 5/29/2017 | Search for hexamine |
| 5/29/2017 | Hexamine fuel tablet - Wikipedia |
| 5/29/2017 | https://www.amazon.com/dp/B00JGDUXSQ |
| 5/29/2017 | Hexamine \| C6H12N4 \| ChemSpider |
| 5/29/2017 | Search for hmtd |
| 5/29/2017 | Hexamethylene triperoxide diamine - Wikipedia |

| Date | Entry |
|---|---|
| 5/29/2017 | Search for tatp and hmtd |
| 5/29/2017 | Decreasing the Friction Sensitivity of TATP, DADP and HMTD |
| 5/29/2017 | Search for tatp and anfo |
| 5/29/2017 | http://onlinelibrary.wiley.com/doi/10.1002/prep.200700230/pdf |
| 5/29/2017 | Sciencemadness Discussion Board - Anfo detonator - Powered by … |
| 5/29/2017 | Search for Better than hmtd |
| 5/29/2017 | Sciencemadness Discussion Board - Primary Explosive questions … |
| 5/29/2017 | Search for ddnp synthesis |
| 5/29/2017 | DDNP |
| 5/29/2017 | Search for plastic explosive c4 |
| 5/29/2017 | C-4 (explosive) - Wikipedia |
| 5/29/2017 | Searched for Homemade c4 |
| 5/29/2017 | How to make c4 | Page 1 | Naked Science Forum |
| 5/29/2017 | Search for Homemade rdx |
| 5/29/2017 | https://uscrow.org/2014/09/30/make-c4-rdx-explosives |
| 5/29/2017 | Search for nitric acid |
| 5/29/2017 | https://en.m.wikipedia.org/wiki/Nitric_acid |
| 1/24/2018 | Search for ricin |
| 1/24/2018 | Everything you need to know about ricin poison | Popular Science |
| 1/24/2018 | A Vermont Woman Tested Ricin Poison on Wake Robin Residents ... |
| 1/7/2019 | Search for biological weapon |
| 1/7/2019 | The world's most dangerous bioweapons - Army Technology |
| 1/7/2019 | Search for homemade biological weapon |
| 1/7/2019 | http://www.askaprepper.com/common-biological-weapons-antidotes/ |
| 1/22/2019 | Search for copper 10 in dish |
| 1/22/2019 | Search for solid copper bowl |

**Category: Incels**

| First Visited | Site |
|---|---|
| 7/16/2018 | Saint Elliot Rodger and the 'Incels' Who Canonize Him - Jezebel |
| 7/16/2018 | Search for saint elliot |
| 7/16/2018 | https://www.reddit.com/comments/57v6t2 |
| 7/17/2018 | Search for incels |
| 7/17/2018 | https://incels.me/ |
| 7/18/2018 | Search for incel |
| 7/18/2018 | The Incel Movement | Psychology Today |
| 7/18/2018 | Search for elliot rodger youtube |
| 7/18/2018 | Elliot Rodger's Retribution - YouTube |
| 7/19/2018 | Search for elliot rodger |
| 7/19/2018 | What Is 'Saint Elliot's Day'? Former UCSB Student Recalls Elliot ... |
| 7/19/2018 | Search for incel rebellion |
| 7/19/2018 | Search for incel rebellion reddit |

**Category: Mass Shootings**

| First Visited | Site |
|---|---|
| 2/18/2017 | Search for Aurora shooter loadout |
| 2/18/2017 | https://en.wikipedia.org/wiki/2012_Aurora_shooting |
| 7/19/2018 | Search for Murders of Alison Parker and Adam Ward |
| 7/19/2018 | https://en.m.wikipedia.org/wiki/Murders_of_Alison_Parker_and_Adam_Ward |
| 7/19/2018 | Search for seung hui cho |
| 7/19/2018 | https://en.m.wikipedia.org/wiki/Seung-Hui_Cho |
| 7/19/2018 | Search for james holmes |
| 7/19/2018 | https://en.m.wikipedia.org/wiki/James_Holmes_(mass_murderer) |

*Search for Anders Breivik also conducted 7/19/2018 (see Breivik tab)

**Category: McVeigh**

| First Visited | Site |
|---|---|
| 5/23/2017 | Search for oklahoma city bombing |
| 5/23/2017 | Search for tim mcveigh |
| 5/23/2017 | Search for timothy mcveigh writings |
| 5/23/2017 | An Essay by Timothy McVeigh - Outpost of Freedom |
| 5/23/2017 | Search for mcveigh |
| 5/23/2017 | Search for bomb mcveigh used |
| 5/23/2017 | http://www.wnd.com/2001/05/9372/ |
| 5/23/2017 | http://nypost.com/2015/04/17/mcveigh-regarded-bombing-that-killed-168-people-a-failure/ |
| 5/29/2017 | Search for tim mcveigh |
| 5/29/2017 | Search for timothy mcveigh forum |
| 5/29/2017 | Tim McVeigh's Forum - Outpost of Freedom |
| 6/5/2017 | Search for oklahoma city bombing theories |
| 6/5/2017 | Oklahoma City bombing conspiracy theories - Wikipedia |

**Category: Misc.**

| First Visited | Site |
|---|---|
| 1/30/2017 | Search for liberal think tanks |
| 1/30/2017 | Search for liberal think tanks dc |
| 1/30/2017 | http://thebestschools.org/features/most-influential-think-tanks/ |
| 1/30/2017 | http://www.progressivepolicy.org/ |
| 1/30/2017 | Search for soros funded think tanks |
| 2/15/2017 | Search for destruction of washington dc |
| 2/19/2017 | Search for Must have for bug out gear |
| 2/19/2017 | 75 bug Out Bag List Essentials [2018 Update] - Bug Out Bag Academy |
| 2/19/2017 | http://www.survivalcrackas.com/bug-out-bag-list-essentials/ |
| 2/19/2017 | Search for weapons for bug out |
| 2/19/2017 | Bug Out Weapons: Apocalyptic Survival - Survival Mastery |
| 2/19/2017 | http://www.thetruthaboutguns.com/2015/12,sara-tipton/why-i-dont-have-a-bug-out-bag/ |
| 2/19/2017 | Search for ar pistol for bug out |
| 2/19/2017 | http://www.ar15.com/forums/t_10_17/657065_The_perfect_Bug_Out_Bag__Bug_Out_Guns__You_like_my_idea_.html |
| 3/24/2017 | Search for oathkeeper |
| 3/24/2017 | Search for oathkeepers |
| 3/24/2017 | Search for oathkeepers.org |
| 3/24/2017 | Oath Keepers |
| 3/24/2017 | https://www.oathkeepers.org/ |
| 3/24/2017 | Virginia Oath Keepers | Guardians of the Old Dominion |
| 3/25/2017 | Search for oathkeepers |
| 3/25/2017 | Oath Keepers - Wikipedia |
| 5/20/2017 | Search for earth first |
| 5/20/2017 | Earth First! - Wikipedia |
| 5/21/2017 | Search for extreme isolation |
| 5/21/2017 | BBC - Future - How extreme isolation warps the mind |
| 5/21/2017 | http://motherjones.com/politics/2012/10/donald-o-hebb-effects-extreme-isolation |
| 5/23/2017 | Search for koanic soul blog reading faces |
| 5/23/2017 | https://www.reddit.com/comments/215k0w |
| 5/23/2017 | The Neanderhall · View topic - The Big Face-Reading Thread |
| 5/29/2017 | Search for how to bring down the system |
| 5/29/2017 | Search for how to bring down the us government |
| 5/29/2017 | Search for most liberal cities in the us |
| 5/29/2017 | 20 Top Liberal Cities in the USA: Can You Guess What They Are … |
| 5/29/2017 | Search for most liberal colleges in the us |

| | |
|---|---|
| 5/29/2017 | http://www.bestcolleges.com/features/most-liberal-colleges/ |
| 5/29/2017 | The most liberal universities in the United States - Washington Post |
| 5/29/2017 | Search for most liberal professors in the us |
| 5/29/2017 | http://www.washingtontimes.com/news/2016/oct/6/liberal-professors-outnumber-conservatives-12-1/ |
| 5/29/2017 | Search for most liberal professors in the usa are |
| 5/29/2017 | Search for liberal professors watch list |
| 6/3/2017 | Search for duckduckgo |
| 6/3/2017 | DuckDuckGo -- Privacy, simplified |
| 6/6/2017 | Silenced. - our ware on free speech |
| 6/6/2017 | https://medium.com/@Cernovich/silenced-a-free-speech-documentary-by-mike-cernovich-receives-rave-reviews-7406c5faecee |
| 6/6/2017 | Search for portable cutting torch |
| 6/6/2017 | Search for portable oxygen cutting torch |
| 6/6/2017 | OX2550KC Oxy/Map-Pro Torch Kit - YouTube |
| 6/6/2017 | Search for portable exothermic cutting torch |
| 6/6/2017 | MAG4000 exothermic cutting kit, MagnumUSA, 800-957-4344 |
| 6/6/2017 | Search for plasma cutter |
| 6/6/2017 | Plasma cutting - Wikipedia |
| 6/6/2017 | http://www.lincolnelectric.com/en-us/equipment/plasma-cutters/Pages/plasma-cutters.aspx |
| 6/6/2017 | Harbor freight plasma cutter - YouTube |
| 6/8/2017 | Search for the enemies within |
| 6/8/2017 | The Enemies Within-Trevor Loudon (LISTEN!) - YouTube |
| 6/8/2017 | Trevor Loudon's New Zeal Blog >> ORDER: 'The Enemies Within … |
| 6/8/2017 | Search for democractic socialists of america |
| 6/8/2017 | http://www.dsausa.org/ |
| 7/29/2017 | Search for likelihood of us collapse |
| 7/29/2017 | http://www.silverdoctors.com/gold/gold-news/what-america-will-look-like-following-the-collapse-five-things-you-can-count-on-happening/ |
| 7/31/2017 | Search for how to flee city when shtf |
| 7/31/2017 | Escaping a City During SHTF | BeSurvival |
| 7/31/2017 | How to escape the Big Cities when SHTF hits! - American Preppers… |
| 7/31/2017 | http://www.offthegridnews.com/extreme-surivial/get-out-of-dodge-10-tips-for-escaping-any-city-when-society-collapes/ |
| 7/31/2017 | Advice From A Collapse Survivor: "RUN!" From Major Cities |
| 7/31/2017 | https://www.shtfproperty.com/ |
| 7/31/2017 | http://www.secretsofsurvival.com/survival/survival-anarchy-americas-collapse.html |
| 9/11/2017 | Search for most tactically proficient militia |
| 9/11/2017 | How can I get military style survival and combat training as a civilian … -Quora |
| 9/11/2017 | Search for most tactically proficient militia usa |
| 9/11/2017 | http://www.telegraph.co.uk/news/worldnews/northamerica/usa/7944563/The-truth-behind-Americas-civilian-militias.html |
| 11/3/2017 | Search for how much silver for shtf |

| | |
|---|---|
| 11/23/2017 | Search for the destruction of europe |
| 11/23/2017 | https://www.youtube.com/watch?v=E16a2RpZunU |
| 12/16/2017 | Search for joe scarborough |
| 12/16/2017 | https://en.m.wikipedia.org/wiki/Joe_Scarborough |
| 1/7/2018 | Search for rep schumer |
| 1/7/2018 | https://en.m.wikipedia.org/wiki/Chuck_Schumer |
| 1/7/2018 | fbi hrt |
| 1/7/2018 | Hostage Rescue Team - Wikipedia |
| 2/11/2018 | Search for ammon bundy |
| 2/11/2018 | https://en.m.wikipedia.org/wiki/Ammon_Bundy |
| 2/11/2018 | Bundy Ranch |
| 2/11/2018 | Ammon Bundy - Wikipedia |
| 2/11/2018 | Search for how many informants at oregon standoff |
| 2/11/2018 | http://www.oregonlive.com/oregon-standoff/2017/02/defense_asks_retired_fbi_agent.html |
| 2/11/2018 | OREGON STANDOFF: Blogger outs FBI informants as prosecutors ... |
| 2/11/2018 | How many FBI informants in the Bundy Militia group in Oregon ... |
| 2/11/2018 | http://www.investmentwatchblog.com/exposed-fbi-authorized-informants-to-commit-crime-during-oregon-standoff/ |
| 2/11/2018 | Occupation of the Malheur National Wildlife Refuge - Wikipedia |
| 2/11/2018 | Search for informants at oregon standoff |
| 2/11/2018 | Search for who were informants at oregon standoff |
| 2/11/2018 | Search for malheur informants |
| 2/11/2018 | informants | Outpost of Freedom blog |
| 2/11/2018 | Oregon Occupier Was a Government Informant | Time |
| 2/11/2018 | Search for Mark McConnell informant |
| 2/11/2018 | Search for snipers at bundy oregon standoff video |
| 2/11/2018 | Leaked BLM footage shows federal snipers at Bunkerville - YouTube |
| 2/18/2018 | https://knightstemplarinternational.com/2017/04/video-heavily-armed-antifa-march-at-phoenix-arizona/ |
| 2/18/2018 | Search for what is knights templar international |
| 2/18/2018 | Knights Templar International - RationalWiki |
| 2/18/2018 | Knights Templar International - RC Groups |
| 2/18/2018 | https://www.facebook.com/ktmilitaryorder/ |
| 2/18/2018 | https://knightstemplarinternational.com/2017/04/video-heavily-armed-antifa-march-at-phoenix-arizona/ |
| 2/18/2018 | Search for orthodox knights |
| 2/18/2018 | Russian tradition of the Knights Hospitaller - Wikipedia |
| 2/18/2018 | Orthodox Order of Saint John |
| 2/18/2018 | Search for orthodox military orders |
| 2/18/2018 | Imperial Military Order of St. George: History of the Order |
| 2/20/2018 | Search for lone sniper in shtf |

| | |
|---|---|
| 2/25/2018 | Search for most liberal fed judges usa |
| 2/25/2018 | http://www.abajournal.com/magazine/article/a_sixth_sense_6th_circuit_has_surpassed_the_9th_as_the_most_reversed_appeal |
| 3/1/2018 | Search for where do senators live |
| 3/1/2018 | Search for where do senators live dc |
| 3/1/2018 | https://www.reddit.com/comments/5mng60 |
| 3/1/2018 | Search for how often are senators in dc |
| 3/1/2018 | Where do Congressmen and Senators live when they are in DC ... |
| 3/2/2018 | Defined niggers |
| 3/2/2018 | Searched for niggers |
| 3/3/2018 | Search for twitter ceo's house |
| 3/3/2018 | Search for twitter ceo's home |
| 3/3/2018 | Search for twitter ceo s home address |
| 3/3/2018 | Search for mark zuckerberg home address |
| 3/3/2018 | Search for maxine waters dc |
| 3/3/2018 | Search for how do senators and congressman get around dc |
| 3/3/2018 | https://www.huffpost.com/2012/07/31/living-large-on-capitol-h_n_1726102.html |
| 3/3/2018 | https://www.cnn.com/2013/12/04/politics/real-alpha-house/ |
| 3/3/2018 | Search for how do senators and congressman get around dc private subway |
| 3/3/2018 | United States Capitol subway system - Wikipedia |
| 3/13/2018 | Search for how often does the us supreme court meet |
| 3/13/2018 | Search for us supreme court justices liberal or conservative |
| 3/13/2018 | http://supreme-court-justices.insidegov.com/d/c/current |
| 3/13/2018 | Search for where does justice kagan live |
| 3/13/2018 | Lawyerly Lairs: Justice Kagan Goes House Hunting | Above the Law |
| 3/13/2018 | Elena Kagan | Oyez |
| 3/13/2018 | http://supreme-court-justices.insidegov.com/l/112/Elena-Kagan |
| 3/13/2018 | Elena Kagan spotted dining with a friend in D.C. - The Washington ... |
| 3/13/2018 | Search for logan circle |
| 3/13/2018 | Search for Sonia Sotomayor |
| 3/13/2018 | https://en.m.wikipedia.org/wiki/Sonia_Sotomayor |
| 3/13/2018 | Search for where does Sonia Sotomayor live |
| 3/13/2018 | Along the U Street corridor, her honor finds all the comforts of home ... |
| 4/8/2018 | Search for teutonic order |
| 4/8/2018 | Membership - Teutonic Order - Deutscher Order - German Orden |
| 4/8/2018 | Search for knightly orders |
| 4/8/2018 | https://en.wikipedia.org/wiki/Military_order_(monastic_society) |
| 6/4/2018 | Search for lucifernarism |
| 6/4/2018 | https://en.m.wikipedia.org/wiki/Luciferianism |

| | |
|---|---|
| 6/4/2018 | Search for luciferian apotheca |
| 6/4/2018 | Search for esoteric luciferian |
| 6/4/2018 | The Esoteric Meaning of Lucifer • Lucis Trust |
| 7/13/2018 | https://qtr.candyboxemail.com/Par |
| 1/3/2019 | Search for fake beard |
| 1/3/2019 | FAKE BEARDS and MUSTACHES, SIDEBURNS, EYEBROWS ... |
| 1/3/2019 | Search for human masks that look real |
| 1/3/2019 | https://m.realfleshmasks.com/ |
| 1/3/2019 | https://www.amazon.com/dp/B0798MLZXM |
| 1/5/2019 | Search for monkey wrenching society ideas |
| 1/5/2019 | Search for monkeywrenching society ideas |
| 1/5/2019 | Ecodefense: A Field Guide to Monkeywrenching \| The Anarchist ... |
| 1/6/2019 | SAGE Reference - Monkeywrenching - SAGE Knowledge |
| 1/6/2019 | Monkeywrenching the Misogynists in Our Movements: A Historical ... |
| 1/28/2019 | Search for firms that help immigrate to new zealand |

**Category: Rudolph**

| First Visited | Site |
|---|---|
| 5/23/2017 | Search for free eric rudolph |
| 5/23/2017 | Free Eric Rudolph! - The Christian Solution |
| 5/23/2017 | https://wn.com/Eric_Rudolph%27s_Memoir_Free_Online |

**Category: Russia**

| First Visited | Site |
|---|---|
| 1/31/2017 | Search for russian far right |
| 1/31/2017 | Search for russian nationalist movement |
| 1/31/2017 | Search for russian nationalism |
| 1/31/2017 | Search for russian nationalist |
| 1/31/2017 | Russian Liberation Movement - Wikipedia |
| 1/31/2017 | Search for russian nationalist party |
| 1/31/2017 | People's National Party (Russia) - Wikipedia |
| 1/31/2017 | Search for russian right wing |
| 2/1/2017 | Search for Russian right wing units |
| 2/1/2017 | Russian neo-Nazi "Kornilovtsy" battalion operating in Ukraine… |
| 2/1/2017 | Search for imperial legion |
| 2/1/2017 | Search for imperial legion Russia |
| 2/1/2017 | http://www.rferl.org/a/russia-ukraine-volunteers-kremlin-easy-to-fight-/26828559.html |
| 2/21/2017 | Search for future russian small arms |
| 2/23/2017 | Search for Russian nationalist forum |
| 2/23/2017 | Russian Nationalist Links Wanted - Stormfront |
| 2/24/2017 | Appeal of Russian nationalists to European (white) nationalist (right…) |
| 5/29/2017 | Search for conservative russian orthodox church |
| 5/29/2017 | The new Putinism: Nationalism fused with conservative Christianity … |
| 5/29/2017 | Search for orthodox nationalist |
| 5/29/2017 | http://www.rusjournal.org/ |
| 5/29/2017 | The Orthodox Nationalist | Christ Conquers |
| 5/29/2017 | http://frontierlandstorm.weebly.com/the-orthodox-nationalist.html |
| 5/29/2017 | http://ironmarch.org/index.php?/topic/5536-fr-matthew-raphael-johnsonthe-orthodox-nationalist/ |
| 2/18/2018 | Search for pravada ru |
| 2/18/2018 | Правда.Ру: Новости и аналитика |
| 3/17/2018 | Search for russian nationalism |
| 3/17/2018 | Russian Nationalism 101, by Anatoly Karlin - The Unz Review |
| 3/17/2018 | Search for modern russian nationalism |
| 3/17/2018 | Search for modern russian nationalists |
| 3/17/2018 | Search for modern russian nationalists website |

| | |
|---|---|
| 3/17/2018 | The return of Russian nationalism \| Financial Times |
| 3/17/2018 | http://www.geopolitika.lt/?artc=4593 |
| 3/17/2018 | Search for modern russian nationalists group |
| 3/17/2018 | Russian nationalism - Wikipedia |
| 3/18/2018 | Search for soros behind ukranian revolution |
| 3/18/2018 | Search for soros behind ukraine revolution |
| 3/18/2018 | http://www.hangthebankers.com/george-soros-admits-to-funding-the-ukraine-crisis/ |
| 3/21/2018 | Search for us to russia immigration |
| 3/21/2018 | Search for moving to usa from russia |
| 3/21/2018 | Why are more Americans Moving to Russia? - Fort Russ |
| 3/21/2018 | Search for immigration to russia from usa |
| 3/21/2018 | Russian Immigration Laws - Way to Russia Guide |
| 3/21/2018 | Search for average wage in russia |
| 3/21/2018 | http://blogs.elenasmodels.com/en/average-monthly-income-russia-wages-rosstat/ |
| 3/21/2018 | How much is Russian median income? What life standard does a ... |
| 3/21/2018 | PravdaReport: News and analytical materials |
| 3/25/2018 | Search for can you own firearms in russia |
| 3/25/2018 | Firearms-Control Legislation and Policy: Russian Federation \| Law ... |
| 12/28/2018 | Search for apply for russian visa |
| 1/4/2019 | Search for russia cabin for sale |
| 1/4/2019 | Country Houses Moscow \| Knight Frank Russia |

**Category: Weapons**

| First Visited | Site | Additional |
|---|---|---|
| 12/4/2016 | http://ravencresttactical.com/top-5-famous-deadly-swords/ | |
| 2/20/2017 | Search for how to maintain firearms training for combat | |
| 2/20/2017 | Search for how much to shoot to maintain | |
| 2/20/2017 | Search for how much to shoot to maintain combat proficiency | |
| 2/22/2017 | Search for quick draw from concealed carry | |
| 3/31/2017 | Search for How to kill with knife | |
| 3/31/2017 | http://www.escapistmagazine.com/forums/read/18.306368-the-REAL-way-to-make-a-silent-kill?page=2 | |
| 3/31/2017 | http://www.wikihow.com/Use-a-Knife-in-a-Combative-Situation | |
| 3/31/2017 | Combative Anatomy: Using a knife for self defense \| Exigent ... | |
| 3/31/2017 | CS:GO - Knife tactics - YouTube | |
| 4/1/2017 | Search for best knife for self defense | |
| 4/1/2017 | http://hiconsumption.com/2015/01/best-self-defense-knives/ | |
| 4/2/2017 | Search for best modern fighting knife | |
| 4/2/2017 | Search for Modern dagger | |
| 7/24/2017 | Search for solvent trap | 1/5/2019 |
| 8/21/2017 | Search for ghost guns | |
| 8/21/2017 | Ghost Guns | |
| 12/10/2017 | Search for best out of box sniper rifle | |
| 1/2/2019 | Search for gun cotton for mortar | 1/21/2019 |
| 1/2/2019 | Newton 6-inch mortar - Wikipedia | 1/21/2019 |
| 1/2/2019 | https://patents.google.com/patent/US3731634A/en | |
| 1/2/2019 | Cordite - Wikipedia | |
| 1/3/2019 | Search for homemade cordite | |
| 1/3/2019 | Sciencemadness Discussion Board - Home produced smokeless ... | |
| 1/3/2019 | Gun Cotton Homemade Version! - YouTube | |
| 1/3/2019 | Search for nitrocellulose | |
| 1/3/2019 | نیتروسلولز - دالفک | |
| 1/3/2019 | Sciencemadness Discussion Board - Gun Propellants: Single ... | |
| 1/4/2019 | Search for dissolve guncotton | |
| 1/4/2019 | Gun Cotton and Collodion - Scientific American | |
| 1/4/2019 | Cordite vs smokeless vs black powder - brief demonstration - Full30 | |

| | | |
|---|---|---|
| 1/5/2019 | Search for gun cotton recipe | |
| 1/5/2019 | Nitrocellulose: 4 Steps | |
| 1/6/2019 | Search for homemade bazooka | |
| 1/6/2019 | Search for homemade bazooka syria | |
| 1/6/2019 | http://www.rediff.com/news/report/pix-devastating-homemade-weapons-of-syria/20150312.htm | |
| 1/21/2019 | Search for syria improvised weapons | |
| 1/21/2019 | 10 Improvised Weapons Made By Syrian Rebels \| Popular Science | |
| 1/21/2019 | DIY Weapons of the Syrian Rebels - The Atlantic | |
| 1/21/2019 | Gun Cotton - Nitrocellulose - YouTube | |
| 1/21/2019 | Search for gun cotton for mortar in syria | |
| 1/21/2019 | Guncotton in Syria - Michael Yon - Online Magazine | |
| 1/21/2019 | https://www.reddit.com/comments/1szpcl | |
| 1/21/2019 | Search for homemade mortar in syria | |
| 1/21/2019 | Syria: improvised mortar shell | |
| 1/21/2019 | Search for homemade rocket design syria | |
| 1/21/2019 | Improvised artillery in the Syrian Civil War - Wikipedia | |

**Category: WSE**

| First Visited | Site | Additional |
|---|---|---|
| 1/31/2017 | Search for white rex | |
| 2/25/2017 | Search for Modern ss | 9/24/2017 |
| 3/28/2017 | Search for Stormfront | 6/10/2017, 9/21/2018 |
| 3/28/2017 | https://www.stormfront.org | 6/10/2017 |
| 4/2/2017 | Search for Aryan legion | |
| 5/27/2017 | Principal of mostly black charter school fired for neo-Nazi rings and … | |
| 5/29/2017 | Search for right wing death squads | |
| 5/29/2017 | https://www.dailystormer.com/7-creative-uses-for-right-wing-death-squads-in-america/ | |
| 5/29/2017 | http://nymag.com/thecut/2017/04/jack-donovan-philosphical-fascists-of-the-gay-alt-right.html | |
| 5/29/2017 | Jack Donovan is a known queer and he claims to be a White … | |
| 6/3/2017 | Search for atomwaffen | |
| 6/3/2017 | https://www.dailystormer.com/tag/atomwaffen/ | |
| 6/3/2017 | posted - IronMarch.org | |
| 6/3/2017 | https://www.dailystormer.com/the-atomwaffen-division-is-here/ | |
| 6/5/2017 | Search for elohim city | |
| 6/5/2017 | https://www.facebook.com/pages/108207355873803 | |
| 6/5/2017 | http://newsok.com/article/2451569 | |
| 6/5/2017 | Elohim City, Oklahoma - Wikipedia | |
| 6/5/2017 | Search for christian identity churches | 10/21/2017 |
| 6/5/2017 | http://www.kingidentity.com/ | |
| 6/5/2017 | Christian Identity Ministries | |
| 6/5/2017 | Big List of Christian Identity Websites - Christian Identity Forum | |
| 6/11/2017 | Search for hyperborean | |
| 6/11/2017 | Search for hyperborean. world view | |
| 6/11/2017 | Search for brandon russell | |
| 6/11/2017 | Alleged neo-Nazi bomb-maker gets bond - Story | FOX 13 Tampa Bay | |
| 8/9/2017 | Search for afa iron guard | |
| 8/16/2017 | Search for when are whites going to wake up | |
| 8/16/2017 | Are White Americans Finally Waking Up About Race? - The Atlantic | |
| 8/16/2017 | Search for white homeland | |
| 8/16/2017 | http://www.politico.com/magazine/story/2015/07/northwest-front-americas-worst-racists-119803 | |
| 8/16/2017 | Northwest Territorial Imperative - Wikipedia | |
| 8/28/2017 | Search for what happened to stormfront | |
| 8/28/2017 | Seriously, what happened to stormfront? - Vanguard News Network … | |
| 8/28/2017 | http://slate.com/blogs/future_tense/2017/08/27/stormfront_has_been_kicked_offline.htm | |
| 9/5/2017 | Search for vnn | |
| 9/5/2017 | Vanguard News Network | |
| 9/5/2017 | Search for stormfront | |
| 9/5/2017 | Stormfront (website) - Wikipedia | |
| 9/6/2017 | Search for northwest migration | |

| | | |
|---|---|---|
| 9/6/2017 | Northwest Migration \| National Vanguard | |
| 9/6/2017 | The Northwest Migration - Occidental Dissent | |
| 9/6/2017 | http://crosscut.com/2015/07/hate-filled-zone-a-group-of-white-racists-wants-a-nw-secession-a-vile-dream-with-deep-historic-roots/ | |
| 9/7/2017 | Search for vnn forum | 10/21/2017 |
| 9/7/2017 | Vanguard News Network Forum | 10/21/2017 |
| 9/7/2017 | Search for iron march | |
| 9/7/2017 | IronMarch.org | |
| 9/8/2017 | Search for strongest right wing organizations | |
| 9/8/2017 | Right-wing populism - Wikipedia | |
| 9/11/2017 | Search for national vanguard | |
| 9/11/2017 | National Vanguard \| News. For us. For a change. | |
| 9/11/2017 | 104.20.30.134 stormfront.org www.stormfront.org | |
| 9/11/2017 | https://whitebiocentrism.com/viewtopic.php?t=3257&p=11112 | |
| 9/12/2017 | whitenations | |
| 9/12/2017 | White Nations Forum | |
| 9/12/2017 | Welcome - White Nations Forum | |
| 9/12/2017 | Search for world church of the creator | |
| 9/12/2017 | The Creativity Movement | |
| 9/12/2017 | Search for europa front | |
| 9/12/2017 | Search for anarcho fascism | |
| 9/12/2017 | National-anarchism - Wikipedia | |
| 9/12/2017 | Search for the wotan network | |
| 9/12/2017 | Wolf Age - The Wotan Network \| VikingLifeBlog | |
| 9/12/2017 | Wolf Age - The Wotan Network - Red Ice | |
| 9/12/2017 | Search for stephen mcnallen youtube | |
| 9/12/2017 | Search for wolf age | |
| 9/12/2017 | Wolf Age - The Awakening of Wotan - Red Ice | |
| 9/12/2017 | Search for stephen mcnallen | |
| 9/12/2017 | https://en.m.wikipedia.org/wiki/Stephen_McNallen | |
| 9/12/2017 | Search for henry ford on jews | |
| 9/12/2017 | https://en.m.wikipedia.org/wiki/The_International_Jew | |
| 9/14/2017 | Search for black crime | |
| 9/14/2017 | http://www.aim.org/special-report/black-criminals-white-victims-and-white-guilt/ | |
| 9/15/2017 | Search for louis beam | |
| 9/15/2017 | Essays by Louis Beam on history, government, politics, Vietnam ... | |
| 9/17/2017 | Search for how many jewish owners in nfl? | |
| 9/17/2017 | http://www.jewishvirtuallibrary.org/jews-in-the-national-football-league-nfl | |
| 9/17/2017 | http://forward.com/news/israel/197643/why-are-so-many-pro-basketball-owners-jewish-like/ | |
| 9/17/2017 | Search for american renaissance | 1/8/2018 |
| 9/17/2017 | American Renaissance - News and commentary on interracial crime ... | 1/8/2018 |
| 9/17/2017 | Search for daily stormer | 9/21/2018, 9/25/2018 |
| 9/17/2017 | The Daily Stormer - Wikipedia | |
| 9/17/2017 | Search for dr william pierce | |

| | | |
|---|---|---|
| 9/17/2017 | William Luther Pierce - Wikipedia | |
| 9/17/2017 | Search for traditionalist worker party | |
| 9/17/2017 | http://www.tradworker.org/ | |
| 9/17/2017 | Search for 3fourteen | |
| 9/17/2017 | Search for identity evropa | |
| 9/17/2017 | https://www.identityevropa.com/ | |
| 9/17/2017 | Identity Evropa: Mapping the Alt-Right Cadre - It's Going Down | |
| 9/18/2017 | Search for asatru folk assembly | |
| 9/18/2017 | Asatru Folk Assembly – Asatru is about roots... It's about ... | |
| 9/18/2017 | Search for why did steven mcnallen leave afa | |
| 9/18/2017 | http://heathenhof.com/new-leadership-takes-a-f-a-in-more-racist-direction/ | |
| 9/18/2017 | http://www.patheos.com/blogs/throughthegrapevine/2016/01/enough-is-enough/ | |
| 9/19/2017 | Search for stephen mcnallen | |
| 9/19/2017 | Stephen McNallen and Racialist Asatru Part 1: Metagenetics and the ... | |
| 9/19/2017 | https://www.facebook.com/stephen.mcnallen | |
| 9/28/2017 | Search for northwest front | |
| 9/29/2017 | Why Is The Northwest Front Better? - YouTube | |
| 9/29/2017 | Conservatives and the Northwest Front (With Subtitles) - YouTube | |
| 9/29/2017 | Search for northwest front white book | |
| 9/29/2017 | New White Book In .PDF Format « Northwest Front | |
| 9/29/2017 | The Northwest Front Handbook - Christian Identity Forum | |
| 9/29/2017 | Search for harold covington | |
| 9/29/2017 | Search for harold covington informer | |
| 9/29/2017 | Ben Covington Offers Insight Into His Brother Harold's Neo-Nazi ... | |
| 9/29/2017 | harold covington a government | |
| 9/29/2017 | https://creativityalliance.com/forum/index.php?topic=1126.15 | |
| 9/29/2017 | Search for george burdi | |
| 9/29/2017 | George Burdi - Wikipedia | |
| 9/29/2017 | creativity white ranger | |
| 9/30/2017 | Creativity (religion) - Wikipedia | |
| 9/30/2017 | Search for red ice tv | |
| 10/17/2017 | Search for kinsman redeemer | |
| 10/17/2017 | What Does Kinsman Redeemer Mean? | Kinsman Redeemer ... | |
| 10/21/2017 | Search for christian identity churches locations | |
| 10/21/2017 | Search for america's promise ministries idaho | |
| 10/21/2017 | http://www.americaspromiseministries.org/ | |
| 10/21/2017 | https://www.facebook.com/pages/117711871621273 | |
| 10/21/2017 | America's Promise Ministries - Apologetics Index | |
| 10/21/2017 | DAVE BARLEY – One People's Project | |
| 10/21/2017 | http://en.metapedia.org/wiki/Dave_Barley | |
| 11/30/2017 | Search for race war | |
| 11/30/2017 | This Homeland Security Employee Is Preparing for a Coming Race ... | |
| 11/30/2017 | Search for please god let there be a race war | |

| | | |
|---|---|---|
| 2/17/2018 | Search for how can white people rise against the jews | |
| 2/17/2018 | Search for how can white people rise | |
| 2/17/2018 | What's Going on With America's White People? - POLITICO Magazine | |
| 2/17/2018 | What's Behind Rise in White Anger? \| WDET | |
| 2/17/2018 | Search for jews in communism | |
| 2/17/2018 | Jews and the Rise of Communism in Russia \| Guided History | |
| 2/17/2018 | Putin: Jews Ruined Russia – But Now We're Pals, Eh? – The Forward | |
| 2/17/2018 | Search for how to rid the us of jews | |
| 2/17/2018 | "We have a problem in this country. It's called [Jews]. When can we … | |
| 2/17/2018 | Search for jews enemy of the world | |
| 2/17/2018 | Search for Reactionary Modernism | |
| 2/17/2018 | https://en.m.wikipedia.org/wiki/Reactionary_modernism | |
| 2/18/2018 | Search for armed antifa | |
| 2/18/2018 | Armed Antifa Prof Admits Chasing Charlottesville Driver — Before … | |
| 2/18/2018 | A New Wave of Left-Wing Militants Is Ready to Rumble in Portland … | |
| 2/18/2018 | Snowflakes With Guns: Antifa Form Armed Militia, Release Hilarious … | |
| 2/18/2018 | Armed Antifa nut job runs into oncoming traffic, gets plowed by a … | |
| 2/19/2018 | Search for redneck revolt | |
| 2/19/2018 | Redneck Revolt \| Anti-fascist \| United States | |
| 2/19/2018 | https://www.theroot.com/tag/redneck-revolt | |
| 3/16/2018 | Search for best nigger | |
| 3/16/2018 | When White Men Keep Lists of "No-Good Niggers" - The Intercept | |
| 3/16/2018 | I Slapped A Crying Child And Called Him A Nigger And I'm The Bad … | |
| 3/16/2018 | Search for best nigger killing gun | |
| 3/16/2018 | https://www.snopes.com/fact-check/bad-ol-boys/ | |
| 3/16/2018 | Here's What American Sniper Chris Kyle Said About His Killing Two … | |
| 6/6/2018 | Search for order15 | |
| 6/6/2018 | http://www.order15.com | |
| 6/6/2018 | Search for white sharia | |
| 6/6/2018 | http://www.order15.com/white-sharialaw/ | |
| 6/6/2018 | https://angrywhitemen.org/2017/07/01/memes-to-an-end-thots-white-sharia-and-the-misogynistic-heart-of-white-nationalism/amp/ | |
| 6/6/2018 | Andrew Anglin tries "White Sharia" on the wrong Asian girl – THE … | |
| 6/6/2018 | white sharia – AltLeft.com | |
| 6/6/2018 | https://arieskindred.wordpress.com/2017/10/14/6-white-sharia-and-male-dominion/amp/ | |
| 8/21/2018 | Search for think my wife is a nigger lover | |
| 9/21/2018 | Stormfront - White Nationalist Community <meta name="sitelock-site … | |
| 9/21/2018 | https://en.m.wikipedia.org/wiki/Stormfront_(website) | |
| 9/21/2018 | https://amp.usatoday.com/amp/608981001 | |
| 9/21/2018 | Daily Stormer – The Most Censored Publication in History | 9/25/2018 |
| 11/13/2018 | Search for new resistance | |
| 11/13/2018 | New Resistance \| Open Revolt! | |
| 12/19/2018 | Search for wgtow | |
| 12/19/2018 | Search for whites going their own way | |

| | | |
|---|---|---|
| 12/19/2018 | White America is quietly self-segregating - Vox | |
| 2/1/2019 | Search for nig nog | |