# **EXHIBIT 24**

| | |
|---|---|
| **From:** | zx10razor |
| **Sent:** | Thursday, April 28, 2016 12:42 PM |
| **To:** | |
| **Subject:** | request |

Would like to place order Zx10razor from steroid forum.
2x test eth
1x test prop
100 Winstrol tabs
Please send instructions. This is mostly test order more to follow, thanks brother.

1