# **EXHIBIT 25**

| | |
|---|---|
| **From:** | zx10razor |
| **Sent:** | Monday, October 3, 2016 12:30 PM |
| **To:** | |
| **Subject:** | Request |

Saw your section at steroid.com would like to order 5 test-E, and 2 test-prop.
Should be 200 right? I have to use western union because my dumb as hasn't figured out bit coin yet. I will send money tomorrow when you email me details thanks! Look forward to long association.

1