# **EXHIBIT 26**

| | |
|---|---|
| From: | zx10razor ███████████████ |
| Sent: | Sunday, October 9, 2016 2:26 PM |
| To: | ███████████████ |
| Subject: | RE:RE:RE:Re: Request |

Everything came yestetday. Would've got back to you but dealing with hurrican. You will be seeing more from me I usually cruise year round with 2 blasts. You guys have awesome turn around time and shit looks professional thanks talk to you soon.

-----BEGIN PGP SIGNED MESSAGE-----
>Hash: SHA1
>
>Received the payment. Your order ships today. Expect it Saturday or Monday. Please email back when you receive it and we'll clear your order info.
>
>Regards,
>- -PL
>
>On Thu, October 6, 2016 13:38, zx10razor wrote:
>
>
>> Going to try and send money right now. Please ship to:
>> Chris hasson
>> ███████████
>> Currituck NC ███
>>
>>
>>
>> >Sometimes it does that. It should be okay. Sometimes you can use the credit card option to send right away. Let me know if you're able to.
>> >
>> >You can copy paste this address and send the money to it: ███████████████████████
>> >
>> >Regards,
>> >- -PL
>> >
>> >On Tue, October 4, 2016 12:31, zx10razor wrote:
>> >
>> >
>> >> Signed up at circle said it's going to take a couple of days to verify my info. Is that normal or do I need to redo it? Thanks.
>> >>
>> >>
>> >>
>> >> >-----BEGIN PGP SIGNED MESSAGE-----
>> >> >Hash: SHA1
>> >> >
>> >> >Bitcoin is much easier for that amount. Just sign up on circle.com and you can link your credit card. It's anonymous to send.
>> >> >
>> >> >Let me know if you want to try it. I can assure you it's much faster and easier than WU.
>> >> >
>> >> >Regards,
>> >> >- -PL
>> >> >
>> >> >On Mon, October 3, 2016 18:29, zx10razor wrote:
>> >> >
>> >> >
>> >> >> Saw your section at steroid.com would like to order 5 test-E, and 2 test-prop.

1

>> >> >> Should be 200 right? I have to use western union because my dumb as hasn't figured out bit coin yet. I will send money tomorrow when you email me details thanks! Look forward to long association.
>> >> >>
>> >> >-----BEGIN PGP SIGNATURE-----

>> >> >-----END PGP SIGNATURE-----
>> >> >
>> >> >
>> >>
>> >-----BEGIN PGP SIGNATURE-----

>> >-----END PGP SIGNATURE-----
>> >
>> >
>>
>-----BEGIN PGP SIGNATURE-----

>-----END PGP SIGNATURE-----
>
>