# EXHIBIT 27

**From:** zx10razor
**Sent:** Tuesday, February 21, 2017 5:57 PM
**To:**
**Subject:** RE:RE:RE:RE:Re: Request

Hey brother would like to place small order of test prop ×2 and test ace ×2 is that doable? I will use circle again. Thanks.

>-----BEGIN PGP SIGNED MESSAGE-----
>Hash: SHA1
>
>Thank you for the email. Please leave us an iTrader feedback / review on SF and we can return the favor.
>
>Let us know if you need anything.
>
>Regards,
>- -PL
>
>
>On Sun, October 9, 2016 20:25, zx10razor wrote:
>> Everything came yestetday. Would've got back to you but dealing with
>> hurrican. You will be seeing more from me I usually cruise year round with 2
>> blasts. You guys have awesome turn around time and shit looks professional
>> thanks talk to you soon.
>>
>> -----BEGIN PGP SIGNED MESSAGE-----
>>
>>> Hash: SHA1
>>>
>>>
>>> Received the payment. Your order ships today. Expect it Saturday or
>>> Monday. Please email back when you receive it and we'll clear your order
>>> info.
>>>
>>> Regards,
>>> - -PL
>>>
>>>
>>> On Thu, October 6, 2016 13:38, zx10razor wrote:
>>>
>>>
>>>
>>>> Going to try and send money right now. Please ship to:
>>>> Chris hasson
>>>>
>>>> Currituck NC
>>>>
>>>>
>>>>
>>>>
>>>>> Sometimes it does that. It should be okay. Sometimes you can use the
>>>>> credit card option to send right away. Let me know if you're able to.
>>>>>
>>>>> You can copy paste this address and send the money to it:
>>>>>
>>>>>
>>>>>

```
>>>>> Regards,
>>>>> - -PL
>>>>>
>>>>>
>>>>> On Tue, October 4, 2016 12:31, zx10razor wrote:
>>>>>
>>>>>
>>>>>
>>>>>> Signed up at circle said it's going to take a couple of days to
>>>>>> verify my info. Is that normal or do I need to redo it? Thanks.
>>>>>>
>>>>>>
>>>>>>
>>>>>>> -----BEGIN PGP SIGNED MESSAGE-----
>>>>>>> Hash: SHA1
>>>>>>>
>>>>>>>
>>>>>>> Bitcoin is much easier for that amount. Just sign up on circle.com
>>>>>>> and you can link your credit card. It's anonymous to send.
>>>>>>>
>>>>>>> Let me know if you want to try it. I can assure you it's much
>>>>>>> faster and easier than WU.
>>>>>>>
>>>>>>> Regards,
>>>>>>> - -PL
>>>>>>>
>>>>>>>
>>>>>>> On Mon, October 3, 2016 18:29, zx10razor wrote:
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>> Saw your section at steroid.com would like to order 5 test-E,
>>>>>>>> and 2 test-prop. Should be 200 right? I have to use western union
>>>>>>>> because my dumb as hasn't figured out bit coin yet. I will send
>>>>>>>> money tomorrow when you email me details thanks! Look forward to
>>>>>>>> long association.
>>>>>>>>
>>>>>>> -----BEGIN PGP SIGNATURE-----
```



```
>>>>>>> -----END PGP SIGNATURE-----
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>
```

2

>>>>> -----BEGIN PGP SIGNATURE-----

>>>>> -----END PGP SIGNATURE-----
>>>>>
>>>>>
>>>>>
>>>>
>>> -----BEGIN PGP SIGNATURE-----

>>> -----END PGP SIGNATURE-----
>>>
>>>
>>>
>>
>-----BEGIN PGP SIGNATURE-----

>-----END PGP SIGNATURE-----
>
>