# **EXHIBIT 28**

## Search

Searched for jews enemy of the world
Feb 17, 2018, 1:24:17 PM UTC

Products:
  Search
Locations:
  From your current location: https://www.google.com/maps/search/?api=1&query=38.993994,-76.990445

## Search

Visited "We have a problem in this country. It's called [Jews]. When can we ...
Feb 17, 2018, 1:18:59 PM UTC

Products:
  Search

## Search

Searched for how to rid the us of jews
Feb 17, 2018, 1:18:51 PM UTC

Products:
  Search
Locations:
  From your current location: https://www.google.com/maps/search/?api=1&query=38.993996,-76.990462