# **EXHIBIT 29**

**Search**

Searched for best nigger killing gun

Mar 16, 2018, 9:17:45 PM UTC

Products:
　Search
Locations:
　From your current location: https://www.google.com/maps/search/?api=1&query=38.994024,-76.990455

**Search**

Visited I Slapped A Crying Child And Called Him A Nigger And I'm The Bad ...

Mar 16, 2018, 9:16:37 PM UTC

Products:
　Search

**Search**

Visited When White Men Keep Lists of "No-Good Niggers" - The Intercept

Mar 16, 2018, 9:15:02 PM UTC

Products:
　Search