# **EXHIBIT 30**

**Search**

Visited  ▓▓▓▓▓▓▓▓ | Oyez
Mar 13, 2018, 9:59:36 PM UTC

Products:
  Search

**Search**

Visited Lawyerly Lairs: Justice ▓▓▓▓ Goes House Hunting | Above the Law
Mar 13, 2018, 9:55:10 PM UTC

Products:
  Search

**Search**

Searched for where does justice ▓▓▓▓ live
Mar 13, 2018, 9:55:04 PM UTC

Products:
  Search
Locations:
  From your current location: https://www.google.com/maps/search/?api=1&query=38.994025,-76.990425

Visited Along the U Street corridor, her honor finds all the comforts of home ...
Mar 13, 2018, 10:07:59 PM UTC

Products:
　Search

## Search

Searched for where does ▓▓▓▓▓▓▓▓▓▓ live
Mar 13, 2018, 10:07:45 PM UTC

Products:
　Search
Locations:
　From your current location: https://www.google.com/maps/search/?api=1&query=38.994023,-76.990455

## Search

Visited https://en.m.wikipedia.org/wiki ▓▓▓▓▓▓▓▓▓▓
Mar 13, 2018, 10:04:27 PM UTC

Products:
　Search

## Search

Searched for ▓▓▓▓▓▓▓▓▓▓
Mar 13, 2018, 10:04:16 PM UTC

Products: