# **EXHIBIT 31**

**Rent for July, utilities for June**  Sunday, June 26, 2016 9:18:25 PM

From  
To   chris_hasson  
Attachments   RENT July utility June.doc

Chris,

Here is a copy of the rent; its broken out by rent and utilities. The rent is for next month and utilities are based on the actual bill paid for this month. Take a look and let me know if you have questions.

Thanks,