# **EXHIBIT 33**

SP-65 (Rev. 07-01-2016)

**Department of State Police**
**Virginia Firearms Transaction Record**

GK# 879.99

Fee Collected: ☐ $2.00 Resident  ☐ $5.00 Non-Resident  ☐ $5.00 Mail-in Transaction

Transaction Serial Number **E 370022**

GS499

NOTE: Prepare in original only.

### SECTION A – MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

1. Transferee's (Buyer's) Name (Last, First, Middle): Hasson Christopher Paul

2. ☒ Male ☐ Female
3. Birth Date (Month, Day, Year): [redacted]
4. Social Security Number or Other Identifying Number: [redacted]

5. Race (Ethnicity) (Check one or more boxes):
   ☐ American Indian or Alaska Native  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander
   ☐ Hispanic or Latino  ☐ Asian  ☒ White

6. Are you a citizen of the United States? ☒ Yes ☐ No
   If "No," what is your INS-issued alien number or admission number? ____

**Certification of Transferee** - Answer the questions below by writing "yes" or "no" in the boxes to the right of the questions.
**AN UNTRUTHFUL ANSWER MAY SUBJECT YOU TO CRIMINAL PROSECUTION**

7. Have you been convicted of a felony offense or found guilty or adjudicated delinquent as a juvenile 14 years of age or older at the time of offense of a delinquent act which would be a felony if committed by an adult? (See Exceptions on back of form.) CPH | No

8. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner, or a child of such partner or are you subject to a protective order? | No

9. Have you ever been acquitted by reason of insanity and prohibited from purchasing, possessing or transporting a firearm pursuant to §18.2-308.1:1 or any substantially similar law of any other jurisdiction, been adjudicated legally incompetent, mentally incapacitated or adjudicated an incapacitated person and prohibited from purchasing a firearm pursuant to § 18.2-308.1:2 or any substantially similar law of any other jurisdiction, or been involuntarily admitted to an inpatient facility or involuntarily ordered to outpatient mental health treatment and prohibited from purchasing a firearm pursuant to § 18.2-308.1:3 or any substantially similar law of any other jurisdiction? | No

I certify that the above answers and answers on the corresponding Federal Firearms Transaction Record (ATF F 4473) form are true and correct. I understand that I may not receive a firearm if I am prohibited by federal or state law. I understand that the making of a false statement on this form and/or the corresponding federal form is punishable as a felony. I hereby consent to having the transferor (seller) request a criminal history record information check be performed by the Department of State Police about me in connection with this transaction.

10.a. Transferee's Signature: [signature]
10.b. Date (Month, Day, Year): Oct 1 2017
11. UFIN or UPIN (optional): 
12. State Police Approval Number or Other Final Status: [redacted]

### SECTION B – MUST BE COMPLETED BY TRANSFEROR (SELLER)

13. Establishment of Identification and Residency

A. Photo-ID Issued by a Governmental Agency: [redacted] Issue Date [redacted] State: AZ

B. Nonresident Secondary ID: Orders

C. Military Personnel: ☒ Identification Card ☒ Permanent Orders to a Duty Post in Virginia or the Pentagon ☐ Leave and Earnings Statement

14. No. of Firearms by Category
    Pistol(s) 1  Revolver(s)  Rifle(s)  Shotgun(s)  Other ☐

15. Dealer Identification Number (DIN): 6955

16. Employee/Seller Identification Number: G20435
17. Federal firearms License (Last 5 Digits): 39477
18. Jurisdiction of Sale (County or City): Chantilly

19. Transferor's (Seller's) Signature and Title: [signature] Owner
20. Transaction Date: 10-1-17

DO NOT WRITE BELOW THIS LINE - TO BE COMPLETED BY STATE POLICE

☐ Approved  ☐ Not Approved  (Signature) ____

Superintendent or Designee
ORIGINAL

Date ____

U.S. Department of Justice        OMB No. 1140-0020
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Firearms Transaction Record

Transferor's/Seller's Transaction Serial Number *(If any)*

**95499**

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises *("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located)* unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. **"PLEASE PRINT."**

### Section A - Must Be Completed Personally By Transferee/Buyer

**1. Transferee's/Buyer's Full Name** *(If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name (Including suffix e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| Hessen | Christopher | Paul |

**2. Current State of Residence and Address** (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| [redacted] | Portsmouth | Portsmouth | VA | 23634 |

**3. Place of Birth**     **4. Height**   **5. Weight**   **6. Sex** [X] Male [ ] Female   **7. Birth Date** Month / Day / Year

**8. Social Security Number** *(Optional, but will help prevent misidentification)*    **9. Unique Personal Identification Number (UPIN)** if applicable *(See Instructions for Question 9.)*

**10.a. Ethnicity**
[ ] Hispanic or Latino
[X] Not Hispanic or Latino

**10.b. Race** *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)*
[ ] American Indian or Alaska Native
[ ] Asian
[ ] Black or African American
[ ] Native Hawaiian or Other Pacific Islander
[X] White

**11.** Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | [X] | [ ] |
| b. Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | [ ] | [X] |
| c. Have you ever been convicted in any court of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | [ ] | [X] |
| d. Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | [ ] | [X] |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | [ ] | [X] |
| f. Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | [ ] | [X] |
| g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | [ ] | [X] |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | [ ] | [X] |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | [ ] | [X] |

**12.a. Country of Citizenship:** *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*
[X] United States of America (U.S.A.)   [ ] Other Country/Countries (Specify):

| | Yes | No |
|---|---|---|
| 12.b. Have you ever renounced your United States citizenship? | [ ] | [X] |
| 12.c. Are you an alien illegally or unlawfully in the United States? | [ ] | [X] |
| 12.d.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | [ ] | [X] |
| 12.d.2. If "yes", do you fall within any of the exceptions stated in the instructions? | [X] N/A | [ ] |

**13.** If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#):*

Previous Editions Are Obsolete     **Transferee/Buyer Continue to Next Page**     ATF Form 4473 (5300.9)
Page 1 of 6     **STAPLE IF PAGES BECOME SEPARATED**     Revised October 2016

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i. and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

| 14. Transferee's/Buyer's Signature | 15. Certification Date |
|---|---|
| *[signature]* | Oct 1 2017 |

## Section B - Must Be Completed By Transferor/Seller

16. Type of firearm(s) to be transferred *(check or mark all that apply)*:
☑ Handgun  ☐ Long Gun  ☐ Other Firearm *(frame, receiver, etc. See Instructions for Question 16.)* (rifles or shotguns)

17. If transfer is at a qualifying gun show or event:
Name of Function: Gun Show
City, State: Chantilly VA

18.a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 18.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* |
|---|---|---|
| AZ DL | [redacted] | Month / Day / Year — NA |

18.b. Supplemental Government Issued Documentation *(if identification document does not show current residence/address) (See Instructions for Question 18.b.)*
Military ID + orders

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. *(See Instructions for Question 18.c.)*

### Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 19, 20 and 21.)*

19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency:

Month 10  Day 1  Year 17

19.b. The NICS or State transaction number *(if provided)* was: [redacted]

19.c. The response initially (first) provided by NICS or the appropriate State agency was:
☑ Proceed  ☐ Delayed *[The firearm(s) may be transferred on _____ if State law permits (optional)]*
☐ Denied
☐ Cancelled

19.d. The following response(s) was/were later received from NICS or the appropriate State agency:
☐ Proceed _____ *(date)*  ☐ Overturned
☐ Denied _____ *(date)*
☐ Cancelled _____ *(date)*
☐ No response was provided within 3 business days.

19.e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date)*. ☐ Proceed  ☐ Denied  ☐ Cancelled

19.f. The name and Brady identification number of the NICS examiner. *(Optional)*
_____ (name)  _____ (number)

19.g. Name of FFL Employee Completing NICS check. *(Optional)*

20. ☐ No NICS check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)*

21. ☐ No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. *(See Instructions for Question 21.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 22 and 23.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature | 23. Recertification Date |
|---|---|
| | |

Transferor/Seller Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

### Section D - Must Be Completed By Transferor/Seller Even If The Firearm(s) is Not Transferred

| 24. Manufacturer and Importer (If any), (If the manufacturer and importer are different, the FFL must include both.) | 25. Model (If Designated) | 26. Serial Number | 27. Type (See Instructions for Question 27.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| 1. Springfield | 1911 | LW156014 | Pistol | 45ACP |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

**REMINDER** - By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

29. Total Number of Firearms Transferred (Please handwrite by printing e.g., zero, one, two, three, etc. Do not use numerals.)  **one**

30. Check if any part of this transaction is a pawn redemption. ☐ Line Number(s) From Question 24 Above:

31. For Use by Licensee (See Instructions for Question 31.)

32. Check if this transaction is to facilitate a private party transfer. ☐ (See Instructions for Question 32.)

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

**Trader Jerry**
**#34 Claypool Hill Mall**
**Cedar Bluff, VA 24609**
**1-54-39477**

The Person Transferring The Firearm(s) Must Complete Questions 34-37.
For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled, I further certify on the basis of — (1) the transferee's/buyer's responses in Section A (and Section C, if applicable); (2) my verification of the identification recorded in question 18 (and my re-verification at the time of transfer, if Section C was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

34. Transferor's/Seller's Name

36. Transferor's/Seller's Title  **Sgor**

37. Date Transferred  **10.1.17**

---

SPG PI9126ER RO ELITE CMPT 45 6R BL
LW156014
$899.99
SSI42739

**TRADER JERRY'S**
GB:95499 VDR:SSI806 8817