# **EXHIBIT 34**

**EVIDENCE**

**CHAIN OF CUSTODY**

Case No. _____
Time of Collection _____

116

"SALE"

**EVIDENCE**
**FEDERAL BUREAU OF INVESTIGATION**
Item no. 116    Room no. D
Case no. ▆▆▆▆▆
Suspect: Christopher Paul Hasson
Address: ▆▆▆▆▆
Date: 02/15/2019    Time: _____
Description: Bill of Sale
Location: Dresser 4th Drawer from Top
Located by: ▆▆▆▆▆   Collected by: ▆▆▆▆▆

4th From Top

No. 1123
Collection & Protection, Inc.   1(800)953-ECPI

# BILL OF SALE

Date 10/9/17

I, the undersigned seller, ▓

for the sum of $ 850.00

sell to the undersigned buyer,

the following property:

Sig 1911R Tacops
s/n - 54B146877

The undersigned seller affirms that the above information about this property is accurate to the best his/her knowledge.

The undersigned buyer accepts receipt of this Bill of Sale and understands that the above property is sold in "as is" condition with no guarantees or warranties, either expressed or implied, for the property.

Seller's Name (print): ▓

Seller's Signature: ▓

Street Address: _____ Apt: _____

City / Town: Fairfax   State: VA   ZIP: 22030

Phone #: ▓

Buyer's Name (print): Chris Hasson

Buyer's Signature: _____

Street Address: ▓   Apt: _____

City / Town: Newport News   State: VA   ZIP: 23601

Phone #: ▓