# EXHIBIT 35

FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/25/2019

Federal Bureau of Investigation (FBI) Special Agent (SA)███████
reviewed, United States Coast Guard (USCG) camera USCG (9S, Site 30),
video coverage, of CHRISTOPHER PAUL HASSON. Below is a summation of the
approximate times HASSON handled, manipulated, and/or ingested pills,
while on duty.

17 January 2019- 15:15:53; 15:16:14

18 January 2019- 07:01:54; 07:24:53; 08:42:40; 08:58:38; 09:01:
16;                09:40:48; 10:34:34; 11:49:43; 13:23:41

21 January 2019- HASSON was not at his desk on this date.

22 January 2019- 07:06:47; 07:18:09; 07:29:26; 07:31:18; 07:48:
22;                09:55:02; 10:53:54; 11:53:42; 13:18:27; 13:31:
25;                14:20:39;

23 January 2019- 06:41:02; 07:34:12; 07:49:54; 07:55:16; 08:00:
36;                08:18:12; 08:55:44; 11:59:53; 12:52:39; 12:55:
56;                14:00:34; 15:56:10

24 January 2019- 06:33:45; 06:35:00; 06:38:35; 06:47:14; 08:13:
40;                09:39:56; 11:10:44; 11:21:51

25 January 2019- 06:37:37; 06:40:54; 06:52:00; 08:24:18; 08:35:
20;                08:36:12; 11:29:29

28 January 2019- 06:33:22; 06:51:18; 06:52:20; 07:54:06; 09:39:
37;                 09:39:55; 09:41:44; 10:14:36; 10:24:14; 11:50:43;
11:52:06; 13:47:56; 14:34:07; 14:35:12;

29 January 2019- 06:30:02; 06:42:06; 06:48:06; 06:48:19; 06:48:39;
06:50:15; 06:50:32; 06:51:06; 06:54:53; 06:55:41;
07:00:59; 07:02:15; 09:04:10; 09:06:35; 10:35:
00;                10:37:21; 11:23:29

Investigation on  03/15/2019  at  Baltimore, Maryland, United States (, Other (Reviewed Video Footage))

File #███████                                Date drafted  03/15/2019

by ███████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CPH_00468

FD-302a (Rev. 05-08-10)

(U) Review of United States Coast Guard
Continuation of FD-302 of  Recorded Video _____ , On  03/15/2019 , Page  2 of 2


30 January 2019- HASSON was not at his desk on this date.

31 January 2019- 06:29:35; 11:03:14; 11:24:37

1 February 2019- 06:25:32; 06:44:40; 06:47:17; 10:26:06; 11:09:01;        11:56:44

4 February 2019- 06:18:52; 08:04:01; 08:51:21; 10:47:57; 11:47:19;        12:14:55; 12:29:02

5 February 2019- 06:24:02; 06:41:35; 09:16:32; 09:31:01; 09:57:40;        10:38:37; 11:06:32; 14:40:39

6 February 2019- HASSON was not at his desk on this date.

7 February 2019- 06:56:36; 06:58:26; 07:42:43; 10:03:07; 10:04:47;        11:38:56; 11:48:20; 13:05:27

8 February 2019- HASSON was not at his desk on this date.

11 February 2019- 06:18:27; 06:19:25; 06:19:37; 09:32:34; 10:00:27;        10:51:57; 12:25:58; 12:47:34; 12:50:40; 12:51:25;        13:58:42; 14:38:06; 15:12:22

12 February 2019- 06:14:55; 06:15:11; 07:26:04; 07:29:32; 07:34:41;        08:15:33; 08:16:28; 08:34:26; 11:47:36; 13:04:00;        13:51:15; 15:03:19

13 February 2019- 06:21:40; 06:25:40; 06:26:26; 07:52:48; 08:48:25;        09:25:06; 09:37:27; 10:04:51; 11:52:36; 13:58:33;        14:54:10

14 February 2019- 06:28:27; 06:35:45; 09:17:34; 09:41:48; 10:11:11;        10:19:02; 11:50:02; 12:11:27; 13:00:10; 13:42:09;        13:57:23; 14:50:09

CPH_00469