# **EXHIBIT 36**





















