# **EXHIBIT 37**

**Order #16596 Confirmation — JMPF Company**  Sunday, July 30, 2017 7:44:28 AM

From: JMPF Company
To: Christopher Hasson

This message contains blocked images.  ☐ Always load images from jm@jmpfcompany.com   [Load Images]

# Order Confirmation

JMPF Company

**Hello Christopher Hasson,**

We have received your JMPF Company order! Thank you for your purchase.

Order **#16596**
Payment status: **Paid**

## We will deliver your order to

**Christopher Hasson**
Silver Spring, Maryland, 20903, United States
Phone

**Shipping method**
Priority Mail
2-3 days

