# **EXHIBIT 38**

**Your eReceipt from your Sears store purchase**  Saturday, August 12, 2017 6:10:12 PM

| From | Sears <sears@account.sears.com> |
|---|---|
| To | |
| Reply-to | Sears <donotreply@customerservice.sears.com> |

🛇 This message contains blocked images.   ☐ Always load images from sears@account.sears.com   [Load Images]

## IN-STORE PURCHASE

Sears WESTFIELD SHOPPING T
1040 ANNAPOLIS MALL
ANNAPOLIS, MD 21401-0000
443-926-5200

Order Date
08/12/17

Return Code
7239-2033-8700-2859-0619

Salescheck #017255421394
Image

| ITEM DETAILS | QTY | ITEM SUBTOTAL |
|---|---|---|
| **21PC BIT SET,COBALT DRILL**<br>Item# 964085<br>MDSE | 1 | 59.99T |
| **syw pts redemd: 3020** | 1 | 3.02T |
| **10IN, DRILL PRESS**<br>Item# 934983<br>SALE | 1 | 134.99T |
| **SPECIAL EVENT 5% SAVINGS** | 0 | 9.75T- |
| Coupon: | | 00050000 |
| **syw pts redemd: 6800** | 1 | 6.80T |
| Subtotal | | 175.41 |
| Tax 06.000% | | 10.52 |