# **EXHIBIT 39**





