# **EXHIBIT 40**

## Search

Visited http://www.silencershop.com/atf-wait-times

Feb 20, 2017, 3:14:34 PM UTC

Products:
  Search

## Search

Searched for atf suppressor stamp wait time

Feb 20, 2017, 3:13:41 PM UTC

Products:
  Search
Locations:
  From your current location: https://www.google.com/maps/@?api=1&map_action=map&center=36.391860,-75.998388&zoom=12

## Search

Visited Background Checks for Responsible Persons (Final Rule 41F ... - ATF

Feb 20, 2017, 3:12:03 PM UTC

Products:
  Search

## Search

Searched for Atf changing regulations

Feb 20, 2017, 3:11:36 PM UTC