# EXHIBIT 44
# (Audio File)