# **EXHIBIT 45**

Mr. Covington,

  I am writing you regards to your ideas behind North West migration. To date I have read most of your books and briefly looked at your website. I am a long time White Nationalist, having been a skinhead 30 plus years ago before my time in the military. I have served in 3 branches currently serving as an Officer (never attended college) with 2 years till I hit mandatory retirement at 30.  I have been married 25 years and brought up two ▓▓▓▓▓▓▓▓▓ children ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ My plans are upon retirement to move to the North West most likely Idaho. While I fully support the idea of a white homeland, my friends who still play at being a skinhead at 40 plus years old say that you are an informant. That is neither here nor there it is not an accusation the person who told me this served a 12 year prison sentence and never ratted me out so I will not dispute him nor will I accuse you. I never saw a reason for mass protest or wearing uniforms marching around provoking people with swastikas etc. I was and am a man of action you cannot change minds protesting like that.  However you can make change with a little focused violence.

  ▓▓▓▓ has made a good many contacts of normal white people as well as the "alt right "and enjoys "red pilling" them to our cause. I think he has succeeded on bringing some very valuable assets to our cause, people with education and means who seem to be sincere. My intention is to bring as many of these people to the Northwest as can be persuaded however I am reluctant to join or have them join a movement officially as most are infested with informants of one kind or another. The government has expertly infiltrated and destroyed from within most if not all Pro White organizations. I think it best to move there integrate with in the communities and "red pill" the normal folk or become a pillar of the community. I have no law enforcement back ground but am looking at running for sheriff or possibly town counsel in the area I decide to settle after establishing myself, not waving Nazi/confederate flags just being an upstanding citizen in a white community.  To that point Mr. Cobb character is an idiot in my humble opinion why would you announce to the world your intentions and expect anything but push back. The reason for this letter is to hopefully open a dialogue with you and when I do move up there to coordinate efforts. I am not starting a new movement just bringing people to your and Rev Butlers ideas. We need a white homeland as Europe seems lost. How long we can hold out there and prevent niggerization of the Northwest until whites wake up on their own or are forcibly made to make a decision whether to roll over and die or to stand up remains to be seen. But I know a few younger ones that are tired of waiting and I feel we need them to resettle and build a community before they throw their life away with some desperate measure like shooting up a mosque in an area that doesn't want us. They need a Homeland to fight for as America has turned its back on them. I know more than a few that went this path it's a fucking waste.