# **EXHIBIT 46**

Proverbs 21:19 "It is better to dwell in the wilderness, than with a contentious and an angry woman."

Proverbs 5:6 "For she cares nothing about the path to life. She staggers down a crooked trail and doesn't realize it. So now, my sons, listen to me. Never stray from what I am about to say: Stay away from her! Don't go near the door of her house!"

Proverbs 7:24-26 "Now then, my sons, listen to me; pay attention to what I say. Do not let your heart turn to her ways or stray into her paths. Many are the victims she has brought down; her slain are a mighty throng."

Proverbs 27:15-16 "A continual dripping on a rainy day and a contentious wife are alike. Trying to keep her in check is like stopping a wind storm or grabbing oil with your right hand."

Proverbs 12:4 "A wife with strength of character is the crown of her husband, but the wife who disgraces him is like bone cancer."

Proverbs 30:20 "This is the way of an adulterous woman: She eats and wipes her mouth and says, I've done nothing wrong."

Proverbs 11:22 "A beautiful woman who lacks discretion is like a gold ring in a pig's snout."

Proverbs 5:3-4 "For the lips of an immoral woman are as sweet as honey and her mouth is smoother than oil. But in the end she is as bitter as poison, as dangerous as a double-edged sword."

Proverbs 6:23-29 "For their command is a lamp and their instruction a light; their corrective discipline is the way to life. It will keep you from the immoral woman, from the smooth tongue of a promiscuous woman. Don't lust for her beauty. Don't let her coy glances seduce you. For a prostitute will bring you to poverty,  but sleeping with another man's wife will cost you your life. Can a man scoop a flame into his lap and not have his clothes catch on fire? Can he walk on hot coals and not blister his feet? So it is with the man who sleeps with another man's wife. He who embraces her will not go unpunished."

Romans 1:26 "That is why God abandoned them to their shameful desires. Even the women turned against the natural way to have sex and instead indulged in sex with each other."

Timothy 5:13 "And if they are on the list, they will learn to be lazy and will spend their time gossiping from house to house,

meddling in other people's business and talking about things they shouldn't."

Proverbs 23:27-28 "A prostitute is a dangerous trap; a promiscuous woman is as dangerous as falling into a narrow well. She hides and waits like a robber, eager to make more men unfaithful."

Proverbs 7:8-12 "He was crossing the street near the house of an immoral woman, strolling down the path by her house. It was at twilight, in the evening, as deep darkness fell. The woman approached him, seductively dressed and sly of heart. She was the brash, rebellious type, never content to stay at home. She is often in the streets and markets, soliciting at every corner."