# EXHIBIT 47

VisitedÂ What's Going on With America's White People? - POLITICO Magazine

Feb 17, 2018, 12:37:16 PM UTC

Products:
    Search

## Search

Searched forÂ how can white people rise

Feb 17, 2018, 12:37:12 PM UTC

Products:
    Search
Locations:
    From your current location: https://www.google.com/maps/search/?api=1&query=38.993975,-76.990398

## Search

Searched forÂ how can white people rise against the jews

Feb 17, 2018, 12:36:35 PM UTC

Products:
    Search
Locations:
    From your current location: https://www.google.com/maps/search/?api=1&query=38.993975,-76.990398

## Search

Searched forÂ how can white people rise against the jews

Feb 17, 2018, 12:34:04 PM UTC