# EXHIBIT 48

**US vs Hasson Consulting Invoice**

**Date** 16-Dec-19

**Remit payment to:** Kelly Dunn
Address:

Email:
Phone:

Currency: USD

| Description | Date | Number hours | Cost per Hour | Total Cost |
|---|---|---|---|---|
| Introductory Phone Call | 25-Nov-2019 | 0.5 | $400 | $200 |
| Jail Interview | 4-Dec-2019 | 1.5 | $400 | $600 |
| Report (research, writing) | 10-Dec-2019 | 2 | $400 | $800 |
| | 12-Dec-2019 | 2 | $400 | $800 |
| | 14-Dec-2019 | 4 | $400 | $1,600 |
| Total | | 10 | | $4,000 |// 
| **Total Due:** | | | | **$4,000** |