**Hasson Internet Search History – Competition Shooting (Dec. 2017 – Jan. 2018)**

| Date/Time | Activity |
| --- | --- |
| 12/11/2017, 6:42:53 AM | Google search for bergera rifles |
| 12/11/2017, 6:46:20 AM | http://bergarausa.com |
| 12/11/2017, 6:50:30 AM | http://www.bergarausa.com/berara_b-14_series_hmr_hunting_and_match_rifle.php |
| 12/11/2017, 9:50:54 AM | http://www.accuracy-tech.com/getting-started-in-competitive-shooting-p3/ |
| 12/11/2017, 9:53:47 AM | http://www.accuracy-tech.com/getting-started-in-competitive-shooting-p2/ |
| 12/11/2017, 9:53:57 AM | http://www.accuracy-tech.com/getting-started-in-competitive-shooting-p1/ |
| 12/11/2017, 10:06:59 AM | Google search for quantico rifle range |
| 12/11/2017, 10:07:06 AM | http://www.quanitcoshootingclub.com |
| 12/11/2017, 10:07:27 AM | http://www.quanticoshootingclub.com/club-hours |
| 12/11/2017, 10:07:57 AM | http://www.quanticoshootingclub.com/ranges-satellite-view |
| 12/11/2017, 10:08:56 AM | http://www.quanticoshootingclub.com/transporting-firearms |
| 12/11/2017, 10:09:33 AM | http://www.quanticoshootingclub.com/membership |
| 12/11/2017, 10:09: 52 AM | http://www.quanticoshootingclub.com/membership-prices |
| 12/11/2017, 10:10:31 AM | http://www.quanticoshootingclub.com/groups |
| 12/11/2017, 10:10:37 AM | http://www.quanticoshootingclub.com/rifle-group |
| 12/11/2017, 10:10:47 AM | http://www.quanticoshootingclub.com |
| 12/11/2017, 10:10:58 AM | http://www.quanticoshootingclub/first-time-here |
| 12/11/2017, 10:12:00 AM | http://www.quanticoshootingclub.com/club-documents |
| 12/11/2017, 10:12:10 AM | http://www.quanticoshootingclub.com/links |
| 12/11/2017, 10:34:54 AM | http://www.quanticoshootingclub.com/range-safety-officer-program |
| 12/11/2017, 10:35:56 AM | http://www.quanticoshootingclub.com/calendar |
| 1/22/2018, 11:45:37 AM | Google Search for Quantico Rifle Range |
| 1/22/2018, 11:46:09 AM | http://www.quanticoshootingclub.com |
| 1/22/2018, 11:47:20 AM | http://www.quanticoshootingclub.com/membership |
| 1/22/2018, 11:47:37 AM | http://www.quanticoshootingclub.com/faqs |
| 1/22/2018, 11:50:21 AM | http://www.quanticoshootingclub.com/calendar |
| 1/22/2018, 11:50:44 AM | http://www.quanticoshootingclub.com/range-safety-officer-program |
| 1/22/2018, 11:52:11 AM | http://www.quanticoshootingclub.com/groups |
| 1/22/2018, 11:52:16 AM | http://www.quanticoshootingclub.com/rifle-group |

| | |
|---|---|
| 1/22/2018, 11:52:19 AM | http://www.quanticoshootingclub.com |
| 1/22/2018, 11:52:30 AM | http://www.quanticoshootingclub.com/first-time-here |
| 1/22/2018, 11:53:05 AM | http://www.quanticoshootingclub.com/ranges-range-4 |
| 1/22/2018, 11:53:53 AM | http://www.quantico.marines.mil/Portals/147/Docs/Range%20Management%20Branch/SOPs/WTBN%20Range%204%20SOP%June%202016.pdf |
| 1/22/2018, 11:54:24 AM | http://www.quanticoshootingclub.com/club-documents |
| 1/22/2018, 11:54:34 AM | http://www.quanticoshootingclub.com |
| 1/22/2018, 11:54:40 AM | http://www.quanticoshootingclub.com/guest-members |
| 1/22/2018. 11:55:07 AM | http://www.quanticoshootingclub.com/membership |
| 1/22/2018, 11:55:37 AM | http://www.quanticoshootingclub.com/membership-prices |
| 1/22/2018, 11:56:17 AM | http://www.quanticoshootingclub.com/calendar-event/rifle-events |

Information obtained from: Hasson_URL_Export_to_Match_FReport_OLD.zip/index (produced on 1/27/2020 at 5:40pm)