



# CALGUNS.NET

| Home | My iTrader | Join the NRA | Donate to CGSSA | Sponsors | CGN Google Search |
| CA Semiauto Ban(AW)ID Flowchart | | CA Handgun Ban ID Flowchart | | | CA Shotgun Ban ID Flowchart |

Calguns.net > MARKETPLACE > Private Firearms Sales - Long Guns
WTS Firestar 43 9mm San Diego Area

User Name [User Name] ☐ Remember Me?
Password [        ] [Log in]

| Register | FAQ | Members List | Calendar | Chat ▾ |

**Private Firearms Sales - Long Guns** For the private sale of rifles, shotguns and other long guns. Read the rules before posting.

[Post Reply]

Thread Tools ▾   Display Modes ▾

---

☐ 03-07-2008, 9:41 AM — #1

**zoid52**
Senior Member

Join Date: Dec 2007
Posts: 784
iTrader: 14 / 100%

WTS Firestar 43 9mm San Diego Area

Very good cond, 2mags, $275 This is the desirable Star, Hard to find SOLD!!!

CALIFORNIA-IF THERES NOT A LAW AGAINST IT THERES A TAX ON IT

Last edited by zoid52; 03-09-2008 at 3:05 PM. Reason: sold

[Quote]

---

☐ 03-07-2008, 12:26 PM — #2

**mike100**
Veteran Member

Join Date: Jul 2006
Posts: 2,515
iTrader: 18 / 100%

How long have you had it?

[Quote]

---

☐ 03-07-2008, 3:28 PM — #3

**dondo**
Senior Member

Join Date: Nov 2006
Posts: 2,031
iTrader: 47 / 100%

So tempted. I have been waiting for one of these to come up.

[Quote]

---

☐ 03-07-2008, 10:33 PM — #4

**zx10razor**
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

PM'd

I PM'd you I am interested but have a question.

[Quote]

---

☐ 03-08-2008, 9:04 PM — #5



**zoid52**
Senior Member

Join Date: Dec 2007
Posts: 784
iTrader: 14 / 100%

Come on people this IS a good buy

CALIFORNIA-IF THERES NOT A LAW AGAINST IT THERES A TAX ON IT

Quote

03-09-2008, 12:35 AM                                                    #8

**shootfirst**
Member

Join Date: May 2006
Location: Cypress, Ca.
Posts: 165
iTrader: 15 / 100%

Firestar 43

You have a message.

Quote

Post Reply

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

**Forum Jump**
Private Firearms Sales - Long Guns   ▼   Go

LAW OFFICE OF ADAM J. RICHARDS   GUNS R4US   Join the Fight. Join NRA!

All times are GMT -8. The time now is 9:46 AM.

-- CalGuns 1.0 ▼        Advertise on Calguns.net - Contact Us - Calguns.net - Archive - Top

Powered by vBulletin® Version 3.8.9
Copyright ©2000 - 2019, vBulletin Solutions, Inc.
Proudly hosted by GeoVario the Premier 2A host.
Calguns.net, the 'Calguns' name and all associated variants and logos are ® Trademark and © Copyright 2002-2018, Calguns.net an Incorporated Company All Rights Reserved.
Calguns.net and The Calguns Foundation have no affiliation and are in no way related to each other.
All opinions, statements and remarks made by Calguns.net on this web site and elsewhere are solely attributable to Calguns.net.

SECURE network solutions

CALIFORNIA LARGEST SUPPLIER
LAX AMMUNITION SHOP NOW OF RELOADED & FACTORY NEW AMMO!
PREPPER GUN SHOP ON TARGET
Orange County's Premier 25 Yard Indoor Range
FIGHT BACK! TAKE DOWN SYSTEM...
400 LUMENS 10%OFF:olight10

# CALGUNS.NET

| Home | My iTrader | Join the NRA | Donate to CGSSA | Sponsors | CGN Google Search |
| | CA Semiauto Ban(AW)ID Flowchart | | CA Handgun Ban ID Flowchart | | CA Shotgun Ban ID Flowchart |

Calguns.net > MARKETPLACE > Private Firearms Sales - Long Guns
traded phrase delete

User Name [User Name] ☐ Remember Me?
Password [        ] [Log in]

| Register | FAQ | Members List | Calendar | Chat ▾ |

**Private Firearms Sales - Long Guns** For the private sale of rifles, shotguns and other long guns. Read the rules before posting.

[Post Reply]

Thread Tools ▾ | Display Modes ▾

---

**04-25-2008, 7:05 PM** #1

**guniorcbr** ○
Senior Member

Join Date: May 2007
Location: Northern Cali./SF
Posts: 982
iTrader: 151 / 98%

🟢 **traded phrase delete**

Traded please delete

Temper is a weapon that we hold by the blade...

Last edited by guniorcbr; 04-29-2008 at 6:52 PM.. Reason: traded

[Quote]

---

**04-25-2008, 7:13 PM** #2

**PonyFiveO** ○
Member

Join Date: Jan 2006
Posts: 236
iTrader: 10 / 100%

PM Sent 😊

[Quote]

---

**04-26-2008, 6:11 PM** #3

**guniorcbr** ○
Senior Member

Join Date: May 2007
Location: Northern Cali./SF
Posts: 982
iTrader: 151 / 98%

PM Replied, still available

Temper is a weapon that we hold by the blade...

[Quote]

---

**04-26-2008, 9:02 PM** #4

**zx10razor** ○
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

PM'ed

Pm'ed you.

[Quote]

[Post Reply]

« Previous Thread | Next Thread »

Posting Rules
You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

Forum Rules

Forum Jump
[Private Firearms Sales - Long Guns ▾] [Go]





All times are GMT -8. The time now is 10:00 AM.

Powered by vBulletin® Version 3.8.9
Copyright ©2000 - 2019, vBulletin Solutions, Inc.
Proudly hosted by GeoVario the Premier 2A host.
Calguns.net, the 'Calguns' name and all associated variants and logos are ® Trademark and © Copyright 2002-2018, Calguns.net an Incorporated Company All Rights Reserved.
Calguns.net and The Calguns Foundation have no affiliation and are in no way related to each other.
All opinions, statements and remarks made by Calguns.net on this web site and elsewhere are solely attributable to Calguns.net.




THE OUTDOORSMAN
See Our Weekly Ad

TACTICAL HANDGUN MATCH
May 4-5, 2019 $5000 prizes & draws
FIGHT BACK!™

Approved for California
AMMO BROS.
CERRITOS ONTARIO PERRIS RIVERSIDE SANTA ANA SAN DIEGO

ON TARGET
Orange County's Premier 25 Yard Indoor Range
MagazineBlocks.com
10 Round Limiters

BUY ONLINE OR IN-STORE



# CALGUNS.NET

| Home | My iTrader | Join the NRA | Donate to CGSSA | Sponsors | CGN Google Search |
| CA Semiauto Ban(AW)ID Flowchart | | CA Handgun Ban ID Flowchart | | CA Shotgun Ban ID Flowchart | CGN Google Search |

Calguns.net > FIREARMS DISCUSSIONS > California handguns

P6 Question

| User Name | User Name | ☐ Remember Me? |
| Password | | Log in |

| Register | FAQ | Members List | Calendar | Chat ▾ |

**California handguns** Discuss your favorite California handgun technical and related questions here.

[Post Reply]

Thread Tools ▾ | Display Modes ▾

---

**#1**
07-03-2008, 7:22 PM

**zx10razor** ○
Junior Member

Join Date: Feb 2000
Posts: 77
iTrader: 5 / 100%

P6 Question

I just bought a sig p6 and noticed the gun seems to shoot 6 inches lower than normal. Is this normal? I have heard the Germans are trained differently as far as POA.

I usually aim 6 oclock on bullseye which puts all my rounds 6 inches low at 25 yards. I am thinking of changing sites for this reason, I want my POA and POI on all of my guns to be the same. Any help would be appreciateth.

[Quote]

---

**#2**
07-03-2008, 7:28 PM

**Greg-Dawg** ○
Banned

Join Date: Oct 2006
Location: Where I have no use for a bullet button.
Posts: 7,796
iTrader: 7 / 100%

Do you flinch?

[Quote]

---

**#3**
07-03-2008, 7:38 PM

**golfrj** ○
Senior Member

Join Date: Jul 2007
Location: So Ca/Jurupa Valley
Posts: 1,507
iTrader: 189 / 100%

Most Defense type pistols are designed to cover the target with the front sight, in all probability your pistol is sighted correctly for a Sig and you are not used to this non target type sights, you can get different heights of Sig sights if you need to move your groups up.. Regards, Jim

[Quote]

---

**#4**
07-03-2008, 7:55 PM

**zx10razor** ○
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

Thanks for the replies, no I'm not flinching thats what I thought at first but put it on a rest same thing. Plus I've shot quite a bit, previous job MCSF battalion.

I geuss I will cover the target so the front post is at top of the bullseye correct? Instead of at 6 oclock. I'll try that tomorrow and see how it works. I really dont want to put any money into it (new sights).

Another thought after looking at the test target that came with the gun the half black and white circle with the inverted triangle. I am geussing now that the top of the front site is probably alligned with the top of the triangle and the point of impact is the bottom of the triangle. About six inches. I think I figured it out thanks.

Not sure I like it too much seems a little weird.

[Quote]

---

**#5**
07-03-2008, 8:00 PM

**Nra-Life-Member** ○
Senior Member

Join Date: Apr 2007
Location: Out of State
Posts: 691
iTrader: 37 / 100%

What do you normally shoot? Revolver or Semi-Auto..

[Quote]

---

**#6**
07-03-2008, 8:24 PM

**Vectrexer** ○
CGN/CGSSA Contributor
CGN Contributor

Join Date: Mar 2007
Location: Pacifica, Ca, 94044
Posts: 2,461
iTrader: 86 / 100%

My P6 shot perfectly. In fact I can blame me more than the P6 for any poor shots. And my P6 is definitely not one of the top ones that came through.

– Vectrexer
▶ ◄ Click Here - My HANDGUNS For Sale ◀
▶ ◄ Click Here - My LONG GUNS For Sale ◀
▶ ◄ Click Here - My MAGAZINES , Parts, & Accessories Sales ◀
▶ ◄ Click Here - My AMMO For Sale ◀
▶ ◄ Click Here - My Non-Firearms Sales ◀
▶ ◄ Send Me A Private Message (PM) ◀
▶ ◄ Vectrexer's Calguns.net iTrader Feedback ◀

[Quote]

---

**#7**
07-03-2008, 8:59 PM

**JohnnyBangBang** ○
Member

Join Date: Apr 2008
Location: Orange County
Posts: 134
iTrader: 3 / 100%

Mine shoots low as well. I find that instead of lining up the top of the two sights, if I line up the middle of the front sight with the top of the rear its right on.

---

**07-03-2008, 9:18 PM** #8

**rayrayz**
Senior Member

Join Date: Jun 2008
Posts: 820
iTrader: 8 / 100%

my P6 shoots just as it should. just can't aim straight....but getting better

---

**07-03-2008, 9:47 PM** #9

**pklin1297**
Veteran Member

Join Date: Sep 2006
Location: OC, CA
Posts: 3,254
iTrader: 19 / 100%

just out of curiosity, what is the number on your front and rear sight?

---

**07-03-2008, 9:52 PM** #10

**JTROKS**
I need a LIFE!!

Join Date: Nov 2007
Location: NorCal - Bay Area
Posts: 11,184
iTrader: 130 / 100%

Mine shoots a bit to the left but the dead level on the front sight at 10 yards.

*The wise man waits just find your plane*
*In the eye of the storm*
*Seek the roses along the way*
*Just beware of the thorns... K. Maine*

---

**07-03-2008, 10:01 PM** #11

**slowfire**
Member

Join Date: Sep 2007
Posts: 374
iTrader: 7 / 100%

My P6 at 21 feet has to cover the 3" shootNsee bullseye in order to hit CoM. Do the German police train on silhouttes/center of mass?

---

**07-03-2008, 10:48 PM** #12

**zx10razor**
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

The range I shoot at only has pistol targets at 25yards, so I am unsure how it would be at 10 or 15 yards.

I normally shoot Berreta M9..

I wouldnt say the gun shoots bad or me; just tight groups low. If I aim higher than I am used too, just above or on top of the bullseye I hit the bullseye. I am just not accustmed to it. And find it akward.

I was trained to shoot differently in the Marines as far as POA and impact.

The front sight is 8 rear 7.

Dont get me wrong I am not disappointed in the gun especially for the price. I think sig makes a good weapon but I dont see the hype for sigs, the trigger also took alittle getting used to.

Its just different, thanks for all the replies.

---

**07-04-2008, 9:35 AM** #13

**maxicon**
Veteran Member

Join Date: Oct 2005
Location: San Jose
Posts: 4,598
iTrader: 23 / 100%

Did you try different ammo as well?

If it shoots low from the bench and there's nothing loose or tweaked on the sights or slide to barrel fit, you need to change one of your sights. 6" is a pretty big offset, though, so it's worth looking closer to see what's up.

Here's Sig's reference on the different sight numbers and what you'd need to change.

http://www.sigsauer.com/CustomerServ...ightPusher.pdf

Front sights: 1" change between numbers at 25 yards
Rear sights: 2" change between numbers at 25 yards
When changing the sights, remember this rule: "NUMBERS UP, IMPACT UP; NUMBERS DOWN, IMPACT DOWN". This is true whether it concerns the front or rear sights.

If you don't want to change sights, you can raise the POI by filing down the front sight, then re-bluing it when it's done. This only works on blade sights, not dot sights.

Mine's pretty close at 10 yards with a front 8 and a rear 7, and I shoot a 6 o'clock hold with the all-black sights (and with all my iron sight guns).



**Sig P6 - Federal Classic 115 gr JHP
10 yard, 16 rounds Rested**

_____

**NRA Life Member**

Last edited by maxicon; 07-04-2008 at 9:37 AM.

□ 07-04-2008, 10:11 AM                                                                                    #14

**JTROKS** ●
I need a LIFE!!

Join Date: Nov 2007
Location: NorCal - Bay Area
Posts: 11,184
iTrader: 330 / 100%

Nice group! I'll have to bench my Sig to see how accurate it is. Pretty much offhand it is more accurate than my stock 5906.

_____
The wise man said just find your place
In the eye of the storm
Seek the roses along the way
Just beware of the thorns.. K.. Maine

« Previous Thread | Next Thread »

Posting Rules                                              ⊗
You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

Forum Jump
California handguns   ▼   Go



All times are GMT -8. The time now is 9:56 AM.

Powered by vBulletin® Version 3.8.9
Copyright ©2000 - 2019, vBulletin Solutions, Inc.
Proudly hosted by GeoVario the Premier 2A host.
Calguns.net, the 'Calguns' name and all associated variants and logos are ® Trademark and © Copyright 2002-2018, Calguns.net an Incorporated Company All Rights Reserved.
Calguns.net and The Calguns Foundation have no affiliation and are in no way related to each other.
All opinions, statements and remarks made by Calguns.net on this web site and elsewhere are solely attributable to Calguns.net.





Gun is SPF!!!

☐ 12-01-2008, 5:55 PM #9

**tazmanian devil dog** ○
Senior Member

Join Date: Mar 2008
Location: Kalifornistan
Posts: 1,432
iTrader: 48 / 100%

BTT for me.

☐ 12-01-2008, 6:23 PM #10

Jonathan Doe
Guest

Posts: n/a
iTrader: / %

PM sent.

Post Reply

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

Forum Jump
Private Firearms Sales - Long Guns    Go

All times are GMT -8. The time now is 6:31 AM.

-- CalGuns 1.0

Advertise on Calguns.net - Contact Us - Calguns.net - Archive - Top

Powered by vBulletin® Version 3.0.9
Copyright ©2000 - 2019, vBulletin Solutions, Inc.
Proudly hosted by GeoVario the Premier 2A host.
Calguns.net, the 'Calguns' name and all associated variants and logos are ® Trademark and © Copyright 2002-2018, Calguns.net an Incorporated Company All Rights Reserved.
Calguns.net and The Calguns Foundation have no affiliation and are in no way related to each other.
All opinions, statements and remarks made by Calguns.net on this web site and elsewhere are solely attributable to Calguns.net.



CALGUNS.NET

Home    My iTrader    Join the NRA    Donate to CGSSA    Sponsors    CGN Google Search

CA Semiauto Ban(AW)ID Flowchart    CA Handgun Ban ID Flowchart    CA Shotgun Ban ID Flowchart

Calguns.net > MARKETPLACE > Private Firearms Sales - Long Guns

SOLD Kimber Custom TLE II

User Name | User Name | Remember Me?
Password | | Log in

Register    FAQ    Members List    Calendar    Chat ▼

**Private Firearms Sales - Long Guns** For the private sale of rifles, shotguns and other long guns. Read the rules before posting.

Post Reply

Thread Tools ▼ | Display Modes ▼

---

**02-01-2009, 10:02 PM**    #1

**vandal** 🟢
Senior Member

Join Date: Sep 2007
Location: Walnut Creek
Posts: 2,384
iTrader: 166 / 100%

SOLD Kimber Custom TLE II

Kimber Custom TLE-2
Novak Bar-Dot tritium night sights
Micarta Grips
Hex-head grip screws
Matte hard chromed barrel
Warrior grip safety
Warrior flat-face guide rod plug
GI guide rod
Wolf 18.5lb recoil spring
Two Chip McCormick 8rd Power Mags
Box, manual, and (I think) lock.

$975 PPT in SF East Bay. Not taking trades on this, sorry. SALE PENDING. SOLD

Last edited by vandal; 02-06-2009 at 1:15 PM..

Quote

---

**02-02-2009, 2:23 PM**    #2

**will81** 🟢
Junior Member

Join Date: Jan 2009
Posts: 11
iTrader: 0 / 0%

Would you consider a trade.

Quote

---

**02-02-2009, 2:25 PM**    #3

**zx10razor** 🟢
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

Trade

I will PM you a trade, let me know if interested.

Quote

---

**02-02-2009, 3:31 PM**    #4

**vandal** 🟢
Senior Member

Join Date: Sep 2007
Location: Walnut Creek
Posts: 2,384
iTrader: 166 / 100%

Looking for cash money, sorry guys.

Quote

---

**02-03-2009, 7:53 AM**    #5

**Dont Tread on Me**
Guest

Posts: n/a
iTrader: / %

I'm very tempted. I've seen this gun run once at a Tac handgun match (even saw the muzzle😮). It runs well. Not your average tap-n-rack-amotic 1911.

Quote:

Originally Posted by **runintoybox** 🔗
Mine's got so much holster-wear. I feel guilty now.

You mean you train with your gun so much it gets some holster wear! You should be proud of those wear marks!

Quote

---

**02-03-2009, 9:49 AM**    #6

**BillyGoatMachine** 🟢
Veteran Member

Join Date: Nov 2008
Location: The Lost Coast/Redway 95560
Posts: 2,845
iTrader: 34 / 100%

Free bump for a nice gun and good price. How many rounds down the tube?

Quote

---

**02-03-2009, 10:01 AM**    #7

**vandal** 🟢
Senior Member

Join Date: Sep 2007
Location: Walnut Creek
Posts: 2,384
iTrader: 166 / 100%

Approx 800-900 rounds fired. Mix of Fed AE 230gr, Winchester Ranger Talon 230gr, and Black Hills Gold Dot 230gr. Never a malfunction.



02-05-2009, 8:26 AM                                                                                           #8

**trigger05** o                                                        Join Date: Oct 2008
Member                                                                 Posts: 191
                                                                       iTrader: 49 / 94%

wish you were down in LA... free bump once again for a nice gun up north

02-05-2009, 10:46 AM                                                                                          #9

**6flw** o                                                             Join Date: Jan 2009
Junior Member                                                          Location: Santa Clara County
                                                                       Posts: 9
                                                                       iTrader: 0 / 0%

PM sent

Post Reply

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

**Forum Jump**
Private Firearms Sales - Long Guns        Go

LAW OFFICE OF
ADAM J. RICHARDS

All times are GMT -8. The time now is 9:43 AM.

-- CalGuns 1.0                                    Advertise on Calguns.net - Contact Us - Calguns.net - Archive - Top

Powered by vBulletin® Version 3.8.9
Copyright ©2000 - 2019, vBulletin Solutions, Inc.
Proudly hosted by GeoVario the Premier 2A host.
Calguns.net, the 'Calguns' name and all associated variants and logos are ® Trademark and © Copyright 2002-2018, Calguns.net an Incorporated Company All Rights Reserved.
Calguns.net and The Calguns Foundation have no affiliation and are in no way related to each other.
All opinions, statements and remarks made by Calguns.net on this web site and elsewhere are solely attributable to Calguns.net.



**CALGUNS.NET**

| Home | My iTrader | Join the NRA | Donate to CGSSA | Sponsors | CGN Google Search |
|---|---|---|---|---|---|
| | CA Semiauto Ban(AW)ID Flowchart | | CA Handgun Ban ID Flowchart | | CGN Shotgun Ban ID Flowchart |

Calguns.net > MARKETPLACE > Private Firearms Sales - Long Guns
WTS Beretto 92D Bay Area

User Name [User Name] ☐ Remember Me?
Password [        ] [Log in]

| Register | FAQ | Members List | Calendar | Chat ▾ |
|---|---|---|---|---|

**Private Firearms Sales - Long Guns** For the private sale of rifles, shotguns and other long guns. Read the rules before posting.

[Post Reply]

---

Thread Tools ▾   Display Modes ▾

□ 09-22-2009, 9:46 PM                                                                      #1

**zx10razor** ◉                                                    Join Date: Feb 2000
Junior Member                                                     Posts: 77
                                                                 iTrader: 5 / 100%

🗋 WTS Beretta 92D Bay Area

I have for sale Beretta 92D with one 10rd mag, 3 high cap rebuild kits.
And factory 51 piece parts kit. Gun & kit = $450.00

Also have 750rds of remington 115gr. for $225.00
will split up ammo and gun.

All for $650.00 and Don Hume holster.

http://s904.photobucket.com/albums/a...20090921_2.jpg

Last edited by zx10razor; 09-22-2009 at 10:06 PM.. Reason: edit

[Quote]

---

□ 09-24-2009, 2:05 PM                                                                      #2

**zx10razor** ◉                                                    Join Date: Feb 2008
Junior Member                                                     Posts: 77
                                                                 iTrader: 5 / 100%

🗋 **bump**

bump

[Quote]

---

□ 09-24-2009, 3:17 PM                                                                      #3

**916Plinker** ◉                                                   Join Date: Feb 2009
Member                                                           Location: Sacramento
                                                                 Posts: 283
                                                                 iTrader: 4 / 100%

🗋

The photo shows an empty box.....😊

[Quote]

---

□ 09-24-2009, 7:29 PM                                                                      #4

**mh2291** ◉                                                       Join Date: Jun 2009
Junior Member                                                     Posts: 22
                                                                 iTrader: 3 / 100%

🗋

where is ur location in bay area ?

[Quote]

---

□ 09-25-2009, 9:43 AM                                                                      #5

**zx10razor** ◉                                                    Join Date: Feb 2008
Junior Member                                                     Posts: 77
                                                                 iTrader: 5 / 100%

🗋 **bump**

North Bay

[Quote]

---

□ 09-25-2009, 11:05 AM                                                                     #6

**Joe** ◉                                                         Join Date: Apr 2006
Calguns Addict                                                   Location: Sac
                                                                 Posts: 5,763
                                                                 iTrader: 33 / 100%

🗋

Free bump, here are his pics if youre having trouble.









Post Reply

« Previous Thread | Next Thread »

Posting Rules

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

Forum Rules

Forum Jump
Private Firearms Sales - Long Guns   Go



-- CalGuns 1.0

Powered by vBulletin® Version 3.8.9
Copyright ©2000 - 2019, vBulletin Solutions, Inc.
Proudly hosted by GeoVario the Premier 2A host.
Calguns.net, the 'Calguns' name and all associated variants and logos are ® Trademark and © Copyright 2002-2018, Calguns.net an Incorporated Company All Rights Reserved.
Calguns.net and The Calguns Foundation have no affiliation and are in no way related to each other.
All opinions, statements and remarks made by Calguns.net on this web site and elsewhere are solely attributable to Calguns.net.



CALGUNS.NET

Private Firearms Sales - Long Guns For the private sale of rifles, shotguns and other long guns. Read the rules before posting.

**Post Reply**

---

**11-19-2010, 7:07 PM**  #1

**zx10razor** ⊙
Junior Member

Join Date: Feb 2000
Posts: 77
iTrader: 5 / 100%

**WTT Colt 6940 upper with stag lower**

I have a complete 6940 colt upper with complete stag lower with Magpul MAID grip and Magpul CTR 6 pos stock. And Troy single point sling adapter.

Looking for semi auto handgun or 308 gun.
Has to be Bay Area so I can do Face to face.
Here is Pic of upper I will try to get a pic of lower later.

**Wiling to trade for semi auto hand gun or 308 rifle, make offer.**

Attached Images
CIMG1365.jpg (97.3 KB, 632 views)

Last edited by zx10razor; 11-27-2010 at 8:19 PM.. Reason: description/

**Quote**

---

**11-20-2010, 8:27 PM**  #2

**zx10razor** ⊙
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

**Bump**

BUMP. Looking for Gas Piston AR platform for trade. Bay Area.

**Quote**

---

**11-22-2010, 6:38 AM**  #3

**zx10razor** ⊙
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

**Bump**

Bump

**Quote**

---

**11-29-2010, 6:28 AM**  #4

**zx10razor** ⊙
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

**Bump**

Bump

**Quote**

---

**11-26-2010, 2:35 PM**  #5

**zx10razor** ⊙
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

**Bump**

OK I will entertain any reasonable trades, Handguns semi-auto, or 308 rifle of some kind.
Will only consider FTF transfer in Bay Area.

**Quote**

---

**11-27-2010, 8:19 PM**  #6

**zx10razor** ⊙
Junior Member

Join Date: Feb 2000
Posts: 77
iTrader: 5 / 100%

**Bump**

Bump
reasonable offer.

**Quote**

---

**11-29-2010, 12:55 PM**  #7

**zx10razor** ⊙
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

**bump**

BTT

**Quote**

---

**11-29-2010, 10:02 PM**  #8

**panzer** ⊙
Senior Member

Join Date: Jan 2010
Posts: 679
iTrader: /b / 99%

Hi, like new beretta 92fs. Ernie 310 7295582

**Quote**



**Gwivet**
Junior Member

Join Date: Feb 2012
Posts: 5
iTrader: 0 / 0%

Do u still have it? I have an original CHP 4006 .40 cal S & W. since I am still active CHP and will most likely buy my current duty weapon, I don't need both. All lazer etched numbers match. Would love to see the AR assembled. Thanks!

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

**Forum Jump**
Private Firearms Sales - Long Guns      Go

« Previous Thread | Next Thread »

All times are GMT -8. The time now is 9:47 AM.

Powered by vBulletin® Version 3.8.9
Copyright ©2000 - 2019, vBulletin Solutions, Inc.
Proudly hosted by GeoVario the Premier 2A host.
Calguns.net, the 'Calguns' name and all associated variants and logos are ® Trademark and © Copyright 2002-2018, Calguns.net an Incorporated Company All Rights Reserved.
Calguns.net and The Calguns Foundation have no affiliation and are in no way related to each other.
All opinions, statements and remarks made by Calguns.net on this web site and elsewhere are solely attributable to Calguns.net.


TACTICAL HANDGUN MATCH
May 4-5, 2019  $5000 prizes & draws
BE SAFE.

DFM
DROP IN FIXED MAGAZINE
AMMO BROS.
CERRITOS
ONTARIO
PERRIS
RIVERSIDE
SANTA ANA
SAN DIEGO

TACTICAL
GRAB A GUN

# CALGUNS.NET

| Home | My iTrader | Join the NRA | Donate to CGSSA | Sponsors | CGN Google Search |
| --- | --- | --- | --- | --- | --- |
| | CA Semiauto Ban(AW)ID Flowchart | | CA Handgun Ban ID Flowchart | | CA Shotgun Ban ID Flowchart |

Calguns.net > MARKETPLACE > Private Firearms Sales - Long Guns
WTS Sig P229R DAK**SOLD**

User Name [User Name]  ☐ Remember Me?
Password [_____]  [Log in]

| Register | FAQ | Members List | Calendar | Chat ▼ |
| --- | --- | --- | --- | --- |

**Private Firearms Sales - Long Guns** For the private sale of rifles, shotguns and other long guns. Read the rules before posting.

[Post Reply]

Thread Tools ▼ | Display Modes ▼

---

12-14-2010, 6:24 PM — #1

**zx10razor** ○
Junior Member

Join Date: Feb 2000
Posts: 77
iTrader: 5 / 100%

WTS Sig P229R DAK**SOLD**

I have a SIG P229R DAK in .40cal for sale or trade for S&W M&P 40, 45 or 9mm.
sale price $750.00
Comes with Blackhawk holster and Don Hume CCW holster, 1 sig mag 6 other mags. Extra recoil spring and a few other springs. oh yeah hogue grips plus stock grips. About 300 rounds down the pipe.
Would like to do FTF in the Bay Area preferbly North Bay.

Last edited by zx10razor; 01-19-2011 at 7:23 PM.. Reason: trades,price drop

[Quote]

---

12-16-2010, 6:01 AM — #2

**zx10razor** ○
Junior Member

Join Date: Feb 2008
Posts: 77
iTrader: 5 / 100%

Bump

bump , lower price.

[Quote]

---

12-22-2010, 9:28 PM — #3

**beisenberg** ○
Junior Member

Join Date: Aug 2009
Posts: 37
iTrader: 9 / 100%

pm sent

[Quote]

[Post Reply]

« Previous Thread | Next Thread »

**Posting Rules**
You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

Forum Rules

Forum Jump
Private Firearms Sales - Long Guns  ▼  [Go]


LAW OFFICE OF
ADAM J. RICHARDS
Donald Kilmer
FAMILY LAW & CIVIL RIGHTS
Join the Fight
Join NRA!
NRA

All times are GMT -8. The time now is 6:31 AM.

-- CalGuns 1.0 ▼   Advertise on Calguns.net - Contact Us - Calguns.net - Archive - Top

Powered by vBulletin® Version 3.8.9
Copyright ©2000 - 2019, vBulletin Solutions, Inc.
Proudly hosted by GeoVario the Premier 2A host.
Calguns.net, the 'Calguns' name and all associated variants and logos are ® Trademark and © Copyright 2002 2010, Calguns.net an Incorporated Company All Rights Reserved.
Calguns.net and The Calguns Foundation have no affiliation and are in no way related to each other.
All opinions, statements and remarks made by Calguns.net on this web site and elsewhere are solely attributable to Calguns.net.

SECURE
network solutions



TACTICAL HANDGUN MATCH
May 4-5, 2019 $5000 prizes & draws
RifleGear Shop Now

BULLET BUTTON

AMMO BROS.

ON TARGET

CALGUNS.NET

| Home | My iTrader | Join the NRA | Donate to CGSSA | Sponsors | CGN Google Search |
| --- | --- | --- | --- | --- | --- |
| | CA Semiauto Ban(AW)ID Flowchart | | CA Handgun Ban ID Flowchart | | CA Shotgun Ban ID Flowchart |

Calguns.net > MARKETPLACE > Private Firearm Parts & Accessories Sales
WTS AR parts/ammo

| Register | FAQ | Members List | Calendar | Chat ▼ |

**Private Firearm Parts & Accessories Sales** For the Private sale of Firearms related accessories. Read the rules before posting.

Post Reply

---

◻ 01-19-2011, 4:19 PM — #1

**zx10razor** ○
Junior Member

Join Date: Feb 2006
Posts: 77
iTrader: 5 / 100%

WTS AR parts/ammo

From my ad in firearms section.

Need to sell ASAP, ( **Willing to part out!**) AR15 with Colt 6940 upper with Stag lower with MAID grip and CTR stock. Bullet button installed, single point sling. $1450.00
300 rounds down the pipe.
Also comes with Primary arms 1x4-24 optic with mount. $185.00
760 rounds: 200rds PMC 55gr, 200rds greentip 62gr, 360rds Prvi 75gr. All in original boxes in 50 cal ammo can. $380.00
9- 30 round rebuild kits. $125.00
Asking 1850.00 obo for everything, can split up certain things just ask.
Will post pictures later.
http://s403.photobucket.com/albums/p...t_action=album
http://s403.photobucket.com/albums/p...t_action=album
http://s403.photobucket.com/albums/p...t_action=album
http://s403.photobucket.com/albums/p...t_action=album

Last edited by zx10razor; 01-19-2011 at 5:52 PM.. Reason: pics

Quote

---

◻ 01-19-2011, 4:26 PM — #2

**Etihtsarom** ○
Member

Join Date: Nov 2010
Posts: 326
iTrader: 18 / 100%

Pics?

Quote

---

◻ 01-19-2011, 4:34 PM — #3

**OUTLAWZ** ○
Senior Member

Join Date: Aug 2010
Location: Bay Area, California
Posts: 839
iTrader: 22 / 100%

I'm interested in the complete upper only without optics. Waiting to see pictures.

Quote

---

◻ 01-19-2011, 4:54 PM — #4

**sirgrumps** ○
Senior Member

Join Date: Apr 2009
Posts: 1,517
iTrader: 93 / 100%

what brand are the magazine re-builts kits?

Quote

---

◻ 01-19-2011, 5:01 PM — #5

**thoughtbuilds** ○
Member

Join Date: Apr 2010
Location: Downey (L.A. County)
Posts: 221
iTrader: 46 / 100%

where are you located?

Quote

---

◻ 01-19-2011, 5:39 PM — #6

**Opb714** ○
Member

Join Date: Oct 2010
Posts: 190
iTrader: 1 / 40%

Interested in the bcg I'm in oc

Quote

Post Reply

« Previous Thread | Next Thread »

Posting Rules
You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**

Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

Forum Jump
Private Firearm Parts & Accessories Sales    Go

LAW OFFICE OF
ADAM J. RICHARDS

Donald Kilmer
FAMILY LAW & CIVIL RIGHTS

MICHEL & ASSOCIATES, P.C.
Attorneys at Law

All times are GMT -8. The time now is 8:04 AM.

-- CalGuns 1.0

Advertise on Calguns.net - Contact Us - Calguns.net - Archive - Top

Powered by vBulletin® Version 3.8.9
Copyright ©2000 - 2019, vBulletin Solutions, Inc.
Proudly hosted by GeoVario the Premier 2A host.
Calguns.net, the 'Calguns' name and all associated variants and logos are ® Trademark and © Copyright 2002-2018, Calguns.net an Incorporated Company All Rights Reserved.
Calguns.net and The Calguns Foundation have no affiliation and are in no way related to each other.
All opinions, statements and remarks made by Calguns.net on this web site and elsewhere are solely attributable to Calguns.net.

SECURE
network solutions