**United States District Court**
**for the District of Maryland**

| | | |
|---|---|---|
| **United States of America** | * | |
| **v.** | * | **Criminal No.  GJH-19-0096** |
| **Christopher Paul Hasson** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**Notice of Appeal**

Notice is hereby given that Defendant Christopher Paul Hasson appeals to the

United States Court of Appeals for the Fourth Circuit from the conviction, judgment, and

sentence imposed in this case, as well as all other adverse rulings and orders in this action.

Dated: February 11, 2020

Respectfully submitted,

James Wyda
Federal Public Defender

_____/s/_____
Elizabeth G. Oyer, #95458
Cullen Macbeth, #810923
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Telephone: (410) 962-3962
Facsimile: (410) 962-0872
Email: liz_oyer@fd.org
         cullen_macbeth@fd.org