**CERTIFICATION OF FILING OF TRANSCRIPT/SANCTIONS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____v. _____

**No.**

**Dist. Ct. No.**

**Please check which proceedings were filed and provide the hearing date:**

| | PROCEEDING | HEARING DATES |
|---|---|---|
| \_\_\_\_ | Voir Dire | _____ |
| \_\_\_\_ | Opening Statement (Plaintiff) | _____ |
| \_\_\_\_ | Opening Statement (Defendant) | _____ |
| \_\_\_\_ | Closing Argument (Plaintiff) | _____ |
| \_\_\_\_ | Closing Argument (Defendant) | _____ |
| \_\_\_\_ | Opinion of Court | _____ |
| \_\_\_\_ | Jury Instructions | _____ |
| \_\_\_\_ | Sentencing | _____ |
| \_\_\_\_ | Bail Hearing | _____ |
| \_\_\_\_ | Pre-Trial Proceedings (specify) | _____ |
| \_\_\_\_ | Testimony (specify) | _____ |
| \_\_\_\_ | Other | _____ |

**Please check on of the following:**
    I hereby certify that

       [ ]    The transcript was timely filed on _____.

       [ ]    A fee reduction sanction of \_\_\_\_\_percent of the total cost of the transcript was taken.

_____
Court Reporter

Address:

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:
    U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
    Lewis F. Powell, Jr. United States Courthouse Annex
    1100 East Main Street, Suite 501
    Richmond, VA  23219-3517

01/15/13 CAD