```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       SOUTHERN DIVISION


- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :    Criminal No. 19-00096-GJH
     v.                       :
                              :
CHRISTOPHER PAUL HASSON,      :
                              :
          Defendant.          :
                              :
- - - - - - - - - - - - - - - x    March 11, 2019

                                   Greenbelt, Maryland
```

**INITIAL APPEARANCE AND ARRAIGNMENT**

BEFORE:    THE HONORABLE GINA L. SIMMS, Judge

APPEARANCES:              THOMAS PATRICK WINDOM, Esq.
                          Office of the United States Attorney
                          6406 Ivy Lane, Suite 800
                          Greenbelt, Maryland  20770
                            On Behalf of the Government

                          ELIZABETH G. OYER, Esq.
                          Office of the Federal Public Defender
                          100 S. Charles Street
                          Suite 900, Tower II
                          Baltimore, Maryland  21201
                            On Behalf of the Defendant

Audio Operator:           Maria Diaz

Transcription Company:    CompuScribe
                          P.O. Box 789
                          Cheltenham, Maryland   20623-9998
                          (301) 577-5882


Proceeding recorded by electronic sound recording, transcript produced by transcription service.

*CompuScribe*
*301-577-5882*

1                    A F T E R N O O N   S E S S I O N

2            (Whereupon, at 2:01 p.m., the hearing began.)

3              THE CLERK:  All rise.  This Honorable Court now

4   resumes its session.

5              THE COURT:  Please be seated.  Good afternoon.

6              THE CLERK:  Good afternoon, Your Honor.

7              THE COURT:  Mr. Windom, if you would call the case.

8              MR. WINDOM:  Yes, ma'am.  Thank you.

9              We are here in the United States versus Christopher

10  Paul Hasson, Criminal No. GJH-19-96.  We are for purposes of

11  an initial appearance and an arraignment on the Indictment.

12  Thomas Windom, for the United States.

13             THE COURT:  Good afternoon.

14             MS. OYER:  Good afternoon, Your Honor.  Liz Oyer,

15  Assistant Federal Public Defender, for Christopher Hasson, who

16  is present and to my right.

17             THE COURT:  Good afternoon.  All right.

18             Let's put the Defendant under oath, please.

19             THE CLERK:  Please stand and raise your right hand.

20             (Whereupon, the Defendant was sworn.)

21             THE CLERK:  Please state your full name for the

22  record.

23             THE DEFENDANT:  Christopher Paul Hasson.

24             THE CLERK:  Thank you.

25             THE COURT:  You can be seated.  Please, just bring

1   the microphone close to you so that we can make sure we hear

2   you.

3            Tell me how old you are, sir?

4            THE DEFENDANT:  Forty-nine, ma'am.

5            THE COURT:  Okay.  And how far did you go in school?

6            THE DEFENDANT:  I completed two years of college.

7            THE COURT:  Okay.  So you understand and read and

8   write the English language.  Is that correct?

9            THE DEFENDANT:  Yes, ma'am.

10           THE COURT:  Are you currently under the influence of

11  any alcohol, medication or anything that impacts your ability

12  to understand what is going on here?

13           THE DEFENDANT:  No, ma'am.

14           THE COURT:  Okay.  Have you been given a copy of the

15  Indictment?

16           THE DEFENDANT:  Yes, ma'am.

17           THE COURT:  Have you read the Indictment?

18           THE DEFENDANT:  Yes, ma'am.

19           THE COURT:  Do you understand the Indictment?

20           THE DEFENDANT:  Yes.

21           THE COURT:  Please listen to the Prosecutor as he

22  summarizes for your briefly the maximum possible penalties

23  associated with the four different counts in the Indictment.

24           Mr. Windom.

25           MR. WINDOM:  Thank you, Your Honor.

1              There are four counts in the Indictment.  The first

2    two charge unlawful possession of unregistered firearm

3    silencers and unlawful possession of firearm silencers

4    unidentified by serial number, in violation of Title 26,

5    United States Code, Section 5861, Subsections D and I

6    respectively.

7              The maximum term of imprisonment as to those counts

8    is 10 years in jail, 3 years of supervised release and a

9    $10,000 fine, as well as $100 special assessment.

10             Count 3 charges the Defendant with being in

11   possession of firearms by an unlawful user and addict of a

12   controlled substance, in violation of Title 18, United States

13   Code, Section 922(g)(3).  The maximum term of imprisonment for

14   that count is 10 years, followed by 3 years of supervised

15   release, a $250,000 fine and a $100 special assessment.

16             Count 4 charges the Defendant with possession of a

17   controlled substance, in violation of Title 21, United States

18   Code, Section 844.  The maximum term of imprisonment for that

19   count is 1 year, followed by 1 year of supervised release, a

20   $100,000 fine and a $25 special assessment.

21             THE COURT:  All right.

22             Mr. Hasson, you have heard the Prosecutor recite the

23   maximum possible penalties associated with the offenses with

24   which you stand charged.  Do you understand the maximum

25   possible penalties?

1           THE DEFENDANT: Yes, ma'am.

2           THE COURT: All right.

3           Ms. Oyer, how do you wish to proceed at this
4    juncture on behalf of your client?

5           MS. OYER: Your Honor, we reserve jury rights, a
6    jury trial, and Mr. Hasson pleads not guilty to the charges in
7    the Indictment.

8           THE COURT: All right. So you are waiving formal
9    reading and asserting his rights to a speedy jury trial under
10   the Sixth Amendment to the Constitution. And let the record
11   reflect that he is pleading not guilty to Counts 1 through 4.

12          Mr. Windom, what is the status of discovery?

13          MR. WINDOM: Your Honor, today we -- I tendered the
14   first transferred discovery to Defense Counsel. We anticipate
15   at least one more production this week and then follow on
16   productions after that.

17          THE COURT: Okay. So on a rolling basis basically?

18          MR. WINDOM: Yes, ma'am.

19          THE COURT: Okay. Counsel, Judge Hazel has given me
20   the following dates: April 1st as your motions deadline, and
21   then there will be a conference with counsel only on
22   Wednesday, April 3rd, at 5:00.

23          So just to repeat, it will be -- the motions
24   deadline is on April 1st, and the conference call with counsel
25   is April 3rd at 5:00. And, Mr. Windom, you are to initiate

1   that call on behalf of the parties.
2            Mr. Windom, what is your estimate as to the
3   anticipated number of trial days?
4            MR. WINDOM:  It will be five trial days, Your Honor.
5            THE COURT:  Mr. Windom, anything further on behalf
6   of the Government at this juncture?
7            MR. WINDOM:  No, ma'am.  Thank you.
8            THE COURT:  Ms. Oyer, anything further?
9            MS. OYER:  No, Your Honor.
10           THE COURT:  All right.  Thank you.  We stand
11  adjourned.
12           THE CLERK: All rise.  This Honorable Court now
13  stands in recess.
14       (Whereupon, at 2:05 p.m., the hearing concluded.)
15
16
17
18
19
20
21
22
23
24
25

<u>C E R T I F I C A T E</u>

     I hereby certify that the foregoing is a correct transcript from the duplicated electronic sound recording of the proceedings in the above-entitled matter.

*Fabiana Barham   04-01-20*
_____
Fabiana E. Barham                        Date
Certified Transcriber, CompuScribe
Certification No.: CET**213