IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH-19-96 |
| | * | |
| CHRISTOPHER PAUL HASSON, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 11, 2020 and ending on March 11, 2020 (*See* Attachment 1.)

In addition, direct written notice was delivered to the following known potential third party claimants via U.S. mail on February 24, 2020 in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(A) of the Federal Rules of Criminal Procedure: Shannon Marie Hasson in Hampton, Virginia. (*See* Attachment 2.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 6, 2020 at Greenbelt, Maryland.

/s/ Jennifer Wine
Jennifer L. Wine
Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# COURT CASE NUMBER: 19-CR-00096; NOTICE OF FORFEITURE

Notice is hereby given that on February 06, 2020, in the case of <u>U.S. v. Christopher Paul Hasson</u>, Court Case Number 19-CR-00096, the United States District Court for the District of Maryland entered an Order condemning and forfeiting the following property to the United States of America:

Assorted firearms (19-FBI-007159), including the following items: 1 Stag Arms AR15 5.56mm rifle, Ser No: 92215; 1 Aero Precision X15 rifle, Ser No: AR-12599; 1 DPMS Panther Arms 308 Model LR-308 rifle, Ser No: 78204; 1 Bergara 308 rifle, Ser No: 610620787417; 1 Remington Model 241 .22 caliber rifle, Ser No: 46167; 1 Ranger 101-16 .22 caliber rifle, Ser No: none; 1 Marlin Model 795 rifle, Ser No: 98415018; 1 Remington 870 Shotgun, Ser No: AB872838M; 1 Remington 870 shotgun, Ser No: RS12996F; 1 Glock handgun, Ser No: BBKV556; 1 H&K handgun, Ser No: 224-033465; 1 Sig Sauer model 1911 handgun, Ser No: 54B146877; 1 Springfield .45 caliber handgun, Ser No: LW156014; 1 R Guns revolver, Ser No: V3615; 1 RG 14 revolver, Ser No: L568286 which was seized from Christopher Paul Hasson on February 15, 2019 in Silver Spring, MD.

An assembled firearm silencer and a disassembled firearm silencer (19-FBI-007163) which was seized from Christopher Paul Hasson on February 15, 2019 in Silver Spring, MD.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 11, 2020) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 6500 Cherrywood Lane, Greenbelt, MD 20770, and a copy served upon Assistant United States Attorney Jennifer Wine, 6500 Cherrywood Lane, Fourth Floor, Greenbelt, MD 20770. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Jennifer Wine, 6500 Cherrywood Lane, Fourth Floor, Greenbelt, MD  20770.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 11, 2020 and March 11, 2020. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Christopher Paul Hasson

**Court Case No:** 19-CR-00096
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/11/2020 | 24.0 | Verified |
| 2 | 02/12/2020 | 24.0 | Verified |
| 3 | 02/13/2020 | 24.0 | Verified |
| 4 | 02/14/2020 | 24.0 | Verified |
| 5 | 02/15/2020 | 24.0 | Verified |
| 6 | 02/16/2020 | 24.0 | Verified |
| 7 | 02/17/2020 | 24.0 | Verified |
| 8 | 02/18/2020 | 24.0 | Verified |
| 9 | 02/19/2020 | 24.0 | Verified |
| 10 | 02/20/2020 | 24.0 | Verified |
| 11 | 02/21/2020 | 24.0 | Verified |
| 12 | 02/22/2020 | 24.0 | Verified |
| 13 | 02/23/2020 | 24.0 | Verified |
| 14 | 02/24/2020 | 24.0 | Verified |
| 15 | 02/25/2020 | 24.0 | Verified |
| 16 | 02/26/2020 | 24.0 | Verified |
| 17 | 02/27/2020 | 24.0 | Verified |
| 18 | 02/28/2020 | 24.0 | Verified |
| 19 | 02/29/2020 | 24.0 | Verified |
| 20 | 03/01/2020 | 24.0 | Verified |
| 21 | 03/02/2020 | 24.0 | Verified |
| 22 | 03/03/2020 | 24.0 | Verified |
| 23 | 03/04/2020 | 24.0 | Verified |
| 24 | 03/05/2020 | 24.0 | Verified |
| 25 | 03/06/2020 | 24.0 | Verified |
| 26 | 03/07/2020 | 24.0 | Verified |
| 27 | 03/08/2020 | 23.8 | Verified |
| 28 | 03/09/2020 | 24.0 | Verified |
| 29 | 03/10/2020 | 24.0 | Verified |
| 30 | 03/11/2020 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Top Searches

> PO BOXES
> PASSPORTS
> FREE BOXES

Alert: Due to limited transportation availability as a result of nationwide COVID-19 impacts, package delivery times may be extended. Priority Mail Express® service will not change. Read more ›

# USPS Tracking®

Tracking **FAQs**

**Track Another Package +**



Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove

## Tracking Number: 70173380000029685205

Your item was delivered at 9:38 am on February 24, 2020 in HAMPTON, VA 23666.

**Status:**

## Delivered

February 24, 2020 at 9:38 am

Delivered

HAMPTON, VA 23666

Delivered

**Tracking History**

**February 24, 2020, 9:38 am**
Delivered
HAMPTON, VA 23666
Your item was delivered at 9:38 am on February 24, 2020 in HAMPTON, VA 23666.

**February 22, 2020, 2:43 pm**
Notice Left (No Authorized Recipient Available)
HAMPTON, VA 23664

**February 21, 2020**
Redelivery Scheduled
HAMPTON, VA 23664

**February 14, 2020, 11:53 am**
Notice Left (No Authorized Recipient Available)
HAMPTON, VA 23664

**February 12, 2020, 4:16 pm**
Delivery Attempted - No Access to Delivery Location
HAMPTON, VA 23666

**February 12, 2020, 7:10 am**
Out for Delivery
HAMPTON, VA 23666

**February 12, 2020, 6:42 am**
Arrived at Unit
HAMPTON, VA 23666

**February 11, 2020, 4:02 pm**
Departed USPS Regional Facility
NORFOLK VA DISTRIBUTION CENTER

**February 11, 2020, 1:30 pm**
Arrived at USPS Regional Facility
NORFOLK VA DISTRIBUTION CENTER

**February 11, 2020, 12:23 am**
Departed USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

**February 10, 2020, 10:49 pm**
Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

**Product Information**

- **Postal Product:**

- Features:
    Certified Mail$^{TM}$

-

Authorization complete!
Thanks, [First Name]. You will receive a confirmation email.
As outlined in the Terms & Conditions, the postal carrier has the final discretion to leave your package at this address.
[first name], we're sorry we cannot proceed with your request because [error scenario]
See Less

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.