IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH-19-96 |
| | * | |
| CHRISTOPHER PAUL HASSON, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Final Order of Forfeiture. On February 6, 2020, the Court entered a Preliminary Order of Forfeiture (ECF No. 124, the "Preliminary Order") forfeiting all of the Defendant's right, title, and interest in the following property:

(a) a Stag Arms AR15 5.56mm rifle;

(b) an Aero Precision X15 rifle;

(c) a DPMS Panther Arms 308 Model LR-308 rifle;

(d) a Bergara 308 rifle;

(e) a Remington Model 241 .22 caliber rifle;

(f) a Ranger 101-16 .22 caliber rifle;

(g) a Marlin Model 795 rifle;

(h) a Remington 870 shotgun;

(i) another Remington 870 shotgun;

(j) a Glock handgun;

(k) an H&K handgun;

(l) a Sig Sauer Model 1911 handgun;

(m) an R Guns revolver;

      (n)      an RG 14 revolver;

      (o)      an assembled firearm silencer; and

      (p)      a disassembled firearm silencer

(collectively, the "Subject Property").

      WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2 (b)(6)(C), the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

      WHEREAS, no timely third-party claim to the Subject Property has been filed and the deadline for doing so has expired; and

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Subject Property is hereby forfeited to the United States of America, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872(a), 28 U.S.C. § 2461(c), and Rule 32.2(b)(1) of Federal Rules of Criminal Procedure.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

| | |
|---|---|
| 9/22/2020 | /s/ |
| Date | Hon. George J. Hazel<br>United States District Judge |

3