Case 8:19-cr-00096-GJH   Document 144   Filed 02/19/21   Page 1 of 1

