FILED: February 22, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4126
(8:19-cr-00096-GJH-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHRISTOPHER PAUL HASSON

      Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK